**FILED UNDER SEAL**    EXHIBIT 1    **FILED UNDER SEAL**

| Doe # | Marketplace | Merchant Name | Merchant ID | IP Infringement | Copyright Registraion No. | Total No. of Images/Videos used | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|
| 1 | Aliexpress | oceaneshop Store | 1100886426 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #1 |
| 2 | Aliexpress | Happy-Planet Store | 1100984947 | Copyright | PA0002550948,PA0002551059,PA0002551060,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #2 |
| 3 | Aliexpress | Homeand Garden Decor Store | 1101216630 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #3 |
| 4 | Aliexpress | All Laugh Is Marvels Store | 1101262612 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #4 |
| 5 | Aliexpress | LBShip Life Store | 1101295768 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #5 |
| 6 | Aliexpress | LiuBinee Trading Store | 1101296733 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #6 |
| 7 | Aliexpress | H-OME IMPROVEMENT & TOOL KITS Store | 1101339997 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #7 |
| 8 | Aliexpress | Our Market Store | 1101349303 | Copyright | PA0002550948,PA0002551059,PA0002551060,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #8 |
| 9 | Aliexpress | Evan Digital phone Store | 1101352043 | Copyright | PA0002550948,PA0002551059,PA0002551060,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #9 |
| 10 | Aliexpress | House Suncatcher Store | 1101371385 | Copyright | PA0002550948,VA0002463263,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #10 |
| 11 | Aliexpress | Instrumentation-tools Store | 1101382201 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #11 |
| 12 | Aliexpress | Warm Home-Decor Store | 1101655548 | Copyright | PA0002550948 | 1 | Dkt. 3 Exhibit 2 Doe #12 |
| 13 | Aliexpress | LED Lighting World Store | 1101658707 | Copyright | PA0002550948,PA0002551059,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #13 |
| 14 | Aliexpress | For-nine Store | 1101670387 | Copyright | PA0002550948,PA0002551059 | 2 | Dkt. 3 Exhibit 2 Doe #14 |
| 15 | Aliexpress | Dropshipping Decoration Life Store | 1101684130 | Copyright | VA0002463264,VA0002463263 | 2 | Dkt. 3 Exhibit 2 Doe #15 |
| 16 | Aliexpress | New Worlds Store | 1101707001 | Copyright | PA0002550948,PA0002551059,PA0002551060,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #16 |
| 17 | Aliexpress | Iridescent Garden Store | 1101736949 | Copyright | PA0002550948,PA0002551059,VA0002463264,VA0002463263 | 5 | Dkt. 3 Exhibit 2 Doe #17 |
| 18 | Aliexpress | ZY Especial&House Store | 1101759602 | Copyright | PA0002550948,PA0002551059,VA0002463264,VA0002463263 | 6 | Dkt. 3 Exhibit 2 Doe #18 |
| 19 | Aliexpress | Caught the stars Store | 1101904719 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #19 |
| 20 | Aliexpress | ForHome Drop shipping Store | 1101931802 | Copyright | PA0002550948,PA0002551059,VA0002463264,VA0002463263 | 4 | Dkt. 3 Exhibit 2 Doe #20 |
| 21 | Aliexpress | Shop1100060026 Store | 1101983673 | Copyright | PA0002550948,PA0002551059 | 2 | Dkt. 3 Exhibit 2 Doe #21 |
| 22 | Aliexpress | Elektronec Store | 1102001526 | Copyright | PA0002550948,VA0002463264 | 2 | Dkt. 3 Exhibit 2 Doe #22 |
| 23 | Aliexpress | Shop1100169293 Store | 1102005311 | Copyright | PA0002550948,VA0002463264 | 2 | Dkt. 3 Exhibit 2 Doe #23 |
| 24 | Aliexpress | GK Offices Store | 1102772882 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #24 |
| 25 | Aliexpress | TOPATY Happy Party Store | 1102890441 | Copyright | PA0002550948,PA0002551059,VA0002463264,VA0002463263 | 5 | Dkt. 3 Exhibit 2 Doe #25 |
| 26 | Aliexpress | Soft Decoration Store | 1103132195 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #26 |
| 27 | Aliexpress | Aladdin Home Store Store | 1103137341 | Copyright | PA0002550948,PA0002551059,PA0002551060,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #27 |

**FILED UNDER SEAL**

EXHIBIT 1

**FILED UNDER SEAL**

| Doe # | Marketplace | Merchant Name | Merchant ID | IP Infringement | Copyright Registraion No. | Total No. of Images/Videos used | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|
| 28 | Aliexpress | Alloet Dropshipping Store | 1103211523 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #28 |
| 29 | Aliexpress | Demi Party Supplies Store | 1103269114 | Copyright | PA0002550948,PA0002551059,PA0002551060,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #29 |
| 30 | Aliexpress | Demi Car Assecories Store | 1103275120 | Copyright | PA0002550948,PA0002551059,PA0002551060,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #30 |
| 31 | Aliexpress | TT Gardern Supplies Store | 1103279103 | Copyright | PA0002550948,PA0002551059,PA0002551060,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #31 |
| 32 | Aliexpress | HHonaMM Store | 1103298029 | Copyright | PA0002551060 | 1 | Dkt. 3 Exhibit 2 Doe #32 |
| 33 | Aliexpress | Olivia Decorations Store | 1103326822 | Copyright | PA0002550948,PA0002551059,PA0002551060,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #33 |
| 34 | Aliexpress | Shop1103330728 Store | 1103329720 | Copyright | PA0002550948,PA0002551059,PA0002551060,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #34 |
| 35 | Aliexpress | Etime Choice Store | 1103340772 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #35 |
| 36 | Aliexpress | U-KISS Choice Store | 1103356040 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #36 |
| 37 | Aliexpress | Meihao Commodity Store | 1103411089 | Copyright | PA0002550948,PA0002551059,PA0002551060,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #37 |
| 38 | Aliexpress | Shop1103419115 Store | 1103414100 | Copyright | PA0002550948,PA0002551059,PA0002551060,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #38 |
| 39 | Aliexpress | BAGShop Store | 1103419108 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #39 |
| 40 | Aliexpress | Global Outdoor Sporting Store | 1103467407 | Copyright | VA0002463263,VA0002463264 | 2 | Dkt. 3 Exhibit 2 Doe #40 |
| 41 | Aliexpress | JZZ Choice Store | 1103472034 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #41 |
| 42 | Aliexpress | Universe Planets Center Shop Store | 1103474418 | Copyright | PA0002550948,PA0002551059,VA0002463264,VA0002463263 | 6 | Dkt. 3 Exhibit 2 Doe #42 |
| 43 | Aliexpress | The BIG Store | 1103475599 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #43 |
| 44 | Aliexpress | APWIKOGER TOOL Store | 1103482516 | Copyright | PA0002550948,PA0002551059,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #44 |
| 45 | Aliexpress | Whimsical Home Store | 1103505064 | Copyright | VA0002463263,VA0002463264 | 2 | Dkt. 3 Exhibit 2 Doe #45 |
| 46 | Aliexpress | All Categories Wholesale Store Store | 1103515756 | Copyright | PA0002550948,PA0002551059,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #46 |
| 47 | Aliexpress | JK Senriama Store | 1103591486 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #47 |
| 48 | Aliexpress | My Prettyhome Store | 1103677363 | Copyright | PA0002550948,PA0002551059,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #48 |
| 49 | Aliexpress | MOJOYCE Speciality Store | 1103776441 | Copyright | PA0002550948,PA0002551059,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #49 |
| 50 | Aliexpress | Audio Video Equipment Store | 1103808288 | Copyright | PA0002550948,PA0002551059,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #50 |
| 51 | Aliexpress | Shop1103838518 Store | 1103847460 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #51 |
| 52 | Aliexpress | VKTECH Official Store | 1103889828 | Copyright | PA0002550948,PA0002551059,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #52 |
| 53 | Aliexpress | ShineNest Store | 1103893010 | Copyright | PA0002550948,PA0002551059,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #53 |
| 54 | Aliexpress | Intelligent Electronic Store | 1103932194 | Copyright | PA0002550948,PA0002551059,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #54 |

**FILED UNDER SEAL**   EXHIBIT 1   **FILED UNDER SEAL**

| Doe # | Marketplace | Merchant Name | Merchant ID | IP Infringement | Copyright Registraion No. | Total No. of Images/Videos used | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|
| 55 | Aliexpress | May8018 Store | 1103937206 | Copyright | PA0002551060,VA0002463264 | 2 | Dkt. 3 Exhibit 2 Doe #55 |
| 56 | Aliexpress | Bubble&#39;s Life Store | 1103938330 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #56 |
| 57 | Aliexpress | Shop1103957001 Store | 1103948553 | Copyright | PA0002550948,PA0002551059,PA0002551060,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #57 |
| 58 | Aliexpress | Auto Cars Parts Store | 1104032104 | Copyright | PA0002550948,PA0002551059 | 2 | Dkt. 3 Exhibit 2 Doe #58 |
| 59 | Aliexpress | Shop1104069130 Store | 1104060239 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #59 |
| 60 | Aliexpress | Global All Categories Store | 1104072143 | Copyright | PA0002550948,PA0002551059,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #60 |
| 61 | Aliexpress | Niceol Oversea Store | 1104105542 | Copyright | PA0002550948,PA0002551059,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #61 |
| 62 | Aliexpress | YC23 Store | 1104186179 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #62 |
| 63 | Aliexpress | Shop1104318073 Store | 1104320043 | Copyright | PA0002550948,PA0002551059,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #63 |
| 64 | Aliexpress | LilJoy Shop Store | 1104333763 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #64 |
| 65 | Aliexpress | LELE Home Furnishings Store | 1104341689 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #65 |
| 66 | Aliexpress | Plug & Pray Store | 1104343787 | Copyright | PA0002550948,PA0002551059,PA0002551060,VA0002463263,VA0002463264 | 5 | Dkt. 3 Exhibit 2 Doe #66 |
| 67 | Aliexpress | PlayNest Store | 1104343893 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #67 |
| 68 | Aliexpress | Pure Space Cozy Home Store | 1104343908 | Copyright | PA0002550948,PA0002551059,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #68 |
| 69 | Aliexpress | Orange Flower Home Store | 1104383121 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #69 |
| 70 | Aliexpress | VaiLice Product Direct Store | 1104399430 | Copyright | VA0002463263,VA0002463264 | 2 | Dkt. 3 Exhibit 2 Doe #70 |
| 71 | Aliexpress | Delightful Finds Deal Store | 1104440176 | Copyright | PA0002550948,PA0002551059,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #71 |
| 72 | Aliexpress | Shop1104443015 Store | 1104445006 | Copyright | PA0002550948,PA0002551059,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #72 |
| 73 | Aliexpress | Shop1104702593 Store | 1104702594 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #73 |
| 74 | Aliexpress | Blz024 Store | 1105007701 | Copyright | VA0002463264,VA0002463263 | 2 | Dkt. 3 Exhibit 2 Doe #74 |
| 75 | Aliexpress | HomeChef Store | 1105075587 | Copyright | PA0002550948 | 1 | Dkt. 3 Exhibit 2 Doe #75 |
| 76 | Aliexpress | HAND-SEWING Store | 1105076579 | Copyright | PA0002550948 | 1 | Dkt. 3 Exhibit 2 Doe #76 |
| 77 | Aliexpress | TTGG---14 Store | 1105194458 | Copyright | VA0002463263,VA0002463264 | 2 | Dkt. 3 Exhibit 2 Doe #77 |
| 78 | Amazon US | piece of cloth | A103L8YRPY6AP8 | Copyright | PA0002550948,PA0002551060,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #78 |
| 79 | Amazon US | xinuodianzi | A12534B15KC15F | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #79 |
| 80 | Amazon US | xiangfenxianchunfuzhongzhizhuanyehezuoshe | A12J4WA8YKWR77 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #80 |
| 81 | Amazon US | XW-us | A13XGRCDEP9G8Z | Copyright | PA0002551060 | 1 | Dkt. 3 Exhibit 2 Doe #81 |

**FILED UNDER SEAL**                    **FILED UNDER SEAL**

EXHIBIT 1

| Doe # | Marketplace | Merchant Name | Merchant ID | IP Infringement | Copyright Registraion No. | Total No. of Images/Videos used | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|
| 82 | Amazon US | anqingzhaolu0114 | A15FO73C0QEC9W | Copyright | PA0002550948,PA0002551059 | 2 | Dkt. 3 Exhibit 2 Doe #82 |
| 83 | Amazon US | SEFish | A17H8GNO2MBE7P | Copyright | PA0002551060,VA0002463263 | 2 | Dkt. 3 Exhibit 2 Doe #83 |
| 84 | Amazon US | LBAMZ-US | A17RAWXWS7DJK3 | Copyright | PA0002550948,PA0002551059,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #84 |
| 85 | Amazon US | Liuballl | A18085A57PMV0P | Copyright | PA0002550948,VA0002463263,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #85 |
| 86 | Amazon US | Sun Junling | A19B75OGFVS7RP | Copyright | PA0002550948,VA0002463264 | 2 | Dkt. 3 Exhibit 2 Doe #86 |
| 87 | Amazon US | WX-US(✈7-12) | A19SGRGFDLOLQS | Copyright | PA0002550948,PA0002551060 | 2 | Dkt. 3 Exhibit 2 Doe #87 |
| 88 | Amazon US | NluaCktix(7-14Days Delivery) | A1A5J9IIJJ78M | Copyright | VA0002463264 | 2 | Dkt. 3 Exhibit 2 Doe #88 |
| 89 | Amazon US | ZestStore | A1ADURTNK2AIU | Copyright | PA0002550948,PA0002551060 | 2 | Dkt. 3 Exhibit 2 Doe #89 |
| 90 | Amazon US | ZQDLG | A1AVPEYCXMWUY1 | Copyright | PA0002550948,VA0002463264 | 2 | Dkt. 3 Exhibit 2 Doe #90 |
| 91 | Amazon US | Mingaong | A1B8QBA5DWRHYS | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #91 |
| 92 | Amazon US | LIWIEC | A1BBNMFHFLQO58 | Copyright | PA0002551060,VA0002463263 | 2 | Dkt. 3 Exhibit 2 Doe #92 |
| 93 | Amazon US | Yudakeji | A1DPBXYYXLPH08 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #93 |
| 94 | Amazon US | 华易达百货店 | A1FXBCU44G0JYG | Copyright | VA0002463264 | 2 | Dkt. 3 Exhibit 2 Doe #94 |
| 95 | Amazon US | RADIIOO | A1G0ILIL7DU5C6 | Copyright | PA0002550948 | 1 | Dkt. 3 Exhibit 2 Doe #95 |
| 96 | Amazon US | QP BH | A1HUQNJVEKYJP8 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #96 |
| 97 | Amazon US | leJeem | A1JYG2P4CXB80V | Copyright | PA0002550948,PA0002551059,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #97 |
| 98 | Amazon US | miaohangfangzhou | A1K1P6ZPXIB3T8 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #98 |
| 99 | Amazon US | whsn-shop | A1K56VNMMVI01T | Copyright | PA0002550948,PA0002551059,PA0002551060,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #99 |
| 100 | Amazon US | jiaying shop | A1N1KCTALVG826 | Copyright | PA0002550948,VA0002463264 | 2 | Dkt. 3 Exhibit 2 Doe #100 |
| 101 | Amazon US | Bxzna | A1PI6PDQIYLBW9 | Copyright | PA0002550948,PA0002551059,PA0002551060,VA0002463264,VA0002463263 | 5 | Dkt. 3 Exhibit 2 Doe #101 |
| 102 | Amazon US | Jiang Good | A1POWGL6BX02U | Copyright | PA0002550948,PA0002551059,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #102 |
| 103 | Amazon US | Aeonity US | A1QCSUW5WGNA60 | Copyright | PA0002550948,PA0002551059,VA0002463264,VA0002463263 | 5 | Dkt. 3 Exhibit 2 Doe #103 |
| 104 | Amazon US | xldzi | A1QM0A6LTVO87K | Copyright | PA0002551060,VA0002463263 | 2 | Dkt. 3 Exhibit 2 Doe #104 |
| 105 | Amazon US | 道康宁 | A1SYOSLW5UWR36 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #105 |
| 106 | Amazon US | JIANGFF | A1UGLT8RZ0K96H | Copyright | PA0002550948,PA0002551059,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #106 |
| 107 | Amazon US | fujinghe | A1V9W1ZOKG7YIJ | Copyright | VA0002463264 | 1 | Dkt. 3 Exhibit 2 Doe #107 |
| 108 | Amazon US | WuYouShop | A1W5QDM5N7IHVG | Copyright | PA0002550948,PA0002551059,PA0002551060,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #108 |

**FILED UNDER SEAL**    EXHIBIT 1    **FILED UNDER SEAL**

| Doe # | Marketplace | Merchant Name | Merchant ID | IP Infringement | Copyright Registraion No. | Total No. of Images/Videos used | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|
| 109 | Amazon US | HuaJin Sun | A1XEG5GSPKXDFO | Copyright | PA0002550948,PA0002551059 | 2 | Dkt. 3 Exhibit 2 Doe #109 |
| 110 | Amazon US | kutou | A1XQORQV4UFCKL | Copyright | PA0002550948,PA0002551059,VA0002463264,VA0002463263 | 4 | Dkt. 3 Exhibit 2 Doe #110 |
| 111 | Amazon US | JINSHUN JIAQI | A1Y2QPHUUIG4BE | Copyright | PA0002550948,PA0002551060 | 2 | Dkt. 3 Exhibit 2 Doe #111 |
| 112 | Amazon US | hao moon | A20TP4ROB4QSR7 | Copyright | PA0002550948,VA0002463264 | 2 | Dkt. 3 Exhibit 2 Doe #112 |
| 113 | Amazon US | Nanyangfenxiangbaihuoyouxiangongsi | A25V0QW1ASPT | Copyright | PA0002550948,VA0002463264 | 2 | Dkt. 3 Exhibit 2 Doe #113 |
| 114 | Amazon US | xiangchengshichouruoshangmaoyouxiangongsi | A26RJ3WNZUQA7B | Copyright | PA0002550948,PA0002551060,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #114 |
| 115 | Amazon US | Porston® | A2AIKA2Z3XJKC | Copyright | VA0002463264,VA0002463263 | 2 | Dkt. 3 Exhibit 2 Doe #115 |
| 116 | Amazon US | RTBCHLFV | A2AZGKCK72R4QJ | Copyright | PA0002550948,PA0002551059,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #116 |
| 117 | Amazon US | Libin123 | A2CDMNR6BR0AN3 | Copyright | PA0002550948,PA0002551060,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #117 |
| 118 | Amazon US | gangyaohuadedian | A2DULW514MAD68 | Copyright | VA0002463263,VA0002463264 | 2 | Dkt. 3 Exhibit 2 Doe #118 |
| 119 | Amazon US | NKTMXY（已注册，跟卖必投诉） | A2FV8S03K2FM6E | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #119 |
| 120 | Amazon US | FANGLUO-USA | A2GQ4JCBL50A8B | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #120 |
| 121 | Amazon US | Qhhui | A2HANHRQB7QVY5 | Copyright | PA0002550948,PA0002551059,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #121 |
| 122 | Amazon US | Yaodakuan | A2HC5OHXXQP5NV | Copyright | PA0002550948,PA0002551060 | 2 | Dkt. 3 Exhibit 2 Doe #122 |
| 123 | Amazon US | HOUMABANGDESHANGMAO | A2HUY431EYH56W | Copyright | PA0002550948,PA0002551059,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #123 |
| 124 | Amazon US | RuiTAO | A2I14NAUUGPZ3Y | Copyright | PA0002550948,PA0002551060,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #124 |
| 125 | Amazon US | KUKANTST | A2IVVUF0VNSKYN | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #125 |
| 126 | Amazon US | OHWSAHKSJYL | A2IXCW78M1822R | Copyright | PA0002550948,PA0002551059,PA0002551060 | 3 | Dkt. 3 Exhibit 2 Doe #126 |
| 127 | Amazon US | Aicai Soucring | A2LJJ88UAW92ET | Copyright | VA0002463263,VA0002463264 | 2 | Dkt. 3 Exhibit 2 Doe #127 |
| 128 | Amazon US | WYD-us | A2NLUOXZE2XWY | Copyright | PA0002551060 | 1 | Dkt. 3 Exhibit 2 Doe #128 |
| 129 | Amazon US | CSBYBD | A2P8UELOX1PFP6 | Copyright | PA0002550948,PA0002551059 | 2 | Dkt. 3 Exhibit 2 Doe #129 |
| 130 | Amazon US | AHHAAA | A2QGSFMHTZKP60 | Copyright | PA0002550948,PA0002551059,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #130 |
| 131 | Amazon US | MAE41X0E6P | A2QGULYDFU9F22 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #131 |
| 132 | Amazon US | MOILY STORE | A2RMI1PD508N31 | Copyright | PA0002550948,PA0002551060 | 2 | Dkt. 3 Exhibit 2 Doe #132 |
| 133 | Amazon US | Fresh Shop123 | A2SF865HTZO7ON | Copyright | PA0002550948,PA0002551059,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #133 |
| 134 | Amazon US | LBHUIHAO | A2TUAAKVM8LI8Y | Copyright | PA0002550948,PA0002551060 | 2 | Dkt. 3 Exhibit 2 Doe #134 |
| 135 | Amazon US | YguInn | A2U6EC59DYZ20U | Copyright | PA0002550948 | 1 | Dkt. 3 Exhibit 2 Doe #135 |

| Doe # | Marketplace | Merchant Name | Merchant ID | IP Infringement | Copyright Registraion No. | Total No. of Images/Videos used | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|
| 136 | Amazon US | yanfeiyigou | A2UBJLKD5K4ARU | Copyright | PA0002550948 | 1 | Dkt. 3 Exhibit 2 Doe #136 |
| 137 | Amazon US | HBQSM | A2UD8QTF4YQL0G | Copyright | PA0002550948.PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #137 |
| 138 | Amazon US | WANHMYI | A2V8T1ZBDXQEEF | Copyright | PA0002550948 | 1 | Dkt. 3 Exhibit 2 Doe #138 |
| 139 | Amazon US | WendaLtd | A2W5I9G0RB2NDC | Copyright | PA0002550948.PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #139 |
| 140 | Amazon US | LunLunXu | A2X2ZEZ9DDBYDU | Copyright | PA0002550948,PA0002551059,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #140 |
| 141 | Amazon US | MaYanHong | A2X805QC40TDIU | Copyright | PA0002550948,PA0002551059,VA0002463264,VA0002463263 | 6 | Dkt. 3 Exhibit 2 Doe #141 |
| 142 | Amazon US | TINGBANGDIAN | A2X8M54FMZ0AIO | Copyright | PA0002551060 | 1 | Dkt. 3 Exhibit 2 Doe #142 |
| 143 | Amazon US | pruxs | A345NL8HRR7KJ4 | Copyright | PA0002551060,VA0002463263 | 2 | Dkt. 3 Exhibit 2 Doe #143 |
| 144 | Amazon US | QINLI | A34616F0MSGZUR | Copyright | PA0002550948,PA0002551059,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #144 |
| 145 | Amazon US | ikutianxinx | A347GXUC6YVUZV | Copyright | PA0002550948.PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #145 |
| 146 | Amazon US | easycart go | A34V4BYJWAP52S | Copyright | PA0002550948.PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #146 |
| 147 | Amazon US | deyaonet | A35J31QX6U9QM5 | Copyright | PA0002550948.PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #147 |
| 148 | Amazon US | WeiHao XDa | A368SH0P3QO6AA | Copyright | PA0002551060 | 1 | Dkt. 3 Exhibit 2 Doe #148 |
| 149 | Amazon US | Yun Qian-store | A370SPXXX8A2HO | Copyright | VA0002463264 | 1 | Dkt. 3 Exhibit 2 Doe #149 |
| 150 | Amazon US | joyceup | A37IZRBW0DMCXB | Copyright | PA0002550948,PA0002551059,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #150 |
| 151 | Amazon US | organher | A37MNIZP7JLDO0 | Copyright | PA0002551060 | 1 | Dkt. 3 Exhibit 2 Doe #151 |
| 152 | Amazon US | Rainlill | A39JCXQ1OQ6XC7 | Copyright | PA0002550948,PA0002551059,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #152 |
| 153 | Amazon US | Shihuan | A3AA4ZO1RX4A3O | Copyright | PA0002550948 | 1 | Dkt. 3 Exhibit 2 Doe #153 |
| 154 | Amazon US | QIANBEILING-US | A3B1A5XL7TBU2X | Copyright | PA0002550948,PA0002551060 | 2 | Dkt. 3 Exhibit 2 Doe #154 |
| 155 | Amazon US | Biehseis | A3BUGW0KCEQ4GZ | Copyright | PA0002550948,PA0002551059,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #155 |
| 156 | Amazon US | Reaukry | A3DFFQUP6WI7LW | Copyright | PA0002550948,PA0002551059 | 2 | Dkt. 3 Exhibit 2 Doe #156 |
| 157 | Amazon US | Royal wisdom | A3GONLASCVE163 | Copyright | PA0002550948.PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #157 |
| 158 | Amazon US | Nuomet | A3HCU7EZO5Y7FU | Copyright | PA0002550948,PA0002551059 | 2 | Dkt. 3 Exhibit 2 Doe #158 |
| 159 | Amazon US | FL 7-14 delivers | A3JCOGIOHM6IQC | Copyright | PA0002550948,VA0002463264 | 2 | Dkt. 3 Exhibit 2 Doe #159 |
| 160 | Amazon US | KUHBRCA | A3L4EKZCLJ1EP | Copyright | PA0002550948,PA0002551059,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #160 |
| 161 | Amazon US | jadvsba-sji | A3MFUGZM9WX18R | Copyright | PA0002550948.PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #161 |
| 162 | Amazon US | SSMmoy | A3MVUQV9PJ53AE | Copyright | PA0002550948.PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #162 |

**FILED UNDER SEAL**          EXHIBIT 1          **FILED UNDER SEAL**

| Doe # | Marketplace | Merchant Name | Merchant ID | IP Infringement | Copyright Registraion No. | Total No. of Images/Videos used | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|
| 163 | Amazon US | Xinnianbaihuo | A3O0YOB3DMNZXY | Copyright | PA0002550948,PA0002551059,PA0002551060,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #163 |
| 164 | Amazon US | LAX-US | A3QOPK19DW3VXL | Copyright | PA0002550948.PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #164 |
| 165 | Amazon US | Pownvtr | A3S1E5HNPLQ0QO | Copyright | PA0002550948,PA0002551059 | 2 | Dkt. 3 Exhibit 2 Doe #165 |
| 166 | Amazon US | Efficiency Shop(7-15 days delivery) | A3TVO0WE2QW1DG | Copyright | PA0002550948.PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #166 |
| 167 | Amazon US | SWDZSW | A3TWGA3ZUSVKJQ | Copyright | PA0002550948,PA0002551059,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #167 |
| 168 | Amazon US | Chuangfengzhaoming | A3U4RGIFVUWAC3 | Copyright | PA0002550948,PA0002551059,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #168 |
| 169 | Amazon US | Fuchart-US | A3VJ7MQPPPHKLS | Copyright | PA0002550948,PA0002551060,VA0002463263 | 3 | Dkt. 3 Exhibit 2 Doe #169 |
| 170 | Amazon US | The Store of Mr.Feng | A4A21G8CYX7M6 | Copyright | PA0002550948 | 1 | Dkt. 3 Exhibit 2 Doe #170 |
| 171 | Amazon US | AnsellDirect | A6E35UFP32CQJ | Copyright | PA0002550948,PA0002551059,PA0002551060,VA0002463263,VA0002463264 | 6 | Dkt. 3 Exhibit 2 Doe #171 |
| 172 | Amazon US | 1974jiuxiang | A79PIV0LOWQR | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #172 |
| 173 | Amazon US | nxmv | A89DHURNN2SN0 | Copyright | PA0002551060 | 1 | Dkt. 3 Exhibit 2 Doe #173 |
| 174 | Amazon US | 陕西旭悦财商贸有限公司 | A8UMTSXCALVG9 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #174 |
| 175 | Amazon US | prime-US | A97N2U0TWMMB3 | Copyright | PA0002550948,PA0002551060,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #175 |
| 176 | Amazon US | Pazuloa | AAIB4CWGXHJ2V | Copyright | PA0002550948,VA0002463263 | 2 | Dkt. 3 Exhibit 2 Doe #176 |
| 177 | Amazon US | yunchengshiyanhuqumansuobaihuoshanghang | AAOJ0XUK448PB | Copyright | PA0002550948,PA0002551059,PA0002551060,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #177 |
| 178 | Amazon US | FBSHZX | AAQW1WNUOVTJV | Copyright | PA0002550948,PA0002551060 | 2 | Dkt. 3 Exhibit 2 Doe #178 |
| 179 | Amazon US | Rossros | ACQL7KQXH21JL | Copyright | VA0002463263 | 1 | Dkt. 3 Exhibit 2 Doe #179 |
| 180 | Amazon US | WQRPA | AE3NXC0T74150 | Copyright | PA0002550948 | 1 | Dkt. 3 Exhibit 2 Doe #180 |
| 181 | Amazon US | haowu10-20 days delivery | AGW5217B1SB86 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #181 |
| 182 | Amazon US | hnuiooi | AH1LR7NHAQQXQ | Copyright | PA0002550948,PA0002551059 | 2 | Dkt. 3 Exhibit 2 Doe #182 |
| 183 | Amazon US | xiaoyuregou | AH2KY5XENPRXP | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #183 |
| 184 | Amazon US | elilili-shop | AKTTMOQBYWKPC | Copyright | PA0002550948,PA0002551060 | 2 | Dkt. 3 Exhibit 2 Doe #184 |
| 185 | Amazon US | Pwd Us | AQZH2K6L5TVD8 | Copyright | PA0002550948,PA0002551059,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #185 |
| 186 | Amazon US | xiao na shop | AS2US412RIND7 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #186 |
| 187 | Amazon US | BeiMan | AS3TJJJCECUXL | Copyright | PA0002551060 | 1 | Dkt. 3 Exhibit 2 Doe #187 |
| 188 | Amazon US | bingyong268 | ATS8L5VMDNDTI | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #188 |
| 189 | Amazon US | Jimboo Selected | AX7TNQAM507AI | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #189 |

**FILED UNDER SEAL**                    **FILED UNDER SEAL**

EXHIBIT 1

| Doe # | Marketplace | Merchant Name | Merchant ID | IP Infringement | Copyright Registraion No. | Total No. of Images/Videos used | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|
| 190 | Amazon US | Womwill | AY1M0OCFQC4JW | Copyright | PA0002550948,PA0002551059 | 2 | Dkt. 3 Exhibit 2 Doe #190 |
| 191 | Amazon US | DaoHAN GZ | AYHEDAH205KPR | Copyright | PA0002551060 | 1 | Dkt. 3 Exhibit 2 Doe #191 |
| 192 | Amazon US | cuirongyigou | AZ2XO1GO6UGXF | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #192 |
| 193 | eBay Canada | peacelovermall | peacelovermall | Copyright | PA0002550948 | 1 | Dkt. 3 Exhibit 2 Doe #193 |
| 194 | eBay US | vibesbykai25 | vibesbykai25 | Copyright | PA0002550948,PA0002551059,PA0002551060,VA0002463263,VA0002463264 | 5 | Dkt. 3 Exhibit 2 Doe #194 |
| 195 | eBay US | ysfshop | ysfshop | Copyright | PA0002550948,PA0002551060,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #195 |
| 196 | Fruugo US | Coofanyk | 26550 | Copyright | VA0002463264 | 1 | Dkt. 3 Exhibit 2 Doe #196 |
| 197 | Other | Greuit | greuit.com | Copyright | PA0002550948,VA0002463264,VA0002463263 | 4 | Dkt. 3 Exhibit 2 Doe #197 |
| 198 | Other | Independenct | independenct.com | Copyright | VA0002463264,VA0002463263 | 3 | Dkt. 3 Exhibit 2 Doe #198 |
| 199 | Other | Sliderow | sliderow.com | Copyright | VA0002463264,VA0002463263 | 3 | Dkt. 3 Exhibit 2 Doe #199 |
| 200 | Other | SLOTGRILL | slotsgrill.com | Copyright | VA0002463263 | 1 | Dkt. 3 Exhibit 2 Doe #200 |
| 201 | Other | Trendyglamor | trendyglamor.com | Copyright | VA0002463264 | 1 | Dkt. 3 Exhibit 2 Doe #201 |
| 202 | Other | utmosted | utmosted.com | Copyright | VA0002463264,VA0002463263 | 3 | Dkt. 3 Exhibit 2 Doe #202 |
| 203 | Shopify | Absooilute | absooilute.com | Copyright | VA0002463264,VA0002463263 | 3 | Dkt. 3 Exhibit 2 Doe #203 |
| 204 | Shopify | HARMONIOUT | harmoniout.com | Copyright | VA0002463264,VA0002463263 | 3 | Dkt. 3 Exhibit 2 Doe #204 |
| 205 | Shopify | Knitlacedy | knitlacedy.com | Copyright | VA0002463264,VA0002463263 | 3 | Dkt. 3 Exhibit 2 Doe #205 |
| 206 | Shopify | Mentionin | mentionin.com | Copyright | PA0002550948,VA0002463264,VA0002463263 | 4 | Dkt. 3 Exhibit 2 Doe #206 |
| 207 | Shopify | Suitablte | suitablte.com | Copyright | PA0002550948,PA0002551059,VA0002463264,VA0002463263 | 6 | Dkt. 3 Exhibit 2 Doe #207 |
| 208 | Temu | NODIE | 115454119751 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #208 |
| 209 | Temu | XA WXJ | 634418216654802 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #209 |
| 210 | Temu | Express mall | 634418220164202 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #210 |
| 211 | Temu | Super affordable right now | 634418220168421 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #211 |
| 212 | Temu | LefthighO | 634418220185558 | Copyright | PA0002550948 | 1 | Dkt. 3 Exhibit 2 Doe #212 |
| 213 | Temu | ZYXC ONE | 634418220454540 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #213 |
| 214 | Temu | WSQone | 634418220493316 | Copyright | PA0002550948,PA0002551060 | 2 | Dkt. 3 Exhibit 2 Doe #214 |
| 215 | Temu | Virello | 634418222764419 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #215 |
| 216 | Temu | hxinron | 634418223098051 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #216 |

**FILED UNDER SEAL**                          **FILED UNDER SEAL**

EXHIBIT 1

| Doe # | Marketplace | Merchant Name | Merchant ID | IP Infringement | Copyright Registraion No. | Total No. of Images/Videos used | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|
| 217 | Temu | Seems All Good | 634418223950318 | Copyright | PA0002550948,PA0002551059,PA0002551060,VA0002463263,VA0002463264 | 6 | Dkt. 3 Exhibit 2 Doe #217 |
| 218 | Temu | ZHILONGSHOP | 634418224280969 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #218 |
| 219 | Temu | DINGYUANSHOP | 634418224349167 | Copyright | PA0002550948,PA0002551060,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #219 |
| 220 | Temu | YwxUuu | 634418224584359 | Copyright | PA0002551060 | 1 | Dkt. 3 Exhibit 2 Doe #220 |
| 221 | Temu | Foreverexist | 634418224587068 | Copyright | PA0002551060 | 1 | Dkt. 3 Exhibit 2 Doe #221 |
| 222 | Temu | RUiiUiR | 634418224601793 | Copyright | PA0002551060 | 1 | Dkt. 3 Exhibit 2 Doe #222 |
| 223 | Temu | HAOKAN ER SHOP | 634418224738141 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #223 |
| 224 | Temu | YINGMAAAA SAN SHOPPP | 634418224756458 | Copyright | PA0002550948,PA0002551060,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #224 |
| 225 | Temu | YINGQU SAN SHOP | 634418224757223 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #225 |
| 226 | Temu | Wximin | 634418224963357 | Copyright | PA0002550948,PA0002551060,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #226 |
| 227 | Temu | Xinmin jia | 634418224969411 | Copyright | PA0002550948,PA0002551060,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #227 |
| 228 | Temu | XINMINJIADE | 634418225008328 | Copyright | PA0002550948,PA0002551060,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #228 |
| 229 | Temu | Emeraldsea | 634418225226182 | Copyright | PA0002551060 | 1 | Dkt. 3 Exhibit 2 Doe #229 |
| 230 | Temu | NANYINGSS | 634418225351226 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #230 |
| 231 | Temu | AuroraTechShop SAN | 634418225362513 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #231 |
| 232 | Temu | cxcshow | 634418225381293 | Copyright | PA0002550948,PA0002551060,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #232 |
| 233 | Temu | cxcshowshop | 634418225386607 | Copyright | PA0002550948,PA0002551060 | 2 | Dkt. 3 Exhibit 2 Doe #233 |
| 234 | Temu | DVOVJODH | 634418225556971 | Copyright | PA0002550948,PA0002551060,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #234 |
| 235 | Temu | Hxdctttmyyy | 634418225568909 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #235 |
| 236 | Temu | Makelele Sport Fashion | 634418225636696 | Copyright | PA0002550948,PA0002551060,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #236 |
| 237 | Temu | wangmeijunqidian | 634418225801449 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #237 |
| 238 | Temu | xxxhuio | 634418225856440 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #238 |
| 239 | Temu | NovaaTech SI | 634418225980174 | Copyright | PA0002550948,PA0002551060 | 2 | Dkt. 3 Exhibit 2 Doe #239 |
| 240 | Temu | Velvethugl | 634418225984044 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #240 |
| 241 | Temu | Vervedxshd | 634418226058303 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #241 |
| 242 | Temu | Voyagexzxzc | 634418226066329 | Copyright | PA0002550948,VA0002463264 | 2 | Dkt. 3 Exhibit 2 Doe #242 |
| 243 | Temu | SlarLuxe | 634418226072795 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #243 |

**FILED UNDER SEAL** EXHIBIT 1 **FILED UNDER SEAL**

| Doe # | Marketplace | Merchant Name | Merchant ID | IP Infringement | Copyright Registraion No. | Total No. of Images/Videos used | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|
| 244 | Temu | BloomPage | 634418226077468 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #244 |
| 245 | Temu | StorySpine Bookstore | 634418226079203 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #245 |
| 246 | Temu | SOIN SHOP | 634418226160565 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #246 |
| 247 | Temu | AuroraTechSHOP BA | 634418226199222 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #247 |
| 248 | Temu | Qichctory | 634418226231099 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #248 |
| 249 | Temu | Icy Threads | 634418226346322 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #249 |
| 250 | Temu | West Bamboo | 634418226348620 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #250 |
| 251 | Temu | VogueVilla L | 634418226355255 | Copyright | PA0002550948,PA0002551060,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #251 |
| 252 | Temu | Everlasting Bloom Flora | 634418226357516 | Copyright | PA0002550948,PA0002551060,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #252 |
| 253 | Temu | Lathe Line | 634418226365709 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #253 |
| 254 | Temu | Mech Aura | 634418226367506 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #254 |
| 255 | Temu | Globaljghjk | 634418226371536 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #255 |
| 256 | Temu | KERKFJN | 634418226445771 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #256 |
| 257 | Temu | good friend tools | 634418226486639 | Copyright | PA0002550948,PA0002551060,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #257 |
| 258 | Temu | NovaaTech aSHISAN | 634418226508554 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #258 |
| 259 | Temu | Paige Elizabeth shop | 634418226542686 | Copyright | PA0002550948,PA0002551060,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #259 |
| 260 | Temu | CSFAleo | 634418226584941 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #260 |
| 261 | Temu | GkdglTWO | 634418226627955 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #261 |
| 262 | Temu | GDFSADF | 634418226650594 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #262 |
| 263 | Temu | gongcsheng | 634418226674598 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #263 |
| 264 | Temu | BULABULAMER | 634418226691605 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #264 |
| 265 | Temu | YGHNGD | 634418226726187 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #265 |
| 266 | Temu | JOBWDFG | 634418226744076 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #266 |
| 267 | Temu | Voyagekl | 634418226750883 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #267 |
| 268 | Temu | Tiny Step Spot | 634418226782189 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #268 |
| 269 | Temu | DHdmlDP | 634418226790185 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #269 |
| 270 | Temu | BHHHDK | 634418226805663 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #270 |

**FILED UNDER SEAL**   EXHIBIT 1   **FILED UNDER SEAL**

| Doe # | Marketplace | Merchant Name | Merchant ID | IP Infringement | Copyright Registraion No. | Total No. of Images/Videos used | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|
| 271 | Temu | LooryJIN | 634418226813847 | Copyright | VA0002463264 | 1 | Dkt. 3 Exhibit 2 Doe #271 |
| 272 | Temu | BianJieBB | 634418226827388 | Copyright | PA0002550948,VA0002463264 | 2 | Dkt. 3 Exhibit 2 Doe #272 |
| 273 | Temu | Paper YI | 634418226872740 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #273 |
| 274 | Temu | JinTanCC | 634418226893313 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #274 |
| 275 | Temu | TANJinnNBB | 634418226895777 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #275 |
| 276 | Temu | Quietshop SAN | 634418226912930 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #276 |
| 277 | Temu | Notefood ER | 634418226932783 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #277 |
| 278 | Temu | Fishfood ER | 634418226984118 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #278 |
| 279 | Temu | A Y X F | 634418226993423 | Copyright | PA0002550948,VA0002463264 | 2 | Dkt. 3 Exhibit 2 Doe #279 |
| 280 | Temu | zhenseven | 634418227016251 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #280 |
| 281 | Walmart | MOCHI Store | 101631069 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #281 |
| 282 | Walmart | Shoreew | 101662953 | Copyright | PA0002550948,PA0002551059 | 2 | Dkt. 3 Exhibit 2 Doe #282 |
| 283 | Walmart | Eosunjian Co.Ltd | 102484292 | Copyright | PA0002550948,PA0002551059 | 2 | Dkt. 3 Exhibit 2 Doe #283 |
| 284 | Walmart | ZNNT co.Ltd | 102487887 | Copyright | PA0002550948,PA0002551059 | 2 | Dkt. 3 Exhibit 2 Doe #284 |
| 285 | Walmart | Jazer | 102496557 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #285 |
| 286 | Walmart | Damenming | 102562214 | Copyright | PA0002551060 | 1 | Dkt. 3 Exhibit 2 Doe #286 |
| 287 | Walmart | NCBFHRB | 102599189 | Copyright | PA0002550948,PA0002551059,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #287 |
| 288 | Walmart | Uhnauch | 102613020 | Copyright | PA0002551060 | 1 | Dkt. 3 Exhibit 2 Doe #288 |
| 289 | Walmart | MXP | 102619702 | Copyright | PA0002550948 | 1 | Dkt. 3 Exhibit 2 Doe #289 |
| 290 | Walmart | liangzhenyu | 102641504 | Copyright | PA0002551060 | 1 | Dkt. 3 Exhibit 2 Doe #290 |
| 291 | Walmart | ETHKIA | 102655792 | Copyright | PA0002551060 | 1 | Dkt. 3 Exhibit 2 Doe #291 |
| 292 | Walmart | Whhlttxxx Co.ltd | 102670340 | Copyright | PA0002551060 | 1 | Dkt. 3 Exhibit 2 Doe #292 |
| 293 | Walmart | FFzzwan | 102701092 | Copyright | PA0002550948,PA0002551059,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #293 |
| 294 | Walmart | haohao | 102719821 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #294 |
| 295 | Walmart | CYPQ | 102742130 | Copyright | VA0002463264 | 1 | Dkt. 3 Exhibit 2 Doe #295 |
| 296 | Walmart | DRenx11 | 102745701 | Copyright | PA0002550948,PA0002551059,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #296 |
| 297 | Walmart | Yufotom | 102749689 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #297 |

| Doe # | Marketplace | Merchant Name | Merchant ID | IP Infringement | Copyright Registraion No. | Total No. of Images/Videos used | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|
| 298 | Walmart | KaiL-US | 102757487 | Copyright | PA0002550948,VA0002463264 | 2 | Dkt. 3 Exhibit 2 Doe #298 |
| 299 | Walmart | HYPLER | 102762142 | Copyright | PA0002550948,PA0002551059,VA0002463263,VA0002463264 | 4 | Dkt. 3 Exhibit 2 Doe #299 |
| 300 | Walmart | Mfhsjakfhdskjf | 102766352 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #300 |
| 301 | Walmart | Dengliming | 102771713 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #301 |
| 302 | Walmart | Sunhomme | 102772273 | Copyright | PA0002550948 | 1 | Dkt. 3 Exhibit 2 Doe #302 |
| 303 | Walmart | TANGli | 102817809 | Copyright | PA0002551060 | 1 | Dkt. 3 Exhibit 2 Doe #303 |
| 304 | Walmart | Qrieeo Home Store | 102822233 | Copyright | PA0002550948,PA0002551059,PA0002551060,VA0002463263,VA0002463264 | 5 | Dkt. 3 Exhibit 2 Doe #304 |
| 305 | Walmart | zhangliguo | 102824807 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #305 |
| 306 | Walmart | LSQEDY | 102826797 | Copyright | PA0002551060 | 1 | Dkt. 3 Exhibit 2 Doe #306 |
| 307 | Walmart | Melody* | 102843596 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #307 |
| 308 | Walmart | Liuliqiang | 102845580 | Copyright | PA0002551060 | 1 | Dkt. 3 Exhibit 2 Doe #308 |
| 309 | Walmart | sanzhishushangmaoyouxiangongsi / Chongqing Sanzhishu Trading | 102847167 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #309 |
| 310 | Walmart | zoaelork | 102850266 | Copyright | VA0002463264 | 1 | Dkt. 3 Exhibit 2 Doe #310 |
| 311 | Walmart | Onfa | 102850686 | Copyright | PA0002550948 | 1 | Dkt. 3 Exhibit 2 Doe #311 |
| 312 | Walmart | congpeng shop | 102866570 | Copyright | PA0002550948,PA0002551060 | 2 | Dkt. 3 Exhibit 2 Doe #312 |
| 313 | Walmart | L-LEFT | 102872319 | Copyright | PA0002551060 | 1 | Dkt. 3 Exhibit 2 Doe #313 |
| 314 | Walmart | Ateng | 102895786 | Copyright | PA0002550948,PA0002551060,VA0002463264 | 3 | Dkt. 3 Exhibit 2 Doe #314 |
| 315 | Walmart | Furry | 102907765 | Copyright | PA0002551060 | 1 | Dkt. 3 Exhibit 2 Doe #315 |
| 316 | Walmart | maziyue | 102941417 | Copyright | PA0002551060 | 1 | Dkt. 3 Exhibit 2 Doe #316 |