EXHIBIT 2 1293

## oceaneshop Store

---

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 1

Store Name: oceaneshop Store

Merchant ID: 1100886426

Store URL: https://www.aliexpress.com/store/1100886426

Product ID: 3256809932482662

Product URL: https://www.aliexpress.com/item/3256809932482662.html

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-11-05



Doe #1

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

EXHIBIT 2
**FILED UNDER SEAL**
2025-11-05



**AliExpress**

## Shipping address

**Selena Sw**    +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

PayPal

Change

ⓘ  Pay easily, quickly, and securely with PayPal

### oceaneshop Store

**Brand+** Collapsible BBQ Grill Rust Proof Foldable Slot Grill Heat Resistant Lightweight Camping

Black,CHINA

$38.10
Import charges included

— 1 +

**Shipping: $1.40**
**Delivery: Nov 15 - 27**

## Summary

| | |
|---|---|
| Subtotal | $38.10 |
| Promo codes | Enter ⌄ |
| Shipping fee | $1.40 |
| Additional charges ⓘ | $3.26 |
| **Total** | **$42.76** |

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

### Fast delivery ›

✔ $2.00 coupon code if delayed  ✔ Refund if package lost  ✔ Refund if items damaged  ✔ Refund if no delivery in 30 days

Doe #1

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## Happy-Planet Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 2

Store Name: Happy-Planet Store

Merchant ID: 1100984947

Store URL: https://www.aliexpress.com/store/1100984947

Product ID: 3256809585094230

Product URL: https://www.aliexpress.com/item/3256809585094230.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1, SLG-Video-01, SLG-Video-02, SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-11-03

**FILED UNDER SEAL**

EXHIBIT 2

2025-11-03



Doe #2

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-1: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002551060, VA0002463264, PA0002550948



Doe #2

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-1: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002551060, VA0002463264, PA0002550948

## Homeand Garden Decor Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 3

Store Name: Homeand Garden Decor Store

Merchant ID: 1101216630

Store URL: https://www.aliexpress.com/store/1101216630

Product ID: 3256809696247573

Product URL: https://www.aliexpress.com/item/3256809696247573.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-31

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**

2025-10-31



Doe #3

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

8



Doe #3

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

9

## All Laugh Is Marvels Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 4

Store Name: All Laugh Is Marvels Store

Merchant ID: 1101262612

Store URL: https://www.aliexpress.com/store/1101262612

Product ID: 3256809688058628

Product URL: https://www.aliexpress.com/item/3256809688058628.html

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-11-05



# ALIM-Foldable BBQ Grills Small Folding Metal Grills Outdoor Thickened Quick Assembly Slot Design For Camping For Picnic

100K+ similar items sold

## $39.56 30% off $56.51

Incl. import charges; est. other taxes: $3.26 ; Extra 5% off with coins

Pay with PayPal Pay in 4 interest-free installments

Buy 1 pieces get 3% off

**Color: As Shown**

### Sold by  All Laugh Is Marvels St... (Trader)
Seller info    Message

**Ship to**    Sherman, Texas, United States

### Service commitment

Shipping: $8.46
Delivery: Nov. 26 - Dec. 06

Free returns within 90 days

Security & Privacy Safe payments-Sec...

Shop sustainably

### Quantity
−  1  +

3000 available

**Buy now**

**Add to cart**

Share

Customer Reviews    Specifications    Description    Store    More to love

## Reviews

Doe #4
Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

11



## Shipping address

**Selena Sw**   +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

**PayPal**

Pay easily, quickly, and securely with PayPal

Change

### All Laugh Is Marvels Store

ALIM-Foldable BBQ Grills Small Folding Metal Grills Outdoor Thickened Quick Assembly Slot D
As Shown

$39.56
Import charges included

−  1  +

Shipping: $8.46
Delivery: Nov. 26 - Dec. 06

## Summary

| Subtotal | $39.56 |
|---|---|
| 🚫 **Saved** Max discounts & coupon codes auto-applied | −$2.19 ⌄ |
| Promo codes | Enter ⌄ |
| Shipping fee | $8.46 |
| Additional charges ⓘ | $3.79 |
| **Total** | **$49.62** |

**PayPal**

Upon clicking 'Place Order', I confirm I have read and acknowledged **all terms and policies**.

**AliExpress**

AliExpress keeps your information and payment safe

**Security & Privacy** ›

Safe payments · Secure personal details

Doe #4

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## LBShip Life Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 5

Store Name: LBShip Life Store

Merchant ID: 1101295768

Store URL: https://www.aliexpress.com/store/1101295768

Product ID: 3256809496097035

Product URL: https://www.aliexpress.com/item/3256809496097035.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-11-06

AliExpress    Slot Grill Collapsible Bbq Grill

Download the AliExpress app    Sherman/EN/ USD    Hi, selenas... Account    Cart 0





### Travel Barbecue Grills Rack For Picnic Quick Assembly Easy To Clean For Backyard Patios Gatherings

by LBShip Life Store ( ⭐ 4.7 | 800+ sold )

**$103.66** 36% off ~~$161.97~~

Wholesale   2+ pieces, extra 3% off

Incl. import charges; est. other taxes: $8.55 ⓘ ; Extra 5% off with coins

| 💳 Pay with PayPal Pay in 4 interest-free installments 🅿 | › |
|---|---|

| 🎟 $12.00 off on $89.00 | › |
|---|---|



Sold by    LBShip Life Store(Trader) ›

ⓘ Seller info    ✉ Message

Ship to    📍 Sherman, Texas, United States

**Service commitment**

🚚 Shipping: $4.92
Delivery: Nov 15 - 23

🕐 Fast delivery    ›

✓ $1.00 coupon code if delayed
✓ Refund if package lost
✓ Refund if items damaged
✓ Refund if no delivery in 30 days

🔄 Free returns within 90 days    ›

🛡 Security & Privacy Safe payments·Secure per... ›

🍃 Shop sustainably    ›

**Quantity**

−  1  +

**Buy now**

**Add to cart**

Share    ♡

📍 Customer Reviews    Specifications    Description    Store    More to love

## Reviews

Doe #5
Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

14



Doe #5

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

15

## LiuBinee Trading Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 6

Store Name: LiuBinee Trading Store

Merchant ID: 1101296733

Store URL: https://www.aliexpress.com/store/1101296733

Product ID: 3256809496206878

Product URL: https://www.aliexpress.com/item/3256809496206878.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-11-06



Doe #6

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

17



Doe #6

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## H-OME IMPROVEMENT & TOOL KITS Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 7

Store Name: H-OME IMPROVEMENT & TOOL KITS Store

Merchant ID: 1101339997

Store URL: https://www.aliexpress.com/store/1101339997

Product ID: 3256809690570700

Product URL: https://www.aliexpress.com/item/3256809690570700.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-11-05



Doe #7

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

2025-11-05



## Shipping address

**Selena Sw**  +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

PayPal **PayPal**

Change

ⓘ  Pay easily, quickly, and securely with PayPal

**H-OME IMPROVEMENT & TOOL KITS Store**

ABMI-Quick Assembly Slot Design Foldable BBQ Grills Outdoor Small Folding Metal Grills Thick
As Shown

**$39.69**
Import charges included

−  1  +

Shipping: $8.46
Delivery: Nov. 26 - Dec. 06

## Summary

| | |
|---|---|
| Subtotal | $39.69 |
| Promo codes | Enter ⌄ |
| Shipping fee | $8.46 |
| Additional charges ⓘ | $3.97 |
| **Total** | **$52.12** |

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

## Security & Privacy ›

Safe payments · Secure personal details

## Safe Payments

Doe #7
Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

21

## Our Market Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 8

Store Name: Our Market Store

Merchant ID: 1101349303

Store URL: https://www.aliexpress.com/store/1101349303

Product ID: 3256809585292795

Product URL: https://www.aliexpress.com/item/3256809585292795.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1, SLG-Video-01, SLG-Video-02, SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-10-31



Doe #8

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-1: Listing Image
Copyright Registration Numbers: PA0002551059, PA0002551060, VA0002463264, PA0002550948

2025-10-31



Doe #8

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-1: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002551060, VA0002463264, PA0002550948

24

## Evan Digital phone Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 9

Store Name: Evan Digital phone Store

Merchant ID: 1101352043

Store URL: https://www.aliexpress.com/store/1101352043

Product ID: 3256809609626597

Product URL: https://www.aliexpress.com/item/3256809609626597.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1, SLG-Video-01, SLG-Video-02, SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-10-31

2025-10-31

# AliExpress

Slot Grill

Download the AliExpress app

Sherman/EN/ USD

Hi, selenas... Account

0 Cart

**Before folding**

**Before folding**

## Stainless Steel BBQ Grills Outdoor Small Folding Metal Grills Upgraded Thickened Quick Assembly Slot Grills For Camping Picnics

by Evan Digital phone S... ( ★4.7 | 500+ sold )

**SuperDeals**

**$8.04**   lower than last 90 days   $14.35

Incl. import charges; est. other taxes: $0.66 ⓘ ; Extra 3% off with coins

$2.00 off on $14.00

**Color: 40X22X10 cm**

| Sold by | Evan Digital phone Store(Trader) > |
| --- | --- |
| | ⓘ Seller info   ✉ Message |
| Ship to | ⦿ Sherman, Texas, United States |

**Service commitment**

- Shipping: **$22.72** >
  **Delivery: Nov 08 – 15**
- Fast delivery >
  ✓ $1.00 coupon code if delayed
  ✓ Refund if package lost
  ✓ Refund if items damaged
  ✓ Refund if no delivery in 30 days
- Free returns within 90 days >
- Security & Privacy >
  Safe payments: We do not share your personal detail...
  Secure personal details: We protect your privacy and ...
- Shop sustainably >

**Quantity**

−  1  +

99 available

**Buy now**

**Add to cart**

⌁ Share    ♡ 34

⦿ Customer Reviews    Specifications    Description    Store    More to love

# Reviews

# Related items

Doe #9

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-1: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002551060, VA0002463264, PA0002550948



Doe #9

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-1: Listing Image
Copyright Registration Numbers: PA0002551059, PA0002551060, VA0002463264, PA0002550948

## House Suncatcher Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 10

Store Name: House Suncatcher Store

Merchant ID: 1101371385

Store URL: https://www.aliexpress.com/store/1101371385

Product ID: 3256809418569315

Product URL: https://www.aliexpress.com/item/3256809418569315.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-11-06

**FILED UNDER SEAL**  EXHIBIT 2  **FILED UNDER SEAL**  2025-11-06



Doe #10

Copyright(s) SLG-Video-01, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: VA0002463264, VA0002463263, PA0002550948



Doe #10

Copyright(s) SLG-Video-01, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: VA0002463264, VA0002463263, PA0002550948

EXHIBIT 2

## Instrumentation-tools Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 11

Store Name: Instrumentation-tools Store

Merchant ID: 1101382201

Store URL: https://www.aliexpress.com/store/1101382201

Product ID: 3256809679839725

Product URL: https://www.aliexpress.com/item/3256809679839725.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-11-03

**FILED UNDER SEAL**

2025-11-03

Incognito

aliexpress.us/item/3256809679839725.html?gatewayAdapt=glo2usa

AliExpress

Slot Grill

Download the AliExpress app

Sherman/EN/ USD

Hi, selenas... Account

0 Cart

### BAAR-Foldable Outdoor BBQ Grills Small Metal Folding Grills Quick Assembly Thickened Slot Design For Camping Picnic

by Instrumentation-tool... ( ★ 4.9 | 500+ sold )

**$41.36** **37% off** $65.65

Incl. import charges; est. other taxes: $3.41 ⓘ ; Extra 2% off with coins

Pay with PayPal Pay in 4 interest-free installments

$4.00 off on $23.00

**Color: As Shown**



#### Sold by  Instrumentation-tools Store(Trader) ›

ⓘ Seller info   Message

Ship to    Sherman, Texas, United States

**Service commitment**

Shipping: **$8.46**
Delivery: Nov. 25 - Dec. 05

Free returns within 90 days

Security & Privacy
Safe payments: We do not share your personal ...
Secure personal details: We protect your privac...

Shop sustainably

**Quantity**

− 1 +

3000 available

**Buy now**

**Add to cart**

Share   ♡

Customer Reviews   Specifications   Description   Store   More to love

## Reviews

Doe #11
Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

aliexpress.us/p/trade/confirm.html?objectId=3256809679839725&from=aliexpress&countryCode=US&shippingCompany=Other&provinceCode=92288488000000000...    Incognito



## Shipping address

**Selena Sw**    +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

**PayPal**
ⓘ Pay easily, quickly, and securely with PayPal

Change

### Instrumentation-tools Store

BAAR-Foldable Outdoor BBQ Grills Small Metal Folding Grills Quick Assembly Thickened Slot D
As Shown

**$41.36**
Import charges included

−  1  +

Shipping: $8.46
Delivery: Nov. 25 – Dec. 05

---

## Summary

| | |
|---|---|
| Subtotal | $41.36 |
| Promo codes | Enter ⌄ |
| Shipping fee | $8.46 |
| Additional charges 🛍️ | $4.12 |
| **Total** | **$53.94** |

**PayPal**

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

### 🛡️ AliExpress

AliExpress keeps your information and payment safe

### 🛡️ Security & Privacy ›

Safe payments · Secure personal details

### 🛡️ Safe Payments

VISA | ID Check | SafeKey | ProtectBuy | JCB

With popular payment partners, your personal details are safe.

---

Doe #11

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

**FILED UNDER SEAL**              **FILED UNDER SEAL**

EXHIBIT 2

## Warm Home-Decor Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 12

Store Name: Warm Home-Decor Store

Merchant ID: 1101655548

Store URL: https://www.aliexpress.com/store/1101655548

Product ID: 3256809696468030

Product URL: https://www.aliexpress.com/item/3256809696468030.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-11-05

**FILED UNDER SEAL**

EXHIBIT 2

**FILED UNDER SEAL**

2025-11-05



Doe #12

Copyright(s) SLG-Video-01: Listing Image

Copyright Registration Numbers: PA0002550948



Doe #12

Copyright(s) SLG-Video-01: Listing Image

Copyright Registration Numbers: PA0002550948

## LED Lighting World Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 13

Store Name: LED Lighting World Store

Merchant ID: 1101658707

Store URL: https://www.aliexpress.com/store/1101658707

Product ID: 3256809543892315

Product URL: https://www.aliexpress.com/item/3256809543892315.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-11-06

**\*\*FILED UNDER SEAL\*\***

AliExpress

Plancha Bbq Stainless Fire

Download the AliExpress app

Sherman/EN/ USD

Hi, selenas... Account

0 Cart

**Collapsible BBQ Grill Portable Stainless Steel Foldable Charcoal Grills Tool-Free Setup Compact for Camping, Tailgating, Travel**

by 🏮LED Lighting World S... ( ⭐4.9 | 292 sold )

Sold by    LED Lighting World Store(Trader) ›

ⓘ Seller info    💬 Message

**$79.18** 26% off $107.00

Incl. import charges; est. other taxes: $6.53 ⓘ

Ship to    📍 Sherman, Texas, United States

Pay with PayPal Pay in 4 interest-free installments

$7.00 off on $49.00

**Service commitment**

🚚 Shipping: $11.00
Delivery: Nov 17 - 29 ›

Color: black

🚀 Fast delivery ›
✓ $1.00 coupon code if delayed
✓ Refund if package lost
✓ Refund if items damaged
✓ Refund if no delivery in 30 days

Free returns within 90 days ›

🛡 Security & Privacy Safe payments-Secure per... ›

🌱 Shop sustainably ›

**Quantity**

− 1 +

**Buy now**

**Add to cart**

📍 Customer Reviews    Specifications    Description    Store    More to love

**Reviews**

Share    ♡

Doe #13

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

38



Doe #13

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

## For-nine Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 14

Store Name: For-nine Store

Merchant ID: 1101670387

Store URL: https://www.aliexpress.com/store/1101670387

Product ID: 3256809490757577

Product URL: https://www.aliexpress.com/item/3256809490757577.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-02

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-11-10



Doe #14

Copyright(s) SLG-Video-01, SLG-Video-02: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002550948



# AliExpress

## Shipping address

**Selena Sw**   +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

**PayPal**

Change

ⓘ Pay easily, quickly, and securely with PayPal

### For-nine Store ✏



Lightweight Slot Grill Foldable Slot Grill Portable Slot Grill Collapsible Bbq Tool-free Setup Light

Black,China

**$8.91**

Import charges included

− 1 +

**Shipping: $27.81**
**Delivery: Nov 17 - 23**

›

## Summary

| | |
|---|---|
| Subtotal | $8.91 |
| Promo codes | Enter ⌄ |
| Shipping fee | $27.81 |
| Additional charges ⓘ | $3.02 |
| **Total** | **$39.74** |

**PayPal**

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.



## ✓ AliExpress

AliExpress keeps your information and payment safe

### 📦 Fast delivery ›

✓ $1.00 coupon code if delayed  ✓ Refund if package lost  ✓ Refund if items damaged  ✓ Refund if no delivery in 30 days

---

Doe #14

Copyright(s) SLG-Video-01, SLG-Video-02: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002550948

## Dropshipping Decoration Life Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 15

Store Name: Dropshipping Decoration Life Store

Merchant ID: 1101684130

Store URL: https://www.aliexpress.com/store/1101684130

Product ID: 3256809627776756

Product URL: https://www.aliexpress.com/item/3256809627776756.html

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1, SLG-5

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-11-03

← Foldable BBQ Grill Small Metal ... × +

← → ⟳ | aliexpress.us/item/3256809627776756.html?gatewayAdapt=glo2usa

**AliExpress** ☰ | Slot Grill 🔍

🔲 Download the AliExpress app | 🇺🇸 Sherman/EN/ USD ⌄ | 👤 Hi, selenas... Account | 🛒 Cart 0



### Foldable BBQ Grill Small Metal Portable Charcoal Grill Roasting Stand Smoker Accessory Compact Holder For Balcony Apartment

by 🔲 Dropshipping Decorat... ( ⭐4.4 | 121 sold )

**$41.4** **47% off** $~~78.11~~

🏷️ **Wholesale** 5+ pieces, extra 2% off
Incl. import charges; est. other taxes: $3.42 ⓘ ; Extra 3% off with coins

| 💳 Pay with PayPal Pay in 4 interest-free installments 🅿️ | › |
|---|---|

| $1.00 off over $1.01 | › |
|---|---|

---

📍 **Customer Reviews**  Specifications  Description  Store  More to love

## Reviews

---

**Sold by** Dropshipping Decoration Lif... (Trader) ›

ⓘ Seller info  💬 Message

**Ship to**  📍 Sherman, Texas, United States

### Service commitment

🚚 **Shipping: $23.37**
**Delivery: Nov 11 - 18**

⏱️ **Fast delivery** ›
✔ $1.00 coupon code if delayed
✔ Refund if package lost
✔ Refund if items damaged
✔ Refund if no delivery in 30 days

↩️ **Free returns within 90 days** ›

🛡️ **Security & Privacy** ›
Safe payments: We do not share your personal ...
Secure personal details: We protect your privac...

🌱 **Shop sustainably** ›

**Buy now**

**Add to cart**

🔗 Share     ♡

Doe #15
Copyright(s) SLG-1, SLG-5: Listing Image
Copyright Registration Numbers: VA0002463264, VA0002463263



## Shipping address

**Selena Sw**   +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

PayPal

Change

Pay easily, quickly, and securely with PayPal

### Dropshipping Decoration Life Store

Foldable BBQ Grill Small Metal Portable Charcoal Grill Roasting Stand Smoker Accessory Comp
CHINA

$41.40                                    —   1   +
Import charges included

Shipping: $23.37
Delivery: Nov 11 – 18

## Summary

| | |
|---|---|
| Subtotal | $41.40 |
| Promo codes | Enter ⌄ |
| Shipping fee | $23.37 |
| Additional charges ⓘ | $5.35 |
| **Total** | **$70.12** |

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

### Fast delivery ›

$1.00 coupon code if delayed   Refund if package lost   Refund if items damaged   Refund if no delivery in 30 days

### Security & Privacy ›

Safe payments · Secure personal details

Doe #15

Copyright(s) SLG-1, SLG-5: Listing Image

Copyright Registration Numbers: VA0002463264, VA0002463263

## New Worlds Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 16

Store Name: New Worlds Store

Merchant ID: 1101707001

Store URL: https://www.aliexpress.com/store/1101707001

Product ID: 3256809520775481

Product URL: https://www.aliexpress.com/item/3256809520775481.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1, SLG-Video-01, SLG-Video-02, SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-10-31

**FILED UNDER SEAL** EXHIBIT 2    2025-10-31



Doe #16

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-1: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002551060, VA0002463264, PA0002550948



Doe #16

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-1: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002551060, VA0002463264, PA0002550948

48

## Iridescent Garden Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 17

Store Name: Iridescent Garden Store

Merchant ID: 1101736949

Store URL: https://www.aliexpress.com/store/1101736949

Product ID: 3256809444608158

Product URL: https://www.aliexpress.com/item/3256809444608158.html

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1, SLG-Video-01, SLG-2, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-11-06

**FILED UNDER SEAL** Foldable BBQ Grill Heavy Duty

EXHIBIT 2    **FILED UNDER SEAL**    2025-11-06

aliexpress.us/item/3256809444608158.html?gatewayAdapt=glo2usa

Incognito

**AliExpress**

Slot Grill Collapsible Bbq Grill

Download the AliExpress app

Sherman/EN/ USD

Hi, selenas... Account

0 Cart



### Foldable BBQ Grill Heavy Duty Metal Roasting Stand portable Barbecue Charcoal Grill For Outdoor Cooking Camping Picnics Beach

by Iridescent Garden St... ( ★4.7 | 2,000+ sold )

**$31.39**  69% off  $101.25

Incl. import charges; est. other taxes: $2.59 ⓘ ; Extra 2% off with coins

Pay with PayPal Pay in 4 interest-free installments

$4.00 off on $23.00

**Sold by**    Iridescent Garden Store(Trader) ›

ⓘ Seller info    ✉ Message

**Ship to**    ⦿ Sherman, Texas, United States

**Service commitment**

🚚 Shipping: $21.05
Delivery: Nov 13 - 19

⏱ Fast delivery
✓ $1.00 coupon code if delayed
✓ Refund if package lost
✓ Refund if items damaged
✓ Refund if no delivery in 30 days

↩ Free returns within 90 days

🛡 Security & Privacy Safe payments-Secure per... ›

🌿 Shop sustainably ›

**Quantity**

−  1  +

**Buy now**

**Add to cart**

Share    ♡ 1

⦿ Customer Reviews    Specifications    Description    Store    More to love

## Reviews

Doe #17

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-1, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948



Doe #17

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-1, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

## ZY Especial&House Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 18

Store Name: ZY Especial&House Store

Merchant ID: 1101759602

Store URL: https://www.aliexpress.com/store/1101759602

Product ID: 3256809444114255

Product URL: https://www.aliexpress.com/item/3256809444114255.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1, SLG-Video-01, SLG-2, SLG-Video-02, SLG-4, SLG-5

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-11-10



Doe #18

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-1, SLG-2, SLG-4, SLG-5: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

53



# AliExpress

**Shipping address**

Selena Sw   +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

**Payment Methods**

PayPal                                              Change
Pay easily, quickly, and securely with PayPal

**ZY Especial&House Store**

Foldable BBQ Grill Trough Camping Campfire Grill Heavy Duty Roasting Stand Smoker Accessor
CN

$41.51
Import charges included                          −  1  +

Shipping: $21.05
Delivery: Nov 17 - 23



**Summary**

| | |
|---|---|
| Subtotal | $41.51 |
| Promo codes | Enter ⌄ |
| Shipping fee | $21.05 |
| Additional charges ⓘ | $5.16 |

**Total**   **$67.72**

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

**Fast delivery** ›

✔ $1.00 coupon code if delayed ✔ Refund if package lost ✔ Refund if items damaged ✔ Refund if no delivery in 30 days

**Security & Privacy** ›

Safe payments · Secure personal details

**Safe Payments**

Doe #18

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-1, SLG-2, SLG-4, SLG-5: Listing Image
Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

54

## Caught the stars Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 19

Store Name: Caught the stars Store

Merchant ID: 1101904719

Store URL: https://www.aliexpress.com/store/1101904719

Product ID: 3256809676112594

Product URL: https://www.aliexpress.com/item/3256809676112594.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-11-06



Doe #19

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



## Shipping address

**Selena Sw**    +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

**PayPal**

ⓘ  Pay easily, quickly, and securely with PayPal

Change

### Caught the stars Store

A84E-Slot Grills Foldable BBQ Grills Thickened Quick Assembly Outdoor Small Folding Metal Fe
As Shown

**$42.82**

—  1  +

Import charges included

Shipping: $8.46
Delivery: Nov. 27 - Dec. 07

## Summary

| Subtotal | $42.82 |
|---|---|
| Promo codes | Enter ⌄ |
| Shipping fee | $8.46 |
| Additional charges ⓘ | $4.24 |

| Total | **$55.52** |
|---|---|

**PayPal**

Upon clicking 'Place Order', I confirm I have read and acknowledged **all terms and policies**.

**AliExpress**

AliExpress keeps your information and payment safe

### Security & Privacy ›

Safe payments · Secure personal details

### Safe Payments

Doe #19

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

57

## ForHome Drop shipping Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 20

Store Name: ForHome Drop shipping Store

Merchant ID: 1101931802

Store URL: https://www.aliexpress.com/store/1101931802

Product ID: 3256809444054416

Product URL: https://www.aliexpress.com/item/3256809444054416.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1, SLG-Video-01, SLG-2, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-11-10

EXHIBIT 2

AliExpress

Slot Grill Collapsible Bbq Grill

Download the
AliExpress app

Sherman/EN/
USD

Hi, selenas...
Account

0
Cart

### Folding Charcoal Grill Trough Camping Campfire Grill Heavy Duty Roasting Stand Smoker Accessory Holder For Patio Outdoor Travel

by ForHome Drop shippin... ( ★4.9 | 207 sold )

**$41.98** 47% off $79.21

Incl. import charges; est. other taxes: $3.46 ⓘ

Pay with PayPal Pay in 4 interest-free installments 〉

PRODUCT DETAILS

Sold by    ForHome Drop shipping Store(Trader) 〉

ⓘ Seller info    ✉ Message

Ship to    📍 Sherman, Texas, United States

**Service commitment**

🚚 Shipping: $23.37    〉
Delivery: Nov 17 - 23

⏱ Fast delivery    〉
✓ $1.00 coupon code if delayed
✓ Refund if package lost
✓ Refund if items damaged
✓ Refund if no delivery in 30 days

↩ Free returns within 90 days    〉

🛡 Security & Privacy Safe payments·Secure per... 〉

♻ Shop sustainably    〉

**Quantity**

−  1  +

**Buy now**

**Add to cart**

⤴ Share    ♡

📍 Customer Reviews    Specifications    Description    Store    More to love

## Reviews

Doe #20

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-1, SLG-2, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

59



# AliExpress

## Shipping address

**Selena Sw**   +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

**PayPal**

Pay easily, quickly, and securely with PayPal

Change

**ForHome Drop shipping Store**

Folding Charcoal Grill Trough Camping Campfire Grill Heavy Duty Roasting Stand Smoker Acces
CHINA

**$41.98**
Import charges included

−  1  +

Shipping: $23.37
Delivery: Nov 17 - 23

## Summary

| Subtotal | $41.98 |
| --- | --- |
| Promo codes | Enter ⌄ |
| Shipping fee | $23.37 |
| Additional charges ⓘ | $5.39 |

**Total**   **$70.74**

**PayPal**

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

### AliExpress

AliExpress keeps your information and payment safe

### Fast delivery ›

✔ $1.00 coupon code if delayed  ✔ Refund if package lost  ✔ Refund if items damaged  ✔ Refund if no delivery in 30 days

### Security & Privacy ›

Safe payments · Secure personal details

### Safe Payments

VISA  MasterCard  ID Check  SafeKey  ProtectBuy  JCB

Doe #20
Copyright(s) SLG-Video-01, SLG-Video-02, SLG-1, SLG-2, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

EXHIBIT 2

## Shop1100060026 Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 21

Store Name: Shop1100060026 Store

Merchant ID: 1101983673

Store URL: https://www.aliexpress.com/store/1101983673

Product ID: 3256809452518416

Product URL: https://www.aliexpress.com/item/3256809452518416.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-02

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-11-05

Foldable Slot Grill Portable Slot

aliexpress.us/item/3256809452518416.html?gatewayAdapt=glo2usa

AliExpress

Iron Bbq Grill Net

Download the AliExpress app

Sherman/EN/ USD

Hi, selenas... Account

Cart 0

Customer Reviews    Specifications    ● Description    Store    More to love



**$9.39** **50% off** $18.78

Incl. import charges; est. other taxes: $0.77 ⓘ ; Extra 1% off with coins

**Color: Black**    Edit

**Sold by**    Shop1100060026 Store(Trader) ›

ⓘ Seller info    ✉ Message

**Ship to**    ⦿ Sherman, Texas, United States

**Service commitment**

🚚 **Shipping: $48.97**    ›
**Delivery: Nov 10 - 25**

🕐 **Fast delivery**    ›
✓ $1.00 coupon code if delayed
✓ Refund if package lost
✓ Refund if items damaged
✓ Refund if no delivery in 30 days

**Buy now**

**Add to cart**

◁° Share    ♡ 1

Doe #21

Copyright(s) SLG-Video-01, SLG-Video-02: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002550948



## Shipping address

**Selena Sw**   +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

PayPal

Change

Pay easily, quickly, and securely with PayPal

**Shop1100060026 Store**

Foldable Slot Grill Portable Slot Grill Collapsible Bbq Tool-free Setup Lightweight Steel for Camp
Black

**$9.39**
Import charges included

− 1 +

Shipping: $48.97
Delivery: Nov 10 – 25

## Summary

| | |
|---|---|
| Subtotal | $9.39 |
| Promo codes | Enter ∨ |
| Shipping fee | $48.97 |
| Additional charges ⓘ | $4.82 |
| **Total** | **$63.18** |

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

**Fast delivery** >

✓ $1.00 coupon code if delayed  ✓ Refund if package lost  ✓ Refund if items damaged  ✓ Refund if no delivery in 30 days

**Security & Privacy** >

Safe payments · Secure personal details

Doe #21

Copyright(s) SLG-Video-01, SLG-Video-02: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002550948

## Elektronec Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 22

Store Name: Elektronec Store

Merchant ID: 1102001526

Store URL: https://www.aliexpress.com/store/1102001526

Product ID: 3256809444017470

Product URL: https://www.aliexpress.com/item/3256809444017470.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1, SLG-Video-01

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-11-03

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**

2025-11-03

aliexpress.us/item/3256809444017470.html?gatewayAdapt=glo2usa

Incognito

# AliExpress

Slot Grill

Download the AliExpress app

Sherman/EN/ USD

Hi, selenas... Account

0 Cart



**Foldable Charcoal Grill Trough Camping Campfire Grill Heavy Duty Roasting Stand Smoker Accessory Holder For Patio Outdoor Travel**

by 🔲 Elektronec Store ( ⭐ 4.8 | 700+ sold )

**$38.47** **62% off** $101.23

Incl. import charges; est. other taxes: $3.17 ⓘ

📅 Pay with PayPal Pay in 4 interest-free installments 🅿️ ›

🏷️ $4.00 off on $23.00 ›



Sold by    Elektronec Store(Trader) ›

ⓘ Seller info    ✉ Message

Ship to    📍 Sherman, Texas, United States

**Service commitment**

🚚 Shipping: $18.08
Delivery: Nov 11 - 18 ›

🚚 Fast delivery ›
✓ $1.00 coupon code if delayed
✓ Refund if package lost
✓ Refund if items damaged
✓ Refund if no delivery in 30 days

↩ Free returns within 90 days ›

🛡 Security & Privacy ›
Safe payments: We do not share your personal ...
Secure personal details: We protect your privac...

🌿 Shop sustainably ›

**Buy now**

**Add to cart**

⌁ Share    ♡

📍 **Customer Reviews**    Specifications    Description    Store    More to love

## Reviews

Doe #22

Copyright(s) SLG-Video-01, SLG-1: Listing Image

Copyright Registration Numbers: VA0002463264, PA0002550948



Doe #22

Copyright(s) SLG-Video-01, SLG-1: Listing Image

Copyright Registration Numbers: VA0002463264, PA0002550948

EXHIBIT 2

## Shop1100169293 Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 23

Store Name: Shop1100169293 Store

Merchant ID: 1102005311

Store URL: https://www.aliexpress.com/store/1102005311

Product ID: 3256809688715080

Product URL: https://www.aliexpress.com/item/3256809688715080.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-11-03



Doe #23

Copyright(s) SLG-Video-01, SLG-4: Listing Image

Copyright Registration Numbers: VA0002463264, PA0002550948



## Shipping address

**Selena Sw**    +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

**PayPal**
ⓘ  Pay easily, quickly, and securely with PayPal

Change

### Shop1100169293 Store

Best-Foldable BBQ Grills For Camping Picnics Foldable BBQ Grill For Easy Storage Steel
As Shown

**$33.53**
Import charges included

−    1    +

Shipping: $16.54
Delivery: Nov 11 - 17

## Summary

| | |
|---|---|
| Subtotal | $33.53 |
| Promo codes | Enter ⌄ |
| Shipping fee | $16.54 |
| Additional charges ⓘ | $4.13 |
| **Total** | **$54.20** |

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

### AliExpress

AliExpress keeps your information and payment safe

### ✓ Security & Privacy ❯

Safe payments · Secure personal details

### 🛡 Safe Payments

VISA    MasterCard ID Check    SafeKey    ProtectBuy    JCB J/Secure

With popular payment partners, your personal details are safe.

Doe #23

Copyright(s) SLG-Video-01, SLG-4: Listing Image

Copyright Registration Numbers: VA0002463264, PA0002550948

## GK Offices Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 24

Store Name: GK Offices Store

Merchant ID: 1102772882

Store URL: https://www.aliexpress.com/store/1102772882

Product ID: 3256809574955960

Product URL: https://www.aliexpress.com/item/3256809574955960.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-31

Case 4:26-cv-00174-RWS   Document 20-31   Filed 10/09/26   Page 71 of 200 PageID #: ....

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**



Doe #24

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



## Shipping address

**Selena Sw**    +1 6802597236
320 N Travis ST
Sherman, Texas, United States, 75090

Change

## Payment Methods

PayPal

Change

ⓘ Pay easily, quickly, and securely with PayPal

## Shipping method

**Shipping: Free shipping**
Delivery: Nov 06 - 12
Courier company: USPS  FedEx  UPS , etc.

## Items' details

More items

$30.90

1

## Summary

| | |
|---|---|
| Subtotal | $30.90 |
| Promo codes | Enter ⌄ |
| Shipping fee | Free ⌄ |
| Additional charges ⓘ | $2.55 |
| **Total** | **$33.45** |

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

### 🛡 Fast delivery 〉

✔ $1.00 coupon code if delayed   ✔ Refund if package lost   ✔ Refund if items damaged   ✔ Refund if no delivery in 30 days

### 🛡 Security & Privacy 〉

Safe payments · Secure personal details

---

Doe #24

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

EXHIBIT 2

## TOPATY Happy Party Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 25

Store Name: TOPATY Happy Party Store

Merchant ID: 1102890441

Store URL: https://www.aliexpress.com/store/1102890441

Product ID: 3256809569333579

Product URL: https://www.aliexpress.com/item/3256809569333579.html

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1, SLG-Video-01, SLG-2, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-11-03



Doe #25

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-1, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

EXHIBIT 2

**FILED UNDER SEAL**

2025-11-03



## Shipping address

**Selena Sw**   +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

PayPal

Change

Pay easily, quickly, and securely with PayPal

### TOPATY Happy Party Store

Portable Charcoal Grill Metal Folding Campfire Grill Heavy Duty Roasting Stand Smoker Access
CHINA

$43.01
Import charges included

1

Shipping: $12.21
Delivery: Nov 11 – 24

## Summary

| | |
|---|---|
| Subtotal | $43.01 |
| Promo codes | Enter |
| Shipping fee | $12.21 |
| Additional charges | $4.55 |
| **Total** | **$59.77** |

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

### AliExpress

AliExpress keeps your information and payment safe

### Security & Privacy

Safe payments · Secure personal details

### Safe Payments

VISA    ID Check    SafeKey    ProtectBuy    JCB

With popular payment partners, your personal details are safe.

Doe #25
Copyright(s) SLG-Video-01, SLG-Video-02, SLG-1, SLG-2, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

## Soft Decoration Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 26

Store Name: Soft Decoration Store

Merchant ID: 1103132195

Store URL: https://www.aliexpress.com/store/1103132195

Product ID: 3256809677837076

Product URL: https://www.aliexpress.com/item/3256809677837076.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-11-05

B08B-Slot Grills Foldable BBQ Gr...

aliexpress.us/item/3256809677837076.html?gatewayAdapt=glo2usa

**AliExpress**

Slot Grill Collapsible Bbq Grill

Download the AliExpress app

Sherman/EN/ USD

Hi, selenas... Account

Cart 0

### B08B-Slot Grills Foldable BBQ Grills Outdoor Small Folding Metal Grills Thickened Quick Assembly For Camping Picnic

by Soft Decoration Stor... ( 4.8 | 800+ sold )

## $40.53  44% off  $72.38

Incl. import charges; est. other taxes: $3.34 ; Extra 2% off with coins

Pay with PayPal Pay in 4 interest-free installments

$4.00 off on $23.00

**Color: As Shown**



**Sold by**   Soft Decoration Store(Trader) >

Seller info    Message

**Ship to**   Sherman, Texas, United States

**Service commitment**

Shipping: $8.46

Delivery: Nov. 26 - Dec. 06

Free returns within 90 days

Security & Privacy Safe payments-Sec...

Shop sustainably

**Quantity**

−  1  +

3000 available

**Buy now**

**Add to cart**

Share    ♡ 3

Customer Reviews    Specifications    Description    Store    More to love

## Reviews

Doe #26
Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



## Shipping address

**Selena Sw**   +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

**PayPal**

Change

ⓘ  Pay easily, quickly, and securely with PayPal

### Soft Decoration Store ✎

B08B-Slot Grills Foldable BBQ Grills Outdoor Small Folding Metal Grills Thickened Quick Assem
As Shown

**$40.53**       —  1  +
Import charges included

**Shipping:** $8.46
**Delivery:** Nov. 26 - Dec. 06

## Summary

| | |
|---|---|
| Subtotal | $40.53 |
| Promo codes | Enter ⌄ |
| Shipping fee | $8.46 |
| Additional charges ⓘ | $4.04 |
| **Total** | **$53.03** |

**PayPal**

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

### ✓ AliExpress

AliExpress keeps your information and payment safe

### 🛡 Security & Privacy ›

Safe payments · Secure personal details

### 🛍 Safe Payments

Doe #26
Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## Aladdin Home Store Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 27

Store Name: Aladdin Home Store Store

Merchant ID: 1103137341

Store URL: https://www.aliexpress.com/store/1103137341

Product ID: 3256809686143305

Product URL: https://www.aliexpress.com/item/3256809686143305.html

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1, SLG-Video-01, SLG-Video-02, SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-11-07

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**    2025-11-07



Doe #27

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-1: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002551060, VA0002463264, PA0002550948



## Shipping address

**Selena Sw**    +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

PayPal

Change

(i)  Pay easily, quickly, and securely with PayPal

## Shipping method

**Shipping: Free shipping**
Delivery: Dec 21 - 24
Courier company: UNITED STATES POSTAL SERVICE.  FedEx  UPS , etc.

## Items' details

More items

$24.78

—  1  +

## Summary

| | |
|---|---|
| Subtotal | $24.78 |
| Promo codes | Enter ∨ |
| Shipping fee | Free ∨ |
| Additional charges (?) | $2.04 |
| **Total** | **$26.82** |

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

### Security & Privacy  >

Safe payments · Secure personal details

### Safe Payments

---

Doe #27

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-1: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002551060, VA0002463264, PA0002550948

81

## Alloet Dropshipping Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 28

Store Name: Alloet Dropshipping Store

Merchant ID: 1103211523

Store URL: https://www.aliexpress.com/store/1103211523

Product ID: 3256809920216767

Product URL: https://www.aliexpress.com/item/3256809920216767.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-11-10

AliExpress

Slot Grill Collapsible Bbq Grill

Download the AliExpress app

Sherman/EN/ USD

Hi, selenas... Account

0 Cart

**Brand+** **Collapsible BBQ Grill Rust Proof Foldable Slot Grill Heat Resistant Lightweight Camping Grill for Tailgating RV Party**

by Alloet Dropshipping ... ( ★ 4.8 | 700+ sold )

**$38.46** 50% off $76.92

Incl. import charges; est. other taxes: $3.17 ⓘ

Pay with PayPal Pay in 4 interest-free installments

$1.98 off over $58.97

**Color: Black**

SLOT GRILL

Three easy steps to use
01 Side and front splicing
02 Complete the box
03 Install oven grates

Sold by   Alloet Dropshipping Store(Trader) ›

ⓘ Seller info   ✉ Message

Ship to   ⊙ Sherman, Texas, United States

**Brand+** Service commitment

🚚 Free shipping
Delivery: Nov. 20 - Dec. 02

⏱ Fast delivery
✓ $2.00 coupon code if delayed
✓ Refund if package lost
✓ Refund if items damaged
✓ Refund if no delivery in 30 days

Certified Original

Free returns within 90 days

Security & Privacy Safe payments·Secure per... ›

Shop sustainably

**Quantity**

**Buy now**

**Add to cart**

⊷ Share   ♡

⊙ Customer Reviews    Specifications    Description    Store    More to love

## Reviews

Doe #28

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

83

aliexpress.us/p/trade/confirm.html?objectId=3256809920216767&from=aliexpress&countryCode=US&shippingCompany=CHUKOUYI_STANDARD&provinceCode=9...   Incognito



## Shipping address

**Selena Sw**   +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

PayPal

Pay easily, quickly, and securely with PayPal

Change

### Alloet Dropshipping Store

**Brand+** Collapsible BBQ Grill Rust Proof Foldable Slot Grill Heat Resistant Lightweight Camping

Black,CHINA

**$38.46**
Import charges included

−  1  +

Shipping: Free shipping
Delivery: Nov. 20 – Dec. 02

## Summary

| | |
|---|---|
| Subtotal | $38.46 |
| Promo codes | Enter ⌄ |
| Shipping fee | Free |
| Additional charges ⓘ | $3.17 |
| **Total** | **$41.63** |

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

### Fast delivery ›

✓ $2.00 coupon code if delayed ✓ Refund if package lost ✓ Refund if items damaged ✓ Refund if no delivery in 30 days

### Security & Privacy ›

Safe payments · Secure personal details

Doe #28
Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## Demi Party Supplies Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 29

Store Name: Demi Party Supplies Store

Merchant ID: 1103269114

Store URL: https://www.aliexpress.com/store/1103269114

Product ID: 3256809734671773

Product URL: https://www.aliexpress.com/item/3256809734671773.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1, SLG-Video-01, SLG-Video-02, SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-11-06

**FILED UNDER SEAL**                    **FILED UNDER SEAL**

EXHIBIT 2

2025-11-06

Stainless Steel Collapsible BBQ

# AliExpress

Slot Grill Collapsible Bbq Grill

Download the AliExpress app

Sherman/EN/ USD

Hi, selenas... Account

0 Cart

**Stainless Steel Collapsible BBQ Grill Charcoal Barbecue Tabletop Barbecue Compact And Portable For Camping Picnics 40x22x10 cm**

by Demi Party Supplies ... ( ★4.1 | 5,000+ sold )

| Sold by | Demi Party Supplies Store(Trader) > |
| --- | --- |
| | ⓘ Seller info    ✉ Message |

**Mega ChoiceDay**                    Ends : Nov 8, 13:29 (GMT+5.5)

**$17.21**    ⚡ Save $29.21
             ~~$46.42~~

**Special offer**
Incl. import charges; est. other taxes: $1.91 ⓘ ; Extra 1% off with coins

🏷 **$2.00 off on $14.00**                                      >

**Color: Black**

| Ship to | 📍 Sherman, Texas, United States |
| --- | --- |

**Choice**  AliExpress commitment

🚚 **Free shipping**                                            >
Delivery: **Dec. 23 - Jan. 02**
Courier company: UNITED STATES POSTAL SERVICE. FedEx
UPS ,etc.

📦 **Free returns within 90 days**                             >

🛡 **Security & Privacy** Safe payments-Secure per... >

🌿 **Shop sustainably**                                        >

**Quantity**
−  1  +

Max. 1 pcs/shopper

**Buy now**

**Add to cart**

Share                    ♡ 3

📍 Customer Reviews    Specifications    Description    Store    More to love

# Reviews

Doe #29
Copyright(s) SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-1: Listing Image
Copyright Registration Numbers: PA0002551059, PA0002551060, VA0002463264, PA0002550948



## Delivery address

**Selena Sw**    +1 6802597236

320 N Travis St
Sherman, Texas , United States , 75090

Modify

## Payment Methods

**PayPal**

Pay easily, quickly, and securely with PayPal

Change

## Shipping method

**Shipping:Free shipping**
Delivery: Dec. 23 - Jan. 2
Courier company: , etc.

## Items' details

More items

$17.21

1

## Summary

| | |
|---|---|
| Subtotal | $17.21 |
| Promo codes | Write the code here |
| Shipping fee | Free |
| Additional charges | $1.42 |
| **Total** | **$18.63** |

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies .

### AliExpress

AliExpress keeps your information and payment safe.

### Security & Privacy

Safe payments · Secure personal details

### Safe Payments

With popular payment partners, your personal details are safe.

Doe #29

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-1: Listing Image
Copyright Registration Numbers: PA0002551059, PA0002551060, VA0002463264, PA0002550948

## Demi Car Assecories Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 30

Store Name: Demi Car Assecories Store

Merchant ID: 1103275120

Store URL: https://www.aliexpress.com/store/1103275120

Product ID: 3256809632295010

Product URL: https://www.aliexpress.com/item/3256809632295010.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1, SLG-Video-01, SLG-Video-02, SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-11-03

**FILED UNDER SEAL** EXHIBIT 2 **FILED UNDER SEAL** 2025-11-03



**40x22x10 cm Stainless Steel Collapsible BBQ Grill Compact And Portable Charcoal Barbecue Tabletop Barbecue For Camping Picnics**

by Demi Car Assecories ... ( ★4.2 | 10,000+ sold )

**Mega ChoiceDay** • **Welcome deal**     Ends : Nov 8, 13:29 (GMT+5.5)

**$15.92**   ⚡Save $31.92
~~$47.84~~

Incl. import charges; est. other taxes: $1.97 ⓘ ; Extra 1% off with coins

% $2.00 off on $14.00                                              ›

**Color: 40x22x10 cm**

**Sold by**      Demi Car Assecories Store(Trader) ›
                 ⓘ Seller info    ✉ Message

**Ship to**      📍 Sherman, Texas, United States

**Choice** AliExpress commitment

🚚 **Free shipping**                                               ›
   Delivery: **Dec 21 - 31**
   Courier company: UNITED STATES POSTAL SERVICE  FedEx
   UPS ,etc.

↩ **Free returns within 90 days**                                 ›

🛡 **Security & Privacy**                                          ›
   Safe payments: We do not share your personal ...
   Secure personal details: We protect your privac...

🌿 **Shop sustainably**                                            ›

**Quantity**

−  1  +

Max. 1 pcs/shopper

**Buy now**

**Add to cart**

⌗ Share        ♡ 4

📍 **Customer Reviews (1)**    **Specifications**    **Description**    **Store**    **More to love**

**Reviews | 1.0** ★☆☆☆☆  1 ratings   ✓ All from verified purchases

All ratings ⌄    🖼 (0)    🇺🇸 (0)    💬 (0)

Sort by default ⌄    Show original language

Doe #30

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-1: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002551060, VA0002463264, PA0002550948

**Please Confirm Your Order** AI*    Case 4:25-cv-00174-RWS    Document 21-2 Filed 03/09/25    Page 90 of 200 PageID #    2025-11-03

EXHIBIT 2    **FILED UNDER SEAL**



## Shipping address

**Selena Sw**    +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

**PayPal**
ⓘ Pay easily, quickly, and securely with PayPal

Change

## Shipping method

**Shipping: Free shipping**
Delivery: Dec 21 - 31
Courier company: USPS  FedEx  UPS , etc.

## Items' details

More items

$15.92

— 1 +

## Summary

| | |
|---|---|
| Subtotal | $15.92 |
| Promo codes | Enter ⌄ |
| Shipping fee | Free ⌄ |
| Additional charges ⓘ | $1.31 |
| **Total** | **$17.23** |

**PayPal**

Upon clicking 'Place Order', I confirm I have read and acknowledged **all terms and policies**.

🛡 **AliExpress**

AliExpress keeps your information and payment safe

### ✓ Security & Privacy ›

Safe payments · Secure personal details

### 🛍 Safe Payments

VISA  ID Check  SafeKey  ProtectBuy  JCB

With popular payment partners, your personal details are safe.

Doe #30

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-1: Listing Image
Copyright Registration Numbers: PA0002551059, PA0002551060, VA0002463264, PA0002550948

90

## TT Gardern Supplies Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 31

Store Name: TT Gardern Supplies Store

Merchant ID: 1103279103

Store URL: https://www.aliexpress.com/store/1103279103

Product ID: 3256810167233729

Product URL: https://www.aliexpress.com/item/3256810167233729.html

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1, SLG-Video-01, SLG-Video-02, SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-11-19



# Reviews

Doe #31

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-1: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002551060, VA0002463264, PA0002550948

EXHIBIT 2

**FILED UNDER SEAL**

2025-11-19



## Shipping address

**Selena Sw**   +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

**PayPal**

Change

ⓘ  Pay easily, quickly, and securely with PayPal

## Shipping method

**Shipping: Free shipping**
Delivery: Nov. 28 - Dec. 05
Courier company: USPS  FedEx  UPS , etc.

## Items' details                                    More items

$30.76

−   1   +

## Summary

| | |
|---|---|
| Subtotal | $30.76 |
| Promo codes | Enter ⌄ |
| Shipping fee | Free ⌄ |
| Additional charges ⓘ | $2.54 |
| **Total** | **$33.30** |

**PayPal**

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

**Fast delivery** ›

✓ $1.00 coupon code if delayed  ✓ Refund if package lost  ✓ Refund if items damaged  ✓ Refund if no delivery in 30 days

Doe #31
Copyright(s) SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-1: Listing Image
Copyright Registration Numbers: PA0002551059, PA0002551060, VA0002463264, PA0002550948

## HHonaMM Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 32

Store Name: HHonaMM Store

Merchant ID: 1103298029

Store URL: https://www.aliexpress.com/store/1103298029

Product ID: 3256810110212402

Product URL: https://www.aliexpress.com/item/3256810110212402.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-11-19



Doe #32

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060



Doe #32

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060

**FILED UNDER SEAL** Case 4:26-cv-00174-RWS    Document 20-2    Filed 03/09/26    Page 97 of 200 PageID #: 1389    **FILED UNDER SEAL**

EXHIBIT 2

## Olivia Decorations Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 33

Store Name: Olivia Decorations Store

Merchant ID: 1103326822

Store URL: https://www.aliexpress.com/store/1103326822

Product ID: 3256809754347244

Product URL: https://www.aliexpress.com/item/3256809754347244.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1, SLG-Video-01, SLG-Video-02, SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-11-03

AliExpress ☰   | Slot Grill Collapsible Bbq Grill | 🔍 |

⊞⊞ Download the AliExpress app   🇺🇸 Sherman/EN/ USD ∨   ⊙ Hi, selenas... Account   🛒 0 Cart

### Foldable Barbecue Grill Outdoor Stainless Steel Portable Grill Compact BBQ For Camping And Parties Slot Grills 40X22X10CM

by ⚏ Olivia Decorations S... ( ★ 4.2 | 10,000+ sold )

| Sold by | Olivia Decorations Store(Trader) > |
| --- | --- |
| | ⓘ Seller info   ✉ Message |

**Mega ChoiceDay** • Welcome deal   Ends : **Nov 8, 13:29 (GMT+5.5)**

**$14.78**   ⚡Save $32.78   ~~$47.56~~

Incl. import charges; est. other taxes: $1.96 ⓘ ; Extra 1% off with coins

🎟 $2.00 off on $14.00   ›

**Color: Black 40x22x10 cm**

| Ship to | 📍 Sherman, Texas, United States |
| --- | --- |

**Choice** AliExpress commitment

🚚 **Free shipping**   ›
Delivery: **Dec 21 - 31**
Courier company: UNITED STATES POSTAL SERVICE  FedEx
UPS ,etc.

↩ **Free returns within 90 days**   ›

🛡 **Security & Privacy**   ›
Safe payments: We do not share your personal ...
Secure personal details: We protect your privac...

🌿 **Shop sustainably**   ›

**Quantity**
−  1  +

Max. 1 pcs/shopper

**Buy now**

**Add to cart**

⋘ Share        ♡ 9

📍 Customer Reviews    Specifications    Description    Store    More to love

## Reviews

Doe #33

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-1: Listing Image
Copyright Registration Numbers: PA0002551059, PA0002551060, VA0002463264, PA0002550948



## Shipping address

**Selena Sw**   +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

**PayPal**

Change

ⓘ Pay easily, quickly, and securely with PayPal

## Shipping method

**Shipping: Free shipping**
Delivery: Dec 21 - 31
Courier company: USPS FedEx UPS , etc.

## Items' details

More items

$14.78

−  1  +

## Summary

| | |
|---|---|
| Subtotal | $14.78 |
| Promo codes | Enter ⌄ |
| Shipping fee | Free ⌄ |
| Additional charges ⓘ | $1.22 |
| **Total** | **$16.00** |

**PayPal**

Upon clicking 'Place Order', I confirm I have read and acknowledged **all terms and policies.**

### AliExpress

AliExpress keeps your information and payment safe

### ✓ Security & Privacy ›

Safe payments · Secure personal details

### 🛡 Safe Payments

VISA | ID Check | SafeKey | ProtectBuy | JCB J/Secure

With popular payment partners, your personal details are safe.

Doe #33

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-1: Listing Image
Copyright Registration Numbers: PA0002551059, PA0002551060, VA0002463264, PA0002550948

EXHIBIT 2

## Shop1103330728 Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 34

Store Name: Shop1103330728 Store

Merchant ID: 1103329720

Store URL: https://www.aliexpress.com/store/1103329720

Product ID: 3256810170327196

Product URL: https://www.aliexpress.com/item/3256810170327196.html

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1, SLG-Video-01, SLG-Video-02, SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-11-19

**FILED UNDER SEAL**    **FILED UNDER SEAL**

EXHIBIT 2

2025-11-19



Doe #34

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-1: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002551060, VA0002463264, PA0002550948



## Shipping address

**Selena Sw**   +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

PayPal

Change

ⓘ  Pay easily, quickly, and securely with PayPal

## Shipping method

**Shipping: Free shipping**
Delivery: Nov. 29 - Dec. 06
Courier company: USPS  FedEx  UPS , etc.

## Items' details                                    More items

$28.29

−  1  +

## Summary

| | |
|---|---|
| Subtotal | $28.29 |
| Promo codes | Enter ⌄ |
| Shipping fee | Free ⌄ |
| Additional charges ⓘ | $2.33 |
| **Total** | **$30.62** |

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

### AliExpress

AliExpress keeps your information and payment safe

### 📦 Fast delivery ›

✔ $1.00 coupon code if delayed  ✔ Refund if package lost  ✔ Refund if items damaged  ✔ Refund if no delivery in 30 days

### ✓ Security & Privacy ›

Safe payments · Secure personal details

Doe #34
Copyright(s) SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-1: Listing Image
Copyright Registration Numbers: PA0002551059, PA0002551060, VA0002463264, PA0002550948

## Etime Choice Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 35

Store Name: Etime Choice Store

Merchant ID: 1103340772

Store URL: https://www.aliexpress.com/store/1103340772

Product ID: 3256809498081750, 3256809541202511

Product URL: https://www.aliexpress.com/item/3256809498081750.html, https://www.aliexpress.com/item/3256809541202511.html

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-31, 2025-11-03



### Collapsible BBQ Grills,Folding Metal Grilling Rack,Tool-Free Setup Metal Small Travel Grills,For Outdoor Cooking

★☆☆☆☆    1.0  1 Review  |  12 sold

**Mega ChoiceDay** · Welcome deal          Starts:  Nov 1, 12:30 (GMT+5.5)

**$30.39**    Sale is coming soon
~~$72.77~~

Incl. import charges; est. other taxes: $3.00 ⓘ ; Extra 1% off with coins

Pay with PayPal Pay in 4 interest-free installments

$2.00 off on $14.00

**Color: black**

**Sold by**    Etime Choice Store(Trader) ›
ⓘ Seller info  ✉ Message

**Ship to**    📍 Sherman, Texas, United States

**Choice**  AliExpress commitment

🚚 **Free shipping**
Delivery: **Nov 06 - 12**
Courier company:  UNITED STATES POSTAL SERVICE
FedEx.  ,etc.

⏱ **Fast delivery**
✓ $1.00 coupon code if delayed
✓ Refund if package lost
✓ Refund if items damaged
✓ Refund if no delivery in 30 days

▣ **Free returns within 90 days**

**Buy now**

**Add to cart**

⌁ Share      ♡ 22

📍 **Customer Reviews (1)**    **Specifications**    **Description**    **Store**    **More to love**

## Reviews | 1.0 ★☆☆☆☆ 1 ratings  ✓ All from verified purchases

Doe #35
Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



## Shipping address

**Selena Sw**    +1 6802597236
320 N Travis ST
Sherman, Texas, United States, 75090

Change

## Payment Methods

PayPal

Change

Pay easily, quickly, and securely with PayPal

## Shipping method

**Shipping: Free shipping**
Delivery: Nov 06 - 12
Courier company: USPS, FedEx, UPS, etc.

## Items' details

More items

$30.39

1

## Summary

| | |
|---|---|
| Subtotal | $30.39 |
| Promo codes | Enter ⌄ |
| Shipping fee | Free ⌄ |
| Additional charges ⓘ | $2.51 |
| **Total** | **$32.90** |

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

### AliExpress

AliExpress keeps your information and payment safe

### 📦 Fast delivery ›

✔ $1.00 coupon code if delayed  ✔ Refund if package lost  ✔ Refund if items damaged  ✔ Refund if no delivery in 30 days

### 🛡 Security & Privacy ›

Safe payments · Secure personal details

Doe #35

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

105

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**    2025-11-03



Doe #35

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



Doe #35

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

EXHIBIT 2

## U-KISS Choice Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 36

Store Name: U-KISS Choice Store

Merchant ID: 1103356040

Store URL: https://www.aliexpress.com/store/1103356040

Product ID: 3256809626531963

Product URL: https://www.aliexpress.com/item/3256809626531963.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-11-03

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**

2025-11-03



Doe #36

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

EXHIBIT 2    **FILED UNDER SEAL**    2025-11-03



## Shipping address

**Selena Sw**    +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

**Change**

## Payment Methods

PayPal

ⓘ Pay easily, quickly, and securely with PayPal

**Change**

## Shipping method

**Shipping: Free shipping**
Delivery: Dec 20 - 30
Courier company: USPS, FedEx, etc.

## Items' details

**More items**

$19.64

−  1  +

## Summary

| Subtotal | $19.64 |
|---|---|
| Promo codes | Enter ⌄ |
| Shipping fee | Free ⌄ |
| Additional charges ⓘ | $1.62 |

**Total**    **$21.26**

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

## Security & Privacy ›

Safe payments · Secure personal details

## Safe Payments

With popular payment partners, your personal details are safe.

Help    AliExpress Multi-Language Sites

Doe #36

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## Meihao Commodity Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 37

Store Name: Meihao Commodity Store

Merchant ID: 1103411089

Store URL: https://www.aliexpress.com/store/1103411089

Product ID: 3256809684751997

Product URL: https://www.aliexpress.com/item/3256809684751997.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1, SLG-Video-01, SLG-Video-02, SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-11-06

**FILED UNDER SEAL**

Outdoor Grill Foldable Slot Grill

aliexpress.us/item/3256809684751997.html?gatewayAdapt=glo2usa

Incognito

AliExpress

Slot Grill Collapsible Bbq Grill

Download the AliExpress app

Sherman/EN/ USD

Hi, selenas... Account

Cart 0

**Outdoor Grill Foldable Slot Grill Portable Slot Grill Collapsible BBQ Tool-free Setup Lightweight Steel Compact for Camping**

★★ 2.0  1 Review  |  3 sold

Sold by  Meihao Commodity Store(Trader) >

ⓘ Seller info    ✉ Message

Ship to    ⌖ Sherman, Texas, United States

**Mega ChoiceDay**    Ends: Nov 8, 13:29 (GMT+5.5)

**$18.05**  ⚡ Save $30.06  ~~$48.11~~

Choice  AliExpress commitment

🚚 Free shipping  >

Delivery: **Dec. 23 - Jan. 02**

Courier company: UNITED STATES POSTAL SERVICE  FedEx  UPS ,etc.

Special offer
Incl. import charges; est. other taxes: $1.98 ⓘ ; Extra 1% off with coins

🏷 **$2.00 off on $14.00**  >

↩ Free returns within 90 days  >

🛡 Security & Privacy Safe payments-Secure per... >

🌱 Shop sustainably  >

Color: Black

Quantity

−  1  +

Only 1 left

**Buy now**

**Add to cart**

⚹ Share    ♡ 2

⌖ Customer Reviews (1)    Specifications    Description    Store    More to love

**Reviews | 2.0** ★★☆☆☆  1 ratings  ✓ All from verified purchases

All ratings ˅    🖼 (0)    🇺🇸 (0)    💬 (0)

Sort by default ˅    Show original language

Doe #37
Copyright(s) SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-1: Listing Image
Copyright Registration Numbers: PA0002551059, PA0002551060, VA0002463264, PA0002550948

112



Doe #37

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-1: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002551060, VA0002463264, PA0002550948

**FILED UNDER SEAL**    Case 4:26-cv-00174-RWS    Document 20-2    Filed 03/09/26    Page 114 of 200 PageID #: 1406    **FILED UNDER SEAL**

EXHIBIT 2

## Shop1103419115 Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 38

Store Name: Shop1103419115 Store

Merchant ID: 1103414100

Store URL: https://www.aliexpress.com/store/1103414100

Product ID: 3256809633750613

Product URL: https://www.aliexpress.com/item/3256809633750613.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1, SLG-Video-01, SLG-Video-02, SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-10-31

**FILED UNDER SEAL**
**FILED UNDER SEAL**

2025-10-31



Doe #38

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-1: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002551060, VA0002463264, PA0002550948



Doe #38
Copyright(s) SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-1: Listing Image
Copyright Registration Numbers: PA0002551059, PA0002551060, VA0002463264, PA0002550948

EXHIBIT 2

## BAGShop Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 39

Store Name: BAGShop Store

Merchant ID: 1103419108

Store URL: https://www.aliexpress.com/store/1103419108

Product ID: 3256809574855219

Product URL: https://www.aliexpress.com/item/3256809574855219.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-11-03

**FILED UNDER SEAL**

2025-11-03







# Collapsible BBQ Grills Lightweight Compact Tool-Free Setup Thickened Metal Small Travel Grills for Outdoor Camping Picnics

by ⚏ BAGShop Store ( ★ 4.8 | 5,000+ sold )

**Mega ChoiceDay** · Welcome deal        Ends : **Nov 8, 13:29 (GMT+5.5)**

## $20.44   ⚡ Save $39.64

~~$60.08~~

Incl. import charges; est. other taxes: $2.43 ⓘ ; Extra 1% off with coins

🎟 **$2.00 off on $14.00**    ›

**Color: 1pcs**

### Customer Reviews    Specifications    Description    Store    More to love

# Reviews

## Related items

---

**Sold by**    BAGShop Store(Trader) ›

ⓘ Seller info   💬 Message

**Ship to**    📍 Sherman, Texas, United States

**Choice** AliExpress commitment

🚚 **Free shipping**    ›
Delivery: **Dec 20 - 30**
Courier company: *UNITED STATES POSTAL SERVICE*  FedEx  🅿️ ,etc.

🏷 **Free returns within 90 days**    ›

🛡 **Security & Privacy**    ›
Safe payments: We do not share your personal detail...
Secure personal details: We protect your privacy and ...

🌱 **Shop sustainably**    ›

**Quantity**
−  1  +
Only 1 left

**Buy now**

**Add to cart**

⌁ Share        ♡

---

Doe #39

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

118

EXHIBIT 2    **FILED UNDER SEAL**    2025-11-03



## Shipping address

**Selena Sw**    +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

**PayPal**

Pay easily, quickly, and securely with PayPal

Change

## Shipping method

**Shipping: Free shipping**
Delivery: Dec 20 - 30
Courier company: USPS, FedEx, etc.

## Items' details

More items

$20.44

1

## Summary

| Subtotal | $20.44 |
| Promo codes | Enter ⌄ |
| Shipping fee | Free ⌄ |
| Additional charges ⓘ | $1.69 |

| **Total** | **$22.13** |

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

### AliExpress

AliExpress keeps your information and payment safe

### Security & Privacy ›

Safe payments · Secure personal details

### Safe Payments

VISA    ID Check    SafeKey    ProtectBuy    JCB

With popular payment partners, your personal details are safe.

Doe #39
Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## Global Outdoor Sporting Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 40

Store Name: Global Outdoor Sporting Store

Merchant ID: 1103467407

Store URL: https://www.aliexpress.com/store/1103467407

Product ID: 3256809710691327

Product URL: https://www.aliexpress.com/item/3256809710691327.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-2, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-11-10

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**

2025-11-10



Doe #40

Copyright(s) SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: VA0002463264, VA0002463263

2025-11-10



## Shipping address

**Selena Sw**   +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

PayPal

ⓘ Pay easily, quickly, and securely with PayPal

Change

## Shipping method

**Shipping: Free shipping**
Delivery: Dec. 25 - Jan. 03
Courier company: USPS   FedEx   UPS , etc.

## Items' details

More items

$36.47

− 1 +

## Summary

| | |
|---|---|
| Subtotal | $36.47 |
| Promo codes | Enter ∨ |
| Shipping fee | Free ∨ |
| Additional charges ⓘ | $3.01 |
| **Total** | **$39.48** |

**PayPal**

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

⛉ AliExpress

AliExpress keeps your information and payment safe

### Security & Privacy ›

Safe payments · Secure personal details

### Safe Payments

VISA Secure   ID Check   SafeKey   ProtectBuy   JCB J/Secure

With popular payment partners, your personal details are safe.

Doe #40
Copyright(s) SLG-2, SLG-4: Listing Image
Copyright Registration Numbers: VA0002463264, VA0002463263

122

## JZZ Choice Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 41

Store Name: JZZ Choice Store

Merchant ID: 1103472034

Store URL: https://www.aliexpress.com/store/1103472034

Product ID: 3256809497517800

Product URL: https://www.aliexpress.com/item/3256809497517800.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-11-03

**EXHIBIT 2**
**FILED UNDER SEAL**
Case 4:26-cv-00174-RWS   Document 10-4   Filed 29/09/25   Page 124 of 200 PageID #:
2025-11-03



Doe #41

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



Doe #41

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

EXHIBIT 2

## Universe Planets Center Shop Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 42

Store Name: Universe Planets Center Shop Store

Merchant ID: 1103474418

Store URL: https://www.aliexpress.com/store/1103474418

Product ID: 3256809444869670

Product URL: https://www.aliexpress.com/item/3256809444869670.html

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1, SLG-Video-01, SLG-2, SLG-Video-02, SLG-4, SLG-5

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-11-03

**FILED UNDER SEAL**    **FILED UNDER SEAL**

2025-11-03



Doe #42

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-1, SLG-2, SLG-4, SLG-5: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

127

EXHIBIT 2    **FILED UNDER SEAL**    2025-11-03



Doe #42

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-1, SLG-2, SLG-4, SLG-5: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

EXHIBIT 2

## The BIG Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 43

Store Name: The BIG Store

Merchant ID: 1103475599

Store URL: https://www.aliexpress.com/store/1103475599

Product ID: 3256809685596436

Product URL: https://www.aliexpress.com/item/3256809685596436.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-31

**FILED UNDER SEAL** EXHIBIT 2

2025-10-31



Doe #43

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

130



## Shipping address

**Selena Sw**    +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

**P** PayPal

Pay easily, quickly, and securely with PayPal

Change

**The BIG Store**

B84B-Foldable BBQ Grills Outdoor Small Folding Metal Grills Thickened Quick Assembly Slot G
As Shown

**$39.69**
Import charges included

—  1  +

Shipping: $8.46
Delivery: Dec. 22 - Jan. 01

## Summary

| Subtotal | $39.69 |
|---|---|
| Promo codes | Enter ⌄ |
| Shipping fee | $8.46 |
| Additional charges ⓘ | $3.97 |

**Total**    **$52.12**

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

**AliExpress**

AliExpress keeps your information and payment safe

### Security & Privacy ›

Safe payments · Secure personal details

### Safe Payments

VISA    ID Check    SafeKey    ProtectBuy    JCB

With popular payment partners, your personal details are safe.

Help

AliExpress Multi-Language Sites

Doe #43
Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

131

## APWIKOGER TOOL Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 44

Store Name: APWIKOGER TOOL Store

Merchant ID: 1103482516

Store URL: https://www.aliexpress.com/store/1103482516

Product ID: 3256809686997822

Product URL: https://www.aliexpress.com/item/3256809686997822.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-11-05



Doe #44

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948



## Shipping address

**Selena Sw**    +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

PayPal

Change

Pay easily, quickly, and securely with PayPal

## Shipping method

**Shipping: Free shipping**
Delivery: Dec. 23 - Jan. 02
Courier company: USPS FedEx , etc.

## Items' details

More items

$33.94

− 1 +

## Summary

| | |
|---|---|
| Subtotal | $33.94 |
| Promo codes | Enter ⌄ |
| Shipping fee | Free ⌄ |
| Additional charges ⓘ | $2.80 |
| **Total** | **$36.74** |

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged **all terms and policies.**

### AliExpress

AliExpress keeps your information and payment safe

### Security & Privacy ›

Safe payments · Secure personal details

### Safe Payments

VISA    ID Check    SafeKey    ProtectBuy    JCB J/Secure

With popular payment partners, your personal details are safe.

Doe #44

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

EXHIBIT 2

## Whimsical Home Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 45

Store Name: Whimsical Home Store

Merchant ID: 1103505064

Store URL: https://www.aliexpress.com/store/1103505064

Product ID: 3256809687026168

Product URL: https://www.aliexpress.com/item/3256809687026168.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-2, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-11-05



Doe #45

Copyright(s) SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: VA0002463264, VA0002463263



## Shipping address

**Selena Sw**   +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

**PayPal**

ⓘ Pay easily, quickly, and securely with PayPal

Change

## Shipping method

**Shipping: Free shipping**
Delivery: Dec. 23 - Jan. 02
Courier company: USPS, FedEx, etc.

## Items' details

More items

$35.65

1

## Summary

| Subtotal | $35.65 |
| Promo codes | Enter ⌄ |
| Shipping fee | Free ⌄ |
| Additional charges ⓘ | $2.94 |
| **Total** | **$38.59** |

**PayPal**

Upon clicking 'Place Order', I confirm I have read and acknowledged **all terms and policies**.

## AliExpress

AliExpress keeps your information and payment safe

## ✓ Security & Privacy ›

Safe payments · Secure personal details

## 🛡 Safe Payments

VISA | ID Check | SafeKey | ProtectBuy | JCB

With popular payment partners, your personal details are safe.

Doe #45
Copyright(s) SLG-2, SLG-4: Listing Image
Copyright Registration Numbers: VA0002463264, VA0002463263

137

**FILED UNDER SEAL****       Case 4:26-cv-00174-RWS       Document 20-2       Filed 03/09/26       Page 138 of 200 PageID #:       **FILED UNDER SEAL****

EXHIBIT 2
1430

## All Categories Wholesale Store Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 46

Store Name: All Categories Wholesale Store Store

Merchant ID: 1103515756

Store URL: https://www.aliexpress.com/store/1103515756

Product ID: 3256809549482802

Product URL: https://www.aliexpress.com/item/3256809549482802.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-11-06

**FILED UNDER SEAL**

EXHIBIT 2

2025-11-06

# AliExpress

Slot Grill Collapsible Bbq Grill

Download the AliExpress app

Sherman/EN/ USD

Hi, selenas... Account

0 Cart

## Stainless Steel Compact Charcoal Grill Foldable Small Camping Grills Portable Charcoal Barbecue Picnic Grill for Outdoor Use

by ≡ All Categories Whole... ( ★ **4.2** | 10,000+ sold )

Sold by   All Categories Wholesale St... (Trader) >

ⓘ Seller info   ✉ Message

**Mega ChoiceDay**   Ends :   **Nov 8, 13:29 (GMT+5.5)**

Ship to   ⊙ Sherman, Texas, United States

**$21.83**   ⚡Save $34.97
$56.80

**Choice**   AliExpress commitment

**Special offer**
Incl. import charges; est. other taxes: $2.30 ⓘ ; Extra 1% off with coins

🚚 **Free shipping**   >
Delivery: **Dec. 24 - Jan. 03**

🏷 $2.00 off on $14.00   >

Courier company: USPS FedEx UPS ,etc.

**Color: 1pc**

↩ **Free returns within 90 days**   >

🛡 **Security & Privacy** Safe payments-Secure per... >

🌱 **Shop sustainably**   >

**Quantity**

−  1  +

Max. 1 pcs/shopper

**Buy now**

**Add to cart**

⊷ Share   ♡

⊙ **Customer Reviews**      **Specifications**      **Description**      **Store**      **More to love**

# Reviews



Doe #46

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948



## Shipping address

**Selena Sw**    +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

PayPal

Change

ⓘ  Pay easily, quickly, and securely with PayPal

## Shipping method

**Shipping: Free shipping**
Delivery: Dec. 24 - Jan. 03
Courier company:  USPS  FedEx  ⬤  , etc.

## Items' details

More items

$21.83

—    1    +

### Summary

| | |
|---|---|
| Subtotal | $21.83 |
| Promo codes | Enter ⌄ |
| Shipping fee | Free ⌄ |
| Additional charges ⓘ | $1.80 |
| **Total** | **$23.63** |

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

### AliExpress

AliExpress keeps your information and payment safe

### Security & Privacy ›

Safe payments · Secure personal details

### Safe Payments

VISA    mastercard ID Check    SafeKey    ProtectBuy    JCB J/Secure

With popular payment partners, your personal details are safe.

Doe #46
Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

140

## JK Senriama Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 47

Store Name: JK Senriama Store

Merchant ID: 1103591486

Store URL: https://www.aliexpress.com/store/1103591486

Product ID: 3256809556444553

Product URL: https://www.aliexpress.com/item/3256809556444553.html

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-31



**FILED UNDER SEAL** EXHIBIT 2 **FILED UNDER SEAL** 2025-10-31

Case 4:25-cv-00174-RWS    Document 30-1    Filed 05/09/25    Page 142 of 200 PageID #: ...

Doe #47

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

EXHIBIT 2

**FILED UNDER SEAL**

2025-10-31



## Shipping address

**Selena Sw**    +1 6802597236
320 N Travis ST
Sherman, Texas, United States, 75090

Change

## Payment Methods

PayPal
ⓘ Pay easily, quickly, and securely with PayPal

Change

## Shipping method

**Shipping: Free shipping**
Delivery: Dec 15 - 20
Courier company: USPS  FedEx  UPS , etc.

## Items' details

More items

$25.42

1

## Summary

| | |
|---|---|
| Subtotal | $25.42 |
| Promo codes | Enter ⌄ |
| Shipping fee | Free ⌄ |
| Additional charges ⓘ | $2.10 |
| **Total** | **$27.52** |

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies

✓ AliExpress

AliExpress keeps your information and payment safe

### Security & Privacy ›

Safe payments · Secure personal details

### Safe Payments

VISA   ID Check   SafeKey   ProtectBuy   JCB

With popular payment partners, your personal details are safe.

Help                                   AliExpress Multi-Language Sites

Doe #47

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## My Prettyhome Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 48

Store Name: My Prettyhome Store

Merchant ID: 1103677363

Store URL: https://www.aliexpress.com/store/1103677363

Product ID: 3256809549391081

Product URL: https://www.aliexpress.com/item/3256809549391081.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-11-05

EXHIBIT 2

**FILED UNDER SEAL**

2025-11-05

Stainless Steel Compact Charco...

aliexpress.us/item/3256809549391081.html?gatewayAdapt=glo2usa

Incognito

# AliExpress

Slot Grill Collapsible Bbq Grill

Download the AliExpress app

Sherman/EN/ USD

Hi, selenas... Account

0 Cart

**Brand+** Stainless Steel Compact Charcoal Grill Foldable Collapsible BBQ Grills Portable Small Camping Grills Outdoor Camping Equipment

by My Prettyhome Store ( ★ 4.8 | 10,000+ sold )

**Mega ChoiceDay** — Ends : Nov 8, 13:29 (GMT+5.5)

**$27.61** ⚡Save $28.75
~~$56.36~~

Incl. import charges; est. other taxes: $2.28 ⓘ ; Extra 1% off with coins

🎟 $4.00 off on $23.00 ›

**Color: 1pc**

### Customer Reviews    Specifications    Description    Store    More to love

## Reviews

## Related items

---

**Sold by**        My Prettyhome Store(Trader) ›
            ⓘ Seller info   ✉ Message

**Ship to**        ⊙ Sherman, Texas, United States

**Brand+** Service commitment

🚚 Free shipping ›
Delivery: **Dec. 22 - Jan. 01**
Courier company: USPS, FedEx, UPS ,etc.

⏱ Fast delivery ›
✓ $2.00 coupon code if delayed
✓ Refund if package lost
✓ Refund if items damaged
✓ Refund if no delivery in 30 days

✓ Certified Original ›
🔄 Free returns within 90 days ›
🔒 Security & Privacy Safe payments·Secure personal ... ›
🌱 Shop sustainably ›

**Quantity**
− 1 +

**Buy now**

**Add to cart**

⤲ Share          ♡ 1

Doe #48

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

145



Doe #48

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

EXHIBIT 2

## MOJOYCE Speciality Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 49

Store Name: MOJOYCE Speciality Store

Merchant ID: 1103776441

Store URL: https://www.aliexpress.com/store/1103776441

Product ID: 3256809528547733

Product URL: https://www.aliexpress.com/item/3256809528547733.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-11-05

**FILED UNDER SEAL**

EXHIBIT 2

**2025-11-05**

**FILED UNDER SEAL**

Stainless Steel Compact Charco...

aliexpress.us/item/3256809528547733.html?gatewayAdapt=glo2usa

**AliExpress**

Slot Grill Collapsible Bbq Grill

Download the AliExpress app

Sherman/EN/ USD

Hi, selenas... Account

Cart 0

**Stainless Steel Compact Charcoal Grill Foldable Collapsible BBQ Grills Portable Charcoal Barbecue Picnic Grill for Outdoor Use**

by MOJOYCE Speciality S... ( ★4.1 | 1,000+ sold )

Sold by    MOJOYCE Speciality Store(Trader) >

ⓘ Seller info    ✉ Message

Ship to    📍 Sherman, Texas, United States

**Mega ChoiceDay**    Ends : Nov 8, 13:29 (GMT+5.5)

**$28.50**    ⚡Save $28.49    $56.99

Incl. import charges; est. other taxes: $2.35 ⓘ ; Extra 1% off with coins

🎟 $4.00 off on $23.00    >

Choice    AliExpress commitment

🚚 Free shipping    >
Delivery: **Dec. 22 - Jan. 01**
Courier company:    USPS  FedEx
,etc.

↩ Free returns within 90 days    >

🛡 Security & Privacy Safe payments-Secure per... >

🌱 Shop sustainably    >

**Quantity**

−  1  +

Only 3 left

**Buy now**

**Add to cart**

⌁ Share    ♡

📍 **Customer Reviews**    Specifications    Description    Store    More to love

**Reviews**

Doe #49

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

148

EXHIBIT 2

**FILED UNDER SEAL**

2025-11-05



## Shipping address

**Selena Sw**    +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

PayPal

Change

ⓘ  Pay easily, quickly, and securely with PayPal

## Shipping method

**Shipping: Free shipping**
Delivery: Dec. 22 - Jan. 01
Courier company: USPS  FedEx , etc.

## Items' details

More items

$28.50

—  1  +

## Summary

| | |
|---|---|
| Subtotal | $28.50 |
| Promo codes | Enter ⌄ |
| Shipping fee | Free ⌄ |
| Additional charges ⓘ | $2.35 |
| **Total** | **$30.85** |

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

### ✅ AliExpress

AliExpress keeps your information and payment safe

### 🛡 Security & Privacy ＞

Safe payments · Secure personal details

### 🛡 Safe Payments

VISA    ID Check    SafeKey    ProtectBuy    JCB

With popular payment partners, your personal details are safe.

Help                    AliExpress Multi-Language Sites

Doe #49

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

## Audio Video Equipment Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 50

Store Name: Audio Video Equipment Store

Merchant ID: 1103808288

Store URL: https://www.aliexpress.com/store/1103808288

Product ID: 3256809528500939

Product URL: https://www.aliexpress.com/item/3256809528500939.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-11-06

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**    2025-11-06



Doe #50

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

**AliExpress**

## Shipping address

**Selena Sw**   +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

PayPal
Pay easily, quickly, and securely with PayPal

Change

## Shipping method

**Shipping: Free shipping**
Delivery: Dec. 23 - Jan. 02
Courier company: USPS, FedEx, etc.

## Items' details

More items



$27.66

1

## Summary

| | |
|---|---|
| Subtotal | $27.66 |
| Promo codes | Enter |
| Shipping fee | Free |
| Additional charges | $2.28 |
| **Total** | **$29.94** |

**PayPal**

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

**AliExpress**

AliExpress keeps your information and payment safe

## Security & Privacy

Safe payments · Secure personal details

## Safe Payments

VISA   ID Check   SafeKey   ProtectBuy   JCB

With popular payment partners, your personal details are safe.

Doe #50

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

152

## Shop1103838518 Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 51

Store Name: Shop1103838518 Store

Merchant ID: 1103847460

Store URL: https://www.aliexpress.com/store/1103847460

Product ID: 3256809554931173

Product URL: https://www.aliexpress.com/item/3256809554931173.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-11-07



Doe #51

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

154



## Shipping address

**Selena Sw**    +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

PayPal

Pay easily, quickly, and securely with PayPal

Change

### Shop1103838518 Store

Collapsible BBQ Charcoal Stainless Steel Camping Grills Outdoor Portable Charcoal Barbecue F
A

**$54.34**
Import charges included

−  1  +

Shipping: $7.39
Delivery: Nov 18 – 25

## Summary

| | |
|---|---|
| Subtotal | $54.34 |
| Promo codes | Enter ∨ |
| Shipping fee | $7.39 |
| Additional charges | $5.09 |
| **Total** | **$66.82** |

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

### AliExpress

AliExpress keeps your information and payment safe

### Fast delivery ›

✓ $1.00 coupon code if delayed  ✓ Refund if package lost  ✓ Refund if items damaged  ✓ Refund if no delivery in 30 days

### Security & Privacy ›

Safe payments · Secure personal details

Doe #51

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## VKTECH Official Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 52

Store Name: VKTECH Official Store

Merchant ID: 1103889828

Store URL: https://www.aliexpress.com/store/1103889828

Product ID: 3256809528563685

Product URL: https://www.aliexpress.com/item/3256809528563685.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-11-06



Doe #52

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

2025-11-06

**FILED UNDER SEAL**



## Shipping address

**Selena Sw**    +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

PayPal

Change

Pay easily, quickly, and securely with PayPal

## Shipping method

**Shipping: Free shipping**
Delivery: Dec. 23 - Jan. 02
Courier company: USPS FedEx UPS, etc.

## Items' details

More items

$28.54

−   1   +

## Summary

| | |
|---|---|
| Subtotal | $28.54 |
| Promo codes | Enter ⌄ |
| Shipping fee | Free ⌄ |
| Additional charges ⓘ | $2.35 |
| **Total** | **$30.89** |

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

### AliExpress

AliExpress keeps your information and payment safe

### Security & Privacy ›

Safe payments · Secure personal details

### Safe Payments

VISA   mastercard ID Check   SafeKey   ProtectBuy   JCB J/Secure

With popular payment partners, your personal details are safe.

Doe #52

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

## ShineNest Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 53

Store Name: ShineNest Store

Merchant ID: 1103893010

Store URL: https://www.aliexpress.com/store/1103893010

Product ID: 3256809598803076

Product URL: https://www.aliexpress.com/item/3256809598803076.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-11-06

**\*\*FILED UNDER SEAL\*\***

EXHIBIT 2

**\*\*FILED UNDER SEAL\*\***

2025-11-06

Doe #53

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948



Doe #53

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

161

**FILED UNDER SEAL** Case 4:26-cv-00174-RWS Document 20-2 Filed 03/09/26 Page 162 of 200 PageID #: 1454 **FILED UNDER SEAL**

EXHIBIT 2

## Intelligent Electronic Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 54

Store Name: Intelligent Electronic Store

Merchant ID: 1103932194

Store URL: https://www.aliexpress.com/store/1103932194

Product ID: 3256809477821262

Product URL: https://www.aliexpress.com/item/3256809477821262.html

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-11-06



Doe #54

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948



# AliExpress

## Shipping address

**Selena Sw**  +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

**PayPal**
Pay easily, quickly, and securely with PayPal

Change

## Shipping method

**Shipping: Free shipping**
Delivery: Dec. 23 - Jan. 02
Courier company: USPS  FedEx  UPS , etc.

## Items' details

More items

$27.61

1

## Summary

| | |
|---|---|
| Subtotal | $27.61 |
| Promo codes | Enter |
| Shipping fee | Free |
| Additional charges | $2.28 |
| **Total** | **$29.89** |

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

## AliExpress

AliExpress keeps your information and payment safe

### Security & Privacy

Safe payments · Secure personal details

### Safe Payments

VISA  ID Check  SafeKey  ProtectBuy  JCB J/Secure

With popular payment partners, your personal details are safe.

Doe #54
Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

**FILED UNDER SEAL** Case 4:26-cv-00174-RWS    Document 20-2    Filed 03/09/26    Page 165 of 200 PageID #: 1457    **FILED UNDER SEAL**

EXHIBIT 2

## May8018 Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 55

Store Name: May8018 Store

Merchant ID: 1103937206

Store URL: https://www.aliexpress.com/store/1103937206

Product ID: 3256809683606876

Product URL: https://www.aliexpress.com/item/3256809683606876.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1, SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-11-03

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**

2025-11-03



Doe #55

Copyright(s) SLG-Video-03, SLG-1: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264



## Shipping address

**Selena Sw**    +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

PayPal    Change

Pay easily, quickly, and securely with PayPal

## Shipping method

**Shipping: Free shipping**
Delivery: Dec 21 - 31
Courier company: USPS  FedEx  , etc.

## Items' details

More items

$15.73

1

## Summary

| | |
|---|---|
| Subtotal | $15.73 |
| Promo codes | Enter ⌄ |
| Shipping fee | Free ⌄ |
| Additional charges ⓘ | $1.30 |
| **Total** | **$17.03** |

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

### AliExpress

AliExpress keeps your information and payment safe

### Security & Privacy ›

Safe payments · Secure personal details

### Safe Payments

With popular payment partners, your personal details are safe.

Doe #55

Copyright(s) SLG-Video-03, SLG-1: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264

## Bubble&#39;s Life Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 56

Store Name: Bubble&#39;s Life Store

Merchant ID: 1103938330

Store URL: https://www.aliexpress.com/store/1103938330

Product ID: 3256809574086692

Product URL: https://www.aliexpress.com/item/3256809574086692.html

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-11-07

**FILED UNDER SEAL**

**EXHIBIT 2**



Doe #56

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



## Shipping address

**Selena Sw**    +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

**PayPal**

Pay easily, quickly, and securely with PayPal

Change

**Bubble&#39;s Life Store**

Collapsible BBQ Grills Outdoor Small Folding Metal Grills Upgraded Thickened Quick Assembly

1 set

**$11.23**
Import charges included

— 1 +

Shipping: $105.30
Delivery: Nov 13 – 27

## Summary

| | |
|---|---|
| Subtotal | $11.23 |
| Promo codes | Enter ⌄ |
| Shipping fee | $105.30 |
| Additional charges ⓘ | $9.62 |
| **Total** | **$126.15** |

**PayPal**

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

**AliExpress**

AliExpress keeps your information and payment safe

## 📦 Fast delivery ›

✓ $1.00 coupon code if delayed  ✓ Refund if package lost  ✓ Refund if items damaged  ✓ Refund if no delivery in 30 days

## 🛡 Security & Privacy ›

Safe payments · Secure personal details

Doe #56

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

170

EXHIBIT 2

## Shop1103957001 Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 57

Store Name: Shop1103957001 Store

Merchant ID: 1103948553

Store URL: https://www.aliexpress.com/store/1103948553

Product ID: 3256809656665652

Product URL: https://www.aliexpress.com/item/3256809656665652.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1, SLG-Video-01, SLG-Video-02, SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-11-03



Doe #57

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-1: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002551060, VA0002463264, PA0002550948

**EXHIBIT 2**

**FILED UNDER SEAL**   2025-11-03



## Shipping address

**Selena Sw**   +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

PayPal

Change

Pay easily, quickly, and securely with PayPal

## Shipping method

**Shipping: Free shipping**
Delivery: Dec 20 - 30
Courier company: USPS, FedEx, etc.

## Items' details

More items

$22.31

1

## Summary

| | |
|---|---|
| Subtotal | $22.31 |
| Promo codes | Enter ⌄ |
| Shipping fee | Free ⌄ |
| Additional charges ⓘ | $1.84 |
| **Total** | **$24.15** |

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

**AliExpress**

AliExpress keeps your information and payment safe

## Security & Privacy ❯

Safe payments · Secure personal details

## Safe Payments

With popular payment partners, your personal details are safe.

Help

AliExpress Multi-Language Sites

Doe #57
Copyright(s) SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-1: Listing Image
Copyright Registration Numbers: PA0002551059, PA0002551060, VA0002463264, PA0002550948

EXHIBIT 2

## Auto Cars Parts Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 58

Store Name: Auto Cars Parts Store

Merchant ID: 1104032104

Store URL: https://www.aliexpress.com/store/1104032104

Product ID: 3256809838050141

Product URL: https://www.aliexpress.com/item/3256809838050141.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-02

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-11-10

**FILED UNDER SEAL**    **FILED UNDER SEAL**

2025-11-10





Doe #58

Copyright(s) SLG-Video-01, SLG-Video-02: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002550948

175



Doe #58

Copyright(s) SLG-Video-01, SLG-Video-02: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002550948

## Shop1104069130 Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 59

Store Name: Shop1104069130 Store

Merchant ID: 1104060239

Store URL: https://www.aliexpress.com/store/1104060239

Product ID: 3256809554021678

Product URL: https://www.aliexpress.com/item/3256809554021678.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-31



Doe #59

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



## Shipping address

**Selena Sw**   +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

**PayPal**

Pay easily, quickly, and securely with PayPal

Change

**Shop1104069130 Store**

Slot Grill - Collapsible Bbq Grill For Easy Storage Steel, Thick Steel Portable Slot Grills Collapsibl
barbecue grill 1pcs

**$ 35.56**
Import charges included

−   1   +

Shipping: $24.43
Delivery: Nov 10 - 18

## Summary

| | |
|---|---|
| Subtotal | $35.56 |
| ⊗ Saved | |
| Max discounts & coupon codes auto-applied | −$1.27 ⌄ |
| Promo codes | Enter ⌄ |
| Shipping fee | $24.43 |
| Additional charges ⓘ | $4.85 |
| **Total** | **$63.57** |

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

**AliExpress**

AliExpress keeps your information and payment safe

## 📦 Fast delivery ›

✓ $1.00 coupon code if delayed ✓ Refund if package lost ✓ Refund if items damaged ✓ Refund if no delivery in 30 days

## 🛡 Security & Privacy ›

Safe payments · Secure personal details

## Safe Payments

Doe #59

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**

## Global All Categories Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 60

Store Name: Global All Categories Store

Merchant ID: 1104072143

Store URL: https://www.aliexpress.com/store/1104072143

Product ID: 3256809477513957

Product URL: https://www.aliexpress.com/item/3256809477513957.html

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-11-06



Doe #60

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948



**Shipping address**

Selena Sw    +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

**Payment Methods**

PayPal

Change

ⓘ Pay easily, quickly, and securely with PayPal

**Shipping method**

Shipping: **Free shipping**
Delivery: Dec. 23 - Jan. 02
Courier company: USPS, FedEx, ⬤, etc.

**Items' details**                          More items

$27.66

[−]  1  [+]

**Summary**

Subtotal                                    $27.66

Promo codes                        Enter  ⌄

Shipping fee                          Free  ⌄

Additional charges ⓘ                        $2.28

Total                                      **$29.94**

**PayPal**

Upon clicking 'Place Order', I confirm I have read and
acknowledged all terms and policies.

🛡 **AliExpress**

AliExpress keeps your information and payment safe

🛡 **Security & Privacy** ›

Safe payments · Secure personal details

🛍 **Safe Payments**

VISA · ID Check · SafeKey · ProtectBuy · JCB

With popular payment partners, your personal
details are safe.

Doe #60

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

182

## Niceol Oversea Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 61

Store Name: Niceol Oversea Store

Merchant ID: 1104105542

Store URL: https://www.aliexpress.com/store/1104105542

Product ID: 3256809764852817

Product URL: https://www.aliexpress.com/item/3256809764852817.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-11-10

**FILED UNDER SEAL**    **FILED UNDER SEAL**

2025-11-10

Stainless Steel Compact Charcoal

aliexpress.us/item/3256809764852817.html?gatewayAdapt=glo2usa

Incognito

AliExpress    slot grill collapsible bbq grill

Download the AliExpress app

Sherman/EN/ USD

Hi, selenas... Account

0 Cart

**Stainless Steel Compact Charcoal Grill Portable Small Camping Grills Charcoal Barbecue Picnic Grill Outdoor Camping Equipment**

by 🏪 Niceol Oversea Store ( ★ 4.7 | 800+ sold )

Sold by    Niceol Oversea Store(Trader) ›

ⓘ Seller info    ✉ Message

Ship to    📍 Sherman, Texas, United States

**11.11 SALE**    Starts: Nov 11, 13:30 (GMT+5.5)

**$78.42**    ⚡ Upcoming price $77.55
~~$158.26~~

Estimated charges: $6.47 ⓘ

Service commitment

🚚 **Free shipping** · 🇺🇸 Ship from United States  ›
**Delivery: Nov 12 - 17** (67.2% ≤ 6 days)

💳 Pay with PayPal Pay in 4 interest-free installments 🅿    ›

🏷 $12.00 off on $69.00    ›

⏱ **Fast delivery**    ›
- $1.00 coupon code if delayed
- Refund if package lost
- Refund if items damaged
- Refund if no delivery in 20 days

🔄 **Free returns within 90 days**    ›

🛡 **Security & Privacy** Safe payments-Secure personal ...    ›

🌱 **Shop sustainably**    ›

**Quantity**

−  1  +

Only 6 left

**Buy now**

**Add to cart**

⌄° Share    ♡ 1

Customer Reviews    Specifications    Description    Store    More to love

**Reviews**

**Related items**

Doe #61

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948



## Shipping address

**Selena Sw**   +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

**PayPal**

Pay easily, quickly, and securely with PayPal

Change

**Niceol Oversea Store**

Stainless Steel Compact Charcoal Grill Portable Small Camping Grills Charcoal Barbecue Picnic
United States

$78.42

−   1   +

Shipping: Free shipping
Delivery: Nov 12 – 17

## Summary

| | |
|---|---|
| Subtotal | $78.42 |
| Promo codes | Enter ⌄ |
| Shipping fee | Free |
| Additional charges ⓘ | $6.47 |

**Total**   **$84.89**

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

**AliExpress**

AliExpress keeps your information and payment safe

**Fast delivery** ›

✔ $1.00 coupon code if delayed ✔ Refund if package lost ✔ Refund if items damaged ✔ Refund if no delivery in 20 days

**Security & Privacy** ›

Safe payments · Secure personal details

**Safe Payments**

VISA   ID Check   SafeKey   ProtectBuy   JCB

Doe #61
Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

EXHIBIT 2

## YC23 Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 62

Store Name: YC23 Store

Merchant ID: 1104186179

Store URL: https://www.aliexpress.com/store/1104186179

Product ID: 3256809581385771

Product URL: https://www.aliexpress.com/item/3256809581385771.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-11-03

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL** 2025-11-03



Doe #62

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

187



Doe #62

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

**FILED UNDER SEAL**    **FILED UNDER SEAL****

EXHIBIT 2

## Shop1104318073 Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 63

Store Name: Shop1104318073 Store

Merchant ID: 1104320043

Store URL: https://www.aliexpress.com/store/1104320043

Product ID: 3256809479518145

Product URL: https://www.aliexpress.com/item/3256809479518145.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-11-07

**FILED UNDER SEAL**    **FILED UNDER SEAL**

2025-11-07



Doe #63

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948



## Shipping address

**Selena Sw**    +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

**PayPal**

ⓘ Pay easily, quickly, and securely with PayPal

Change

## Shipping method

**Shipping: Free shipping**
Delivery: Dec 21 - 24
Courier company: USPS  FedEx  🔴 , etc.

## Items' details

More items

$28.89

[-]   1   [+]

## Summary

| | |
|---|---|
| Subtotal | $28.89 |
| Promo codes | Enter ⌄ |
| Shipping fee | Free ⌄ |
| Additional charges ⓘ | $2.38 |
| **Total** | **$31.27** |

**PayPal**

Upon clicking 'Place Order', I confirm I have read and acknowledged **all terms and policies.**

### AliExpress

AliExpress keeps your information and payment safe

### Security & Privacy ›

Safe payments · Secure personal details

### Safe Payments

With popular payment partners, your personal details are safe.

Doe #63

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

191

## LilJoy Shop Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 64

Store Name: LilJoy Shop Store

Merchant ID: 1104333763

Store URL: https://www.aliexpress.com/store/1104333763

Product ID: 3256809920810961

Product URL: https://www.aliexpress.com/item/3256809920810961.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-11-05



Doe #64

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



AliExpress

**Shipping address**

**Selena Sw**    +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

**Payment Methods**

PayPal

Change

Pay easily, quickly, and securely with PayPal

**LilJoy Shop Store**

Foldable Slot Grill Rust Proof Thick Stainless Steel Grill Heat Resistant Portable Slot Grill for Out...

Black,CHINA

**$35.67**
Import charges included

−  1  +

Shipping: Free shipping
Delivery: Nov. 26 – Dec. 06

**Summary**

Subtotal                                    $35.67

Promo codes                    Enter ⌄

Shipping fee                              Free

Additional charges ⓘ        $2.94

**Total                                  $38.61**

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged **all terms and policies.**

AliExpress

AliExpress keeps your information and payment safe

**Security & Privacy** ›

Safe payments · Secure personal details

**Safe Payments**

VISA    | ID Check    SafeKey    | ProtectBuy    | JCB

With popular payment partners, your personal details are safe.

Doe #64

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## LELE Home Furnishings Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 65

Store Name: LELE Home Furnishings Store

Merchant ID: 1104341689

Store URL: https://www.aliexpress.com/store/1104341689

Product ID: 3256809920793629

Product URL: https://www.aliexpress.com/item/3256809920793629.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-11-10

**FILED UNDER SEAL**    **FILED UNDER SEAL**

EXHIBIT 2

2025-11-10

**AliExpress**    Slot Grill Collapsible Bbq Grill

Download the AliExpress app    Sherman/EN/ USD    Hi, selenas... Account    Cart 0

Customer Reviews    Specifications    Description    Store    More to love




$36.74 **65% off** ~~$104.98~~

Incl. import charges; est. other taxes: $3.03 ⓘ

Color: Black    Edit

Sold by    LELE Home Furnishings Store(Trader) ›

ⓘ Seller info    💬 Message

Ship to    📍 Sherman, Texas, United States

**Service commitment**

🚚 Free shipping    ›
Delivery: Dec 02 - 12

↩ Free returns within 90 days    ›

🔒 Security & Privacy Safe payments·Secure personal ...    ›

🌱 Shop sustainably    ›

Quantity

−  1  +

999 available

**Buy now**

**Add to cart**

Share    ♡



Doe #65

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



## Shipping address

**Selena Sw**    +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Summary

| | |
|---|---|
| Subtotal | $36.74 |
| Promo codes | Enter ⌄ |
| Shipping fee | Free |
| Additional charges ⓘ | $3.03 |
| **Total** | **$39.77** |

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

## Payment Methods

PayPal

ⓘ  Pay easily, quickly, and securely with PayPal

Change

**AliExpress**

AliExpress keeps your information and payment safe

### LELE Home Furnishings Store

Foldable Slot Grill Rust Proof Thick Stainless Steel Grill Heat Resistant Lightweight Camping Gril

Black,CHINA

$36.74
Import charges included

−  1  +

Shipping: Free shipping
Delivery: Dec 02 – 12

### Security & Privacy ›

Safe payments · Secure personal details

### Safe Payments

VISA SECURE    MasterCard ID Check    SafeKey    ProtectBuy    JCB J/Secure

With popular payment partners, your personal details are safe.

Doe #65
Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

197

## Plug & Pray Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 66

Store Name: Plug & Pray Store

Merchant ID: 1104343787

Store URL: https://www.aliexpress.com/store/1104343787

Product ID: 3256809579530601, 3256809647358599, 3256809921246491

Product URL: https://www.aliexpress.com/item/3256809579530601.html, https://www.aliexpress.com/item/3256809647358599.html, https://www.aliexpress.com/item/3256809921246491.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-02, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 5

Screenshots Captured on: 2025-11-05, 2025-11-06

**FILED UNDER SEAL**

EXHIBIT 2

2025-11-06



Doe #66
Copyright(s) SLG-2, SLG-4: Listing Image
Copyright Registration Numbers: VA0002463264, VA0002463263



## Shipping address

**Selena Sw**    +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

**PayPal**
ⓘ  Pay easily, quickly, and securely with PayPal

Change

### Plug & Pray Store

Stainless Steel Collapsible BBQ Grills Portable Small Camping Grills Charcoal Barbecue Picnic G
CHINA

**$42.91**
Import charges included

−  1  +

Shipping: $84.24
Delivery: Nov 12 – 26

## Summary

| | |
|---|---|
| Subtotal | $42.91 |
| Promo codes | Enter ∨ |
| Shipping fee | $84.24 |
| Additional charges ⓘ | $10.49 |
| **Total** | **$137.64** |

**PayPal**

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

### AliExpress

AliExpress keeps your information and payment safe

### 📦 Fast delivery ›

✓ $1.00 coupon code if delayed  ✓ Refund if package lost  ✓ Refund if items damaged  ✓ Refund if no delivery in 30 days

### 🛡 Security & Privacy ›

Safe payments · Secure personal details

Doe #66
Copyright(s) SLG-2, SLG-4: Listing Image
Copyright Registration Numbers: VA0002463264, VA0002463263