← → ⟳    aliexpress.us/item/3256809647358599.html?gatewayAdapt=glo2usa    Incognito

**AliExpress**    Grill Handle    🔍

Download the AliExpress app

Sherman/EN/ USD

Hi, selenas... Account

Cart 0

**Stainless Steel Collapsible BBQ Grills Portable Small Camping Grills Charcoal Barbecue Picnic Grill for BBQ Tabletop Cooking**

by ☎ Plug & Pray Store ( ⭐ 4.8 | 900+ sold )

**$45.78** 59% off $111.67

🔖 Wholesale    3+ pieces, extra 1% off

Incl. import charges; est. other taxes: $3.78 ⓘ

📅 Pay with PayPal Pay in 4 interest-free installments 🅿    >

🎟 $4.00 off on $23.00    >

**Before folding**

**Before folding**

Sold by    Plug & Pray Store(Trader) >

ⓘ Seller info    ✉ Message

Ship to    📍 Sherman, Texas, United States

**Service commitment**

🚚 Shipping: $98.25    >
Delivery: Nov 11 - 25

⏱ Fast delivery    >

✓ $1.00 coupon code if delayed
✓ Refund if package lost
✓ Refund if items damaged
✓ Refund if no delivery in 30 days

🔄 Free returns within 90 days    >

🛡 Security & Privacy Safe payments-Secure per... >

🌱 Shop sustainably    >

**Quantity**

−  1  +

**Buy now**

**Add to cart**

⌁ Share    ♡

📍 Customer Reviews    Specifications    Description    Store    More to love

**Reviews**

Doe #66

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

201

2025-11-06

# AliExpress

**Shipping address**

Selena Sw    +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

**Payment Methods**

PayPal

Pay easily, quickly, and securely with PayPal

Change

**Plug & Pray Store**



Stainless Steel Collapsible BBQ Grills Portable Small Camping Grills Charcoal Barbecue Picnic G
CHINA

$45.78
Import charges included

—  1  +

Shipping: $98.25
Delivery: Nov 11 - 25

**Summary**

| | |
|---|---|
| Subtotal | $45.78 |
| Promo codes | Enter ⌄ |
| Shipping fee | $98.25 |
| Additional charges ⓘ | $11.89 |

**Total**    **$155.92**

**PayPal**

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

**AliExpress**

AliExpress keeps your information and payment safe

**Fast delivery** ›

✓ $1.00 coupon code if delayed ✓ Refund if package lost ✓ Refund if items damaged ✓ Refund if no delivery in 30 days

**Security & Privacy** ›

Safe payments · Secure personal details

**Safe Payments**

VISA    Mastercard    ID Check    SafeKey    ProtectBuy    JCB

Doe #66

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**    2025-11-05



Doe #66

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

# AliExpress

## Shipping address

**Selena Sw**    +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

PayPal

Change

ⓘ Pay easily, quickly, and securely with PayPal

### Plug & Pray Store ✎



Collapsible BBQ Grill Rust Proof Foldable Slot Grill Heat Resistant Lightweight Camping Grill for
Black,CHINA

$36.66
Import charges included

—  1  +

Shipping: Free shipping
Delivery: Nov. 26 – Dec. 06

>

## Summary

| | |
|---|---|
| Subtotal | $36.66 |
| Promo codes | Enter ⌄ |
| Shipping fee | Free |
| Additional charges ⓘ | $3.02 |
| **Total** | **$39.68** |

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

### AliExpress

AliExpress keeps your information and payment safe

### 🛡 Security & Privacy ›

Safe payments · Secure personal details

### 🔲 Safe Payments

VISA    ID Check    SafeKey    ProtectBuy    JCB

With popular payment partners, your personal details are safe.

Doe #66

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## PlayNest Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 67

Store Name: PlayNest Store

Merchant ID: 1104343893

Store URL: https://www.aliexpress.com/store/1104343893

Product ID: 3256809921264791

Product URL: https://www.aliexpress.com/item/3256809921264791.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-11-05

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**

2025-11-05



Doe #67

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

EXHIBIT 2
**FILED UNDER SEAL**
2025-11-05



## Shipping address

**Selena Sw**   +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

PayPal
ⓘ Pay easily, quickly, and securely with PayPal

Change

### PlayNest Store

Thick Stainless Steel Grill Rust Proof Portable Slot Grill Heat Resistant Lightweight Camping Gril
Black,CHINA

$35.67
Import charges included

− 1 +

Shipping: $7.57
Delivery: Nov 15 - 27

## Summary

| | |
|---|---|
| Subtotal | $35.67 |
| Promo codes | Enter ⌄ |
| Shipping fee | $7.57 |
| Additional charges ⓘ | $3.56 |
| Total | **$46.80** |

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

### 📦 Fast delivery ›

✓ $1.00 coupon code if delayed  ✓ Refund if package lost  ✓ Refund if items damaged  ✓ Refund if no delivery in 30 days

Doe #67

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## Pure Space Cozy Home Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 68

Store Name: Pure Space Cozy Home Store

Merchant ID: 1104343908

Store URL: https://www.aliexpress.com/store/1104343908

Product ID: 3256809694172621

Product URL: https://www.aliexpress.com/item/3256809694172621.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-11-06

**FILED UNDER SEAL**    EXHIBIT 2    2025-11-06

# AliExpress

Portable Bbq Charcoal Grill

Download the AliExpress app

Sherman/EN/ USD

Hi, selenas... Account

Cart 0

**Collapsible BBQ Grills Outdoor Small Folding Metal Grills Upgraded Thickened Quick Assembly Slot Grills For Camping Picnics**

by Pure Space Cozy Home... ( ★ 4.8 | 5,000+ sold )

**$37.22** 60% off $93.05

Wholesale    2+ pieces, extra 3% off

Incl. import charges; est. other taxes: $3.07 ⓘ

Pay with PayPal Pay in 4 interest-free installments    >

$4.00 off on $23.00    >

**Color: 40x22x25cm**



Sold by    Pure Space Cozy Home Store(Trader) >

ⓘ Seller info    ✉ Message

Ship to    ⊙ Sherman, Texas, United States

**Service commitment**

🚚 Shipping: $122.82
Delivery: Nov 11 - 25

⏱ Fast delivery    >
  ✓ $1.00 coupon code if delayed
  ✓ Refund if package lost
  ✓ Refund if items damaged
  ✓ Refund if no delivery in 30 days

📦 Free returns within 90 days    >

🛡 Security & Privacy Safe payments-Secure per... >

🌿 Shop sustainably    >

**Quantity**

−  1  +

**Buy now**

**Add to cart**

⊷ Share    ♡

Customer Reviews    Specifications    Description    Store    More to love

## Reviews



Doe #68

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

209

EXHIBIT 2    **FILED UNDER SEAL**    2025-11-06



## Shipping address

**Selena Sw**    +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

PayPal    Change

ⓘ Pay easily, quickly, and securely with PayPal

**Pure Space Cozy Home Store**    ✎

Collapsible BBQ Grills Outdoor Small Folding Metal Grills Upgraded Thickened Quick Assembly
40x22x25cm,CHINA

**$37.22**    −  1  +
Import charges included

Shipping: $122.82
Delivery: Nov 11 – 25    ›

## Summary

| Subtotal | $37.22 |
|---|---|
| Promo codes | Enter ⌄ |
| Shipping fee | $122.82 |
| Additional charges ⓘ | $13.20 |
| **Total** | **$173.24** |

**PayPal**

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

⛉ AliExpress

AliExpress keeps your information and payment safe

📦 **Fast delivery** ›

✓ $1.00 coupon code if delayed  ✓ Refund if package lost  ✓ Refund if items damaged  ✓ Refund if no delivery in 30 days

🛡 **Security & Privacy** ›

Safe payments · Secure personal details

Doe #68

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

210

EXHIBIT 2

## Orange Flower Home Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 69

Store Name: Orange Flower Home Store

Merchant ID: 1104383121

Store URL: https://www.aliexpress.com/store/1104383121

Product ID: 3256809922918103

Product URL: https://www.aliexpress.com/item/3256809922918103.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-11-05

EXHIBIT 2

Foldable Slot Grill Rust Proof Thick Stainless Steel Grill Heat Resistant Lightweight Camping Grill for Outdoor Travel Picnic

by 🔶 Orange Flower Home S... ( ⭐ 4.7 | 1,000+ sold )

**$37.63** 61% off $96.48

🔶 Wholesale  3+ pieces, extra 1% off

Incl. import charges; est. other taxes: $3.1 ⓘ

🅿 Pay with PayPal Pay in 4 interest-free installments 🅿  ›

🏷 $4.00 off on $23.00  ›

**Color: Black**

**Sold by** Orange Flower Home ... (Trader) ›

ⓘ Seller info  💬 Message

**Ship to**  📍 Sherman, Texas, United States

**Service commitment**

🚚 Free shipping ›
Delivery: Nov. 26 - Dec. 06

🔲 Free returns within 90 days ›

🛡 Security & Privacy Safe payments-Sec... ›

♻ Shop sustainably ›

**Quantity**

−  1  +

999 available

**Buy now**

**Add to cart**

Share  ♡

Customer Reviews   Specifications   Description   Store   More to love

## Reviews

Doe #69
Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

212



## Shipping address

**Selena Sw**    +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

**PayPal**

Change

ⓘ Pay easily, quickly, and securely with PayPal

---

### Orange Flower Home Store ✏️

Foldable Slot Grill Rust Proof Thick Stainless Steel Grill Heat Resistant Lightweight Camping Gril

Black,CHINA

**$37.63**
Import charges included

⊖  1  ⊕

**Shipping: Free shipping**
Delivery: Nov. 26 – Dec. 06

›

## Summary

| | |
|---|---|
| Subtotal | $37.63 |
| Promo codes | Enter ⌄ |
| Shipping fee | Free |
| Additional charges ⓘ | $3.10 |
| **Total** | **$40.73** |

🔄 **Just a few seconds...**

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

### ⬡ AliExpress

AliExpress keeps your information and payment safe

### 🛡 Security & Privacy ›

Safe payments · Secure personal details

### 🔒 Safe Payments

VISA    MC | ID Check    SafeKey    ProtectBuy    JCB J/Secure

With popular payment partners, your personal details are safe.

---

Doe #69

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

213

**FILED UNDER SEAL**    Case 4:26-cv-00174-RWS    Document 20-3    Filed 03/09/26    Page 14 of 156 PageID #: 1506    **FILED UNDER SEAL**

EXHIBIT 2

## VaiLice Product Direct Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 70

Store Name: VaiLice Product Direct Store

Merchant ID: 1104399430

Store URL: https://www.aliexpress.com/store/1104399430

Product ID: 3256809687229275

Product URL: https://www.aliexpress.com/item/3256809687229275.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-2, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-11-05

**FILED UNDER SEAL**

EXHIBIT 2

**FILED UNDER SEAL**

2025-11-05

aliexpress.us/item/3256809687229275.html?gatewayAdapt=glo2usa    Incognito

**AliExpress**    Slot Grill Collapsible Bbq Grill    Download the AliExpress app    Sherman/EN/ USD    Hi, selenas... Account    1 Cart

Stainless Steel Collapsible BBQ Grills Foldable Small Camping Grills Charcoal Barbecue Picnic Grill Outdoor Camping Equipment

by VaiLice Product Dire... ( ★ 4.2 | 10,000+ sold )

Sold by    VaiLice Product Direct Store(Trader) >
ⓘ Seller info    ✉ Message

**Mega Choice Day**    Ends : Nov 8, 13:29 (GMT+5.5)

Ship to    Sherman, Texas, United States

**$33.94**    ⚡ Save $33.93    $67.87

Choice    AliExpress commitment

Incl. import charges; est. other taxes: $2.80 ⓘ ; Extra 1% off with coins

🚚 Free shipping >
Delivery: **Dec. 23 - Jan. 02**
Courier company: UNITED STATES POSTAL SERVICE, FedEx, UPS ,etc.

Pay with PayPal Pay in 4 interest-free installments

🔖 $4.00 off on $23.00

↩ Free returns within 90 days >

🛡 Security & Privacy Safe payments-Secure per... >

🌱 Shop sustainably >

Quantity
−  1  +
Only 2 left

**Buy now**

**Add to cart**

Share    ♡

⊙ Customer Reviews    Specifications    Description    Store    More to love

# Reviews

Doe #70
Copyright(s) SLG-2, SLG-4: Listing Image
Copyright Registration Numbers: VA0002463264, VA0002463263

# AliExpress

## Shipping address

**Selena Sw**    +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

**PayPal**
Pay easily, quickly, and securely with PayPal

Change

## Shipping method

**Shipping: Free shipping**
Delivery: Dec. 23 - Jan. 02
Courier company: USPS, FedEx, etc.

## Items' details

More items



$33.94

− 1 +

## Summary

| | |
|---|---|
| Subtotal | $33.94 |
| Promo codes | Enter ⌄ |
| Shipping fee | Free ⌄ |
| Additional charges ⓘ | $2.80 |
| **Total** | **$36.74** |

**PayPal**

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

## AliExpress

AliExpress keeps your information and payment safe

## Security & Privacy ❯

Safe payments · Secure personal details

## Safe Payments

VISA · ID Check · SafeKey · ProtectBuy · JCB

With popular payment partners, your personal details are safe.

Doe #70
Copyright(s) SLG-2, SLG-4: Listing Image
Copyright Registration Numbers: VA0002463264, VA0002463263

EXHIBIT 2

## Delightful Finds Deal Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 71

Store Name: Delightful Finds Deal Store

Merchant ID: 1104440176

Store URL: https://www.aliexpress.com/store/1104440176

Product ID: 3256809677549420

Product URL: https://www.aliexpress.com/item/3256809677549420.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-11-06

**FILED UNDER SEAL**

EXHIBIT 2

**FILED UNDER SEAL**

2025-11-06

# AliExpress

Slot Grill Collapsible Bbq Grill

Download the AliExpress app

Sherman/EN/ USD

Hi, selenas... Account

Cart 0

## Stainless Steel Compact Charcoal Grill Foldable Small Camping Grills Portable Charcoal Barbecue Picnic Grill for Outdoor Travel

by ⭐ Delightful Finds Dea... ( ⭐ 4.9 | 10,000+ sold )

**Mega ChoiceDay**   Ends : Nov 8, 13:29 (GMT+5.5)

**$34.17**   ⚡Save $34.18   $68.35

Incl. import charges; est. other taxes: $2.82 ⓘ ; Extra 1% off with coins

Pay with PayPal Pay in 4 interest-free installments  PayPal  >

$4.00 off on $23.00  >

---

**Sold by**   Delightful Finds Deal Store(Trader) >

ⓘ Seller info    ✉ Message

**Ship to**   ⦿ Sherman, Texas, United States

**Choice**  AliExpress commitment

🚚 Free shipping   >
Delivery: **Dec. 24 - Jan. 03**
Courier company:  UNITED STATES POSTAL SERVICE  FedEx  UPS  ,etc.

↩ Free returns within 90 days   >

🛡 Security & Privacy  Safe payments-Secure per....   >

🌿 Shop sustainably   >

**Quantity**

−  1  +

Only 2 left

**Buy now**

**Add to cart**

⛓ Share    ♡

---

⦿ Customer Reviews    Specifications    Description    Store    More to love

# Reviews

---

Doe #71

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

218

Case 4:25-cv-00174-RWS    Document 21-1    Filed 03/09/25    Page 19 of 156 PageID #:

EXHIBIT 2

\*\*FILED UNDER SEAL\*\*

2025-11-06

# AliExpress



**Shipping address**

**Selena Sw**   +1 6802597236                                         **Change**
320 N Travis St
Sherman, Texas, United States, 75090

**Payment Methods**

PayPal                                                                 **Change**

ⓘ  Pay easily, quickly, and securely with PayPal

**Shipping method**

**Shipping: Free shipping**
Delivery: Dec. 24 - Jan. 03
Courier company: USPS  FedEx  ⬤ , etc.

**Items' details**                                      **More items**

$34.17

−   1   +

---

**Summary**

| Subtotal | $34.17 |
|---|---|
| Promo codes | Enter ⌄ |
| Shipping fee | Free ⌄ |
| Additional charges ⓘ | $2.82 |

**Total**                                               **$36.99**

**PayPal**

Upon clicking 'Place Order', I confirm I have read and
acknowledged **all terms and policies**.

🛡 **AliExpress**

AliExpress keeps your information and payment safe

✓ **Security & Privacy** ›

Safe payments · Secure personal details

🛍 **Safe Payments**

VISA   ID Check   SafeKey   ProtectBuy   JCB

With popular payment partners, your personal
details are safe.

---

Doe #71

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

219

EXHIBIT 2

## Shop1104443015 Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 72

Store Name: Shop1104443015 Store

Merchant ID: 1104445006

Store URL: https://www.aliexpress.com/store/1104445006

Product ID: 3256809543732667

Product URL: https://www.aliexpress.com/item/3256809543732667.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-11-06

AliExpress | Bbq Grill Outdoor | Download the AliExpress app | Sherman/EN/ USD | Hi, selenas... Account | 0 Cart



**Collapsible BBQ Grill Portable Stainless Steel Foldable Charcoal Grills Tool-Free Setup Compact for Camping, Tailgating, Travel**

by Shop1104443015 Store ( ★ **4.9** | 600+ sold )

## $80.17 **26% off** ~~$108.33~~

🏷 **Wholesale** 99+ pieces, extra 2% off
Incl. import charges; est. other taxes: $6.61 ⓘ

| 📅 Pay with PayPal Pay in 4 interest-free installments 💠 | › |
|---|---|

| 🏷 $7.00 off on $49.00 | › |
|---|---|

**Color: black**

**Sold by** Shop1104443015 Store(Trader) ›
ⓘ Seller info ✉ Message

**Ship to** 📍 Sherman, Texas, United States

**Service commitment**

🚚 **Shipping: $11.00** ›
**Delivery: Nov 17 - 29**

🕐 **Fast delivery** ›
✓ $1.00 coupon code if delayed
✓ Refund if package lost
✓ Refund if items damaged
✓ Refund if no delivery in 30 days

🔄 **Free returns within 90 days** ›

🛡 **Security & Privacy** Safe payments-Secure personal ... ›

🌱 **Shop sustainably** ›

**Quantity**
— 1 +

Only 10 left

**Buy now**

**Add to cart**

⌲ Share    ♡

Customer Reviews    Specifications    Description    Store    More to love

## Reviews

## Related items

Doe #72

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

EXHIBIT 2

**FILED UNDER SEAL**

2025-11-06



**"Please Confirm Your Order"**

    Incognito

aliexpress.us/p/trade/confirm.html?objectId=3256809543732667&from=aliexpress&countryCode=US&shippingCompany=CHUKOUYI_STANDARD&provinceCode=922...

## Shipping address

**Selena Sw**    +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

PayPal

ⓘ Pay easily, quickly, and securely with PayPal

Change

**Shop1104443015 Store**

Collapsible BBQ Grill Portable Stainless Steel Foldable Charcoal Grills Tool-Free Setup Compact

black,CHINA

**$80.17**
Import charges included

⊖   1   ⊕

**Shipping: $11.00**
**Delivery: Nov 17 – 29**

>

## Summary

| | |
|---|---|
| Subtotal | $80.17 |
| Promo codes | Enter ⌄ |
| Shipping fee | $11.00 |
| Additional charges ⓘ | $7.52 |
| **Total** | **$98.69** |

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

### 🛡 Fast delivery ⟩

✓ $1.00 coupon code if delayed   ✓ Refund if package lost   ✓ Refund if items damaged   ✓ Refund if no delivery in 30 days

### 🛡 Security & Privacy ⟩

Safe payments · Secure personal details

Doe #72

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

222

## Shop1104702593 Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 73

Store Name: Shop1104702593 Store

Merchant ID: 1104702594

Store URL: https://www.aliexpress.com/store/1104702594

Product ID: 3256810176523722

Product URL: https://www.aliexpress.com/item/3256810176523722.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-11-19

**CFU UNDER SEAL***



# AliExpress

Portable Gas Bbq Grill

Download the AliExpress app

Sherman/EN/ USD

Hi, selenas... Account

Cart 0

### Collapsible BBQ Grills Outdoor Small Folding Metal Grills Upgraded Thickened Quick Assembly Slot Grills For Camping Picnics

by 🏪 Shop1104702593 Store ( ⭐ 4.9 | 221 sold )

**$9.61** ~~65% off~~ $27.45

New :  Early bird deal, only 1 left

Incl. import charges; est. other taxes: $0.79 ⓘ ; Extra 5% off with coins

🏷️ **$2.00 off on $10.00**  ›

**Color: black**



#### Customer Reviews    Specifications    Description    Store    More to love

## Reviews

---

**Sold by**       Shop1104702593 Store(Trader) ›

ⓘ Seller info    ✉ Message

**Ship to**    📍 Sherman, Texas, United States

**Service commitment**

🚚 Shipping: $36.70    ›
Delivery: Nov. 30 - Dec. 06

🕐 Fast delivery    ›

✔ $1.00 coupon code if delayed
✔ Refund if package lost
✔ Refund if items damaged
✔ Refund if no delivery in 30 days

↩ Free returns within 90 days    ›

🛡 Security & Privacy Safe payments·Secure per...    ›

🌿 Shop sustainably    ›

**Quantity**

−  1  +

**Buy now**

**Add to cart**

Share    ♡



Doe #73

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

224

Please Confirm Your Order
aliexpress.us/p/trade/confirm.html?objectId=3256810176523722&from=aliexpress&countryCode=US&shippingCompany=CAINIAO_PREMIUM&provinceCode...   Incognito



## Shipping address

**Selena Sw**   +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

PayPal

Pay easily, quickly, and securely with PayPal

Change

### Shop1104702593 Store

Collapsible BBQ Grills Outdoor Small Folding Metal Grills Upgraded Thickened Quick Assembly
black

**$9.61**
Import charges included

— 1 +

Shipping: $36.70
Delivery: Nov. 30 – Dec. 06

## Summary

| | |
|---|---|
| Subtotal | $9.61 |
| Promo codes | Enter ⌄ |
| Shipping fee | $36.70 |
| Additional charges ⓘ | $3.82 |
| **Total** | **$50.13** |

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

### Fast delivery ›

✔ $1.00 coupon code if delayed  ✔ Refund if package lost  ✔ Refund if items damaged  ✔ Refund if no delivery in 30 days

### Security & Privacy ›

Safe payments · Secure personal details

Doe #73
Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## Blz024 Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 74

Store Name: Blz024 Store

Merchant ID: 1105007701

Store URL: https://www.aliexpress.com/store/1105007701

Product ID: 3256809574256260

Product URL: https://www.aliexpress.com/item/3256809574256260.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1, SLG-5

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-11-05

226

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**

2025-11-05



Doe #74

Copyright(s) SLG-1, SLG-5: Listing Image

Copyright Registration Numbers: VA0002463264, VA0002463263

EXHIBIT 2

**FILED UNDER SEAL**

2025-11-05



AliExpress

**Shipping address**

Selena Sw    +1 6802597236

320 N Travis St
Sherman, Texas, United States, 75090

Change

**Payment Methods**

PayPal    Change

Pay easily, quickly, and securely with PayPal

**Blz024 Store**

Collapsible BBQ Grill for Easy Storage Steel Foldable
40 22.5 24cm 1.85kg

$13.59
Import charges included

−    1    +

Shipping: $201.12
Delivery: Dec. 14

**Summary**

| | |
|---|---|
| Subtotal | $13.59 |
| Promo codes | Enter ⌄ |
| Shipping fee | $201.12 |
| Additional charges ⓘ | $17.71 |
| **Total** | **$232.42** |

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

**Security & Privacy** ›

Safe payments · Secure personal details

**Safe Payments**

VISA    MasterCard ID Check    SafeKey    ProtectBuy    JCB J/Secure

With popular payment partners, your personal details are safe.

Doe #74
Copyright(s) SLG-1, SLG-5: Listing Image
Copyright Registration Numbers: VA0002463264, VA0002463263

228

## HomeChef Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 75

Store Name: HomeChef Store

Merchant ID: 1105075587

Store URL: https://www.aliexpress.com/store/1105075587

Product ID: 3256809954293055

Product URL: https://www.aliexpress.com/item/3256809954293055.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-10-31

**FILED UNDER SEAL**  **FILED UNDER SEAL**

AliExpress | Slot Grill | Download the AliExpress app | Sherman/EN/ USD | Hi, selenas... Account | 0 Cart

**Camping Charcoal Grill BBQ Folding Barbecue Grill for Tailgating Yard Party**

1 sold

**$25.36** 65% off $73.91

Special offer

Incl. import charges; est. other taxes: $2.38 ⓘ ; Extra 1% off with coins

% $2.00 off on $14.00 →

**Sold by**     HomeChef Store(Trader) >

ⓘ Seller info   ✉ Message

**Ship to**     ⚲ Sherman, Texas, United States

Choice  **AliExpress commitment**

🚚 **Free shipping** >
Delivery: **Nov 07 - 14**
Courier company: UNITED STATES POSTAL SERVICE  FedEx
,etc.

⬡ **Fast delivery** >
✓ $1.00 coupon code if delayed
✓ Refund if package lost
✓ Refund if items damaged
✓ Refund if no delivery in 30 days

🔁 **Free returns within 90 days** >

🛡 **Security & Privacy** >
Safe payments: We do not share your personal ...
Secure personal details: We protect your privac...

**Buy now**

**Add to cart**

⟨ Share     ♡

⚲ **Customer Reviews**     Specifications     Description     Store     More to love

## Reviews

Doe #75
Copyright(s) SLG-Video-01: Listing Image
Copyright Registration Numbers: PA0002550948



## Shipping address

**Selena Sw**   +1 6802597236
320 N Travis ST
Sherman, Texas, United States, 75090

Change

## Payment Methods

**PayPal**

Change

ⓘ Pay easily, quickly, and securely with PayPal

## Shipping method

**Shipping: Free shipping**
Delivery: Nov 07 - 14
Courier company: USPS   FedEx   , etc.

## Items' details

More items

$25.36

—   1   +

## Summary

| Subtotal | $25.36 |
| Promo codes | Enter ⌄ |
| Shipping fee | Free ⌄ |
| Additional charges ⓘ | $2.09 |
| **Total** | **$27.45** |

**PayPal**

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

### AliExpress

AliExpress keeps your information and payment safe

### 📦 Fast delivery ›

✔ $1.00 coupon code if delayed   ✔ Refund if package lost   ✔ Refund if items damaged   ✔ Refund if no delivery in 30 days

### 🛡 Security & Privacy ›

Safe payments · Secure personal details

Doe #75
Copyright(s) SLG-Video-01: Listing Image
Copyright Registration Numbers: PA0002550948

231

EXHIBIT 2

## HAND-SEWING Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 76

Store Name: HAND-SEWING Store

Merchant ID: 1105076579

Store URL: https://www.aliexpress.com/store/1105076579

Product ID: 3256809995052765

Product URL: https://www.aliexpress.com/item/3256809995052765.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-10-31

Foldable Charcoal Grill Folding

aliexpress.us/item/3256809995052765.html?gatewayAdapt=glo2usa

**AliExpress**

Slot Grill

Download the AliExpress app

Sherman/EN/ USD

Hi, selenas... Account

0 Cart

**Foldable Charcoal Grill Folding Barbecue Grill for Farmhouse Yard Household**

100K+ similar items sold

**Welcome deal**

**$16.13** 🔥 **New shoppers save $57.78**
~~$73.91~~

New: Early bird deal, only 1 left
Incl. import charges; est. other taxes: $2.07 ; Extra 1% off with coins

$2.00 off on $14.00

**Customer Reviews**   Specifications   Description   Store   More to love

## Reviews

## Related items

**Doe #76**
**Copyright(s) SLG-Video-01: Listing Image**
**Copyright Registration Numbers: PA0002550948**

Sold by    HAND-SEWING Store(Trader)
Seller info    Message

Ship to    Sherman, Texas, United States

**Choice** AliExpress commitment

🚚 **Free shipping**
Delivery: **Nov 07 - 14**
Courier company: UNITED STATES POSTAL SERVICE, FedEx, UPS ,etc.

⚡ **Fast delivery**
✓ $1.00 coupon code if delayed
✓ Refund if package lost
✓ Refund if items damaged
✓ Refund if no delivery in 30 days

↩ **Free returns within 90 days**

🛡 **Security & Privacy**
Safe payments: We do not share your personal detail...
Secure personal details: We protect your privacy and ...

🌱 **Shop sustainably**

**Quantity**
− 1 +

**Buy now**

**Add to cart**

Share    ♡

**Please Confirm Your Order**



**Shipping address**

**Selena Sw**   +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

**Payment Methods**

PayPal

Pay easily, quickly, and securely with PayPal

Change

**Shipping method**

**Shipping: Free shipping**
Delivery: Nov 07 - 14
Courier company: USPS  FedEx, etc.

**Items' details**                                            More items

$16.13

1

**Summary**

| Subtotal | $16.13 |
|---|---|
| Promo codes | Enter ⌄ |
| Shipping fee | Free ⌄ |
| Additional charges ⓘ | $1.33 |

**Total**                    **$17.46**

PayPal

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payment safe

**Fast delivery** ›

✔ $1.00 coupon code if delayed ✔ Refund if package lost ✔ Refund if items damaged ✔ Refund if no delivery in 30 days

**Security & Privacy** ›

Safe payments · Secure personal details

**Safe Payments**

VISA   MasterCard   ID Check   SafeKey   ProtectBuy   JCB

Doe #76
Copyright(s) SLG-Video-01: Listing Image
Copyright Registration Numbers: PA0002550948

## EXHIBIT 2

## TTGG---14 Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Aliexpress

Doe #: 77

Store Name: TTGG---14 Store

Merchant ID: 1105194458

Store URL: https://www.aliexpress.com/store/1105194458

Product ID: 3256810084215633

Product URL: https://www.aliexpress.com/item/3256810084215633.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-2, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-11-10

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**



Doe #77

Copyright(s) SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: VA0002463264, VA0002463263

EXHIBIT 2

**FILED UNDER SEAL**

2025-11-10

aliexpress.us/p/trade/confirm.html?objectId=3256810084215633&from=aliexpress&countryCode=US&shippingCompany=FEDEX&provinceCode=922884880000000...



## Shipping address

**Selena Sw**    +1 6802597236
320 N Travis St
Sherman, Texas, United States, 75090

Change

## Payment Methods

**PayPal**

Change

Pay easily, quickly, and securely with PayPal

### TTGG—14 Store

TIANHAO

Stainless Steel Collapsible BBQ Grills Foldable Small Camping Grills Portable Charcoal Barbecue
A

**$95.10**

— 1 +

Import charges included

Shipping: $606.24
Delivery: Nov 13 - 28

## Summary

| | |
|---|---|
| Subtotal | $95.10 |
| Promo codes | Enter ⌄ |
| Shipping fee | $606.24 |
| Additional charges ⓘ | $57.86 |
| **Total** | **$759.20** |

**PayPal**

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

### AliExpress

AliExpress keeps your information and payment safe

### Fast delivery ›

✓ $1.00 coupon code if delayed  ✓ Refund if package lost  ✓ Refund if items damaged  ✓ Refund if no delivery in 30 days

### Security & Privacy ›

Safe payments · Secure personal details

Doe #77
Copyright(s) SLG-2, SLG-4: Listing Image
Copyright Registration Numbers: VA0002463264, VA0002463263

237

## piece of cloth

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 78

Store Name: piece of cloth

Merchant ID: A103L8YRPY6AP8

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A103L8YRPY6AP8

Product ID: B0FPBKST31, B0FPBKZB2L

Product URL: https://www.amazon.com/dp/B0FPBKST31?keywords=Slot%20Grill&m=A103L8YRPY6AP8&psc=1, https://www.amazon.com/dp/B0FPBKZB2L?keywords=Slot%20Grill&m=A103L8YRPY6AP8&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-10-06

238

**EXHIBIT 2**

**FILED UNDER SEAL**    **FILED UNDER SEAL**

2025-10-06



Doe #78

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, VA0002463263, PA0002550948

**FILED UNDER SEAL** EXHIBIT 2 **FILED UNDER SEAL**

Case 4:25-cv-00174-RWS   Document 27-1   Filed 03/09/26   Page 40 of 156 PageID #:

2025-10-06

Amazon.com | Upgraded Slot Grill

amazon.com/dp/B0FPBKZB2L?keywords=Slot%2BGrill&m=A103L8YRPY6AP8&th=1

Incognito

# Amazon

Deliver to John
Sherman 75090

Tools & Home Improvement    Slot Grill

EN

Hello, John
Account & Lists

Returns
& Orders

0 Cart

All    Rufus    Join Prime    Early Prime Deals    Same-Day Delivery    Medical Care    Luxury    Customer Service    Amazon Basics    Buy Again    Pet Supplies    Browsing History    Books    Handmade    Pharmacy    Subscribe & Save    Kindle Books    Household, Health & Baby Care

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home    Shop by Room    Launchpad    Amazon Business

Sponsored

Sports & Outdoors › Outdoor Recreation › Camping & Hiking › Camp Kitchen › Stoves & Grills › Camping Grills

Multiple venues and applications

Outdoor Camping Site

Beach BBQ

Apartment rooftop party

Click to see full view

      

## Upgraded Slot Grili, Collapsible Bbq Grill Foreasy Storage Steel, Slot Grill Collapsible, For Travel, Camping, Tailgating (01,L)

Brand: CY. fangzhi

$105.10

Or $10.56 /mo (12 mo). Select from 2 plans

FREE Returns ⌄

**Coupon:** ☐ Apply 8% coupon   Shop items ›   |   Terms

Apply for Amazon Store Card and unlock a $60 Amazon Gift Card upon approval. Pay $105.10 $45.10 for this order. Find out how

Size: L

| S | L |
|---|---|
| $81.19 | $105.10 |

Color: 01

| Brand | CY. fangzhi |
|---|---|
| Product Dimensions | 15.75"D x 3.94"W x 8.66"H |
| Special Feature | Adjustable, Foldable, Heavy Duty, Portable |
| Color | 01 |
| Fuel Type | No |

## About this item

- 【Multipurpose Outdoor Grilling】Perfect For Backyard Bbqs, Camping Trips, Tailgates, And Beach Parties. The Slot Grill Effortlessly Handles Any Adventure, Turning Any Spot Into Your Personal Cookout Zone.
- 【Collapses In Seconds, Stores Anywhere】Our Unique Foldable Grill Design

$105.10

FREE delivery **October 16 - 27**. Details

⊙ Deliver to John - Sherman 75090

**Only 20 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

| Shipped / Sold | piece of cloth |
|---|---|
| Returns | FREE 30-day refund/replacement |
| Payment | Secure transaction |

⌄ See more

**Add a Protection Plan:**
- ☐ 3-Year Protection Plan for $21.99
- ☐ 4-Year Protection Plan for $29.99
- ☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Doe #78

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, VA0002463263, PA0002550948

240

EXHIBIT 2

## xinuodianzi

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 79

Store Name: xinuodianzi

Merchant ID: A12534B15KC15F

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A12534B15KC15F

Product ID: B0FN4BZNP8

Product URL: https://www.amazon.com/dp/B0FN4BZNP8?keywords=Slot%20Grill&m=A12534B15KC15F&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-08



Doe #79

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## xiangfenxianchunfuzhongzhizhuanyehezuoshe

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 80

Store Name: xiangfenxianchunfuzhongzhizhuanyehezuoshe

Merchant ID: A12J4WA8YKWR77

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A12J4WA8YKWR77

Product ID: B0FJXR7JY1

Product URL: https://www.amazon.com/dp/B0FJXR7JY1?keywords=Slot%20Grill&m=A12J4WA8YKWR77&psc=1

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-06



Doe #80

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

EXHIBIT 2

## XW-us

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 81

Store Name: XW-us

Merchant ID: A13XGRCDEP9G8Z

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A13XGRCDEP9G8Z

Product ID: B0FKHF3GNH, B0FL2C7FBC

Product URL: https://www.amazon.com/dp/B0FKHF3GNH?keywords=Slot%20Grill&m=A13XGRCDEP9G8Z&psc=1, https://www.amazon.com/dp/B0FL2C7FBC?keywords=Slot%20Grill&m=A13XGRCDEP9G8Z&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-10-13



Doe #81

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060

Case 4:28-cv-00174-RWS   Document 23-1   Filed 03/09/26   Page 47 of 156 PageID #: ...

EXHIBIT 2

**FILED UNDER SEAL**



Doe #81

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060

247

EXHIBIT 2

## anqingzhaolu0114

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 82

Store Name: anqingzhaolu0114

Merchant ID: A15FO73C0QEC9W

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A15FO73C0QEC9W

Product ID: B0FL1TSGZ2, B0FL1X11GB

Product URL: https://www.amazon.com/dp/B0FL1TSGZ2?keywords=Slot%20Grill&m=A15FO73C0QEC9W&psc=1, https://www.amazon.com/dp/B0FL1X11GB?keywords=Slot%20Grill&m=A15FO73C0QEC9W&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-02

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-10-10



Doe #82

Copyright(s) SLG-Video-01, SLG-Video-02: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002550948

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**



Doe #82

Copyright(s) SLG-Video-01, SLG-Video-02: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002550948

250

EXHIBIT 2

SEFish

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 83

Store Name: SEFish

Merchant ID: A17H8GNO2MBE7P

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A17H8GNO2MBE7P

Product ID: B0FL8R7MP8

Product URL: https://www.amazon.com/dp/B0FL8R7MP8?keywords=Slot%20Grill&m=A17H8GNO2MBE7P&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-2, SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-10-10





Slot Grill Collapsible - Portable BBQ Grill for Easy Storage Steel, Upgraded Thickened Steel for Camping/RV/Tailgating, Compact Charcoal Grill/Carry Bag Patio (15.74 * 9.84in)

Brand: WIEGNAFUD

$44⁵⁵

Color: **15.74*9.84in**

| Brand | WIEGNAFUD |
| --- | --- |
| Model Name | Collapsible BBQ Grill for Easy Storage |
| Product Dimensions | 8.66"D x 9.84"W x 8.66"H |
| Special Feature | Collapsible, Compact Storage, Lightweight, Portable, Tool-free Assembly |
| Color | 15.74*9.84in |

### About this item

- 【Ultra-Durable, Foldable Steel Construction】 Engineered with Premium Thickened Gauge Steel, This Portable Slot Grill Collapsible Is Designed for High-Heat Performance and Long-Term Use. Its Rugged Build and Interlocking Structure Ensure Solid Support While Cooking, Making It a Reliable Choice for Outdoor Grilling—Season After Season
- 【Slim Fold Design – Lightweight & Easy to Store】 Folds Flat to Just 1 Inch Thick and Weighs Surprisingly Little, Making It Incredibly Easy to Carry and Store. Whether You're Heading out for a Road Trip, Weekend Camping, Or a Lakeside Picnic, This Slot Grill BBQ Collapsible Fits Neatly in Your Trunk, Backpack, Or Rv—without Adding Bulk or

**$44⁵⁵**

$12.50 delivery October 21 - 28. Details

Or $22 delivery October 17 - 21. Details

Deliver to John - Sherman 75090

In Stock

Quantity: 1

Add to Cart

Buy Now

Shipped / Sold   SEFish

Returns   30-day refund/replacement

Payment   Secure transaction

See more

**Add a Protection Plan:**
- 3-Year Protection Plan for $6.99
- 4-Year Protection Plan for $8.99
- Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List

Doe #83

Copyright(s) SLG-Video-03, SLG-2: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463263

## LBAMZ-US

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 84

Store Name: LBAMZ-US

Merchant ID: A17RAWXWS7DJK3

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A17RAWXWS7DJK3

Product ID: B0FMKD8BRD, B0FMKDMLYN

Product URL: https://www.amazon.com/dp/B0FMKD8BRD?keywords=Slot%20Grill&m=A17RAWXWS7DJK3&psc=1, https://www.amazon.com/dp/B0FMKDMLYN?keywords=Slot%20Grill&m=A17RAWXWS7DJK3&psc=1

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-10-06

**FILED UNDER SEAL**    **FILED UNDER SEAL**



Doe #84

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**



Doe #84

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

## Liuballl

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 85

Store Name: Liuballl

Merchant ID: A18085A57PMV0P

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A18085A57PMV0P

Product ID: B0FKH2JT6K

Product URL: https://www.amazon.com/dp/B0FKH2JT6K?keywords=Slot%20Grill&m=A18085A57PMV0P&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-10

**FILED UNDER SEAL**     EXHIBIT 2     **FILED UNDER SEAL**

Case 4:26-cv-00174-RWS    Document 2-2    Filed 03/09/26    Page 57 of 156 PageID #:



Doe #85

Copyright(s) SLG-Video-01, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: VA0002463264, VA0002463263, PA0002550948

## Sun Junling

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 86

Store Name: Sun Junling

Merchant ID: A19B75OGFVS7RP

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A19B75OGFVS7RP

Product ID: B0FK5186SX, B0FK53M713

Product URL: https://www.amazon.com/dp/B0FK5186SX?keywords=Slot%20Grill&m=A19B75OGFVS7RP&psc=1, https://www.amazon.com/dp/B0FK53M713?keywords=Slot%2BGrill&m=A19B75OGFVS7RP&th=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1, SLG-Video-01

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-09-24, 2025-10-06



Doe #86

Copyright(s) SLG-Video-01, SLG-1: Listing Image

Copyright Registration Numbers: VA0002463264, PA0002550948



Doe #86

Copyright(s) SLG-1: Listing Image

Copyright Registration Numbers: VA0002463264

260

## WX-US(☒7-12)

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 87

Store Name: WX-US(☒7-12)

Merchant ID: A19SGRGFDLOLQS

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A19SGRGFDLOLQS

Product ID: B0FND5W946, B0FND6N5NX

Product URL: https://www.amazon.com/dp/B0FND5W946?keywords=Slot%20Grill&m=A19SGRGFDLOLQS&psc=1, https://www.amazon.com/dp/B0FND6N5NX?keywords=Slot%20Grill&m=A19SGRGFDLOLQS&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-09-29, 2025-10-06

261

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**

2025-09-29

amazon.com/dp/B0FND5W946?keywords=Slot%2BGrill&m=A19SGRGFDLOLQS&th=1

Incognito

Deliver to John
Sherman 75090

Tools & Home Improvement ▾    Slot Grill

EN ▾    Hello, John
Account & Lists ▾    Returns & Orders    0 Cart

All    Rufus    Join Prime    Amazon Haul    Off to College    Early Prime Deals    Same-Day Delivery    Medical Care ▾    Books ▾    Customer Service    Amazon Basics    Buy Again    Pet Supplies    Browsing History ▾    Handmade    Pharmacy    Prime Big Deal Days is October 7-8

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home    Shop by Room    Launchpad    Amazon Business

Sports & Outdoors › Outdoor Recreation › Camping & Hiking › Camp Kitchen › Stoves & Grills › Camping Grills



Click to see full view

Ask Rufus

Can it be used on a tabletop?    Does it come with a carrying case?

Is this grill good for camping?    Ask something else



2025 upgraded slot grill,Stainless Steel Slot Collapsible BBQ grill,Portable Easy Storage Steel Carbon grills,Applicable to Travel, Party, Camping& Outdoor Cooking (small)

Brand: Generic

$42.99

Get a $80 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

Size: small

| small | Large |
|---|---|
| $42.99 | $58.99 |

| Brand | Generic |
|---|---|
| Product Dimensions | 19.69"D x 11.2"W x 11.81"H |
| Special Feature | Folding Side Table |
| Fuel Type | Charcoal |
| Recommended Uses For Product | 户外 |

## About this item

- 1. Suitable for Multi-Scenario Outdoor Grilling The 2025 upgraded slot grill, a professional Portable Stainless Steel Foldable Charcoal Grills, is an ideal choice for outdoor cooking. Whether it's a backyard BBQ, camping trip, tailgate party, or beach gathering, this slot grill bbq can easily handle various outdoor activities, turning any location into your exclusive cooking area.

- 2. Ultra-Durable Foldable Steel Structure This Portable Stainless Steel Foldable Charcoal Grills features a core slot grill collapsible design, with its main body made of high-quality thickened stainless steel. The premium steel gives it excellent high-temperature resistance—it won't warp even in extreme heat conditions, and can meet outdoor charcoal grilling needs for a long time. It is a portable charcoal grill that combines durability and practicality.

- 3. Portable and Easy-to-Store Features As a professional Portable Stainless Steel Foldable Charcoal Grills, it boasts significant advantages thanks to its

$42.99

$9.99 delivery October 16 - 17. Details

Deliver to John - Sherman 75090

In stock
Usually ships within 2 to 3 days.

Quantity: 1 ▾

Add to Cart

Buy Now

Shipped / Sold    WX-US(✈7-12)

Returns    30-day refund/replacement

Payment    Secure transaction

See more

Add a Protection Plan:

☐ 3-Year Protection Plan for $6.99

☐ 4-Year Protection Plan for $8.99

☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List

Doe #87

Copyright(s) SLG-Video-01, SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060, PA0002550948

262

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**



Doe #87

Copyright(s) SLG-Video-01, SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060, PA0002550948

263

## NluaCktix(7-14Days Delivery)☒☒☒☒☒

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 88

Store Name: NluaCktix(7-14Days Delivery)☒☒☒☒☒

Merchant ID: A1A5J9IIJJ78M

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1A5J9IIJJ78M

Product ID: B0FL2HDC4S, B0FL2NW8XF

Product URL: https://www.amazon.com/dp/B0FL2HDC4S?keywords=Slot%20Grill&m=A1A5J9IIJJ78M&psc=1, https://www.amazon.com/dp/B0FL2NW8XF?keywords=Slot%20Grill&m=A1A5J9IIJJ78M&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-10-06, 2025-10-08

**FILED UNDER SEAL**   **FILED UNDER SEAL**



Doe #88

Copyright(s) SLG-1, SLG-4: Listing Image

Copyright Registration Numbers: VA0002463264

265





Click to see full view





### Slot Grill - Collapsible BBQ Grill for Easy Storage Steel, Slot Grill Collapsible, Portable Stainless Steel Foldable Charcoal Grills, Foldable Charcoal Grills for Outdoor (1 Pcs)

Brand: NluaCktix

$39.99

Up to 13% off if you qualify  Shop items ›

Apply now and get a $60 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score.

Color: **1 Pcs**

| | |
|---|---|
| **Brand** | NluaCktix |
| **Model Name** | Collapsible BBQ Grill |
| **Product Dimensions** | 16"D x 1.2"W x 9"H |
| **Special Feature** | Folding Side Table |
| **Color** | 1 Pcs |

## About this item

- 【Extra Durable Collapsible Steel Construction】This Slot Grill - Collapsible BBQ Grill for Easy Storage Steel is made of thick 10-gauge steel for easy storage, high-temperature resistance, and durability, making it a long-term investment for outdoor cooking enthusiasts.

- 【Lightweight and Easy Storage】Folds to a surprisingly light 1-inch thickness, making it incredibly easy to carry and store. Whether you're heading out on a road trip, camping weekend, or enjoying a lakeside picnic, this collapsible slot grill easily fits in your trunk, backpack, or RV without adding bulk or weight.

- 【Tool-Free Installation】Our collapsible slot grill has a simple design; simply snap the components together and you're ready to cook. No tools required, it's a breeze. Whether it's an impromptu cookout or a camping potluck, this collapsible slot grill for easy storage steel lets you focus on the food and the fun, not the hassles of assembly.

- 【Large Cooking Surface, Compact Design】The spacious 20 x 11-inch cooking area allows you to grill up to 10 burgers simultaneously. Despite its spacious grilling space, these Portable Stainless Steel Foldable Charcoal Grills fold flat for easy storage and portability—perfect for tailgating, camping, hiking, or small backyard gatherings.



$39.99

$9.99 delivery **October 23 - November 3**. Details

Deliver to John - Sherman 75090

**In stock**

Usually ships within 2 to 3 days.

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Shipped / Sold | NluaCktix(7-14Days Delivery) ⭐ ⭐ ... |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

⌄ See more

**Add a Protection Plan:**

☐ 3-Year Protection Plan for $5.99

☐ 4-Year Protection Plan for $7.99

☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List

Doe #88

Copyright(s) SLG-1, SLG-4: Listing Image

Copyright Registration Numbers: VA0002463264

266

## ZestStore

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 89

Store Name: ZestStore

Merchant ID: A1ADURTNK2AIU

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1ADURTNK2AIU

Product ID: B0FKH19KHC, B0FKH25H1H

Product URL: https://www.amazon.com/dp/B0FKH19KHC?keywords=Slot%20Grill&m=A1ADURTNK2AIU&psc=1, https://www.amazon.com/dp/B0FKH25H1H?keywords=Slot%20Grill&m=A1ADURTNK2AIU&psc=1

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-09-24, 2025-10-08









## Slot Grill BBQ Collapsible Portable Lightweight Slot Grill Compact Stainless Steel Slot Grills for Easy Storage Tool-Free Setup Ideal for Camping Tailgating RV and Outdoor Cooking BBQ Collapsible

Brand: Generic

$49.99

| Brand | Generic |
|---|---|
| Product Dimensions | 16"D x 9"W x 10"H |
| Special Feature | 16 * 9 inch large cooking area, Foldable, Portable |
| Fuel Type | Charcoal |
| Recommended Uses For Product | Indoor |

### About this item

- 【Premium Steel Build】 Engineered with heavy-duty stainless steel, this slot grill BBQ collapsible withstands high-heat grilling season after season. Its interlocking slot system ensures rock-solid stability for perfect cooking performance.
- 【Ultra-Compact Storage】 Folds to just 1" thick - the slimmest slot grills design. Weighing under 5 lbs, this portable slot grill stores effortlessly in backpacks, RV compartments, or car trunks without bulk.
- 【30-Second Tool-Free Setup】 Assemble this slot grill BBQ collapsible in under 30 seconds! The smart interlocking system requires zero tools, letting you focus on cooking, not construction. Perfect for beginners and experts.
- 【Spacious Tabletop Grilling】 Features a 16"x9" cooking surface on this collapsible BBQ grill - fits 10 burgers simultaneously. Ideal for tabletops, tailgates, campsites, or balcony grilling adventures.
- 【Multi-Fuel Versatility】 This slot grill masters charcoal, wood, or briquettes. Perfect for searing steaks, smoking veggies, or campfire snacks during

$49.99

$9.99 delivery October 6 - 16.
Details

Deliver to John - Sherman 75090

In Stock

Quantity: 1

Add to Cart

Buy Now

| Shipped / Sold | ZestStore |
|---|---|
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

**Add a Protection Plan:**
- ☐ 3-Year Protection Plan for $6.99
- ☐ 4-Year Protection Plan for $8.99
- ☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List

Doe #89

Copyright(s) SLG-Video-01, SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060, PA0002550948

268



**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**    2025-10-08

Doe #89

Copyright(s) SLG-Video-01, SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060, PA0002550948

## ZQDLG

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 90

Store Name: ZQDLG

Merchant ID: A1AVPEYCXMWUY1

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1AVPEYCXMWUY1

Product ID: B0FN3BC4YJ

Product URL: https://www.amazon.com/dp/B0FN3BC4YJ?keywords=Slot%20Grill&m=A1AVPEYCXMWUY1&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-10-08

270

Case 4:25-cv-00174-RWS    Document 20-1    Filed 03/09/25    Page 71 of 156 PageID #: ...

EXHIBIT 2

**FILED UNDER SEAL**    **FILED UNDER SEAL**

2025-10-08



### 2025 Upgraded Slot Grill Collapsible,Collapsible BBQ Grills,for Easy Storage Steel, Charcoal Grills Quality Portable Detachable Folding, Camping Campfire...

seconds without any screws or tools. Whether you're a beginner or an experienced camper, this portable grill charcoal saves you valuable time and effort so you can focus on enjoying your meals

Doe #90

Copyright(s) SLG-Video-01, SLG-4: Listing Image

Copyright Registration Numbers: VA0002463264, PA0002550948

271

## Mingaong

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 91

Store Name: Mingaong

Merchant ID: A1B8QBA5DWRHYS

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1B8QBA5DWRHYS

Product ID: B0FN49KQD7, B0FN4C9VGV, B0FN4F2TNS

Product URL: https://www.amazon.com/dp/B0FN49KQD7?keywords=Slot%20Grill&m=A1B8QBA5DWRHYS&psc=1, https://www.amazon.com/dp/B0FN4C9VGV?keywords=Slot%20Grill&m=A1B8QBA5DWRHYS&psc=1, https://www.amazon.com/dp/B0FN4F2TNS?keywords=Slot%20Grill&m=A1B8QBA5DWRHYS&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-07, 2025-10-08

Amazon.com: Slot style Barbecu

amazon.com/dp/B0FN49KQD7?keywords=Slot%2BGrill&m=A1B8QBA5DWRHYS&th=1

Incognito

Amazon

Deliver to John
Sherman 75090

Tools & Home Improvement ▾    Slot Grill

EN ▾

Hello, John
Account & Lists ▾

Returns
& Orders

0
Cart

All    Rufus    Join Prime    Prime Big Deals    Amazon Haul    Same-Day Delivery    Medical Care ▾    Buy Again    Customer Service    Amazon Basics    Pet Supplies    Browsing History ▾    Books    Handmade    Pharmacy    Subscribe & Save    Kindle Books    Big deals are here

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home    Shop by Room    Launchpad    Amazon Business

Sponsored ⓘ

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Charcoal Grills



**Slot style Barbecue Grill, portable barbecue grill, foldable barbecue grill, suitable for travel, camping, and tailgating (40cm/16in)**

Brand: Generic

**$39⁹⁹**

Apply for Amazon Store Card and unlock a $60 Amazon Gift Card upon approval. Pay $39.99 $0.00 for this order. Find out how

Size: **40cm/16in**

| 40cm/16in $39.99 | 50cm/20in $57.99 |
| --- | --- |

| Brand | Generic |
| --- | --- |
| Product Dimensions | 8.7"D x 16"W x 6.5"H |
| Special Feature | Detachable, Easy to assemble, Easy to store and portable, Foldable |
| Fuel Type | Charcoal |
| Finish Type | Polished |

**About this item**

- Foldable design: Our foldable trough grill is easy to store and has a lightweight texture，flat to just 1 inch thick and weighs surprisingly little, making it incredibly easy to carry and store. Whether you're heading out for a road trip, weekend camping, or a lakeside picnic, this portable BBQ grill slot grill BBQ collapsible fits neatly in your trunk, backpack, or rv—without adding bulk or weight

- Easy to assemble and disassemble: This foldable slot style barbecue grill can be assembled and disassembled in 30 seconds, and can be installed without tools. Whether you are a first-time barbecue or an experienced camper, the

**$39⁹⁹**

$7.99 delivery **Friday, October 24.** Details

⊙ Deliver to John - Sherman 75090

**In Stock**

Quantity: 1 ▾

Add to Cart

Buy Now

| Shipped / Sold | Mingaong |
| --- | --- |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

⌄ See more

**Add a Protection Plan:**
- ☐ 3-Year Protection Plan for $5.99
- ☐ 4-Year Protection Plan for $7.99
- ☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List

Doe #91
Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

273



Doe #91

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



Doe #91

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## LIWIEC

---

### DEFENDANT INTERNET STORE INFORMATION:

Marketplace: Amazon

Doe #: 92

Store Name: LIWIEC

Merchant ID: A1BBNMFHFLQO58

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1BBNMFHFLQO58

Product ID: B0FM89CXKL, B0FM8BWV8K

Product URL: https://www.amazon.com/dp/B0FM89CXKL?keywords=Slot%20Grill&m=A1BBNMFHFLQO58&psc=1, https://www.amazon.com/dp/B0FM8BWV8K?keywords=Slot%20Grill&m=A1BBNMFHFLQO58&psc=1

---

### INFRINGEMENT INFORMATION:

Copyrights Infringed: SLG-2, SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-10-10

276

**FILED UNDER SEAL**   EXHIBIT 2   **FILED UNDER SEAL**



Doe #92

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060

277

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**    2025-10-10



Doe #92

Copyright(s) SLG-Video-03, SLG-2: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463263

278

EXHIBIT 2

## Yudakeji

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 93

Store Name: Yudakeji

Merchant ID: A1DPBXYYXLPH08

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1DPBXYYXLPH08

Product ID: B0FMXY1PZH

Product URL: https://www.amazon.com/dp/B0FMXY1PZH?keywords=Slot%20Grill&m=A1DPBXYYXLPH08&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-14



amazon.com/dp/B0FMXY1PZH?keywords=Slot%20Grill&m=A1DPBXYYXLPH08&psc=1

Sports & Outdoors › Outdoor Recreation › Camping & Hiking › Camp Kitchen › Stoves & Grills › Camping Grills



## Camping Campfire Grill, Portable Folding Charcoal, BBQ, Heavy Duty Firepit for Outdoor Cooking, Bonfire, Patio, Backyard

Brand: Generic

$111.00

Or $11.15/mo (12 mo). Select from 2 plans

Get $60 off instantly: Pay $51.00 $111.00 upon approval for the Amazon Store Card. No annual fee.

| Brand | Generic |
|---|---|
| Product Dimensions | 15.75"D x 8.66"W x 9.84"H |
| Special Feature | Adjustable Air Vent |
| Color | One Color |
| Fuel Type | Charcoal |

### About this item

- 【Camping Gear Must Have】With a modern and stylish design, this fire pit with grill is a perfect addition to any garden, patio, backyard, terrace or when your camping!
- 【Multifunctional】Our camp charcoal grill can be worked as wood burning stove and barbecue grill. It supports wood and charcoal burning.
- 【Premium Material】Made from heavy-duty iron, coated black that can resists high-temperatures.
- 【Optimized Portability】Lightweight yet stable steel frame folds flat for effortless transport and compact storage in bags or cars, ensuring hassle-free travel and adaptability to tight spaces.
- 【Simple Maintenance Design】Engineered for easy care—apply food-safe oil after use and store dry to maintain the stainless steel surface, prevent oxidation, and preserve its lightweight & stable performance over time

› See more product details

💬 Report an issue with this product or seller

$111.00

FREE delivery October 27 - November 5. Details

Deliver to John - Sherman 75090

**In stock**

Usually ships within 2 to 3 days.

Quantity: 1

Add to Cart

Buy Now

Shipped / Sold: Yudakeji

Returns: 30-day refund/replacement

Payment: Secure transaction

See more

**Add a Protection Plan:**
- 3-Year Protection Plan for $21.99
- 4-Year Protection Plan for $29.99
- Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List

     

Doe #93

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

280

华易达百货店

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 94

Store Name: 华易达百货店

Merchant ID: A1FXBCU44G0JYG

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1FXBCU44G0JYG

Product ID: B0FR1GYXHR

Product URL: https://www.amazon.com/dp/B0FR1GYXHR?keywords=Slot%20Grill&m=A1FXBCU44G0JYG&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-10-07

EXHIBIT 2



**FILED UNDER SEAL**    **FILED UNDER SEAL**    2025-10-07

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Charcoal Grills



Click to see full view

     

### Slot Grill, Stainless Steel Foldable BBQ Grill, Portable Charcoal Grill, Lightweight, Tool-Free Setup, Easy To Carry, Perfect for Camping, Travel And Outdoor Cooking(Small)

Brand: ZOLLZIRR

$33⁹⁹

Get a $60 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

| Brand | ZOLLZIRR |
|---|---|
| Product Dimensions | 15.8"D x 8.7"W x 4"H |
| Special Feature | Foldable, Portable |
| Fuel Type | Charcoal |
| Finish Type | Polished |

#### About this item

- 【Ultra-Thin & Space-Saving Design】This Slot Grill Collapsible BBQ Grill folds as thin as a folder, perfect for travel, camping, and picnics. Available in Small/Large sizes, it takes up minimal space in your car or backpack, fitting your various barbecue needs, whether it's a light camping meal or a big party.
- 【Tool-Free & Quick Setup】Our portable charcoal grill features a no-installation structure. Just unfold this small tabletop fire pit grill, and you're ready to grill in seconds. Ideal for campers or beginners, eliminating the hassle of screws and assembly, getting you to the grilling action faster.
- 【Exceptional Portability】Designed with a handheld form, this lightweight and durable folding grill is made for easy movement. Whether you're heading to the beach, mountains, or a backyard gathering, it's a breeze to carry, ensuring a fun and hassle-free outdoor cooking experience.
- 【Multi-Scene Adaptability】This collapsible BBQ stove is suitable for various outdoor settings, from parks and campsites to beaches and balconies. Its compact size makes it an ideal tabletop grill for intimate grilling anywhere, catering to travel enthusiasts and outdoor lovers.
- 【Heat-Resistant & Stable Build】Crafted from robust 10-gauge steel, this mini charcoal smoker offers excellent heat resistance and structural stability, promising



$33⁹⁹

$8.99 delivery October 27 - November 5. Details

Deliver to John - Sherman 75090

Usually ships within 6 to 7 days

Quantity: 1

**Add to Cart**

**Buy Now**

| Shipped / Sold | 华晨达百货店 |
|---|---|
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

Add a Protection Plan:
- [ ] 3-Year Protection Plan for $5.99
- [ ] 4-Year Protection Plan for $7.99
- [ ] Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List

Doe #94

Copyright(s) SLG-1, SLG-4: Listing Image

Copyright Registration Numbers: VA0002463264

EXHIBIT 2

## RADIIOO

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 95

Store Name: RADIIOO

Merchant ID: A1G0ILIL7DU5C6

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1G0ILIL7DU5C6

Product ID: B0FKT5J16Z

Product URL: https://www.amazon.com/dp/B0FKT5J16Z?keywords=Slot%20Grill&m=A1G0ILIL7DU5C6&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-09-29

283

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**

2025-09-29



Doe #95

Copyright(s) SLG-Video-01: Listing Image

Copyright Registration Numbers: PA0002550948

## QP BH

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 96

Store Name: QP BH

Merchant ID: A1HUQNJVEKYJP8

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1HUQNJVEKYJP8

Product ID: B0FK5K8K95

Product URL: https://www.amazon.com/dp/B0FK5K8K95?keywords=Slot%20Grill&m=A1HUQNJVEKYJP8&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-09-24



Doe #96

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## leJeem

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 97

Store Name: leJeem

Merchant ID: A1JYG2P4CXB80V

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1JYG2P4CXB80V

Product ID: B0FKBJNT35

Product URL: https://www.amazon.com/dp/B0FKBJNT35?keywords=Slot%20Grill&m=A1JYG2P4CXB80V&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-09-24

287



Doe #97

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

288

EXHIBIT 2

## miaohangfangzhou

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 98

Store Name: miaohangfangzhou

Merchant ID: A1K1P6ZPXIB3T8

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1K1P6ZPXIB3T8

Product ID: B0FK97GMJ2

Product URL: https://www.amazon.com/dp/B0FK97GMJ2?keywords=Slot%20Grill&m=A1K1P6ZPXIB3T8&psc=1

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-14

**FILED UNDER SEAL**     **FILED UNDER SEAL**

Amazon.com: Portable stainles

amazon.com/dp/B0FK97GMJ2?keywords=Slot%20Grill&m=A1K1P6ZPXIB3T8&psc=1

Amazon     Deliver to John ⊙ Sherman 75090     Tools & Home Improvement ▾ | Slot Grill     EN     Hello, John Account & Lists ▾     Returns & Orders     0 Cart

☰ All   Rufus   Join Prime   Amazon Haul   Same-Day Delivery   Medical Care ▾   Luxury   Buy Again   Customer Service   Amazon Basics   Pet Supplies   Browsing History ▾   Audible   Handmade   Pharmacy   Subscribe & Save   Books   Kindle Books

Tools & Home Improvement   Best Sellers   Deals & Savings   Gift Ideas   Power & Hand Tools   Lighting & Ceiling Fans   Kitchen & Bath Fixtures   Smart Home   Shop by Room   Launchpad   Amazon Business

Patio, Lawn & Garden › Grills & Outdoor Cooking › Outdoor Cooking Tools & Accessories › Grilling & Barbecue Utensils › Barbecue Tool Sets



Click to see full view

       

**Portable stainless steel grill with foldable design, outdoor barbecue grill, camping picnic grill, household barbecue grill, installation free**

Brand: LPQCGHNFD

$45^{99}$

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

| Brand | LPQCGHNFD |
|---|---|
| Product Dimensions | 19.29"D x 1.85"W x 1.38"H |
| Color | Black |
| Item dimensions L x W x H | 19.29 x 1.85 x 1.38 inches |
| Item Weight | 1.2 Kilograms |

### About this item

- 【 One click Folding Portable Design 】 Adopting a unique foldable structure, it can be quickly stored within 3 seconds, reducing the volume by 60% after folding. It can easily be placed in a suitcase or storage cabinet and can be used for outdoor camping, picnicking, and yard gatherings.
- 【 Stainless Steel Material 】 Made of food grade 304 stainless steel, it is resistant to high temperatures, rust, corrosion, and is sturdy and durable. It is not easily deformed after long-term use. It is safe, healthy, odorless, and can be easily cleaned by wiping.
- 【 One click folding, no installation required 】 Innovative folding design, easy to open and use without assembly, completing opening and closing operations within 30 seconds. Easy to fit into car trunk or storage room, outdoor barbecue can be done anytime
- [Large space multifunctional grill] Widened double-layer grill design, with ingredients placed on the upper layer and charcoal placed on the lower layer. The oversized grill can meet the needs of 6-8 people at the same time, supporting various heating methods such as charcoal fire/electric grill, suitable for grilling meat, vegetables, and seafood.
- Suitable for all scenarios: outdoor camping/family gatherings/backyard



Doe #98

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

290

EXHIBIT 2

## whsn-shop

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 99

Store Name: whsn-shop

Merchant ID: A1K56VNMMVI01T

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1K56VNMMVI01T

Product ID: B0FKBHQXVB

Product URL: https://www.amazon.com/dp/B0FKBHQXVB?keywords=Slot%20Grill&m=A1K56VNMMVI01T&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-10-14



Doe #99

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002551060, VA0002463264, PA0002550948

## jiaying shop

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 100

Store Name: jiaying shop

Merchant ID: A1N1KCTALVG826

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1N1KCTALVG826

Product ID: B0FK9T7M6W

Product URL: https://www.amazon.com/dp/B0FK9T7M6W?keywords=Slot%20Grill&m=A1N1KCTALVG826&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1, SLG-Video-01

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-10-06

293

**FILED UNDER SEAL**   **FILED UNDER SEAL**



Doe #100

Copyright(s) SLG-Video-01, SLG-1: Listing Image

Copyright Registration Numbers: VA0002463264, PA0002550948

## Bxzna

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 101

Store Name: Bxzna

Merchant ID: A1PI6PDQIYLBW9

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1PI6PDQIYLBW9

Product ID: B0FJWZTGMY

Product URL: https://www.amazon.com/dp/B0FJWZTGMY?keywords=Slot%20Grill&m=A1PI6PDQIYLBW9&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-4, SLG-5

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 5

Screenshots Captured on: 2025-09-24



Doe #101

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-4, SLG-5: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002551060, VA0002463264, VA0002463263, PA0002550948

296

## Jiang Good

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 102

Store Name: Jiang Good

Merchant ID: A1POWGL6BX02U

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1POWGL6BX02U

Product ID: B0FP517YRW

Product URL: https://www.amazon.com/dp/B0FP517YRW?keywords=Slot%20Grill&m=A1POWGL6BX02U&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-06



Doe #102

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, PA0002550948

## Aeonity US

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 103

Store Name: Aeonity US

Merchant ID: A1QCSUW5WGNA60

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1QCSUW5WGNA60

Product ID: B0FJY4JN2F

Product URL: https://www.amazon.com/gp/product/B0FJY4JN2F/ref=ewc_pr_img_1?smid=A1QCSUW5WGNA60&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1, SLG-Video-01, SLG-2, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-09-24



Doe #103

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-1, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

## xldzi

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 104

Store Name: xldzi

Merchant ID: A1QM0A6LTVO87K

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1QM0A6LTVO87K

Product ID: B0FL7BS8WM, B0FL7C72RR

Product URL: https://www.amazon.com/dp/B0FL7BS8WM?keywords=Slot%20Grill&m=A1QM0A6LTVO87K&psc=1, https://www.amazon.com/dp/B0FL7C72RR?keywords=Slot%20Grill&m=A1QM0A6LTVO87K&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-2, SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-10-06, 2025-10-15



Doe #104

Copyright(s) SLG-Video-03, SLG-2: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463263

**FILED UNDER SEAL**



Doe #104

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060

EXHIBIT 2

道康宁

---

## DEFENDANT INTERNET STORE INFORMATION:

Marketplace: Amazon

Doe #: 105

Store Name: 道康宁

Merchant ID: A1SYOSLW5UWR36

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1SYOSLW5UWR36

Product ID: B0FTF861CH, B0FTFK8SRT

Product URL: https://www.amazon.com/dp/B0FTF861CH?keywords=Slot%20Grill&m=A1SYOSLW5UWR36&psc=1, https://www.amazon.com/dp/B0FTFK8SRT?keywords=Slot%20Grill&m=A1SYOSLW5UWR36&psc=1

---

## INFRINGEMENT INFORMATION:

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-14





Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Charcoal Grills



Click to see full view

     

## Collapsible BBQ Grill - Portable Stainless Steel Charcoal Fire Pit for Easy Storage and Tool-Free Assembly for Campfire and Barbecue

Brand: Generic

$130⁹⁹

Or $13¹⁶ /mo (12 mo). Select from 2 plans

Apply for Amazon Store Card and unlock a $60 Amazon Gift Card upon approval. Pay $130.99 **$70.99** for this order. Find out how

Size: **Medium**

| Medium | Large |
|---|---|
| $130.99 | $169.99 |

- **Durable Steel Construction:** Crafted from thick, high-quality steel, this collapsible BBQ grill is designed to withstand intense heat, ensuring long-lasting performance. Its robust build and interlocking structure provide reliable support while cooking, guaranteeing a dependable outdoor grilling experience.
- **Lightweight and Portable:** This grill conveniently folds down to just 1 inch thick and is extremely lightweight, making it effortless to carry and store. Perfect for trips to the beach, mountains, or backyard gatherings, this portable yet sturdy grill simplifies your outdoor cooking adventures.
- **Easy Setup, No Tools Needed:** The innovative interlocking slot system allows you to effortlessly unfold the grill and start cooking in no time – no tools or assembly required. Suitable for both novice and seasoned campers, you'll be grilling in a flash with its hassle-free design.
- **Generous Cooking Area:** Enjoy a spacious 20x11 inch cooking surface that enables you to grill up to 10 burgers at once. Despite its ample grilling area, this cast iron grill collapses flat for easy storage and transportation, maximizing convenience.
- **Versatile Outdoor Use:** The collapsible design of the Slot Grill BBQ makes it ideal for a variety of outdoor settings, whether at parks, campsites, beaches, or balconies, seamlessly adapting to any environment for your grilling needs.

› See more product details



$130⁹⁹

$9.99 delivery **November 3 - 12**. Order within 20 hrs 4 mins.

Details

Deliver to John - Sherman 75090

**In Stock**

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

Shipped / Sold 温豪宁

Returns 30-day refund/replacement

Payment Secure transaction

See more

[ Add to List ]

Doe #105

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Charcoal Grills



Click to see full view

     

## Collapsible BBQ Grill - Portable Stainless Steel Charcoal Fire Pit for Easy Storage and Tool-Free Assembly for Campfire and Barbecue

Brand: Generic

$169⁹⁹

Or $17⁰⁸ /mo (12 mo). Select from 2 plans

Get $50 off instantly: Pay $119.99 upon approval for Amazon Visa. No annual fee.

Size: **Large**

| Medium | Large |
|---|---|
| $130.99 | $169.99 |

- **Durable Steel Construction:** Crafted from thick, high-quality steel, this collapsible BBQ grill is designed to withstand intense heat, ensuring long-lasting performance. Its robust build and interlocking structure provide reliable support while cooking, guaranteeing a dependable outdoor grilling experience.

- **Lightweight and Portable:** This grill conveniently folds down to just 1 inch thick and is extremely lightweight, making it effortless to carry and store. Perfect for trips to the beach, mountains, or backyard gatherings, this portable yet sturdy grill simplifies your outdoor cooking adventures.

- **Easy Setup, No Tools Needed:** The innovative interlocking slot system allows you to effortlessly unfold the grill and start cooking in no time – no tools or assembly required. Suitable for both novice and seasoned campers, you'll be grilling in a flash with its hassle-free design.

- **Generous Cooking Area:** Enjoy a spacious 20x11 inch cooking surface that enables you to grill up to 10 burgers at once. Despite its ample grilling area, this cast iron grill collapses flat for easy storage and transportation, maximizing convenience.

- **Versatile Outdoor Use:** The collapsible design of the Slot Grill BBQ makes it ideal for a variety of outdoor settings, whether at parks, campsites, beaches, or balconies, seamlessly adapting to any environment for your grilling needs.

› See more product details



$169⁹⁹

$9.99 delivery **November 3 - 12**. Order within 19 hrs 29 mins. Details

Deliver to John - Sherman 75090

In Stock

Quantity: 1

Add to Cart

Buy Now

Shipped / Sold  温豪宁

Returns  30-day refund/replacement

Payment  Secure transaction

See more

Add to List

Doe #105

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

EXHIBIT 2

JIANGFF

---

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 106

Store Name: JIANGFF

Merchant ID: A1UGLT8RZ0K96H

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1UGLT8RZ0K96H

Product ID: B0FP51NJTR

Product URL: https://www.amazon.com/dp/B0FP51NJTR?keywords=Slot%20Grill&m=A1UGLT8RZ0K96H&psc=1

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-08

**FILED UNDER SEAL**



Amazon | Deliver to John Sherman 75090 | Tools & Home Improvement | Slot Grill | EN | Hello, John Account & Lists | Returns & Orders | Cart 0

All  Rufus  Join Prime | Prime Big Deals  Amazon Haul  Same-Day Delivery  Medical Care  Buy Again  Customer Service  Amazon Basics  Pet Supplies  Browsing History  Books  Handmade  Pharmacy  Subscribe & Save  Kindle Books | Big deals are here

Tools & Home Improvement   Best Sellers   Deals & Savings   Gift Ideas   Power & Hand Tools   Lighting & Ceiling Fans   Kitchen & Bath Fixtures   Smart Home   Shop by Room   Launchpad   Amazon Business

Sponsored

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Charcoal Grills



Click to see full view

      

## Slot Grill - Collapsible BBQ Grill for Easy Storage Steel,Tool-Free Setup,For Camping, Travel, Party, Tailgating & Outdoor Cooki

Brand: Generic

$45.99

Get a $60 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| Brand | Generic |
| Product Dimensions | 9.84"D x 15.75"W x 8.66"H |
| Special Feature | Folding Side Table, Portable |
| Fuel Type | Charcoal |
| Recommended Uses For Product | Outdoor |

### About this item

- Ultra-Durable Construction : Built With Heavy-Duty 10-Gauge Steel, Our Slot Grill Collapsible Bbq Is Engineered For High-Heat Performance And Long-Lasting Use. This Foldable Charcoal Grill Offers Exceptional Stability And Heat Resistance, Making It A Reliable Choice For Outdoor Cooking Whether You'Re Tailgating, Camping, Or Hosting A Backyard Bbq

- Slim Fold Design For Easy Storage : The Slot Grill Collapsible Grill Folds Down To Just 1 Inch Thick, Allowing It To Fit Seamlessly Into Your Car Trunk, Backpack, Or Rv. Its Lightweight Construction Ensures Effortless Transport, Making This Portable Barbecue Ideal For Spontaneous Adventures, Picnics, Or Camping Trips Without Adding Bulk

- Tool-Free Setup In Seconds : Say Goodbye To Complicated Assembly! This Grill Features An Innovative Slot-In Design That Allows You To Set Up Or Take Down The Grill In Under 30 Seconds—No Tools Required. Get Ready To Cook Quickly And Easily, Focusing On Grilling Delicious Meals Instead Of Wrestling

$45.99

$15.99 delivery October 17 - 27. Details

Deliver to John - Sherman 75090

Only 20 left in stock - order soon.

Quantity: 1

**Add to Cart**

**Buy Now**

| | |
|---|---|
| Shipped / Sold | JIANGFF |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

### Add a Protection Plan:
- 3-Year Protection Plan for $6.99
- 4-Year Protection Plan for $8.99
- Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Doe #106

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, PA0002550948

308

## fujinghe

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 107

Store Name: fujinghe

Merchant ID: A1V9W1ZOKG7YIJ

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1V9W1ZOKG7YIJ

Product ID: B0FNK2QTQN, B0FNK5HVYY

Product URL: https://www.amazon.com/dp/B0FNK2QTQN?keywords=Slot%20Grill&m=A1V9W1ZOKG7YIJ&psc=1, https://www.amazon.com/dp/B0FNK5HVYY?keywords=Slot%20Grill&m=A1V9W1ZOKG7YIJ&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-09-28, 2025-10-14



Doe #107

Copyright(s) SLG-4: Listing Image

Copyright Registration Numbers: VA0002463264

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**    2025-10-14



Doe #107

Copyright(s) SLG-4: Listing Image

Copyright Registration Numbers: VA0002463264

## WuYouShop

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 108

Store Name: WuYouShop

Merchant ID: A1W5QDM5N7IHVG

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1W5QDM5N7IHVG

Product ID: B0FM7ZNPNT

Product URL: https://www.amazon.com/dp/B0FM7ZNPNT?keywords=Slot%20Grill&m=A1W5QDM5N7IHVG&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-09-27

**FILED UNDER SEAL**

amazon.com/dp/B0FM7ZNPNT?keywords=Slot%20Grill&m=A1W5QDM5N7IHVG&psc=1

Patio, Lawn & Garden > Grills & Outdoor Cooking > Grills & Smokers > Charcoal Grills



Click to see full view

### Slot Grill - Collapsible BBQ Grill, Stainless Steel Portable Slot Grill Collapsible BBQ Grill, Tool-Free Setup, for Camping, Outdoor Cooking, Tailgating, Travel, Party

Brand: Generic

$45⁹⁹

Get a $80 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| **Brand** | Generic |
| **Product Dimensions** | 8.66"D x 15.74"W x 9.84"H |
| **Special Feature** | Lightweight, Portable |
| **Fuel Type** | Charcoal |
| **Finish Type** | Non-Stick |

### About this item

- 【Ultra-Durable, Foldable Steel Construction】 Crafted from thick gauge steel, this slot grill collapsible bbq grill for easy storage steel is designed to withstand extreme heat and won't burn through like flimsy box-store grills. Built to last for years of use, it's a long-term investment for serious outdoor cooking enthusiasts

- 【Portable & Foldable】 This collapsible BBQ grill, The Slot Grill Collapsible BBQ Grill is the perfect gift for outdoor cooking enthusiasts. Folds flat for easy storage and transport—perfect for camping, tailgating, beach trips, and backyard BBQs. Compact enough to fit in your trunk or backpack

- 【Tool-Free Setup – Ready to Grill in Seconds】 Designed with simplicity in mind—just slot the parts together and you're ready to cook. No tools, no fuss. That Assembles and Disassembles in Under 30 Seconds—no Screws, Whether it's a spontaneous cookout or a campsite dinner, this grill bbq collapsible lets you focus on food and fun, not frustrating assembly

- 【Large Cooking Surface, Compact Footprint】 Grill up to 10 burgers at once with a spacious 20×11 inch cooking area. Despite its generous grilling space, the slot grill collapsible cast iron folds flat for convenient storage and travel—perfect for tailgating, camping, hiking, or small backyard get-togethers

### Ask Rufus

Can it be used with wood fuel?    Is assembly required?    Does it come with a carrying case?

Ask something else

$45⁹⁹

$7.99 delivery October 14 - 29.
Details

Deliver to John - Sherman 75090

In Stock

Add to Cart

Buy Now

| | |
|---|---|
| Shipped / Sold | WuYouShop |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

**Add a Protection Plan:**

- 3-Year Protection Plan for $6.99
- 4-Year Protection Plan for $8.99
- Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List

Doe #108

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002551060, VA0002463264, PA0002550948

313

EXHIBIT 2

## HuaJin Sun

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 109

Store Name: HuaJin Sun

Merchant ID: A1XEG5GSPKXDFO

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1XEG5GSPKXDFO

Product ID: B0FL1NDHQD

Product URL: https://www.amazon.com/dp/B0FL1NDHQD?keywords=Slot%20Grill&m=A1XEG5GSPKXDFO&psc=1

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-02

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-10-08



Doe #109

Copyright(s) SLG-Video-01, SLG-Video-02: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002550948

315

## kutou

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 110

Store Name: kutou

Merchant ID: A1XQORQV4UFCKL

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1XQORQV4UFCKL

Product ID: B0FMY8N1G7

Product URL: https://www.amazon.com/dp/B0FMY8N1G7?keywords=Slot%20Grill&m=A1XQORQV4UFCKL&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1, SLG-Video-01, SLG-Video-02, SLG-5

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-09-29

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**    2025-09-29



Doe #110

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-1, SLG-5: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

317

## JINSHUN JIAQI

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 111

Store Name: JINSHUN JIAQI

Merchant ID: A1Y2QPHUUIG4BE

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1Y2QPHUUIG4BE

Product ID: B0FK5DX7YR

Product URL: https://www.amazon.com/dp/B0FK5DX7YR?keywords=Slot%20Grill&m=A1Y2QPHUUIG4BE&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-09-24

318



2025-09-24

amazon.com/dp/B0FK5DX7YR?keywords=Slot%20Grill&m=A1Y2QPHUUIG4BE&psc=1





## Slot Grill - Collapsible BBQ Grill for Easy Storage Steel, Slot Grills BBQ Collapsible, Tool-Free Setup, Portable Charcoal Grills for Camping, Tailgating, Outdoor Cooking

Brand: wiilioe

$42⁹⁹

Get a $80 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

| Brand | wiilioe |
|---|---|
| Product Dimensions | 10"D x 9"W x 16"H |
| Special Feature | Compact |
| Color | black |
| Fuel Type | Charcoal |

### About this item

- 【Ultra-Durable, Foldable Steel Construction】Crafted from premium-grade steel, this slot grill collapsible is built to withstand intense heat and frequent use. Its robust, interlocking design provides unwavering stability during cooking. The high-quality steel not only enhances durability but also offers excellent heat retention, allowing for even cooking

- 【Fold Design & Easy to Store】Experience unparalleled portability with this slot grill's slim-fold design. It collapses to a mere 1-inch thickness, making it effortless to carry and store. Whether you're embarking on a cross-country road trip, a weekend camping excursion, or a lakeside picnic, this grill fits snugly in your trunk, backpack, or RV

- 【Tool-Free 30s Setup】Say goodbye to the hassle of complicated assembly with this tool-free slot grill bbq collapsible. Its innovative interlocking slot system allows for quick and easy setup and disassembly in under 30 seconds. No screws, no tools, and no frustration—just pure convenience

- 【Travel-Ready with Tabletop Convenience】This collapsible BBQ grill is designed with travel in mind. Its compact size makes it perfect for tabletop use, and the spacious 16" x 9" cooking surface can accommodate up to 10 burgers at once. Enjoy the freedom to grill wherever your adventures take you

$42⁹⁹

$9.99 delivery October 2 - 10.
Details

Deliver to John - Sherman 75090

In Stock

Quantity: 1

**Add to Cart**

**Buy Now**

Shipped / Sold   JINSHUN JIAQI

Returns         30-day refund/replacement

Payment         Secure transaction

See more

**Add a Protection Plan:**
- 3-Year Protection Plan for $6.99
- 4-Year Protection Plan for $8.99
- Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

**Add to List**

Doe #111

Copyright(s) SLG-Video-01, SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060, PA0002550948

## hao moon

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 112

Store Name: hao moon

Merchant ID: A20TP4ROB4QSR7

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A20TP4ROB4QSR7

Product ID: B0FK5GN1VS, B0FK5JMXPB

Product URL: https://www.amazon.com/dp/B0FK5GN1VS?keywords=Slot%20Grill&m=A20TP4ROB4QSR7&psc=1, https://www.amazon.com/dp/B0FK5JMXPB?keywords=Slot%20Grill&m=A20TP4ROB4QSR7&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-09-24, 2025-09-29





# Slot Grill Bbq Collapsible - Folding Bbq Grilling for Easy Storage Steel, Tool-Free Setup, The Compact & Portable Slot Grills Foldable for Camping Party, Rv Travel, Tailgating and Outdoor Cooking

Brand: Generic

**$44<sup>98</sup>**

Get a $80 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

Size: **16inX9inX10in**

| 16inX9inX4in | 16inX9inX10in |
|---|---|
| $39.98 | $44.98 |

Color: **Black**

| Brand | Generic |
|---|---|
| Product Dimensions | 16"D x 9"W x 10"H |
| Special Feature | Corrosion Resistant, Fire Resistant, Folding Side Table, Heat-Resistant Handle, Non-Stick Surface |
| Color | Black |
| Fuel Type | Charcoal |

## About this item

- Portable & Foldable: Folds Flat to Just 1 Inch Thick and Weighs Surprisingly Little, The Slot Grill Collapsible BBQ Grill is the perfect gift for outdoor cooking enthusiasts. Folds flat for easy storage and transport—perfect for camping, tailgating, beach trips, and backyard BBQs. Compact eno-ugh to fit in your trunk or backpack
- Ultra-Durable, Foldable Steel Construction: Engineered with Premium Gauge Steel, This Portable slot grill bbq collapsible Is Designed for High-Heat Perfor-mance and Long-Term Use. Its Rugged Build and Interlocking Structure Ensure Solid Support While Cooking, Making It a Reliable Choice for Outdoor Grilling—season After Season
- Tool-Free Setup – Ready to Grill in Seconds: This Slot Grill BBQ folding Features a Smart Interlocking Slot System That Assembles and Disassembles in Under 30 Seconds —no Screws, No Tools, No Stress. Whether You're a First-Time Griller or a Seasoned Camper, You'll Appreciate the Quick Setup That Lets You Foc-us on Cooking, Not Construction

**$44<sup>98</sup>**

$19.99 delivery **October 17 - 29**. Details

⊙ Deliver to John - Sherman 75090

**Usually ships within 7 to 8 days**

Quantity: 1

**Add to Cart**

**Buy Now**

Shipped / Sold   hao moon

| Returns | 30-day refund/replacement |
|---|---|
| Payment | Secure transaction |

∨ See more

**Add a Protection Plan:**

☐ 3-Year Protection Plan for $6.99

☐ 4-Year Protection Plan for $8.99

☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

**Add to List**

Doe #112

Copyright(s) SLG-Video-01, SLG-4: Listing Image

Copyright Registration Numbers: VA0002463264, PA0002550948

321

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**



Doe #112

Copyright(s) SLG-Video-01, SLG-4: Listing Image

Copyright Registration Numbers: VA0002463264, PA0002550948

## Nanyangfenxiangbaihuoyouxiangongsi

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 113

Store Name: Nanyangfenxiangbaihuoyouxiangongsi

Merchant ID: A25V0QW1ASPT

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A25V0QW1ASPT

Product ID: B0FR2713Z4

Product URL: https://www.amazon.com/dp/B0FR2713Z4?keywords=Slot%20Grill&m=A25V0QW1ASPT&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-10-08

323

**FILED UNDER SEAL**

Amazon.com: Slot Grill Collapsible

amazon.com/dp/B0FR2713Z4?keywords=Slot+Grill&m=A25V0QW1ASPT&th=1

Deliver to John Sherman 75090 | Tools & Home Improvement | Slot Grill | EN | Hello, John Account & Lists | Returns & Orders | 0 Cart

All · Rufus · Join Prime · Prime Big Deals · Amazon Haul · Same-Day Delivery · Medical Care · Buy Again · Customer Service · Amazon Basics · Pet Supplies · Browsing History · Books · Handmade · Pharmacy · Subscribe & Save · Kindle Books · Big deals are here

Tools & Home Improvement · Best Sellers · Deals & Savings · Gift Ideas · Power & Hand Tools · Lighting & Ceiling Fans · Kitchen & Bath Fixtures · Smart Home · Shop by Room · Launchpad · Amazon Business

Sponsored

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Charcoal Grills



     

Click to see full view

## Slot Grill,Collapsible BBQ Grill For Easy Storage Steel, Stainless Steel Slot Grill Collapsible BBQ Grill, Portable Fire Pit For Camping, Tailgating, RV, and Outdoor Cooking (1pc)

Brand: gicmics

$39.99

Apply for Amazon Store Card and unlock a $60 Amazon Gift Card upon approval. Pay $39.99 $0.00 for this order. Find out how

Color: 1pc

| Brand | gicmics |
|---|---|
| Product Dimensions | 16"D x 9.5"W x 9"H |
| Special Feature | Adjustable Air Vent, Corrosion Resistant, Portable, Removable Grease Tray, Removable Plate, Rust Resistant, Smokeless |
| Color | 1pc |
| Fuel Type | Charcoal |

### About this item

- Ultra-Durable 10-Gauge Steel Construction： Engineered with heavy-duty 10-gauge steel, this slot grill bbq collapsible outperforms flimsy competitors with its rust-resistant, high-heat endurance. The interlocking slot grill design ensures wobble-free stability, while the foldable bbq grill portable frame withstands years of campfire grilling, tailgating, and backyard BBQs. Built for adventure with grill carry system convenience.

- Slim 1-Inch Fold – Ultimate Portability： This collapsible grill folds flat to just 1 inch thick and weighs less than standard grills! The slot grill - collapsible bbq grill for easy storage steel design fits effortlessly in backpacks, car trunks, or RV compartments—perfect for road trips, hiking, beach picnics, and balcony cookouts. No more bulky gear with this collapsible portable grill!

$39.99

FREE delivery **October 23 - November 3**. Details

Deliver to John - Sherman 75090

**In stock**
Usually ships within 4 to 5 days.

Quantity: 1

Add to Cart

Buy Now

| Shipped / Sold | Nanyangfenxiangbaihuoyouxiangongsi |
|---|---|
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

### Add a Protection Plan:

- ☐ 3-Year Protection Plan for $5.99
- ☐ 4-Year Protection Plan for $7.99
- ☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

---

Doe #113

Copyright(s) SLG-Video-01, SLG-4: Listing Image

Copyright Registration Numbers: VA0002463264, PA0002550948

324

xiangchengshichouruoshangmaoyouxiangongsi

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 114

Store Name: xiangchengshichouruoshangmaoyouxiangongsi

Merchant ID: A26RJ3WNZUQA7B

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A26RJ3WNZUQA7B

Product ID: B0FL2PP6CV

Product URL: https://www.amazon.com/dp/B0FL2PP6CV?keywords=Slot%20Grill&m=A26RJ3WNZUQA7B&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-09-28



Doe #114

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, VA0002463263, PA0002550948

## Porston®

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 115

Store Name: Porston®

Merchant ID: A2AIKA2Z3XJKC

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2AIKA2Z3XJKC

Product ID: B0FJS8GZTV

Product URL: https://www.amazon.com/dp/B0FJS8GZTV?keywords=Slot%20Grill&m=A2AIKA2Z3XJKC&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1, SLG-5

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-10-10

327



Doe #115

Copyright(s) SLG-1, SLG-5: Listing Image

Copyright Registration Numbers: VA0002463264, VA0002463263

## RTBCHLFV

---

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 116

Store Name: RTBCHLFV

Merchant ID: A2AZGKCK72R4QJ

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2AZGKCK72R4QJ

Product ID: B0FKBHBXMB

Product URL: https://www.amazon.com/dp/B0FKBHBXMB?keywords=Slot%20Grill&m=A2AZGKCK72R4QJ&psc=1

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-09-27



Doe #116

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

## Libin123

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 117

Store Name: Libin123

Merchant ID: A2CDMNR6BR0AN3

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2CDMNR6BR0AN3

Product ID: B0FX43VR8W, B0FX491895

Product URL: https://www.amazon.com/dp/B0FX43VR8W?keywords=Slot%20Grill&m=A2CDMNR6BR0AN3&psc=1, https://www.amazon.com/dp/B0FX491895?keywords=Slot%20Grill&m=A2CDMNR6BR0AN3&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-10-29



Doe #117

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, VA0002463263, PA0002550948



Doe #117

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

gangyaohuadedian

## DEFENDANT INTERNET STORE INFORMATION:

Marketplace: Amazon

Doe #: 118

Store Name: gangyaohuadedian

Merchant ID: A2DULW514MAD68

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2DULW514MAD68

Product ID: B0FLD8ZFB6

Product URL: https://www.amazon.com/dp/B0FLD8ZFB6?keywords=Slot%20Grill&m=A2DULW514MAD68&psc=1

## INFRINGEMENT INFORMATION:

Copyrights Infringed: SLG-2, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-10-10

**FILED UNDER SEAL**

Amazon.com | Collapsible Porta...

amazon.com/dp/B0FLD8ZFB6?keywords=Slot%20Grill&m=A2DULW514MAD68&psc=1

Incognito

Deliver to John
Sherman 75090

Tools & Home Improvement — Slot Grill

Hello, John
Account & Lists

Returns & Orders

0 Cart

☰ All | Rufus | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Luxury | Books | Buy Again | Customer Service | Amazon Basics | Pet Supplies | Browsing History | Handmade | Pharmacy | Subscribe & Save | Household, Health & Baby Care | Gift Cards

Tools & Home Improvement   Best Sellers   Deals & Savings   Gift Ideas   Power & Hand Tools   Lighting & Ceiling Fans   Kitchen & Bath Fixtures   Smart Home   Shop by Room   Launchpad   Amazon Business

Sponsored

Sports & Outdoors › Outdoor Recreation › Camping & Hiking › Camp Kitchen › Stoves & Grills › Camping Grills

PRODUCT DETAILS

Click to see full view

      

**Collapsible Portable Slot Grill BBQ - Upgraded Foldable Stainless Steel Charcoal Grill - Lightweight Tabletop Camp-fire Grill for Kabob, Beach & Outdoor Cooking Camping, Travel & Tailgating**

Brand: Generic

$56⁹⁹

Or $10⁵² /mo (6 mo). Select from 2 plans

Get $60 off instantly: Pay $0.00 $56.99 upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| Brand | Generic |
| Product Dimensions | 16.54"D x 9.45"W x 1.18"H |
| Special Feature | 超重量 |
| Fuel Type | Charcoal |
| Item dimensions L x W x H | 16.54 x 9.45 x 1.18 inches |

**About this item**

- Ultra-Durable & Collapsible Steel Design – Crafted from heavy-duty stainless steel, this charcoal grill resists warping under high heat for long-lasting outdoor use.Folds down to just 1-inch thick for effortless storage in backpacks, trunks, or camping gear
- Tool-Free Setup in Seconds – No screws or assembly required!Unfold the 15.7 x 8.7" cooking surfaces and start grilling immediately—perfect for burgers, skewers, or veggies on campfires, balconies, or tailgates
- Portable & Space-Saving – Lightweight yet sturdy, this grill fits in tight spaces

$56⁹⁹

FREE delivery **October 28 - November 12**. Details

Deliver to John - Sherman 75090

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Shipped / Sold    gangyaohuadedian

Returns    30-day refund/replacement

Payment    Secure transaction

See more

**Add a Protection Plan:**
- ☐ 3-Year Protection Plan for $7.99
- ☐ 4-Year Protection Plan for $10.99
- ☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List

Doe #118
Copyright(s) SLG-2, SLG-4: Listing Image
Copyright Registration Numbers: VA0002463264, VA0002463263

335

**FILED UNDER SEAL**      Case 4:26-cv-00174-RWS      Document 20-3      Filed 03/09/26      Page 136 of 156 PageID #: 1628      **FILED UNDER SEAL**

EXHIBIT 2

## NKTMXY（已注册，跟卖必投诉）

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 119

Store Name: NKTMXY（已注册，跟卖必投诉）

Merchant ID: A2FV8S03K2FM6E

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2FV8S03K2FM6E

Product ID: B0FNL8R5YK, B0FNLBXKD8

Product URL: https://www.amazon.com/dp/B0FNL8R5YK?keywords=Slot%20Grill&m=A2FV8S03K2FM6E&psc=1, https://www.amazon.com/dp/B0FNLBXKD8?keywords=Slot%20Grill&m=A2FV8S03K2FM6E&psc=1

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-10

**FILED UNDER SEAL**          **FILED UNDER SEAL**

EXHIBIT 2

2025-10-10





      



Slot Grill - Collapsible Bbq Grill, Portable Stainless Steel Foldable Charcoal Grills, Lightweight & Compact For Camping, Tailgating, Travel, Party, Outdoor Cooking(Small(16 * 9 in))

Brand: NKTMXY

$75.81

Or $14.00 /mo (6 mo). Select from 2 plans

Get a $60 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

Size: **Small(16*9 in)**

| Small(16*9 in) | Large (20*11in) |
|---|---|
| $75.81 | $90.37 |

| | |
|---|---|
| **Brand** | NKTMXY |
| **Product Dimensions** | 12.2"D x 12.2"W x 1.18"H |
| **Special Feature** | Adjustable Air Vent |
| **Color** | One Color |
| **Fuel Type** | Charcoal |

### About this item

- 【Foldable Steel Construction】Slot grill - collapsible bbq grill for easy storage steel engineered with premium thickened gauge steel, this portable slot grill collapsible slot grill BBQ collapsible is designed for high-heat performance and long-term use.
- 【Built Tough for Intense Heat】Engineered with premium, high-temp materials and a rock-solid frame. Enjoy exceptional heat resistance and structural stability – no warping, no wobbling, just safe and reliable grilling every time.
- 【Lightweight & Easy to Store】Slot grill - collapsible BBQ grill for easy storage steel folds flat to just 1 inch thick and weighs surprisingly little

Doe #119

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

337





       



Doe #119

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

338

## FANGLUO-USA

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 120

Store Name: FANGLUO-USA

Merchant ID: A2GQ4JCBL50A8B

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2GQ4JCBL50A8B

Product ID: B0FKBQ7K8V, B0FKBRMLRM

Product URL: https://www.amazon.com/dp/B0FKBQ7K8V?keywords=Slot%20Grill&m=A2GQ4JCBL50A8B&psc=1, https://www.amazon.com/gp/product/B0FKBRMLRM/ref=ewc_pr_img_1?smid=A2GQ4JCBL50A8B&th=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-09-24, 2025-10-08

**FILED UNDER SEAL**    Case 4:25-cv-00174-RWS    Document 20-1    Filed 09/09/25    Page 140 of 156 PageID #    **FILED UNDER SEAL**    2025-09-24

EXHIBIT 2



Doe #120

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



Doe #120

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## Qhhui

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 121

Store Name: Qhhui

Merchant ID: A2HANHRQB7QVY5

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2HANHRQB7QVY5

Product ID: B0FKB8KZ1J

Product URL: https://www.amazon.com/dp/B0FKB8KZ1J?keywords=Slot%20Grill&m=A2HANHRQB7QVY5&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-09-27

342



Doe #121

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

343

**FILED UNDER SEAL** Case 4:26-cv-00174-RWS Document 20-3 Filed 03/09/26 Page 144 of 156 PageID #: 1696 **FILED UNDER SEAL**

EXHIBIT 2

## Yaodakuan

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 122

Store Name: Yaodakuan

Merchant ID: A2HC5OHXXQP5NV

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2HC5OHXXQP5NV

Product ID: B0FL7L3C28, B0FL7MCJRP

Product URL: https://www.amazon.com/dp/B0FL7L3C28?keywords=Slot%20Grill&m=A2HC5OHXXQP5NV&psc=1, https://www.amazon.com/dp/B0FL7MCJRP?keywords=Slot%20Grill&m=A2HC5OHXXQP5NV&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-10-06, 2025-10-14

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**

2025-10-06



Doe #122

Copyright(s) SLG-Video-01, SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060, PA0002550948



Doe #122

Copyright(s) SLG-Video-01, SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060, PA0002550948

346

## HOUMABANGDESHANGMAO

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 123

Store Name: HOUMABANGDESHANGMAO

Merchant ID: A2HUY431EYH56W

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2HUY431EYH56W

Product ID: B0FJFG98GT

Product URL: https://www.amazon.com/dp/B0FJFG98GT?keywords=Slot%20Grill&m=A2HUY431EYH56W&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-09-24



Doe #123

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

## RuiTAO

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 124

Store Name: RuiTAO

Merchant ID: A2I14NAUUGPZ3Y

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2I14NAUUGPZ3Y

Product ID: B0FNC75F9K

Product URL: https://www.amazon.com/dp/B0FNC75F9K?keywords=Slot%20Grill&m=A2I14NAUUGPZ3Y&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-10-13

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**

2025-10-13



Slot Grill, Collapsible BBQ Grill for Easy Storage Steel, Portable Foldable Charcoal Grills, Tool-Free Setup, Lightweight for Camping, Tailgating, Travel, Party, Outdoor Cooking

Brand: ZHFDC

$55.99

Or $10.34 /mo (6 mo). Select from 2 plans

Apply for Amazon Store Card and unlock a $60 Amazon Gift Card upon approval. Pay $55.99 $0.00 for this order. Find out how

| Brand | ZHFDC |
|---|---|
| Product Dimensions | 0.39"D x 0.39"W x 0.39"H |
| Fuel Type | Charcoal |
| Recommended Uses For Product | Camping Grills |
| Finish Type | Powder Coated |

### About this item

- Slim & Compact Profile: Experience the convenience of this collapsible grill, designed for effortless storage. Its streamlined form folds down to a minimal size, taking up little room in your car or bag—making it an ideal companion for trips, picnics, or impromptu outdoor meals.

- Quick Assembly – No Tools Needed: With its straightforward, tool-free design, this portable charcoal grill unfolds and is ready to use in moments. Perfect for campers or those new to grilling, it offers a smooth and straightforward setup every time.

- Easy to Transport: Crafted to be both lightweight and durable, this folding grill is simple to carry and move around. Whether you're headed to the beach, the mountains, or your own backyard, it helps make outdoor cooking simple and enjoyable.

- Adaptable to Various Settings: The flexible design of this collapsible grill fits



Doe #124

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, VA0002463263, PA0002550948

## KUKANTST

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 125

Store Name: KUKANTST

Merchant ID: A2IVVUF0VNSKYN

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2IVVUF0VNSKYN

Product ID: B0FL1XXFM3

Product URL: https://www.amazon.com/dp/B0FL1XXFM3?keywords=Slot%20Grill&m=A2IVVUF0VNSKYN&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-09-24

**FILED UNDER SEAL**     EXHIBIT 2     **FILED UNDER SEAL**

2025-09-24



Slot Grill - Collapsible BBQ Grill for Easy Storage, Upgraded Thickened Steel, Tool-Free Setup, Lightweight & Compact, Portable Slot Grills Collapsible...

Doe #125

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## OHWSAHKSJYL

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 126

Store Name: OHWSAHKSJYL

Merchant ID: A2IXCW78M1822R

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2IXCW78M1822R

Product ID: B0FLBNQV6V, B0FLC93V8Z

Product URL: https://www.amazon.com/dp/B0FLBNQV6V?keywords=Slot%20Grill&m=A2IXCW78M1822R&psc=1, https://www.amazon.com/dp/B0FLC93V8Z?keywords=Slot%20Grill&m=A2IXCW78M1822R&psc=1

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-02, SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-10

353



Amazon | Deliver to John · Sherman 75090 | Tools & Home Improvement ▾ | Slot Grill | 🔍 | 🇺🇸 EN ▾ | Hello, John · Account & Lists ▾ | Returns & Orders | 🛒 0 Cart

All · 🟠 Rufus · Join Prime · Amazon Haul · Same-Day Delivery · Medical Care ▾ · Luxury · Books ▾ · Buy Again · Customer Service · Amazon Basics · Pet Supplies · Browsing History ▾ · Handmade · Pharmacy · Subscribe & Save · Household, Health & Baby Care · Gift Cards ▾

Tools & Home Improvement · Best Sellers · Deals & Savings · Gift Ideas · Power & Hand Tools · Lighting & Ceiling Fans · Kitchen & Bath Fixtures · Smart Home · Shop by Room · Launchpad · Amazon Business

Sports & Outdoors › Outdoor Recreation › Camping & Hiking › Camp Kitchen › Stoves & Grills › Camping Grills



Click to see full view

      

## Foldable Portable Grill, Slot Grill Collapsible BBQ Grills, Portable Stainless Steel Camping Hibachi Grills for BBQ Tabletop Cooking, Stove Beach Slot Kebab for Outdoor Camping Travel (Grey)

Brand: Generic

$49.99

✅ Save 10% at checkout   Shop items ›

Save 5% on 2 select item(s)   Shop items ›

Apply for Amazon Store Card and unlock a $60 Amazon Gift Card upon approval. Pay $49.99 $0.00 for this order.   Find out how

Color: Grey

 
$49.99   $34.99

| Brand | Generic |
|---|---|
| Product Dimensions | 15.75"D x 9.84"W x 8.66"H |
| Special Feature | Collapsible, Durable & Reusable, Easy Travel Cooking Setup, Portable, With Slot Kebab |
| Color | Grey |
| Fuel Type | Charcoal |

### About this item
- 【Compact & Foldable Design】 Designed for convenience, this grill folds down flat for easy storage and transport. Whether you're heading to the beach, a tailgate, or a weekend camping trip, its compact build makes it the ideal on-the-go cooking companion that fits easily in your pack or car
- 【Durable & Reusable Build】 Crafted from premium stainless steel, this slot



$49.99

FREE delivery **October 20 - 24.**
Details

📍 Deliver to John - Sherman 75090

**Only 19 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Shipped / Sold   OHWSAHKSJYL

Returns   30-day refund/replacement

Payment   Secure transaction

˅ See more

**Add a Protection Plan:**
☐ 3-Year Protection Plan for $6.99
☐ 4-Year Protection Plan for $8.99
☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List

Doe #126

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060

**FILED UNDER SEAL**   EXHIBIT 2   **FILED UNDER SEAL**



Doe #126

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002551060, PA0002550948

EXHIBIT 2

## Aicai Soucring

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 127

Store Name: Aicai Soucring

Merchant ID: A2LJJ88UAW92ET

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2LJJ88UAW92ET

Product ID: B0FLDBM9X3

Product URL: https://www.amazon.com/dp/B0FLDBM9X3?keywords=Slot%20Grill&m=A2LJJ88UAW92ET&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-2, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-10-13