

Doe #127

Copyright(s) SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: VA0002463264, VA0002463263

357

EXHIBIT 2

## WYD-us

---

### DEFENDANT INTERNET STORE INFORMATION:

Marketplace: Amazon

Doe #: 128

Store Name: WYD-us

Merchant ID: A2NLUOXZE2XWY

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2NLUOXZE2XWY

Product ID: B0FM8HCG2Z, B0FM8KX895

Product URL: https://www.amazon.com/dp/B0FM8HCG2Z?keywords=Slot%20Grill&m=A2NLUOXZE2XWY&psc=1, https://www.amazon.com/dp/B0FM8KX895?keywords=Slot%20Grill&m=A2NLUOXZE2XWY&psc=1

---

### INFRINGEMENT INFORMATION:

Copyrights Infringed: SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-10-08

**FILED UNDER SEAL**    **FILED UNDER SEAL**



Doe #128

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**    2025-10-08



Doe #128

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060

EXHIBIT 2

## CSBYBD

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 129

Store Name: CSBYBD

Merchant ID: A2P8UELOX1PFP6

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2P8UELOX1PFP6

Product ID: B0FKBLFV7W, B0FKBRTBVT

Product URL: https://www.amazon.com/dp/B0FKBLFV7W?keywords=Slot%20Grill&m=A2P8UELOX1PFP6&psc=1, https://www.amazon.com/dp/B0FKBRTBVT?keywords=Slot%20Grill&m=A2P8UELOX1PFP6&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-02

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-10-10, 2025-10-13

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**

2025-10-13

amazon.com/dp/B0FKBLFV7W?keywords=Slot+Grill&m=A2P8UELOX1PFP6&th=1

Sports & Outdoors › Outdoor Recreation › Camping & Hiking › Camp Kitchen › Stoves & Grills › Camping Grills



Click to see full view

### Portable Charcoal Grill for Camping, 8.6"×15.7" Slot Grill Collapsible for BBQ, Lightweight Portable Fire Pit, Easy Storage Steel, RV and Outdoor Cooking (1)

Brand: Generic

$29⁹⁹

| Redeem | 15% | off of every 2 items promo code: TI5XMGAB | Shop items › |
| Redeem | 25% | off of every 3 items promo code: E3ZDC7TH | Shop items › |
| Redeem | 50% | off of every 4 items promo code: 3KWZQBO6 | Shop items › |

Get $60 off instantly: Pay $0.00 $29.99 upon approval for the Amazon Store Card. No annual fee.

Number of Items: **1**

| | |
|---|---|
| **Brand** | Generic |
| **Product Dimensions** | 6.2"D x 8.6"W x 8.6"H |
| **Special Feature** | Folding Side Table |
| **Color** | Black |
| **Fuel Type** | Charcoal |

### About this item

- Portable Compact Construction: Lightweight steel design collapses for effortless transport and storage. Ideal for camping, tailgating, or RV trips without sacrificing cooking space.
- Versatile Outdoor Performance: Perfect for camping, picnics, and backyard barbecues. Enhances outdoor dining with consistent heat for grilling diverse foods effortlessly.
- Rapid Assembly: Sets up instantly without tools. Foldable mechanism enables quick deployment for spontaneous gatherings and easy post-use takedown.

$29⁹⁹

$17.99 delivery **October 28 - 30**. Details

Deliver to John - Sherman 75090

**In stock**
Usually ships within 3 to 4 days.

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Shipped / Sold | CSBYBD |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

Add to List

**Ask Rufus**

Can it be used with wood?    Does it come with a carrying case?    Is this grill weather resistant?

Ask something else

Doe #129

Copyright(s) SLG-Video-01, SLG-Video-02: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002550948

362



Doe #129

Copyright(s) SLG-Video-01, SLG-Video-02: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002550948

## AHHAAA

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 130

Store Name: AHHAAA

Merchant ID: A2QGSFMHTZKP60

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2QGSFMHTZKP60

Product ID: B0FJL883LQ

Product URL: https://www.amazon.com/dp/B0FJL883LQ?keywords=Slot%20Grill&m=A2QGSFMHTZKP60&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-09-24



Doe #130

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

**FILED UNDER SEAL** Case 4:26-cv-00174-RWS    Document 20-4    Filed 03/09/26    Page 10 of 144 PageID #: 1658    **FILED UNDER SEAL**

EXHIBIT 2

## MAE41X0E6P

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 131

Store Name: MAE41X0E6P

Merchant ID: A2QGULYDFU9F22

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2QGULYDFU9F22

Product ID: B0FMXMDBTS

Product URL: https://www.amazon.com/dp/B0FMXMDBTS?keywords=Slot%20Grill&m=A2QGULYDFU9F22&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-09-29

**FILED UNDER SEAL**          **FILED UNDER SEAL**

2025-09-29

amazon.com/dp/B0FMXMDBTS?keywords=Slot+Grill&m=A2QGULYDFU9F22&psc=1&ref_=nav_ya_signin

Incognito

Amazon

Deliver to John
Sherman 75090

Tools & Home Improvement ▾     Slot Grill

EN ▾     Hello, John
Account & Lists ▾

Returns
& Orders

0
Cart

All     Rufus     Join Prime     Amazon Haul     Off to College     Early Prime Deals     Same-Day Delivery     Medical Care ▾     Books ▾     Customer Service     Amazon Basics     Buy Again     Pet Supplies     Browsing History ▾     Handmade     Pharmacy          Prime Big Deal Days is October 7-8

Tools & Home Improvement     Best Sellers     Deals & Savings     Gift Ideas     Power & Hand Tools     Lighting & Ceiling Fans     Kitchen & Bath Fixtures     Smart Home     Shop by Room     Launchpad     Amazon Business

Patio, Lawn & Garden  ›  Grills & Outdoor Cooking  ›  Grills & Smokers  ›  Charcoal Grills



Click to see full view

● Ask Rufus

Can it be used with propane?     Is it easy to clean?     What is the weight?

Ask something else

### Slot Grill - Collapsible BBQ Grill For Easy Storage Steel, Stainless Steel Slot Grill Collapsible BBQ Grill, Portable Fire Pit For Camping, Travel, Party, Outdoor Cooking(15.7 * 3.9 * 8.6 in)

**Brand: Generic**

5.0 ★★★★★ ∨ (3)

**$38⁹⁹**

FREE Returns ∨

Get a $80 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| **Brand** | Generic |
| **Product Dimensions** | 15"D x 8"W x 9"H |
| **Special Feature** | NO |
| **Fuel Type** | Charcoal |
| **Finish Type** | Brushed |

## About this item

- 【Ultra-Durable, Foldable Steel Construction】 Our slot grill - collapsible bbq grill for easy storage steel engineered with premium thickened gauge steel, this portable slot grill collapsible slot grill BBQ collapsible is designed for high-heat performance and long-term use. Its rugged build and interlocking structure ensure solid support while cooking, making it a reliable choice for outdoor grilling—season after season

- 【Slim Fold Design – Lightweight & Easy to Store】 Our slot grill - collapsible BBQ grill for easy storage steel folds flat to just 1 inch thick and weighs surprisingly little, making it incredibly easy to carry and store. Whether you're heading out for a road trip, weekend camping, or a lakeside picnic, this portable BBQ grill slot grill BBQ collapsible fits neatly in your trunk, backpack, or rv—without adding bulk or weight. Always ready when adventure calls

- 【Tool-Free Setup – Ready to Grill in Seconds】 This slot grill BBQ collapsible features a smart interlocking slot system that assembles and disassembles in

**$38⁹⁹**

FREE delivery **Friday, October 3**

Or Prime members get FREE delivery **Tomorrow, September 29**. Order within 2 hrs 40 mins.
Join Prime

📍 Deliver to John - Sherman 75090

**In Stock**

Quantity: 1 ∨

**Add to Cart**

**Buy Now**

Ships from     Amazon
Sold by     MAE41X0E6P
Returns     FREE 30-day refund/replacement
Gift options     Available at checkout

∨ See more

**Add a Protection Plan:**

☐ 3-Year Protection Plan for $5.99

☐ 4-Year Protection Plan for $7.99

☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List

Doe #131

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

EXHIBIT 2

## MOILY STORE

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 132

Store Name: MOILY STORE

Merchant ID: A2RMI1PD508N31

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2RMI1PD508N31

Product ID: B0FKB4KXB6, B0FKBGY3R3, B0FKYK1N7R

Product URL: https://www.amazon.com/dp/B0FKB4KXB6?keywords=Slot%20Grill&m=A2RMI1PD508N31&psc=1, https://www.amazon.com/dp/B0FKBGY3R3?keywords=Slot%20Grill&m=A2RMI1PD508N31&psc=1, https://www.amazon.com/dp/B0FKYK1N7R?keywords=Slot%20Grill&m=A2RMI1PD508N31&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-09-24, 2025-09-29

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**

2025-09-29

amazon.com/dp/B0FKB4KXB6?keywords=Slot%20Grill&m=A2RMI1PD508N31&psc=1

**Slot Grill BBQ Collapsible Portable Slot Grill Steel Easy Storage Tool-Free Setup Lightweight Compact Slot Grills for Camping Tailgating RV and Outdoor Cooking Ideal for Outdoor Enthusiasts**

Brand: Generic

5.0 ★★★★★ (1)

$49⁹⁹

Get a $80 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

| Brand | Generic |
|---|---|
| Product Dimensions | 16"D x 9"W x 10"H |
| Special Feature | Foldable, Portable |
| Fuel Type | Charcoal |
| Recommended Uses For Product | Outdoor |

## About this item

- 【Heavy-Duty Steel Build】 Engineered with premium gauge steel, this slot grill collapsible withstands intense heat and repeated use. Its interlocking structure ensures rock-solid stability during grilling, making this portable slot grill BBQ a dependable companion for all outdoor adventures.
- 【Ultra-Slim & Lightweight】 Folds flat to just 1" thick for effortless storage in backpacks, RV compartments, or car trunks. Weighing under 5 lbs, this slot grill collapsible eliminates bulk without sacrificing durability—perfect for camping, tailgating, and on-the-go cooking.
- 【Tool-Free 30-Second Assembly】 Features smart interlocking slots that snap together in seconds—zero tools or screws needed! This slot grill BBQ collapsible lets you focus on cooking, not construction, whether you're a beginner or seasoned griller.
- 【Compact Tabletop Ready】 With a spacious 16"x9" cooking surface, this collapsible BBQ grill fits picnic tables, tailgate beds, or balcony rails. Grill up to 10 burgers simultaneously while maintaining a portable, space-saving footprint ideal for tight spaces.
- 【Multi-Fuel Flexibility】 Compatible with charcoal, wood, or briquettes, this slot grill BBQ collapsible masters any flame. Perfectly sear steaks, smoke vegetables, or toast

$49⁹⁹

$9.99 delivery October 8 - 20. Details

Deliver to John - Sherman 75090

In Stock

Quantity: 1

Add to Cart

Buy Now

Shipped / Sold MOILY STORE

Returns 30-day refund/replacement

Payment Secure transaction

See more

**Add a Protection Plan:**
- ☐ 3-Year Protection Plan for $6.99
- ☐ 4-Year Protection Plan for $8.99
- ☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List



Click to see full view

**Ask Rufus**

Can it be used with propane?   Is it easy to assemble?

Does it come with a carrying case?   Ask something else

Doe #132

Copyright(s) SLG-Video-01, SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060, PA0002550948

369



amazon.com/dp/B0FKBGY3R3?keywords=Slot%20Grill&m=A2RMI1PD508N31&psc=1

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Charcoal Grills



Click to see full view



🔊 Ask Rufus

Can it be used with propane?    Is it easy to assemble?    Does it come with a carrying case?

## Slot Grill, Collapsible BBQ Grill for Easy Storage Steel, Slot Grill Collapsible BBQ Grill Stainless Steel Portable for Travel, Party, Large Cooking Surface, Tool-Free Assembly (Black)

Brand: Generic

2.8 ★★★☆☆ ⌄ (2)

$49⁹⁹

Get a $80 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| Brand | Generic |
| Product Dimensions | 16"D x 9"W x 10"H |
| Special Feature | Portable |
| Fuel Type | Charcoal |
| Recommended Uses For Product | Outdoor |

### About this item

- 【Heavy-Duty Steel Build】 Engineered with premium gauge steel, this slot grill collapsible withstands intense heat and repeated use. Its interlocking structure ensures rock-solid stability during grilling, making this portable slot grill BBQ a dependable companion for all outdoor adventures.

- 【Ultra-Slim & Lightweight】 Folds flat to just 1" thick for effortless storage in backpacks, RV compartments, or car trunks. Weighing under 5 lbs, this slot grill collapsible eliminates bulk without sacrificing durability—perfect for camping, tailgating, and on-the-go cooking.

- 【Tool-Free 30-Second Assembly】 Features smart interlocking slots that snap together in seconds—zero tools or screws needed! This slot grill BBQ



$49⁹⁹

$9.99 delivery October 3 - 15. Details

📍 Deliver to John - Sherman 75090

In Stock

Quantity: 1 ⌄

**Add to Cart**

**Buy Now**

Shipped / Sold    MOILY STORE

Returns    30-day refund/replacement

Payment    Secure transaction

⌄ See more

**Add a Protection Plan:**

☐ 3-Year Protection Plan for $6.99

☐ 4-Year Protection Plan for $8.99

☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Doe #132

Copyright(s) SLG-Video-01, SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060, PA0002550948

370

**FILED UNDER SEAL**  Case 4:28-cv-00174-RWS  Document 20-4  Filed 09/09/28  Page 15 of 144 PageID #:  **FILED UNDER SEAL**  2025-09-29

EXHIBIT 2



amazon.com/dp/B0FKYK1N7R?keywords=Slot%20Grill&m=A2RMI1PD508N31&psc=1

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Charcoal Grills



Click to see full view



🟣 Ask Rufus

[ Can it be used with wood chips? ]  [ Is it easy to clean? ]

[ Does it come with a carrying case? ]  [ Ask something else ]

## Slot Grill, Collapsible BBQ Grill for Easy Storage Steel, Slot Grill Collapsible BBQ Grill Stainless Steel Portable for Travel, Party, Large Cooking Surface, Tool-Free Assembly

Brand: Generic

$49⁹⁹

Get a $80 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

| Brand | Generic |
|---|---|
| Product Dimensions | 16"D x 9"W x 10"H |
| Special Feature | Portable, foldable |
| Fuel Type | Charcoal |
| Recommended Uses For Product | Outdoor |

### About this item

- 【Heavy-Duty Stainless Steel Build】 Crafted from 10-gauge stainless steel, this Slot Grill Collapsible BBQ Grill withstands extreme heat without warping or burnout. Engineered for years of rugged use, it outperforms flimsy alternatives in durability and heat retention for perfect searing.

- 【Ultra-Portable 1" Foldable Design】 Folds to just 1" thick and weighs only 6 lbs! This Slot Grill BBQ Collapsible fits effortlessly in backpacks, RV compartments, or car trunks—ideal for spontaneous camping trips, beach cookouts, and tailgating adventures.

- 【30-Second Tool-Free Assembly】 Assemble this Slot Grill in under 30 seconds—no tools, screws, or frustration. The interlocking slot system ensures instant setup, letting you focus on grilling burgers, veggies, or snacks at parties or campsites.

- 【Spacious 16×9" Cooking Surface】 Grill 10+ burgers simultaneously on this Slot Grill Collapsible BBQ Grill's large 16×9" area. Despite its expansive cooking space, it folds compactly for storage, balancing capacity with portability for group gatherings.



$49⁹⁹

$9.99 delivery **October 8 - 20.** Details

📍 Deliver to John - Sherman 75090

**In Stock**

Quantity: 1 ▾

[ Add to Cart ]

[ Buy Now ]

Shipped / Sold  MOILY STORE

Returns  30-day refund/replacement

Payment  Secure transaction

⌄ See more

**Add a Protection Plan:**

☐ 3-Year Protection Plan for $6.99

☐ 4-Year Protection Plan for $8.99

☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Doe #132

Copyright(s) SLG-Video-01, SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060, PA0002550948

371

## Fresh Shop123

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 133

Store Name: Fresh Shop123

Merchant ID: A2SF865HTZO7ON

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2SF865HTZO7ON

Product ID: B0FMP4PFGL

Product URL: https://www.amazon.com/dp/B0FMP4PFGL?keywords=Slot%20Grill&m=A2SF865HTZO7ON&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-08



Doe #133

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, PA0002550948

373

EXHIBIT 2

## LBHUIHAO

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 134

Store Name: LBHUIHAO

Merchant ID: A2TUAAKVM8LI8Y

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2TUAAKVM8LI8Y

Product ID: B0FPDB68YF

Product URL: https://www.amazon.com/dp/B0FPDB68YF?keywords=Slot%20Grill&m=A2TUAAKVM8LI8Y&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-10-10

374



Doe #134

Copyright(s) SLG-Video-01, SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060, PA0002550948

375

# Ygulnn

---

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 135

Store Name: Ygulnn

Merchant ID: A2U6EC59DYZ20U

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2U6EC59DYZ20U

Product ID: B0FPQLWVLG, B0FPQMPB22

Product URL: https://www.amazon.com/dp/B0FPQLWVLG?keywords=Slot%20Grill&m=A2U6EC59DYZ20U&psc=1, https://www.amazon.com/dp/B0FPQMPB22?keywords=Slot%20Grill&m=A2U6EC59DYZ20U&psc=1

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-10-16

**FILED UNDER SEAL**   EXHIBIT 2   **FILED UNDER SEAL**   2025-10-16



Doe #135

Copyright(s) SLG-Video-01: Listing Image

Copyright Registration Numbers: PA0002550948

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**

2025-10-16



Doe #135

Copyright(s) SLG-Video-01: Listing Image

Copyright Registration Numbers: PA0002550948

**FILED UNDER SEAL**                    **FILED UNDER SEAL**

EXHIBIT 2

yanfeiyigou

---

## DEFENDANT INTERNET STORE INFORMATION:

Marketplace: Amazon

Doe #: 136

Store Name: yanfeiyigou

Merchant ID: A2UBJLKD5K4ARU

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2UBJLKD5K4ARU

Product ID: B0FK5CMNWD, B0FK9WDY2V

Product URL: https://www.amazon.com/dp/B0FK5CMNWD?keywords=Slot%20Grill&m=A2UBJLKD5K4ARU&psc=1, https://www.amazon.com/dp/B0FK9WDY2V?keywords=Slot%20Grill&m=A2UBJLKD5K4ARU&psc=1

---

## INFRINGEMENT INFORMATION:

Copyrights Infringed: SLG-Video-01

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-10-16

379



Doe #136

Copyright(s) SLG-Video-01: Listing Image

Copyright Registration Numbers: PA0002550948



Doe #136

Copyright(s) SLG-Video-01: Listing Image

Copyright Registration Numbers: PA0002550948

EXHIBIT 2

## HBQSM

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 137

Store Name: HBQSM

Merchant ID: A2UD8QTF4YQL0G

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2UD8QTF4YQL0G

Product ID: B0FKB9SN6Z

Product URL: https://www.amazon.com/dp/B0FKB9SN6Z?keywords=Slot%20Grill&m=A2UD8QTF4YQL0G&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-09-29



Doe #137

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## WANHMYI

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 138

Store Name: WANHMYI

Merchant ID: A2V8T1ZBDXQEEF

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2V8T1ZBDXQEEF

Product ID: B0FNZZSGVJ, B0FP18P4M4

Product URL: https://www.amazon.com/dp/B0FNZZSGVJ?keywords=Slot%20Grill&m=A2V8T1ZBDXQEEF&psc=1, https://www.amazon.com/dp/B0FP18P4M4?keywords=Slot%20Grill&m=A2V8T1ZBDXQEEF&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-10-16

384

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**

2025-10-16

amazon.com/dp/B0FNZZSGVJ?keywords=Slot%2BGrill&m=A2V8T1ZBDXQEEF&th=1



### Collapsible BBQ Grill for Easy Storage, Portable Collapsible for Camping,Upgraded Thickened Steel, Tool-Free Setup, Lightweight & Compact,Tailgating...

Size:Larger

Doe #138
Copyright(s) SLG-Video-01: Listing Image
Copyright Registration Numbers: PA0002550948

385

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**



Doe #138

Copyright(s) SLG-Video-01: Listing Image

Copyright Registration Numbers: PA0002550948

## WendaLtd

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 139

Store Name: WendaLtd

Merchant ID: A2W5I9G0RB2NDC

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2W5I9G0RB2NDC

Product ID: B0FN49RXBZ

Product URL: https://www.amazon.com/dp/B0FN49RXBZ?keywords=Slot%20Grill&m=A2W5I9G0RB2NDC&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-06

EXHIBIT 2



Doe #139

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

388

## LunLunXu

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 140

Store Name: LunLunXu

Merchant ID: A2X2ZEZ9DDBYDU

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2X2ZEZ9DDBYDU

Product ID: B0FPCZZS4L

Product URL: https://www.amazon.com/dp/B0FPCZZS4L?keywords=Slot%20Grill&m=A2X2ZEZ9DDBYDU&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-08



Doe #140

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, PA0002550948

## MaYanHong

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 141

Store Name: MaYanHong

Merchant ID: A2X805QC40TDIU

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2X805QC40TDIU

Product ID: B0FK293TKV

Product URL: https://www.amazon.com/dp/B0FK293TKV?keywords=Slot%20Grill&m=A2X805QC40TDIU&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1, SLG-Video-01, SLG-2, SLG-Video-02, SLG-4, SLG-5

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-10-10



Doe #141

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-1, SLG-2, SLG-4, SLG-5: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

392

## TINGBANGDIAN

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 142

Store Name: TINGBANGDIAN

Merchant ID: A2X8M54FMZ0AIO

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2X8M54FMZ0AIO

Product ID: B0FL2BG9P8

Product URL: https://www.amazon.com/dp/B0FL2BG9P8?keywords=Slot%20Grill&m=A2X8M54FMZ0AIO&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-10-10

Amazon.com: Portable Folding

amazon.com/dp/B0FL2BG9P8?keywords=Slot+Grill&m=A2X8M54FMZ0AIO&th=1

Incognito

Amazon | Deliver to John · Sherman 75090 | Home & Kitchen ▾ | Slot Grill | EN ▾ | Hello, John Account & Lists ▾ | Returns & Orders | 0 Cart

☰ All · Rufus · Join Prime · Amazon Haul · Same-Day Delivery · Medical Care ▾ · Luxury · Books ▾ · Buy Again · Customer Service · Amazon Basics · Pet Supplies · Browsing History ▾ · Handmade · Pharmacy · Subscribe & Save · Household, Health & Baby Care · Gift Cards ▾

Amazon Home · Shop by Room · Discover · Shop by Style · Home Décor · Furniture · Kitchen & Dining · Bed & Bath · Garden & Outdoor · Home Improvement

Sponsored ⓘ

Sports & Outdoors › Outdoor Recreation › Camping & Hiking › Camp Kitchen › Stoves & Grills › Camping Grills



Click to see full view

      

**Portable Folding Barbecue Grill Slot Grill Collapsible BBQ Grills Stainless Steel Hibachi Grills With Easy Carry Handle for BBQ Tabletop Cooking, Outdoor Camping Equipment, Stove Beach Slot Kebab**

Brand: Generic

$45⁹⁹

Save 10% on 2 select item(s)  Shop items ›
Save 14% on 3 select item(s)  Shop items ›
Save 20% on 5 select item(s)  Shop items ›
Savings Buy any 10, Get 3 free  Shop items ›
Get a $60 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

Size: **40cm / 15.8in**

Color: **Silver**

| Brand | Generic |
|---|---|
| Product Dimensions | 15.8"D x 9.8"W x 8.7"H |
| Special Feature | Temperature Control |
| Color | Silver |
| Finish Type | Non-Stick |

## About this item

- Stainless Steel Construction - Durable and - 304 stainless steel long-lasting performance for outdoor grilling adventures
- -Portable Design - Foldable and lightweight grill with a convenient carry handle makes it perfect for camping, picnics, and backyard barbecues
- Versatile Outdoor Cooking - Ideal for grilling burgers, steaks, vegetables, and more at campsites, beaches, or parties

$45⁹⁹

FREE delivery **October 23 – November 3.** Details

Or fastest delivery **October 17 – 21.** Details

⊙ Deliver to John - Sherman 75090

In Stock

Quantity: 1 ▾

**Add to Cart**

**Buy Now**

Shipped / Sold  TINGBANGDIAN

Returns  30-day refund/replacement

Payment  Secure transaction

⌄ See more

**Add a Protection Plan:**

☐ 3-Year Protection Plan for $6.99
☐ 4-Year Protection Plan for $8.99
☐ Complete Protect: One plan covers all eligible past and future purchases for

Doe #142

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060

394

## pruxs

---

## DEFENDANT INTERNET STORE INFORMATION:

Marketplace: Amazon

Doe #: 143

Store Name: pruxs

Merchant ID: A345NL8HRR7KJ4

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A345NL8HRR7KJ4

Product ID: B0FL1W45TW, B0FL262ZDL

Product URL: https://www.amazon.com/dp/B0FL1W45TW?keywords=Slot%20Grill&m=A345NL8HRR7KJ4&psc=1, https://www.amazon.com/dp/B0FL262ZDL?keywords=Slot%20Grill&m=A345NL8HRR7KJ4&psc=1

---

## INFRINGEMENT INFORMATION:

Copyrights Infringed: SLG-2, SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-10-06

**FILED UNDER SEAL** **FILED UNDER SEAL**



Doe #143

Copyright(s) SLG-Video-03, SLG-2: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463263

**FILED UNDER SEAL**          EXHIBIT 2          **FILED UNDER SEAL**

2025-10-06



Doe #143

Copyright(s) SLG-2: Listing Image

Copyright Registration Numbers: VA0002463263

## QINLI

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 144

Store Name: QINLI

Merchant ID: A34616F0MSGZUR

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A34616F0MSGZUR

Product ID: B0FK56BQFG

Product URL: https://www.amazon.com/dp/B0FK56BQFG?keywords=Slot%20Grill&m=A34616F0MSGZUR&psc=1

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-09-29

**FILED UNDER SEAL**   EXHIBIT 2   **FILED UNDER SEAL**



# Slot Grill - Collapsible BBQ Grill for Easy Storage Steel, Tool-Free Setup, Lightweight & Compact, Portable Slot Grills BBQ Collapsible for Camping, Rv, And Outdoor Cooking (Black)

Visit the Loyilat Store

$46⁸¹



Before folding

Before folding

Click to see full view



Ask Rufus

Can it be used with propane?    Does it come with a carrying case?

Is this grill good for camping?    Ask something else

Up to 10% off  if you qualify   Shop items ›

Redeem   Save 30%  on 3 select item(s) promo code: 2XW22OW7   Shop items ›

Redeem   50%  off of every 5 items promo code: T5IGONAC   Shop items ›

Get a $80 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

Color: **Black**

| Brand | Loyilat |
|---|---|
| Product Dimensions | 15.74"D x 8.66"W x 9.84"H |
| Special Feature | Portable |
| Color | Black |
| Fuel Type | Collapsible BBQ Grill |

## About this item

- 【Extremely Durable, Foldable Design】This portable foldable trough-style grill is made from high-quality materials and designed for high heat performance and long-term use. Its sturdy construction ensures solid support during cooking, making it a reliable choice for outdoor grilling.

- 【Lightweight and Easy to Store】When folded, it is extremely easy to carry and store. Whether you're going on a road trip, weekend camping, or lakeside picnic, this foldable channel-style grill can be neatly packed into your trunk or RV without adding bulk or



$46⁸¹

$9.99 delivery **October 9 - 16**. Details

Or $19.98 delivery **October 7 - 10**. Details

Deliver to John - Sherman 75090

**Only 19 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Shipped / Sold   QINLI

Returns   30-day refund/replacement

Payment   Secure transaction

See more

**Add a Protection Plan:**

☐ 3-Year Protection Plan for $6.99

☐ 4-Year Protection Plan for $8.99

☐ Complete Protect: One plan covers all eligible past and future purchases for

Doe #144

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

## ikutianxinx

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 145

Store Name: ikutianxinx

Merchant ID: A347GXUC6YVUZV

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A347GXUC6YVUZV

Product ID: B0FJY5Y8FG

Product URL: https://www.amazon.com/dp/B0FJY5Y8FG?keywords=Slot%20Grill&m=A347GXUC6YVUZV&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-09-24

400



Doe #145

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

401

**FILED UNDER SEAL** Case 4:26-cv-00174-RWS   Document 20-4   Filed 03/09/26   Page 46 of 144 PageID #: 1694 **FILED UNDER SEAL**

EXHIBIT 2

## easycart go

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 146

Store Name: easycart go

Merchant ID: A34V4BYJWAP52S

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A34V4BYJWAP52S

Product ID: B0FN4F96VJ

Product URL: https://www.amazon.com/dp/B0FN4F96VJ?keywords=Slot%20Grill&m=A34V4BYJWAP52S&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-10

amazon.com/dp/B0FN4F96VJ?keywords=Slot%20Grill&m=A34V4BYJWAP52S&psc=1



Amazon — Deliver to John, Sherman 75090 — Tools & Home Improvement — Slot Grill — Hello, John Account & Lists — Returns & Orders — 0 Cart

All | Rufus | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Luxury | Books | Buy Again | Customer Service | Amazon Basics | Pet Supplies | Browsing History | Handmade | Pharmacy | Subscribe & Save | Household, Health & Baby Care | Gift Cards

Tools & Home Improvement | Best Sellers | Deals & Savings | Gift Ideas | Power & Hand Tools | Lighting & Ceiling Fans | Kitchen & Bath Fixtures | Smart Home | Shop by Room | Launchpad | Amazon Business

Sponsored

Sports & Outdoors › Outdoor Recreation › Camping & Hiking › Camp Kitchen › Stoves & Grills › Camping Grills

### Anything can be used for baking
Spacious frying and baking area

Smoky Vegetables

Flame-Grilled Burgers

Late-Night Campfire Snacks

SLOT GRILL

Click to see full view

      

2+

## Slot Grill - Collapsible BBQ Grill for Easy Storage Steel, 2025 Premium Collapsible Charcoal BBQ Grill, Kabob Stove for Camping, Travel, Tailgating & Outdoor Cooking

Brand: Generic

$58.99

$58.99

Or $10.89 /mo (6 mo). Select from 2 plans

Get a $60 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| Brand | Generic |
| Product Dimensions | 9.84"D x 15.75"W x 8.66"H |
| Special Feature | Adjustable height |
| Fuel Type | Charcoal |
| Finish Type | Non-Stick |

### About this item
- Versatile Outdoor Cooking: 2025 Premium Collapsible Charcoal BBQ Grill is perfect for camping, tailgates, beach parties, or backyard BBQs, letting you enjoy delicious meals anywhere
- Compact & Space-Saving: Slot Grill - Collapsible BBQ Grill for Easy Storage Steel folds flat in seconds, fitting easily into your trunk or garage without taking up bulky space
- Cook More at Once: From steaks and burgers to veggies, seafood, and kebabs, this Kabob Stove with a large cooking area makes it easy to feed family and friends outdoors
- Strong & Heat-Resistant: Built from premium stainless steel, this 2025 Premium Collapsible Charcoal BBQ Grill withstands high heat without

$58.99

FREE delivery **November 3 - 24.** Details

Deliver to John - Sherman 75090

In Stock

Quantity: 1

Add to Cart

Buy Now

Shipped / Sold — easycart go

Returns — 30-day refund/replacement

Payment — Secure transaction

See more

**Add a Protection Plan:**
- 3-Year Protection Plan for $7.99
- 4-Year Protection Plan for $10.99
- Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List

Doe #146

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

403

EXHIBIT 2

## deyaonet

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 147

Store Name: deyaonet

Merchant ID: A35J31QX6U9QM5

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A35J31QX6U9QM5

Product ID: B0FLD8CB3P

Product URL: https://www.amazon.com/dp/B0FLD8CB3P?keywords=Slot%20Grill&m=A35J31QX6U9QM5&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-09-24



Doe #147

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## WeiHao XDa

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 148

Store Name: WeiHao XDa

Merchant ID: A368SH0P3QO6AA

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A368SH0P3QO6AA

Product ID: B0FM3RC74K

Product URL: https://www.amazon.com/dp/B0FM3RC74K?keywords=Slot%20Grill&m=A368SH0P3QO6AA&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-10-10

**FILED UNDER SEAL**                    **FILED UNDER SEAL**



Doe #148

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060

## Yun Qian-store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 149

Store Name: Yun Qian-store

Merchant ID: A370SPXXX8A2HO

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A370SPXXX8A2HO

Product ID: B0G1D1YXJG

Product URL: https://www.amazon.com/dp/B0G1D1YXJG?keywords=Slot%20Grill&m=A370SPXXX8A2HO&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-11-11



Doe #149

Copyright(s) SLG-4: Listing Image

Copyright Registration Numbers: VA0002463264

## joyceup

---

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 150

Store Name: joyceup

Merchant ID: A37IZRBW0DMCXB

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A37IZRBW0DMCXB

Product ID: B0FJXLP5MZ

Product URL: https://www.amazon.com/dp/B0FJXLP5MZ?keywords=Slot%20Grill&m=A37IZRBW0DMCXB&psc=1

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-10-08

**FILED UNDER SEAL**    **FILED UNDER SEAL**



Doe #150

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

411

EXHIBIT 2

## organher

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 151

Store Name: organher

Merchant ID: A37MNIZP7JLDO0

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A37MNIZP7JLDO0

Product ID: B0FMJH3C6L

Product URL: https://www.amazon.com/dp/B0FMJH3C6L?keywords=Slot%20Grill&m=A37MNIZP7JLDO0&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-10-10

**FILED UNDER SEAL**    **FILED UNDER SEAL**



amazon.com/dp/B0FMJH3C6L?keywords=Slot%20Grill&m=A37MNIZP7JLDO0&psc=1

amazon | Deliver to John, Sherman 75090 | Tools & Home Improvement ▾ | Slot Grill | EN ▾ | Hello, John Account & Lists ▾ | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care ▾ | Luxury | Books ▾ | Buy Again | Customer Service | Amazon Basics | Pet Supplies | Browsing History ▾ | Handmade | Pharmacy | Subscribe & Save | Household, Health & Baby Care | Gift Cards ▾

Tools & Home Improvement | Best Sellers | Deals & Savings | Gift Ideas | Power & Hand Tools | Lighting & Ceiling Fans | Kitchen & Bath Fixtures | Smart Home | Shop by Room | Launchpad | Amazon Business

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Charcoal Grills



Click to see full view

     

## Collapsible BBQ Grill, Portable Stainless Steel Charcoal Grill Foldable for Camping, Lightweight Tool-Free Setup for Tailgating Travel Outdoor Cooking

Brand: Generic

$29.98

Save 5% on 2 select item(s)  Shop items ›

Save 10% on 5 select item(s)  Shop items ›

Savings Buy any 10, Save 10%  Shop items ›

Get $60 off instantly: Pay $0.00 $29.98 upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| Brand | Generic |
| Fuel Type | Slot Grill Bbq |
| Model Name | Collapsible Grill |
| Product Dimensions | 15.75"D x 8.66"W x 4.72"H |
| Special Feature | Slotgrill |

### About this item

- Foldable barbecue grill: Our barbecue grill can be folded into a very thin outline, similar to a folder. Its ultra compact design ensures minimal space in the car trunk or backpack, making it an ideal travel companion for spontaneous picnics, camping adventures, or outdoor picnics.

- Tool free setup - grind and use: No installation or tools required, just open this portable charcoal grill and start grilling in seconds. This worry free setup is perfect for campers, beginners, or anyone seeking a quick and easy barbecue experience without the need for complexity.

- Lightweight and portable transportation: The barbecue grill adopts a lightweight and sturdy structure, designed for easy carrying and transportation. Whether you're planning a beach day, hiking, or backyard gathering, this foldable grill ensures that your outdoor cooking experience is always easy and enjoyable, no matter where your adventure takes you.



$29.98

$9.99 delivery November 3 - 10. Details

Or $18.99 delivery October 29 - 31. Details

Deliver to John - Sherman 75090

In Stock

Quantity: 1

Add to Cart

Buy Now

Shipped / Sold    organher

Returns    30-day refund/replacement

Payment    Secure transaction

See more

Add to List



Doe #151

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060

## Rainlill

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 152

Store Name: Rainlill

Merchant ID: A39JCXQ1OQ6XC7

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A39JCXQ1OQ6XC7

Product ID: B0FJL6MFQ4

Product URL: https://www.amazon.com/dp/B0FJL6MFQ4?keywords=Slot%20Grill&m=A39JCXQ1OQ6XC7&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-10-06



Doe #152

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

EXHIBIT 2

# Shihuan

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 153

Store Name: Shihuan

Merchant ID: A3AA4ZO1RX4A3O

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3AA4ZO1RX4A3O

Product ID: B0FPF3W719

Product URL: https://www.amazon.com/dp/B0FPF3W719?keywords=Slot%20Grill&m=A3AA4ZO1RX4A3O&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-10-16

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**

2025-10-16



Doe #153

Copyright(s) SLG-Video-01: Listing Image

Copyright Registration Numbers: PA0002550948

417

## QIANBEILING-US

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 154

Store Name: QIANBEILING-US

Merchant ID: A3B1A5XL7TBU2X

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3B1A5XL7TBU2X

Product ID: B0FP99GTHK

Product URL: https://www.amazon.com/dp/B0FP99GTHK?keywords=Slot%20Grill&m=A3B1A5XL7TBU2X&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-09-28



Doe #154

Copyright(s) SLG-Video-01, SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060, PA0002550948

419

## Biehseis

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 155

Store Name: Biehseis

Merchant ID: A3BUGW0KCEQ4GZ

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3BUGW0KCEQ4GZ

Product ID: B0FKBMJKDC

Product URL: https://www.amazon.com/dp/B0FKBMJKDC?keywords=Slot%20Grill&m=A3BUGW0KCEQ4GZ&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-09-27

420



Doe #155

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

## Reaukry

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 156

Store Name: Reaukry

Merchant ID: A3DFFQUP6WI7LW

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3DFFQUP6WI7LW

Product ID: B0FL2JPQ31, B0FL2L25B4

Product URL: https://www.amazon.com/dp/B0FL2JPQ31?keywords=Slot%20Grill&m=A3DFFQUP6WI7LW&psc=1, https://www.amazon.com/dp/B0FL2L25B4?keywords=Slot%20Grill&m=A3DFFQUP6WI7LW&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-02

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-09-24, 2025-10-06



Doe #156

Copyright(s) SLG-Video-01, SLG-Video-02: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002550948

423



Doe #156

Copyright(s) SLG-Video-01, SLG-Video-02: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002550948

424

## Royal wisdom

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 157

Store Name: Royal wisdom

Merchant ID: A3GONLASCVE163

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3GONLASCVE163

Product ID: B0FK8Y5QFR

Product URL: https://www.amazon.com/dp/B0FK8Y5QFR?keywords=Slot%20Grill&m=A3GONLASCVE163&psc=1

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-09-28



Doe #157

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## Nuomet

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 158

Store Name: Nuomet

Merchant ID: A3HCU7EZO5Y7FU

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3HCU7EZO5Y7FU

Product ID: B0FL1SXM4D

Product URL: https://www.amazon.com/dp/B0FL1SXM4D?keywords=Slot%20Grill&m=A3HCU7EZO5Y7FU&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-02

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-09-29

427

**FILED UNDER SEAL**    **FILED UNDER SEAL**

2025-09-29



Doe #158

Copyright(s) SLG-Video-01, SLG-Video-02: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002550948

EXHIBIT 2

## FL 7-14 delivers

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 159

Store Name: FL 7-14 delivers

Merchant ID: A3JCOGIOHM6IQC

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3JCOGIOHM6IQC

Product ID: B0FMYB4LTS, B0FMYBZBP5

Product URL: https://www.amazon.com/dp/B0FMYB4LTS?keywords=Slot%20Grill&m=A3JCOGIOHM6IQC&psc=1, https://www.amazon.com/dp/B0FMYBZBP5?keywords=Slot%20Grill&m=A3JCOGIOHM6IQC&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-09-29

429

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**

2025-09-29



Doe #159

Copyright(s) SLG-Video-01, SLG-4: Listing Image

Copyright Registration Numbers: VA0002463264, PA0002550948

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**

2025-09-29



Doe #159

Copyright(s) SLG-4: Listing Image

Copyright Registration Numbers: VA0002463264

431

**FILED UNDER SEAL**  Case 4:26-cv-00174-RWS  Document 20-4  Filed 03/09/26  Page 76 of 144 PageID #: 1724  **FILED UNDER SEAL**

EXHIBIT 2

## KUHBRCA

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 160

Store Name: KUHBRCA

Merchant ID: A3L4EKZCLJ1EP

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3L4EKZCLJ1EP

Product ID: B0FKHDRSH8

Product URL: https://www.amazon.com/dp/B0FKHDRSH8?keywords=Slot%20Grill&m=A3L4EKZCLJ1EP&psc=1

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-10-06

432



Doe #160

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

**FILED UNDER SEAL****        Case 4:26-cv-00174-RWS        Document 20-4        Filed 03/09/26        Page 78 of 144 PageID #:        **FILED UNDER SEAL****

EXHIBIT 2
1726

## jadvsba-sji

---

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 161

Store Name: jadvsba-sji

Merchant ID: A3MFUGZM9WX18R

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3MFUGZM9WX18R

Product ID: B0FMYKFBHV, B0FMYKQKGX

Product URL: https://www.amazon.com/dp/B0FMYKFBHV?keywords=Slot%20Grill&m=A3MFUGZM9WX18R&psc=1, https://www.amazon.com/dp/B0FMYKQKGX?keywords=Slot%20Grill&m=A3MFUGZM9WX18R&psc=1

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-06



Doe #161

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

435



Doe #161

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

436

## SSMmoy

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 162

Store Name: SSMmoy

Merchant ID: A3MVUQV9PJ53AE

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3MVUQV9PJ53AE

Product ID: B0FLY543W7

Product URL: https://www.amazon.com/dp/B0FLY543W7?keywords=Slot%20Grill&m=A3MVUQV9PJ53AE&psc=1

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-09-27

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**



Doe #162

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

438

## Xinnianbaihuo

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 163

Store Name: Xinnianbaihuo

Merchant ID: A3O0YOB3DMNZXY

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3O0YOB3DMNZXY

Product ID: B0FN7LRPYP, B0FN7NPGRR, B0FN7Q5HVG, B0FN7Q96H5

Product URL: https://www.amazon.com/dp/B0FN7LRPYP?keywords=Slot%20Grill&m=A3O0YOB3DMNZXY&psc=1, https://www.amazon.com/dp/B0FN7NPGRR?keywords=Slot%20Grill&m=A3O0YOB3DMNZXY&psc=1, https://www.amazon.com/dp/B0FN7Q5HVG?keywords=Slot%20Grill&m=A3O0YOB3DMNZXY&psc=1, https://www.amazon.com/dp/B0FN7Q96H5?keywords=Slot%20Grill&m=A3O0YOB3DMNZXY&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-10-13, 2025-10-14

439

**FILED UNDER SEAL**    **FILED UNDER SEAL**

2025-10-13





Slot Grill Collapsible BBQ Portable Charcoal Grill for Easy Storage Large Barrel Kettle Smoker Grills Gas Grills Outdoor Cooking Upgraded Thickened Steel Tool-Free Setup(Size:22x25x40cm,Color:Black)

Brand: SJMDSDSC

$65^{32}$

Or $12^{06}$ /mo (6 mo). Select from 2 plans

Save 5% at checkout   Shop items >

Apply for Amazon Store Card and unlock a $60 Amazon Gift Card upon approval. Pay $65.32 $5.32 for this order. Find out how

Color: **Black**

Size: **22x25x40cm**

| Brand | SJMDSDSC |
| --- | --- |
| Color | Black |
| Model Name | A |
| Manufacturer | SJMDSDSC |

### About this item

- [Quick Assembly] This portable, foldable trough grill is made of high-quality, thickened steel, resistant to high temperatures and built for long-term use. It can be assembled and disassembled in just 30 seconds, without any tools or screws. It's perfect for impromptu grilling during camping trips or tailgating parties.
- [Portable and Convenient Design] This foldable grill is the perfect size for tabletop use, offering a spacious 16-inch x 9-inch cooking surface—enough to cook up to 10 burgers at once. Weighing only 5.5 pounds, it easily fits in a backpack, car trunk, or RV compartment.
- [Premium Steel Construction] This product is made of high-quality steel, with thickened carbon steel walls for excellent heat retention and durability. It can

     



$65^{32}$

FREE delivery **November 4 - 13**.

Details

Deliver to John - Sherman 75090

**In Stock**

Quantity: 1

**Add to Cart**

**Buy Now**

| Shipped / Sold | Xinnianbaihuo |
| --- | --- |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

**Add a Protection Plan:**

- 3-Year Protection Plan for $8.99
- 4-Year Protection Plan for $11.99
- Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

**Add to List**

Doe #163

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002551060, PA0002550948

**FILED UNDER SEAL**   EXHIBIT 2   **FILED UNDER SEAL**   2025-10-13





Sports & Outdoors › Outdoor Recreation › Camping & Hiking › Camp Kitchen › Stoves & Grills › Camping Grills

## Slot Grill Collapsible BBQ for Easy Storage Collapsible Grills Steel Charcoal Quality Portable Detachable Folding Camping Campfire Grills for Patio(Size:22x25x40cm,Color:Black)

Brand: SJMDSDSC

$65^{32}$

Or $12^{06} /mo (6 mo). Select from 2 plans

🟢 Save 5% at checkout   Shop items ›

Get $60 off instantly: Pay $5.32 upon approval for the Amazon Store Card.

Color: **Black**

Size: **22x25x40cm**

| Brand | SJMDSDSC |
|---|---|
| Color | Black |
| Model Name | A |
| Manufacturer | SJMDSDSC |

### About this item

- [Quick Assembly] This portable, foldable trough grill is made of high-quality, thickened steel, resistant to high temperatures and built for long-term use. It can be assembled and disassembled in just 30 seconds, without any tools or screws. It's perfect for impromptu grilling during camping trips or tailgating parties.
- [Portable and Convenient Design] This foldable grill is the perfect size for tabletop use, offering a spacious 16-inch x 9-inch cooking surface—enough to cook up to 10 burgers at once. Weighing only 5.5 pounds, it easily fits in a backpack, car trunk, or RV compartment.
- [Premium Steel Construction] This product is made of high-quality steel, with thickened carbon steel walls for excellent heat retention and durability. It can withstand temperatures exceeding 600°F. The interlocking frame can also support heavy-duty cast iron skillets. It's built to last.
- [Versatility] Your all-purpose outdoor kitchen! Designed for the beach,

$65^{32}$

FREE delivery **November 4 - 13.**
Details

📍 Deliver to John - Sherman 75090

**In Stock**

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

Shipped / Sold   Xinnianbaihuo

Returns   30-day refund/replacement

Payment   Secure transaction

⌄ See more

**Add a Protection Plan:**
- ☐ 3-Year Protection Plan for $8.99
- ☐ 4-Year Protection Plan for $11.99
- ☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

[ Add to List ]

Doe #163

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002551060, PA0002550948

441



Doe #163

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

442



Sports & Outdoors › Outdoor Recreation › Camping & Hiking › Camp Kitchen › Stoves & Grills › Camping Grills



## Slot Grill - Collapsible BBQ for Easy Storage Collapsible, Grills Steel, Charcoal Quality Portable Detachable Folding, Camping Campfire Grills, for Patio(Size:22x25x40cm,Color:Black)

Brand: SJMDSDSC

$65$^{32}$

Or $12$^{06}$ /mo (6 mo). Select from 2 plans

● Save 5% at checkout   Shop items ›

Get $60 off instantly: Pay $5.32 upon approval for the Amazon Store Card.

Color: **Black**

Size: **22x25x40cm**

| | |
|---|---|
| **Brand** | SJMDSDSC |
| **Color** | Black |
| **Model Name** | A |
| **Manufacturer** | SJMDSDSC |

### About this item

- [Quick Assembly] This portable, foldable trough grill is made of high-quality, thickened steel, resistant to high temperatures and built for long-term use. It can be assembled and disassembled in just 30 seconds, without any tools or screws. It's perfect for impromptu grilling during camping trips or tailgating parties.
- [Portable and Convenient Design] This foldable grill is the perfect size for tabletop use, offering a spacious 16-inch x 9-inch cooking surface—enough to cook up to 10 burgers at once. Weighing only 5.5 pounds, it easily fits in a backpack, car trunk, or RV compartment.
- [Premium Steel Construction] This product is made of high-quality steel, with thickened carbon steel walls for excellent heat retention and durability. It can withstand temperatures exceeding 600°F. The interlocking frame can also support heavy-duty cast iron skillets. It's built to last.
- [Versatility] Your all-purpose outdoor kitchen! Designed for the beach,

### Right sidebar

$65$^{32}$

FREE delivery **November 5 - 14.**
Details

◉ Deliver to John - Sherman 75090

**In Stock**

Quantity: 1

[Add to Cart]

[Buy Now]

Shipped / Sold   Xinnianbaihuo

Returns   30-day refund/replacement

Payment   Secure transaction

∨ See more

**Add a Protection Plan:**
- ☐ 3-Year Protection Plan for $8.99
- ☐ 4-Year Protection Plan for $11.99
- ☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

[Add to List]



Doe #163

Copyright(s) SLG-Video-01, SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060, PA0002550948

EXHIBIT 2

## LAX-US

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 164

Store Name: LAX-US

Merchant ID: A3QOPK19DW3VXL

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3QOPK19DW3VXL

Product ID: B0FK54PN66

Product URL: https://www.amazon.com/dp/B0FK54PN66?keywords=Slot%20Grill&m=A3QOPK19DW3VXL&psc=1

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-09-24

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**

2025-09-24









# Slot Grill - Collapsible BBQ Grill for Easy Storage Steel, Slots Grills Collapsibles Portable & Tool-Free Setup, Stainless Steel Slots Grills BBQ Collapsibles for Camping, Tailgating, Outdoor Cooking

Brand: Wanupe

1.4 ★★★★★ ∨ (3)

$48.99

Get a $80 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

| Brand | Wanupe |
| --- | --- |
| Product Dimensions | 9"D x 16"W x 9"H |
| Special Feature | Adjustable height |
| Fuel Type | Charcoal |
| Finish Type | Non-Stick |

## About this item

- 【Heavy-Duty Steel Construction & Collapsible Design】 Engineered with premium gauge steel, this portable slot grill collapsible features an interlocking structure for solid support. Resistant to warping over time, its rugged build ensures long-term reliability in outdoor grilling scenarios
- 【Ultra-Slim Portable Storage】 As a collapsible BBQ grill, it folds flat to 1-inch thickness with minimal weight. The slot grill BBQ collapsible fits in backpacks, trunks, or RVs—perfect for camping, tailgating, lakeside picnics, or balcony use without bulk
- 【Tool-Free Setup in Seconds】 The slot grill's interlocking slot system assembles/disassembles in under 30 seconds—no tools or screws needed. Ideal for beginners and experts alike, this collapsible grill prioritizes quick cooking over construction
- 【Spacious Tabletop Cooking Surface】 With a 16 x 9in cooking area, this portable slot grill accommodates up to 10 burgers simultaneously. Designed for tabletop versatility at beaches, campsites, or cabin decks

Doe #164

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

445

## Pownvtr

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 165

Store Name: Pownvtr

Merchant ID: A3S1E5HNPLQ0QO

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3S1E5HNPLQ0QO

Product ID: B0FM7S5ZRX, B0FM7TBL9K

Product URL: https://www.amazon.com/dp/B0FM7S5ZRX?keywords=Slot%20Grill&m=A3S1E5HNPLQ0QO&psc=1, https://www.amazon.com/dp/B0FM7TBL9K?keywords=Slot%20Grill&m=A3S1E5HNPLQ0QO&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-02

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-10-08

**FILED UNDER SEAL**   EXHIBIT 2   **FILED UNDER SEAL**



Doe #165

Copyright(s) SLG-Video-01, SLG-Video-02: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002550948

447



Doe #165

Copyright(s) SLG-Video-01, SLG-Video-02: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002550948

## Efficiency Shop(7-15 days delivery)

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 166

Store Name: Efficiency Shop(7-15 days delivery)

Merchant ID: A3TVO0WE2QW1DG

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3TVO0WE2QW1DG

Product ID: B0FK25CT9T

Product URL: https://www.amazon.com/dp/B0FK25CT9T?keywords=Slot%20Grill&m=A3TVO0WE2QW1DG&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-10



Doe #166

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## SWDZSW

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 167

Store Name: SWDZSW

Merchant ID: A3TWGA3ZUSVKJQ

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3TWGA3ZUSVKJQ

Product ID: B0FJRZXHTS

Product URL: https://www.amazon.com/dp/B0FJRZXHTS?keywords=Slot%20Grill&m=A3TWGA3ZUSVKJQ&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1, SLG-Video-01, SLG-Video-02

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-10



**FILED UNDER SEAL**    **FILED UNDER SEAL**

# Slot Grill Collapsible BBQ Grill for Easy Storage Steel, Portable Stainless Steel Folding Charcoal Grill for Camping, Travel, Picnics and Backyard BBQ

Brand: SWDZSW

$49⁹⁹

Apply now and get a $60 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score.

| Brand | SWDZSW |
|---|---|
| Product Dimensions | 45"D x 25"W x 10"H |
| Color | One Color |
| Item dimensions L x W x H | 45 x 25 x 10 inches |
| Assembly Required | No |

## About this item

- Foldable Design: This portable grill features a compact, collapsible design that folds flat for easy storage. Perfect for small spaces, it can be easily stored in your car, backpack, or garage

- Durable Steel Construction: Made from robust steel, this grill is designed to withstand high temperatures and heavy use. It's built to last and won't warp or burn through, ensuring long-lasting performance

- Spacious Grilling Surface: With a cooking surface, this grill is big enough to cook up to 10 burgers at once. Ideal for small gatherings, picnics, and BBQ parties, it provides ample space for all your grilling needs

- Portable and Easy to Use: Whether you're camping, tailgating, or hosting a backyard BBQ, this grill is lightweight and easy to transport. The folding design makes it convenient for grilling on the go, no matter where you are

- Easy Care: To keep this grill in top shape, simply store it out of the weather and apply a light food-safe spray to the grilling surface. With proper care, it will serve you for many



After Folding

Before Folding

Click to see full view



Ask Rufus
Can it be used with wood chips?    Does it come with a carrying case?
Is this grill weather resistant?    Ask something else



$49⁹⁹

FREE delivery **November 10 – 25.** Details

Deliver to John - Sherman 75090

**Usually ships within 9 to 10 days**

Quantity: 1

Add to Cart

Buy Now

Shipped / Sold    SWDZSW

Returns    30-day refund/replacement

Payment    Secure transaction

See more

**Add a Protection Plan:**

☐ 3-Year Protection Plan for $6.99

☐ 4-Year Protection Plan for $8.99

☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Doe #167

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-1: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, PA0002550948

EXHIBIT 2

## Chuangfengzhaoming

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 168

Store Name: Chuangfengzhaoming

Merchant ID: A3U4RGIFVUWAC3

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3U4RGIFVUWAC3

Product ID: B0FN482X53, B0FNCWGS7Q, B0FNRBWV7N

Product URL: https://www.amazon.com/dp/B0FN482X53?keywords=Slot%20Grill&m=A3U4RGIFVUWAC3&psc=1, https://www.amazon.com/dp/B0FNCWGS7Q?keywords=Slot%20Grill&m=A3U4RGIFVUWAC3&psc=1, https://www.amazon.com/dp/B0FNRBWV7N?keywords=Slot%20Grill&m=A3U4RGIFVUWAC3&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1, SLG-Video-01, SLG-Video-02

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-06, 2025-10-10, 2025-10-13

**FILED UNDER SEAL**    **FILED UNDER SEAL**

EXHIBIT 2

2025-10-13

amazon.com/dp/B0FN482X53?keywords=Slot+Grill&m=A3U4RGIFVUWAC3&th=1

Amazon    Deliver to John Sherman 75090    Tools & Home Improvement ▾  Slot Grill    EN ▾    Hello, John Account & Lists ▾    Returns & Orders    0 Cart

All  Rufus  Join Prime  Amazon Haul  Same-Day Delivery  Medical Care ▾  Books ▾  Buy Again  Customer Service  Amazon Basics  Pet Supplies  Browsing History ▾  Handmade  Pharmacy  Subscribe & Save  Household, Health & Baby Care  Sell  John's Amazon.com

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home    Shop by Room    Launchpad    Amazon Business

Sports & Outdoors › Outdoor Recreation › Camping & Hiking › Camp Kitchen › Stoves & Grills › Camping Grills



After folding

Before folding

Click to see full view

      

### Barbecue Grill Portable Folding,Stainless Steel Folding BBQ Grill,Foldable Charcoal Grill For Outdoor,Picnic,Garden Terrace,Camping,Travel,Lightweight Easy to Clean(Size:40 * 22 * 25cm,Color:Black)

Brand: LZTET

$50⁰⁰

Or $9²³ /mo (6 mo). Select from 2 plans

Get $60 off instantly: Pay $0.00 $50.00 upon approval for the Amazon Store Card. No annual fee.

Color: **Black**

Size: **40*22*25cm**

| Brand | LZTET |
|---|---|
| Color | Black |
| Model Name | B |
| Manufacturer | LZTET |

### About this item

- [ULTRA DURABLE FOLDABLE STEEL CONSTRUCTION] Engineered with Premium Thickened Gauge Steel, This Portable Slot Grill Collapsible Is Designed for High-Heat Performance and Long-Term Use, Its Rugged Build and Interlocking Structure Ensure Solid Support While Cooking, Making It a Reliable Choice for Outdoor barbecue—Season After Season.
- [ULTRA THIN SPACESAVING DESIGN] Enjoy ultimate convenience with this foldable portable grill that folds as thin as a folder. Portable charcoal grills ultra-compact form takes up minimal space in your car or backpack, making it the ideal companion for travel, picnics, or spontaneous outdoor cookouts. Just slide it into your bag and go.
- [MULTI SCENE VERSATILITY] Compatible with Both Charcoal and Wood , This Slot Grill BBQ Collapsible Adapts to Your Cooking Style. Whether You're Craving Flame-Grilled Burgers, Smoky Vegetables, Or Late-Night Campfire

$50⁰⁰

$5.99 delivery November 4 - 13. Details

Deliver to John - Sherman 75090

In Stock

Quantity: 1 ▾

Add to Cart

Buy Now

Shipped / Sold  Chuangfengzhaoming

Returns  30-day refund/replacement

Payment  Secure transaction

⌄ See more

**Add a Protection Plan:**
- ☐ 3-Year Protection Plan for $7.99
- ☐ 4-Year Protection Plan for $10.99
- ☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List

Doe #168

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-1: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, PA0002550948

454

**FILED UNDER SEAL**    **FILED UNDER SEAL**

2025-10-06

Sports & Outdoors › Outdoor Recreation › Camping & Hiking › Camp Kitchen › Stoves & Grills › Camping Grills

Sponsored ⓘ



Click to see full view

      

## Slot Grill Collapsible,Stainless Steel Folding Charcoal BBQ with Tool Free Setup,Compact Storage,Portable Bbqs for Camping,Tailgating,Rv,Outdoor Cooking(Size:40 * 22 * 25cm,Color:Black)

Brand: LZTET

$50⁰⁰

Or $9²³ /mo (6 mo). Select from 2 plans

Get $60 off instantly: Pay $0.00 $50.00 upon approval for the Amazon Store Card. No annual fee.

Color: **Black**

Size: **40*22*25cm**

| | |
|---|---|
| **Brand** | LZTET |
| **Color** | Black |
| **Model Name** | B |
| **Manufacturer** | LZTET |

### About this item

- [HEAT-RESISTANT STABLE STRUCTURE] Built to handle high temperatures, this mini charcoal smoker offers excellent heat resistance and structural stability. Its solid support ensures it won't wobble during cooking, giving you a safer, more enjoyable barbecue experience every time.
- [ULTRA-THIN SPACESAVING DESIGN] Enjoy ultimate convenience with this foldable portable grill that folds as thin as a folder. Portable charcoal grills ultra-compact form takes up minimal space in your car or backpack, making it the ideal companion for travel, picnics, or spontaneous outdoor cookouts. Just slide it into

$50⁰⁰

$5.99 delivery **October 28 - November 5.** Details

Deliver to John - Sherman 75090

**In Stock**

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Shipped / Sold | Chuangfengzhaoming |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

⌄ See more

**Add a Protection Plan:**

- ☐ 3-Year Protection Plan for $7.99
- ☐ 4-Year Protection Plan for $10.99
- ☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

---

Doe #168

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-1: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, PA0002550948



Sports & Outdoors › Outdoor Recreation › Camping & Hiking › Camp Kitchen › Stoves & Grills › Camping Grills



Click to see full view

      

## Slot Grill,Collapsible BBQ Grill for Easy Storage Steel,No Installation Needed,Compact Storage,Portable Bbqs Camping,Tailgating,Rv,Outdoor Cooking(Size:40 * 22 * 25cm,Color:Black)

Brand: LZTET

$55$^{27}$

Or $10$^{21}$ /mo (6 mo). Select from 2 plans

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Color: **Black**

Size: **40*22*25cm**

- [HEAT-RESISTANT STABLE STRUCTURE] Built to handle high temperatures, this mini charcoal smoker offers excellent heat resistance and structural stability. Its solid support ensures it won't wobble during cooking, giving you a safer, more enjoyable barbecue experience every time.

- [ULTRA-THIN SPACESAVING DESIGN] Enjoy ultimate convenience with this foldable portable grill that folds as thin as a folder. Portable charcoal grills ultra-compact form takes up minimal space in your car or backpack, making it the ideal companion for travel, picnics, or spontaneous outdoor cookouts. Just slide it into your bag and go.

- [TABLETOP-SIZED WITH SPACIOUS COOKING AREA] Generous cooking surface fits perfectly on tables, balconies, or campgrounds. Compact yet roomy enough for burgers, steaks, or skewered veggies—small size, big grilling possibilities!

- [TOOL-FREE SETUP] This Slot Grill BBQ Collapsible Features a Smart Interlocking Slot System That Assembles and Disassembles in Under 30 Seconds—no Screws, No Tools, No Stress. Whether You're a First-Time Griller or a Seasoned Camper, You'll Appreciate the Quick Setup That Lets You Focus on Cooking, Not Construction.

- [MULTI-SCENE VERSATILITY] Compatible with Both Charcoal and Wood , This Slot Grill BBQ Collapsible Adapts to Your Cooking Style. Whether You're Craving Flame-Grilled Burgers, Smoky Vegetables, Or Late-Night Campfire



$55$^{27}$

FREE delivery **November 4 - 13**. Details

⊙ Deliver to John - Sherman 75090

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Shipped / Sold | Chuangfengzhaoming |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

⌄ See more

Add to List

Doe #168

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-1: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, PA0002550948

## Fuchart-US

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 169

Store Name: Fuchart-US

Merchant ID: A3VJ7MQPPPHKLS

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3VJ7MQPPPHKLS

Product ID: B0FK5GKZHB, B0FL746KXS

Product URL: https://www.amazon.com/dp/B0FK5GKZHB?keywords=Slot%20Grill&m=A3VJ7MQPPPHKLS&psc=1, https://www.amazon.com/dp/B0FL746KXS?keywords=Slot%20Grill&m=A3VJ7MQPPPHKLS&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-09-29, 2025-10-14

**FILED UNDER SEAL**    **FILED UNDER SEAL**

2025-09-29



Slot Grill Collapsible BBQ Grill, Portable Foldable Charcoal Grills for Camping, Outdoor Small Folding Campfire Tabletop Fire Pit Grills for Travel,...

Color: Black

Doe #169

Copyright(s) SLG-Video-01, SLG-2: Listing Image

Copyright Registration Numbers: VA0002463263, PA0002550948

**FILED UNDER SEAL** EXHIBIT 2 **FILED UNDER SEAL**
Case 4:25-cv-00174-RWS Document 70-1 Filed 09/09/25 Page 103 of 144 PageID #



Amazon

Deliver to John
Sherman 75090

Tools & Home Improvement ▾   Slot Grill

Hello, John
Account & Lists ▾

Returns
& Orders

0 Cart

All   Rufus   Join Prime   Amazon Haul   Same-Day Delivery   Medical Care ▾   Luxury   Buy Again   Customer Service   Amazon Basics   Pet Supplies   Browsing History ▾   Audible   Handmade   Pharmacy   Subscribe & Save   Books   Kindle Books

Tools & Home Improvement   Best Sellers   Deals & Savings   Gift Ideas   Power & Hand Tools   Lighting & Ceiling Fans   Kitchen & Bath Fixtures   Smart Home   Shop by Room   Launchpad   Amazon Business

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Charcoal Grills



Click to see full view

      

## Slot Grill Collapsible BBQ Grill, Portable Foldable Charcoal Grills for Camping, Outdoor Small Folding Campfire Tabletop Fire Pit Grills for Travel, Barbecue Kabob Stove for Party (White)

Brand: Generic

$50⁹⁹

Or $9⁴² /mo (6 mo). Select from 2 plans

Coupon:  ☐  Apply 10% coupon   Shop items ›  |  Terms

Up to 10% off  if you qualify   Shop items ›

Save 30%  on 1 when you buy 3   Shop items ›

Save 50%  on 1 when you buy 5   Shop items ›

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Color: **White**

[$50.99]  [$44.90]

| | |
|---|---|
| **Brand** | Generic |
| **Model Name** | Slot Grill Collapsible BBQ Grill |
| **Product Dimensions** | 15.74"D x 8.66"W x 9.84"H |
| **Special Feature** | Folding Side Table |
| **Color** | White |

## About this item

- 【Ultra-Compact for On-the-Go】This foldable charcoal grill collapses to folder-thin, fitting easily in backpacks, car trunks, or RV storage. Perfect for campers, tailgaters, or spontaneous picnics—small enough to grab and go, yet large enough for light cookouts or big parties (choose Small/Large). A must for outdoor lovers short on space.
- 【Tool-Free Setup in Seconds】Skip assembly—unfold this portable bbq grill and start

$50⁹⁹

$9.99 delivery **October 30 - November 3**. Details

Or fastest delivery **October 20 - 22**. Details

⊙ Deliver to John - Sherman 75090

**In Stock**

Quantity: 1 ▾

**Add to Cart**

**Buy Now**

Shipped / Sold   Fuchart-US

Returns   30-day refund/replacement

Payment   Secure transaction

⌄ See more

**Add a Protection Plan:**
☐ 3-Year Protection Plan for $7.99
☐ 4-Year Protection Plan for $10.99
☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

**Add to List**

Doe #169

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060

459

## The Store of Mr.Feng

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 170

Store Name: The Store of Mr.Feng

Merchant ID: A4A21G8CYX7M6

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A4A21G8CYX7M6

Product ID: B0FLDKBGTK

Product URL: https://www.amazon.com/dp/B0FLDKBGTK?keywords=Slot%20Grill&m=A4A21G8CYX7M6&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-10-16

460

**FILED UNDER SEAL**    **FILED UNDER SEAL**

EXHIBIT 2

2025-10-16



Slot Grill - Collapsible BBQ Grill for Easy Storage Steel, Stainless Steel Portable Foldable Charcoal Grills For Travel, Camping, Large Cooking Surface,...

Doe #170

Copyright(s) SLG-Video-01: Listing Image

Copyright Registration Numbers: PA0002550948

## AnsellDirect

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 171

Store Name: AnsellDirect

Merchant ID: A6E35UFP32CQJ

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A6E35UFP32CQJ

Product ID: B0FK56ZLC3, B0FL85NB3M

Product URL: https://www.amazon.com/dp/B0FK56ZLC3?keywords=Slot%20Grill&m=A6E35UFP32CQJ&psc=1, https://www.amazon.com/dp/B0FL85NB3M?keywords=Slot%20Grill&m=A6E35UFP32CQJ&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-02, SLG-Video-03, SLG-4, SLG-5

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 5

Screenshots Captured on: 2025-09-24, 2025-09-29



EXHIBIT 2

Doe #171

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

463



Doe #171

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-4, SLG-5: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002551060, VA0002463264, VA0002463263, PA0002550948

**FILED UNDER SEAL** Case 4:26-cv-00174-RWS    Document 20-4    Filed 03/09/26    Page 109 of 144 PageID #: 1757    **FILED UNDER SEAL**

EXHIBIT 2

## 1974jiuxiang

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 172

Store Name: 1974jiuxiang

Merchant ID: A79PIV0LOWQR

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A79PIV0LOWQR

Product ID: B0FKGRWHMN

Product URL: https://www.amazon.com/dp/B0FKGRWHMN?keywords=Slot%20Grill&m=A79PIV0LOWQR&psc=1

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-08









Doe #172

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

**FILED UNDER SEAL** Case 4:26-cv-00174-RWS   Document 20-4   Filed 03/09/26   Page 111 of 144 PageID #: EXHIBIT 2   **FILED UNDER SEAL**
1759

nxmv

## DEFENDANT INTERNET STORE INFORMATION:

Marketplace: Amazon

Doe #: 173

Store Name: nxmv

Merchant ID: A89DHURNN2SN0

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A89DHURNN2SN0

Product ID: B0FMJXY6G6

Product URL: https://www.amazon.com/dp/B0FMJXY6G6?keywords=Slot%20Grill&m=A89DHURNN2SN0&psc=1

## INFRINGEMENT INFORMATION:

Copyrights Infringed: SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-10-06



Doe #173

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060

陕西旭悦财商贸有限公司

## DEFENDANT INTERNET STORE INFORMATION:

Marketplace: Amazon

Doe #: 174

Store Name: 陕西旭悦财商贸有限公司

Merchant ID: A8UMTSXCALVG9

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A8UMTSXCALVG9

Product ID: B0FL7WPG4W, B0FL7WPQJD

Product URL: https://www.amazon.com/dp/B0FL7WPG4W?keywords=Slot%20Grill&m=A8UMTSXCALVG9&psc=1, https://www.amazon.com/dp/B0FL7WPQJD?keywords=Slot%20Grill&m=A8UMTSXCALVG9&psc=1

## INFRINGEMENT INFORMATION:

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-14



Doe #174

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



Doe #174

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

471

## prime-US

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 175

Store Name: prime-US

Merchant ID: A97N2U0TWMMB3

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A97N2U0TWMMB3

Product ID: B0FKMNMVVX, B0FN8BK167

Product URL: https://www.amazon.com/dp/B0FKMNMVVX?keywords=Slot%20Grill&m=A97N2U0TWMMB3&psc=1, https://www.amazon.com/dp/B0FN8BK167?keywords=Slot%20Grill&m=A97N2U0TWMMB3&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-09-24, 2025-10-14

472



Doe #175

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, VA0002463263, PA0002550948

473



Doe #175

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, VA0002463263, PA0002550948

## Pazuloa

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 176

Store Name: Pazuloa

Merchant ID: AAIB4CWGXHJ2V

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AAIB4CWGXHJ2V

Product ID: B0FJL74SJ7

Product URL: https://www.amazon.com/dp/B0FJL74SJ7?keywords=Slot%20Grill&m=AAIB4CWGXHJ2V&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-10-13

**FILED UNDER SEAL**



Doe #176

Copyright(s) SLG-Video-01, SLG-2: Listing Image

Copyright Registration Numbers: VA0002463263, PA0002550948

## yunchengshiyanhuqumansuobaihuoshanghang

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 177

Store Name: yunchengshiyanhuqumansuobaihuoshanghang

Merchant ID: AAOJ0XUK448PB

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AAOJ0XUK448PB

Product ID: B0FN5QGQSC

Product URL: https://www.amazon.com/dp/B0FN5QGQSC?keywords=Slot%20Grill&m=AAOJ0XUK448PB&psc=1

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-10-10





**Click to see full view**

      

### Upgraded Slot grill,Stainless Steel Slot Grill Collapsible BBQ Grill,Tool-Free Setup, Lightweight & Compact, Easy Storage Steel,For Travel, Camping, Tailgating

Brand: dqcbao

$70²⁷

Or $12⁹⁸ /mo (6 mo). Select from 2 plans

Get a $60 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| Brand | dqcbao |
| Color | One Color |
| Item dimensions L x W x H | 12.2 x 12.2 x 1.18 inches |
| Assembly Required | No |
| Model Name | dqcbao |

#### About this item

- Foldable Grill: This foldable grill is as thin as a paper clip when folded, offering a convenient experience. Its ultra-compact design minimizes space in your car trunk or backpack, making it the perfect companion for impromptu picnics, camping adventures, or outdoor grilling on the go.
- Lightweight and Easy to Transport: Featuring a lightweight yet sturdy construction, it's easy to carry and transport. Whether you're planning a beach vacation, a mountain hike, or a backyard party, this foldable grill will elevate your outdoor cooking experience, ensuring you can easily enjoy cooking wherever you go.
- Tool-Free Installation - Grilling in Seconds: This foldable trough grill features a smart interlocking trough system that allows it to be assembled and disassembled in just 30 seconds—no screws or tools required. Whether you're a grilling novice or an experienced camper, you'll appreciate this quick installation, allowing you to focus on cooking instead of worrying about setting up.
- Durable and High-Temperature Resistant: Made with high-quality, heat-



Doe #177

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002551060, VA0002463264, PA0002550948

478

EXHIBIT 2

## FBSHZX

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 178

Store Name: FBSHZX

Merchant ID: AAQW1WNUOVTJV

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AAQW1WNUOVTJV

Product ID: B0FK4VJ8Z3

Product URL: https://www.amazon.com/dp/B0FK4VJ8Z3?keywords=Slot%20Grill&m=AAQW1WNUOVTJV&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-09-24



Doe #178

Copyright(s) SLG-Video-01, SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060, PA0002550948

## Rossros

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 179

Store Name: Rossros

Merchant ID: ACQL7KQXH21JL

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ACQL7KQXH21JL

Product ID: B0FKSBNTHG

Product URL: https://www.amazon.com/dp/B0FKSBNTHG?keywords=Slot%20Grill&m=ACQL7KQXH21JL&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-2

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-10-10



Sports & Outdoors › Outdoor Recreation › Camping & Hiking › Camp Kitchen › Stoves & Grills › Camping Grills

### Foldable Portable Grill, Slot Grill Collapsible BBQ Grills, Portable Small Camping Hibachi Grills for BBQ Tabletop Cooking, Outdoor Camping Equipment, Stainless Stove Beach Slot Kebab (Black)

Brand: Generic

$49⁹⁹

| Save 5% | on 1 when you buy 2 | Shop items › |
| Save 20% | on 1 when you buy 3 | Shop items › |
| Save 40% | on 1 when you buy 5 | Shop items › |

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

Color: **Black**

| Brand | Generic |
| Product Dimensions | 16"D x 1.2"W x 9"H |
| Special Feature | Foldable Portable |
| Color | Black |
| Fuel Type | Foldable Portable |

### About this item

- Compact & Foldable Design Designed for convenience, this grill folds down flat for easy storage and transport. Whether you're heading to the beach, a tailgate, or a weekend camping trip, its compact build makes it the ideal on-the-go cooking companion that fits easily in your pack or car

- Durable & Reusable Build Crafted from premium stainless steel, this slot grill is built to last. The rust-resistant material ensures long-term durability, even with repeated use. Enjoy worry-free grilling with a sturdy, reusable structure that stands up to heat and outdoor elements

- Quick & Easy Assembly No tools required—this grill is designed for fast, hassle-free setup. Simply slot the pieces together in minutes and get cooking.



$49⁹⁹

$15.99 delivery **October 23 - November 3**. Details

Deliver to John - Sherman 75090

In Stock

Quantity: 1

**Add to Cart**

**Buy Now**

Shipped / Sold   Rossros

Returns   30-day refund/replacement

Payment   Secure transaction

See more

**Add a Protection Plan:**

☐ 3-Year Protection Plan for $6.99

☐ 4-Year Protection Plan for $8.99

☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

**Add to List**



Click to see full view

Doe #179
Copyright(s) SLG-2: Listing Image
Copyright Registration Numbers: VA0002463263

EXHIBIT 2
1775

## WQRPA

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 180

Store Name: WQRPA

Merchant ID: AE3NXC0T74150

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AE3NXC0T74150

Product ID: B0FKMLRWW6

Product URL: https://www.amazon.com/dp/B0FKMLRWW6?keywords=Slot%20Grill&m=AE3NXC0T74150&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-09-24


**FILED UNDER SEAL** Case 4:25-cv-00174-RWS Document 20-4 Filed 09/09/25 Page 128 of 144 PageID # EXHIBIT 2 **FILED UNDER SEAL** 2025-09-24



Doe #180

Copyright(s) SLG-Video-01: Listing Image

Copyright Registration Numbers: PA0002550948

484

## haowu10-20 days delivery

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 181

Store Name: haowu10-20 days delivery

Merchant ID: AGW5217B1SB86

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AGW5217B1SB86

Product ID: B0FLCKRSFB

Product URL: https://www.amazon.com/dp/B0FLCKRSFB?keywords=Slot%20Grill&m=AGW5217B1SB86&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-09-27

485

**FILED UNDER SEAL** Case 4:25-cv-00174-RWS   Document 20-4   Filed 09/09/26   Page 130 of 144 PageID #   **FILED UNDER SEAL**   2025-09-27

EXHIBIT 2



Amazon.com/dp/B0FLCKRSFB?keywords=Slot%20Grill&m=AGW5217B1SB86&psc=1

Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Charcoal Grills



**Click to see full view**

      

### Slot Grill - Collapsible BBQ Grill for Easy Storage, Upgraded Premium Stainless Steel, Tool-Free Assembly, Large Cooking Surface, Portable & Lightweight for Camping, Travel, Backyard Outdoor Cooking

Brand: Generic

$39⁹⁹

**Coupon:** ☐ Apply 5% coupon   Shop items ›   | Terms

Save 6% on 2 select item(s)   Shop items ›
Save 8% on 3 select item(s)   Shop items ›
Save 12% on 5 select item(s)   Shop items ›

Get a $80 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

| Brand | Generic |
|---|---|
| Product Dimensions | 13"D x 13"W x 6"H |
| Special Feature | Folding Side Table, Portable |
| Color | Black |
| Fuel Type | Charcoal |

### About this item
- Ultra-Durable Construction: The Slot Grill Collapsible is engineered with premium thickened gauge steel, ensuring high-heat performance and long-term use. This rugged, foldable grill's interlocking structure provides solid support while cooking, making it a reliable choice for outdoor cooking season after season
- Slim Fold Design: Designed for easy storage, this portable slot grill collapses flat to just 1 inch thick and weighs surprisingly little. Whether you're heading out for a road trip, weekend camping, or a lakeside picnic, this collapsible BBQ grill fits neatly in your trunk, backpack, or RV without adding bulk
- Tool-Free Setup: Get ready to grill in seconds with the innovative interlocking



$39⁹⁹

$15.99 delivery **October 14 - 28.** Details

Deliver to John - Sherman 75090

**Only 20 left in stock - order soon.**

Quantity: 1

**Add to Cart**

**Buy Now**

Shipped / Sold   haowu10-20 days delivery

Returns   30-day refund/replacement

Payment   Secure transaction

⌄ See more

**Add a Protection Plan:**
- ☐ 3-Year Protection Plan for $5.99
- ☐ 4-Year Protection Plan for $7.99
- ☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

**Add to List**

Doe #181

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## hnuiooi

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 182

Store Name: hnuiooi

Merchant ID: AH1LR7NHAQQXQ

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AH1LR7NHAQQXQ

Product ID: B0FMY2GDTL

Product URL: https://www.amazon.com/dp/B0FMY2GDTL?keywords=Slot%20Grill&m=AH1LR7NHAQQXQ&psc=1

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-02

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-10-13







Doe #182

Copyright(s) SLG-Video-01, SLG-Video-02: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002550948

488

## xiaoyuregou

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 183

Store Name: xiaoyuregou

Merchant ID: AH2KY5XENPRXP

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AH2KY5XENPRXP

Product ID: B0FK5FQR5J, B0FK5GGQZ4

Product URL: https://www.amazon.com/dp/B0FK5FQR5J?keywords=Slot%20Grill&m=AH2KY5XENPRXP&psc=1, https://www.amazon.com/dp/B0FK5GGQZ4?keywords=Slot%20Grill&m=AH2KY5XENPRXP&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-09-28

**FILED UNDER SEAL**     EXHIBIT 2     **FILED UNDER SEAL**     2025-09-28



Doe #183

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**



Doe #183

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

EXHIBIT 2

## elilili-shop

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 184

Store Name: elilili-shop

Merchant ID: AKTTMOQBYWKPC

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AKTTMOQBYWKPC

Product ID: B0FN2ZJ2PG, B0FN34CXKX

Product URL: https://www.amazon.com/dp/B0FN2ZJ2PG?keywords=Slot%20Grill&m=AKTTMOQBYWKPC&psc=1, https://www.amazon.com/dp/B0FN34CXKX?keywords=Slot%20Grill&m=AKTTMOQBYWKPC&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-10-10







# Slot Grill - Collapsible BBQ Grill For Easy Storage Steel, Slot - Collapsible Bbq,2025 Upgraded Lightweight & Compact For Camping, Tailgating, Travel, Party, Outdoor Cooking (#S)

Brand: Generic

$77⁰⁰

$77⁰⁰

Or $14²² /mo (6 mo). Select from 2 plans

Get $60 off instantly: Pay $17.00 $77.00 upon approval for the Amazon Store Card. No annual fee.

Color: #S

| Brand | Generic |
|---|---|
| Model Name | Slot Grill - Collapsible BBQ Grill For Easy Storage Steel |
| Product Dimensions | 13"D x 13"W x 6"H |
| Special Feature | Compact, Folding Side Table, Portable, Removable Plate |
| Color | #S |

## About this item

- Tool-Free Setup – Ready to Grill in Seconds:Designed with simplicity in mind —just slot the parts together and you're ready to cook. No tools, no fuss. That Assembles and Disassembles in Under 30 Seconds—no Screws, Whether it's a spontaneous cookout or a campsite dinner, this islot grill bbq collapsible lets you focus on food and fun, not frustrating assembly.
- Lightweight & Effortless Transport : Crafted with a lightweight yet sturdy construction, the Slot Grill is designed for easy carrying and transport.

$77⁰⁰

$4.99 delivery **October 21 - 30.**
Details

Deliver to John - Sherman 75090

In Stock

Quantity: 1

**Add to Cart**

**Buy Now**

Shipped / Sold  elilili-shop

Returns  30-day refund/replacement

Payment  Secure transaction

See more

**Add a Protection Plan:**

- 3-Year Protection Plan for $9.99
- 4-Year Protection Plan for $13.99
- Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List

Doe #184

Copyright(s) SLG-Video-01, SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060, PA0002550948

493

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**

2025-10-10



Patio, Lawn & Garden › Grills & Outdoor Cooking › Grills & Smokers › Charcoal Grills



  

Click to see full view

      

### Slot Grill - Collapsible BBQ Grill For Easy Storage Steel, Slot - Collapsible Bbq,2025 Upgraded Lightweight & Compact For Camping, Tailgating, Travel, Party, Outdoor Cooking (#L)

Brand: Generic

$94.99

Or $17.54 /mo (6 mo). Select from 2 plans

Get $60 off instantly: Pay $34.99 upon approval for the Amazon Store Card.

Color: #L

 

$94.99    $77.00

| Brand | Generic |
|---|---|
| Model Name | Slot Grill - Collapsible BBQ Grill For Easy Storage Steel |
| Product Dimensions | 13"D x 13"W x 6"H |
| Special Feature | Compact, Folding Side Table, Portable, Removable Plate |
| Color | #L |

#### About this item

- Tool-Free Setup – Ready to Grill in Seconds:Designed with simplicity in mind —just slot the parts together and you're ready to cook. No tools, no fuss. That Assembles and Disassembles in Under 30 Seconds—no Screws, Whether it's a spontaneous cookout or a campsite dinner, this islot grill bbq collapsible lets you focus on food and fun, not frustrating assembly.
- Lightweight & Effortless Transport : Crafted with a lightweight yet sturdy construction, the Slot Grill is designed for easy carrying and transport. Whether you're planning a beach day, mountain hike, or backyard gathering,



Doe #184

Copyright(s) SLG-Video-01, SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060, PA0002550948

494

## Pwd Us

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 185

Store Name: Pwd Us

Merchant ID: AQZH2K6L5TVD8

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AQZH2K6L5TVD8

Product ID: B0FW4K4YCQ, B0FW4KM2DM

Product URL: https://www.amazon.com/dp/B0FW4K4YCQ?keywords=Slot%20Grill&m=AQZH2K6L5TVD8&psc=1, https://www.amazon.com/dp/B0FW4KM2DM?keywords=Slot%20Grill&m=AQZH2K6L5TVD8&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-29

**FILED UNDER SEAL**    **FILED UNDER SEAL**

2025-10-29



Doe #185

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, PA0002550948

**FILED UNDER SEAL**    **FILED UNDER SEAL**

2025-10-29



Doe #185

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, PA0002550948

**FILED UNDER SEAL**    **FILED UNDER SEAL**

EXHIBIT 2

## xiao na shop

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 186

Store Name: xiao na shop

Merchant ID: AS2US412RIND7

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AS2US412RIND7

Product ID: B0FL7KSQYD

Product URL: https://www.amazon.com/dp/B0FL7KSQYD?keywords=Slot%20Grill&m=AS2US412RIND7&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-10

**FILED UNDER SEAL** Case 4:26-cv-00174-RWS Document 20-1 Filed 06/09/26 Page 143 of 144 PageID # **FILED UNDER SEAL** 2025-10-10

EXHIBIT 2



Sports & Outdoors › Outdoor Recreation › Camping & Hiking › Camp Kitchen › Stoves & Grills › Camping Grills



Portable and foldable:
Three easy steps to use
01 Side and front splicing
02 Complete the box
03 Install oven grates

Click to see full view



## Slot Grill Collapsible BBQ Grill, Stainless Steel Portable Slot Bbq Collapsible, Outdoor Necessary Barbecue Grill, Lightweight & Compact For Camping, Travel, Party, Tool-Free Setup

Brand: Generic

**$65⁹⁹**

Or $12¹⁹ /mo (6 mo). Select from 2 plans

Get a $60 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

| Brand | Generic |
|---|---|
| Product Dimensions | 8.66"D x 9.84"W x 15.75"H |
| Special Feature | Compact |
| Fuel Type | Charcoal |
| Recommended Uses For Product | 户外 |

### About this item

- Ultra-Durable, Foldable Steel Construction: Engineered with Premium Gauge Steel, This Portable Slot Grill Collapsible Is Designed for High-Heat Performance and Long-Term Use. the slot grill Rugged Build and Interlocking Structure Ensure Solid Support While Cooking, Making tiny grill a Reliable Choice for Outdoor Grilling—season After Season
- Slim Fold Design – Lightweight & Easy to Store: Slot grill collapsible bbq grill for easy storage steel folds Flat to Just 1 Inch Thick and Weighs Surprisingly Little, Making It Incredibly Easy to Carry and Store. Whether You're Heading out for a Road Trip, Weekend Camping, Or a Lakeside Picnic, This Slot Grill BBQ Collapsible Fits Neatly in Your Trunk, Backpack, Or Rv—without Adding Bulk or Weight. Slot grill portable Always Ready When Adventure Calls
- Travel-Ready with Tabletop Convenience: Perfectly Sized for Tabletop Use, This Collapsible BBQ Grill Offers a Spacious 16" X 9" Cooking Surface— enough to Cook up to 10 Burgers at Once. Slot grills Grab-and-Go Form



**$65⁹⁹**

$9.99 delivery November 3 - 12. Details

Deliver to John - Sherman 75090

In Stock

Quantity: 1

Add to Cart

Buy Now

Shipped / Sold   xiao na shop

Returns   30-day refund/replacement

Payment   Secure transaction

See more

**Add a Protection Plan:**
- 3-Year Protection Plan for $8.99
- 4-Year Protection Plan for $11.99
- Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List

Doe #186

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

499

**FILED UNDER SEAL** Case 4:26-cv-00174-RWS Document 20-4 Filed 03/09/26 Page 144 of 144 PageID #: 1792 **FILED UNDER SEAL**

EXHIBIT 2

## BeiMan

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Amazon

Doe #: 187

Store Name: BeiMan

Merchant ID: AS3TJJJCECUXL

Store URL: https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AS3TJJJCECUXL

Product ID: B0FPWST5V9

Product URL: https://www.amazon.com/dp/B0FPWST5V9?keywords=Slot%20Grill&m=AS3TJJJCECUXL&psc=1

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-10-13