

Doe #234

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, VA0002463263, PA0002550948

## Hxdctttmyyy

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 235

Store Name: Hxdctttmyyy

Merchant ID: 634418225568909

Store URL: https://www.temu.com/m-634418225568909.html

Product ID: 601104215569621

Product URL: https://www.temu.com/g-601104215569621.html

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-24



Doe #235

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

678



Doe #235

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

**FILED UNDER SEAL**    **FILED UNDER SEAL**



Doe #235

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## Makelele Sport Fashion

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 236

Store Name: Makelele Sport Fashion

Merchant ID: 634418225636696

Store URL: https://www.temu.com/m-634418225636696.html

Product ID: 601103945141483

Product URL: https://www.temu.com/g-601103945141483.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-10-27

EXHIBIT 2

**FILED UNDER SEAL**

2025-10-27



Doe #236

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, VA0002463263, PA0002550948

682

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**

2025-10-27



Doe #236

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, VA0002463263, PA0002550948

683



Doe #236

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, VA0002463263, PA0002550948

## wangmeijunqidian

---

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 237

Store Name: wangmeijunqidian

Merchant ID: 634418225801449

Store URL: https://www.temu.com/m-634418225801449.html

Product ID: 601103544404445

Product URL: https://www.temu.com/g-601103544404445.html

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-11-12



Doe #237

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



Doe #237

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

Case 4:26-cv-00174-RWS   Document 20-6   Filed 03/09/26   Page 13 of 180 PageID #: 1980

xxxhuio

## DEFENDANT INTERNET STORE INFORMATION:

Marketplace: Temu

Doe #: 238

Store Name: xxxhuio

Merchant ID: 634418225856440

Store URL: https://www.temu.com/m-634418225856440.html

Product ID: 601104457336727

Product URL: https://www.temu.com/g-601104457336727.html

## INFRINGEMENT INFORMATION:

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-23



Doe #238

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



Doe #238

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

690

**FILED UNDER SEAL**   **FILED UNDER SEAL**



Doe #238

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

691

EXHIBIT 2

## NovaaTech SI

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 239

Store Name: NovaaTech SI

Merchant ID: 634418225980174

Store URL: https://www.temu.com/m-634418225980174.html

Product ID: 601103907374678

Product URL: https://www.temu.com/g-601103907374678.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-10-27

EXHIBIT 2

**FILED UNDER SEAL**

2025-10-27



Doe #239

Copyright(s) SLG-Video-01, SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060, PA0002550948

**FILED UNDER SEAL**    **FILED UNDER SEAL**





Doe #239

Copyright(s) SLG-Video-01, SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060, PA0002550948

## Velvethugl

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 240

Store Name: Velvethugl

Merchant ID: 634418225984044

Store URL: https://www.temu.com/m-634418225984044.html

Product ID: 601104060556674

Product URL: https://www.temu.com/g-601104060556674.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-11-19

EXHIBIT 2



Doe #240

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



Doe #240

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## Vervedxshd

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 241

Store Name: Vervedxshd

Merchant ID: 634418226058303

Store URL: https://www.temu.com/m-634418226058303.html

Product ID: 601104160059815

Product URL: https://www.temu.com/g-601104160059815.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-27



Doe #241

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

700

**FILED UNDER SEAL**    **FILED UNDER SEAL**



Doe #241

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



Doe #241

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

702

**FILED UNDER SEAL** Case 4:26-cv-00174-RWS   Document 20-6   Filed 03/09/26   Page 28 of 180 PageID #: 1995   **FILED UNDER SEAL**

EXHIBIT 2

## Voyagexzxzc

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 242

Store Name: Voyagexzxzc

Merchant ID: 634418226066329

Store URL: https://www.temu.com/m-634418226066329.html

Product ID: 601104706895818

Product URL: https://www.temu.com/g-601104706895818.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-11-19



Doe #242
Copyright(s) SLG-Video-01, SLG-4: Listing Image
Copyright Registration Numbers: VA0002463264, PA0002550948



Doe #242

Copyright(s) SLG-Video-01, SLG-4: Listing Image

Copyright Registration Numbers: VA0002463264, PA0002550948

EXHIBIT 2

## SlarLuxe

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 243

Store Name: SlarLuxe

Merchant ID: 634418226072795

Store URL: https://www.temu.com/m-634418226072795.html

Product ID: 601104690765706

Product URL: https://www.temu.com/g-601104690765706.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-28



Doe #243

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



Doe #243

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

708

## BloomPage

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 244

Store Name: BloomPage

Merchant ID: 634418226077468

Store URL: https://www.temu.com/m-634418226077468.html

Product ID: 601104307687649

Product URL: https://www.temu.com/g-601104307687649.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-23



Doe #244

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

710

**FILED UNDER SEAL**    **FILED UNDER SEAL**



Doe #244

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

711



Doe #244

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## StorySpine Bookstore

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 245

Store Name: StorySpine Bookstore

Merchant ID: 634418226079203

Store URL: https://www.temu.com/m-634418226079203.html

Product ID: 601103866144504

Product URL: https://www.temu.com/g-601103866144504.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-24



Doe #245

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



Doe #245

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

\*\*FILED UNDER SEAL\*\*    \*\*FILED UNDER SEAL\*\*

2025-10-24



Doe #245
Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

EXHIBIT 2

## SOIN SHOP

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 246

Store Name: SOIN SHOP

Merchant ID: 634418226160565

Store URL: https://www.temu.com/m-634418226160565.html

Product ID: 601104698900273, 601104699705453

Product URL: https://www.temu.com/g-601104698900273.html, https://www.temu.com/g-601104699705453.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-28



Doe #246
Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

**FILED UNDER SEAL**    **FILED UNDER SEAL**



Doe #246

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

719



Doe #246

Copyright(s) SLG-Video-01, SLG-4: Listing Image

Copyright Registration Numbers: VA0002463264, PA0002550948



Doe #246

Copyright(s) SLG-Video-01, SLG-4: Listing Image

Copyright Registration Numbers: VA0002463264, PA0002550948

## AuroraTechSHOP BA

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 247

Store Name: AuroraTechSHOP BA

Merchant ID: 634418226199222

Store URL: https://www.temu.com/m-634418226199222.html

Product ID: 601104547238582

Product URL: https://www.temu.com/g-601104547238582.html

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-23



Doe #247

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

723



Doe #247

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

724



Doe #247

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

725

EXHIBIT 2

## Qichctory

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 248

Store Name: Qichctory

Merchant ID: 634418226231099

Store URL: https://www.temu.com/m-634418226231099.html

Product ID: 601104326023253

Product URL: https://www.temu.com/g-601104326023253.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-24



Doe #248

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

**FILED UNDER SEAL**   **FILED UNDER SEAL**



Doe #248

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

728



Doe #248
Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## Icy Threads

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 249

Store Name: Icy Threads

Merchant ID: 634418226346322

Store URL: https://www.temu.com/m-634418226346322.html

Product ID: 601104615539662

Product URL: https://www.temu.com/g-601104615539662.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-29



Doe #249

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

731



Doe #249

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

732

## West Bamboo

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 250

Store Name: West Bamboo

Merchant ID: 634418226348620

Store URL: https://www.temu.com/m-634418226348620.html

Product ID: 601104185670989

Product URL: https://www.temu.com/g-601104185670989.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-28



Doe #250

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



Doe #250

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## VogueVilla L

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 251

Store Name: VogueVilla L

Merchant ID: 634418226355255

Store URL: https://www.temu.com/m-634418226355255.html

Product ID: 601103726814387

Product URL: https://www.temu.com/g-601103726814387.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-10-24



Doe #251

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, VA0002463263, PA0002550948

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**



Doe #251

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, VA0002463263, PA0002550948



Doe #251

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, VA0002463263, PA0002550948

## Everlasting Bloom Flora

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 252

Store Name: Everlasting Bloom Flora

Merchant ID: 634418226357516

Store URL: https://www.temu.com/m-634418226357516.html

Product ID: 601104807849607

Product URL: https://www.temu.com/g-601104807849607.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-11-12



Doe #252

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, VA0002463263, PA0002550948



Doe #252
Copyright(s) SLG-Video-01, SLG-Video-03, SLG-2, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551060, VA0002463264, VA0002463263, PA0002550948

## EXHIBIT 2

## Lathe Line

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 253

Store Name: Lathe Line

Merchant ID: 634418226365709

Store URL: https://www.temu.com/m-634418226365709.html

Product ID: 601104239200893

Product URL: https://www.temu.com/g-601104239200893.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-24



Doe #253

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



Doe #253

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



Doe #253

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## Mech Aura

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 254

Store Name: Mech Aura

Merchant ID: 634418226367506

Store URL: https://www.temu.com/m-634418226367506.html

Product ID: 601104274682181

Product URL: https://www.temu.com/g-601104274682181.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-24

EXHIBIT 2

**FILED UNDER SEAL**



Doe #254

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



Doe #254

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

749



Doe #254

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

**EXHIBIT 2**

## Globaljghjk

---

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 255

Store Name: Globaljghjk

Merchant ID: 634418226371536

Store URL: https://www.temu.com/m-634418226371536.html

Product ID: 601104394901450

Product URL: https://www.temu.com/g-601104394901450.html

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-28

EXHIBIT 2

**FILED UNDER SEAL**



Doe #255

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

**\*\*FILED UNDER SEAL\*\*** EXHIBIT 2 **\*\*FILED UNDER SEAL\*\*** 2025-10-28

Case 4:25-cv-00174-RWS Document ... Filed 03/09/25 Page 78 of 180 PageID #: ...



Doe #255

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

753

EXHIBIT 2

## KERKFJN

---

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 256

Store Name: KERKFJN

Merchant ID: 634418226445771

Store URL: https://www.temu.com/m-634418226445771.html

Product ID: 601104096772158, 601104124956955

Product URL: https://www.temu.com/g-601104096772158.html, https://www.temu.com/g-601104124956955.html

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-24, 2025-10-27

EXHIBIT 2

**FILED UNDER SEAL**

2025-10-24



Doe #256

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

755



**FILED UNDER SEAL**                                    **FILED UNDER SEAL**

Doe #256

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

756



Doe #256

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



Doe #256

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



Doe #256

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

759



Home > Checkout

✅ No import charges for all local warehouse items and no extra charges upon delivery

✔ Free shipping on all items of this order

**Shipping address**                                    Change address >

Selena T   +1 (682)259-7982

320 N Travis St
SHERMAN, TX 75090, United States

🌐 Local warehouse (1)   🚚 Fastest delivery: 2 BUSINESS DAYS

No import charges  Collapsible BBQ Grill with Fire Pit - Heavy-Duty Stainless Steel Construction, Portable Outdoor C...

Color: Style                                            Qty: 1 ▾

**$44.09** $65.99 -33%

🚚 Standard shipping: FREE, delivery: 2-7 business days >

**Payment methods**

○  Pay  Apple Pay

○  Card  VISA  mastercard  AMERICAN EXPRESS  DISCOVER  mae  Diners Club  JCB

●  PayPal  PayPal    ✔ Remember my PayPal

○  PayPal  PayPal Pay Later ?  Pay in 4 interest-free payments of $11.93

○  $  Cash App Pay ?

**Order summary**

| Enter coupon code | Apply |
|---|---|

Apply coupon code                                       >

Item(s) total:                                $65.99
Item(s) discount:                            -$21.90
Subtotal:                                      $44.09

Shipping:                                        FREE
Sales tax:                                      $3.64

Order total:                                  $47.73

By submitting your order, you agree to our TERMS OF USE, including the mandatory arbitration provision therein, and PRIVACY POLICY.

**Donate to Trees for the Future**

○  We invite you to donate $0.35 to fund a tree ?

PayPal

🌱 **Temu's Tree Planting Program**

Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa ?

**Delivery guarantee**

✔ $5.00 Credit for delay    ✔ Return if item damaged
✔ 15-day no update refund   ✔ 20-day no delivery refund

Learn more >

🛡 Temu protects your card information

✔ Temu follows the Payment Card Industry Data Security

Doe #256

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## good friend tools

---

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 257

Store Name: good friend tools

Merchant ID: 634418226486639

Store URL: https://www.temu.com/m-634418226486639.html

Product ID: 601104845110843

Product URL: https://www.temu.com/g-601104845110843.html

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-11-04



Doe #257

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, VA0002463263, PA0002550948

762



Doe #257

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, VA0002463263, PA0002550948

EXHIBIT 2

## NovaaTech aSHISAN

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 258

Store Name: NovaaTech aSHISAN

Merchant ID: 634418226508554

Store URL: https://www.temu.com/m-634418226508554.html

Product ID: 601104527920567

Product URL: https://www.temu.com/g-601104527920567.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-23



Doe #258

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

765



Doe #258

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



Doe #258

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## Paige Elizabeth shop

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 259

Store Name: Paige Elizabeth shop

Merchant ID: 634418226542686

Store URL: https://www.temu.com/m-634418226542686.html

Product ID: 601105100722526

Product URL: https://www.temu.com/g-601105100722526.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-11-12



Doe #259

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, VA0002463263, PA0002550948

769



Doe #259

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, VA0002463263, PA0002550948

770

**FILED UNDER SEAL** Case 4:26-cv-00174-RWS   Document 20-6   Filed 03/09/26   Page 96 of 180 PageID #: 2063   **FILED UNDER SEAL**

EXHIBIT 2

## CSFAleo

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 260

Store Name: CSFAleo

Merchant ID: 634418226584941

Store URL: https://www.temu.com/m-634418226584941.html

Product ID: 601104383307557

Product URL: https://www.temu.com/g-601104383307557.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-27



Doe #260

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

**FILED UNDER SEAL**    **FILED UNDER SEAL**



Doe #260

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

773

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**



Doe #260

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

774

## GkdglTWO

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 261

Store Name: GkdglTWO

Merchant ID: 634418226627955

Store URL: https://www.temu.com/m-634418226627955.html

Product ID: 601104741476302

Product URL: https://www.temu.com/g-601104741476302.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-28



Doe #261

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

**Free shipping >** excludes local items

**Free returns** Up to 90 days*

**Get the Temu App**

Sell on Temu    Join Now >

$5.00 Credit for delay >

Home > Checkout

| FREE | No import charges for all local warehouse items and no extra charges upon delivery |

✓ Free shipping on all items of this order

✓ Eligible to save an extra $10.00 on this order    Ends in **04** : **00** : **39**

**Shipping address**    Change address >

**Selena T**  +1 (682)259-7982

320 N Travis St

SHERMAN, TX 75090, United States

**Ships from** GkdglTWO (1) 🚚 Local Warehouse

No import charges  Slot Grill - Collapsible BBQ Grill for Easy Storage Steel Stainless Steel Slot Grill Collapsible BBQ G...

Color: Black

Extra $10.00 off | Ends in 04:00:39

Qty: 1

**ALMOST SOLD OUT**

$51.29

🚚 Standard shipping: FREE, delivery: 3-7 business days, fastest delivery in 2 business days >

**Payment methods**

○ 🍎Pay  Apple Pay

○ ▬ Card VISA  ●● AMERICAN EXPRESS DISCOVER ● Diners Club JCB

● P PayPal  Remember my PayPal

○ P PayPal Pay Later ⓘ Pay in 4 interest-free payments of $13.88

### Order summary

| Enter coupon code | Apply |

Apply coupon code    >

Item(s) total:    $61.29

Limited-time discount:    -$10.00

Subtotal:    $51.29

Shipping:    FREE

Sales tax:    $4.23

Order total:    $55.52

By submitting your order, you agree to our TERMS OF USE, including the mandatory arbitration provision therein, and PRIVACY POLICY.

**Donate to Trees for the Future**

○ We invite you to donate $0.35 to fund a tree ⓘ

**PayPal**

🌳 Temu's Tree Planting Program

Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa ⓘ

TREES FOR THE FUTURE

Learn more >

🛡 Temu protects your card information

🚚 Delivery guarantee

✓ $5.00 Credit for delay  ✓ Return if item damaged
✓ 15-day no update refund  ✓ 20-day no delivery refund

Doe #261

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

GDFSADF

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 262

Store Name: GDFSADF

Merchant ID: 634418226650594

Store URL: https://www.temu.com/m-634418226650594.html

Product ID: 601104173149720

Product URL: https://www.temu.com/g-601104173149720.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-11-12

temu.com/g-60110473149720.html

Free shipping >
15-day no update refund

Free returns
for EVERY order

Get the Temu App

Sell on Temu  Join Now >

Best-Selling Items | 5-Star Rated | Black Friday | Local Warehouse | Categories ⌄ | bbq grill outdoor 🔍 | Hello, Selena SW Orders & Account | Support | English

Home > Patio, Lawn & Garden > Grills & Outdoor Cooking > Slot Grill - Collapsible B...



**No import charges** 🚚 **Arrives in 2+ BUSINESS DAYS** - Local warehouse Slot Grill - Collapsible BBQ Grill Easy Storage Steel, Stainless Steel Slot Grill Collapsible BBQ Grill, Portable Fire Pit Camping, Travel, Party, Outdoor Cooking15.7 3.9 8.6in, Party Barbecue, Compact Design, Spacesaving Design, Camping Enthusiasts

Sold by 🌍 >

**$77.⁴⁹** LAST FEW❓ Pay $7.17 today 💳 PayPal 💳 Klarna >

✓ Free shipping | ✓ $5.00 Credit for delay

✓ Selected Color: initial

This item **ships for free** and arrives **in 2+ business days!** ✕

Qty [ 1 ⌄ ]

Add to cart | **Buy now! Almost out!** Fastest delivery in 2 business days

🚚 Free shipping from this seller >

✓ $5.00 Credit for delay · ✓ 15-day no update refund · ✓ 20-day no delivery refu… >

✓ Standard: FREE, est. Fastest delivery in 2 business days

🛒 No import charges for all local warehouse items and no extra charges upon delivery

🔖 Order guarantee >

✓ Free returns · ✓ Best price guarantee · ✓ Return if item damaged

BONUS COUPONS ✕

GDFSADF  1 Sold

Follow | Shop all items (1.6K+)

Messages

Feedback

Product details

♡ Save | Report issue >

Doe #262
Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

779



Doe #262

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

gongcsheng

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 263

Store Name: gongcsheng

Merchant ID: 634418226674598

Store URL: https://www.temu.com/m-634418226674598.html

Product ID: 601104314898125

Product URL: https://www.temu.com/g-601104314898125.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-11-11



Doe #263

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

2025-11-11



Doe #263

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

EXHIBIT 2

## BULABULAMER

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 264

Store Name: BULABULAMER

Merchant ID: 634418226691605

Store URL: https://www.temu.com/m-634418226691605.html

Product ID: 601104211356944

Product URL: https://www.temu.com/g-601104211356944.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-11-12

EXHIBIT 2



Doe #264

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



Doe #264

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

EXHIBIT 2

YGHNGD

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 265

Store Name: YGHNGD

Merchant ID: 634418226726187

Store URL: https://www.temu.com/m-634418226726187.html

Product ID: 601104266024812

Product URL: https://www.temu.com/g-601104266024812.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-11-12



Doe #265

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



Doe #265

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

789

EXHIBIT 2

## JOBWDFG

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 266

Store Name: JOBWDFG

Merchant ID: 634418226744076

Store URL: https://www.temu.com/m-634418226744076.html

Product ID: 601104150691061

Product URL: https://www.temu.com/g-601104150691061.html

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-29



Doe #266

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



**Doe #266**

**Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image**

**Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948**

**FILED UNDER SEAL**    **FILED UNDER SEAL**

EXHIBIT 2

## Voyagekl

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 267

Store Name: Voyagekl

Merchant ID: 634418226750883

Store URL: https://www.temu.com/m-634418226750883.html

Product ID: 601104350125898

Product URL: https://www.temu.com/g-601104350125898.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-27

**FILED UNDER SEAL**    2025-10-27



Doe #267

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

794



Doe #267

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



Doe #267

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## Tiny Step Spot

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 268

Store Name: Tiny Step Spot

Merchant ID: 634418226782189

Store URL: https://www.temu.com/m-634418226782189.html

Product ID: 601104180412219, 601104180531829

Product URL: https://www.temu.com/g-601104180412219.html, https://www.temu.com/g-601104180531829.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-24, 2025-10-27



Doe #268

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

**FILED UNDER SEAL**    **FILED UNDER SEAL**



Doe #268

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



Doe #268

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

800

EXHIBIT 2    **FILED UNDER SEAL**    2025-10-27



Doe #268

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



Doe #268

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



Doe #268

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

# EXHIBIT 2

## DHdmlDP

---

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 269

Store Name: DHdmlDP

Merchant ID: 634418226790185

Store URL: https://www.temu.com/m-634418226790185.html

Product ID: 601104348358148

Product URL: https://www.temu.com/g-601104348358148.html

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-24



Doe #269

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



Doe #269

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

806



Doe #269

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

**FILED UNDER SEAL**          **FILED UNDER SEAL**

EXHIBIT 2

BHHHDK

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 270

Store Name: BHHHDK

Merchant ID: 634418226805663

Store URL: https://www.temu.com/m-634418226805663.html

Product ID: 601104293760676

Product URL: https://www.temu.com/g-601104293760676.html

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-11-12

**FILED UNDER SEAL**   EXHIBIT 2   **FILED UNDER SEAL**   2025-11-12



Doe #270

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

809

**EXHIBIT 2**

**\*\*FILED UNDER SEAL\*\***

2025-11-12



Doe #270

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

810

## LooryJIN

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 271

Store Name: LooryJIN

Merchant ID: 634418226813847

Store URL: https://www.temu.com/m-634418226813847.html

Product ID: 601104384446530

Product URL: https://www.temu.com/g-601104384446530.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-10-28



Doe #271
Copyright(s) SLG-1: Listing Image
Copyright Registration Numbers: VA0002463264



Doe #271
Copyright(s) SLG-1: Listing Image
Copyright Registration Numbers: VA0002463264

EXHIBIT 2

## BianJieBB

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 272

Store Name: BianJieBB

Merchant ID: 634418226827388

Store URL: https://www.temu.com/m-634418226827388.html

Product ID: 601104678125474

Product URL: https://www.temu.com/g-601104678125474.html

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-10-28



Doe #272

Copyright(s) SLG-Video-01, SLG-4: Listing Image

Copyright Registration Numbers: VA0002463264, PA0002550948

Case 4:26-cv-00174-RWS    Document 20-1    Filed 28/09/25    Page 141 of 180 PageID #: ...

EXHIBIT 2



Doe #272

Copyright(s) SLG-Video-01, SLG-4: Listing Image

Copyright Registration Numbers: VA0002463264, PA0002550948

EXHIBIT 2

## Paper YI

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 273

Store Name: Paper YI

Merchant ID: 634418226872740

Store URL: https://www.temu.com/m-634418226872740.html

Product ID: 601104686722785

Product URL: https://www.temu.com/g-601104686722785.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-28



Doe #273

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

818



Doe #273
Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

**FILED UNDER SEAL**     **FILED UNDER SEAL**

EXHIBIT 2

## JinTanCC

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 274

Store Name: JinTanCC

Merchant ID: 634418226893313

Store URL: https://www.temu.com/m-634418226893313.html

Product ID: 601104710603723

Product URL: https://www.temu.com/g-601104710603723.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-29



Doe #274

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



Doe #274

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

EXHIBIT 2

## TANJinnNBB

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 275

Store Name: TANJinnNBB

Merchant ID: 634418226895777

Store URL: https://www.temu.com/m-634418226895777.html

Product ID: 601104685468854

Product URL: https://www.temu.com/g-601104685468854.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-29

**EXHIBIT 2**

**2025-10-29**

**\*\*FILED UNDER SEAL\*\***



Doe #275

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

824



Doe #275

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

**FILED UNDER SEAL**     **FILED UNDER SEAL**

EXHIBIT 2

## Quietshop SAN

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 276

Store Name: Quietshop SAN

Merchant ID: 634418226912930

Store URL: https://www.temu.com/m-634418226912930.html

Product ID: 601104553306368

Product URL: https://www.temu.com/g-601104553306368.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-23



Doe #276
Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



Doe #276

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



Doe #276

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

**FILED UNDER SEAL** Case 4:26-cv-00174-RWS    Document 20-6    Filed 03/09/26    Page 155 of 180 PageID #: 2122 **FILED UNDER SEAL**

EXHIBIT 2

## Notefood ER

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 277

Store Name: Notefood ER

Merchant ID: 634418226932783

Store URL: https://www.temu.com/m-634418226932783.html

Product ID: 601104499105054

Product URL: https://www.temu.com/g-601104499105054.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-23



Doe #277

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



Doe #277

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

**UNDER SEAL** EXHIBIT 2 **FILED UNDER SEAL** 2025-10-23



Doe #277

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

EXHIBIT 2

## Fishfood ER

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 278

Store Name: Fishfood ER

Merchant ID: 634418226984118

Store URL: https://www.temu.com/m-634418226984118.html

Product ID: 601104474859528

Product URL: https://www.temu.com/g-601104474859528.html

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-23

EXHIBIT 2

**FILED UNDER SEAL**

2025-10-23



Doe #278

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

835

**FILED UNDER SEAL**

**FILED UNDER SEAL**

2025-10-23



Doe #278

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

836



Doe #278

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

837

A Y X F

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 279

Store Name: A Y X F

Merchant ID: 634418226993423

Store URL: https://www.temu.com/m-634418226993423.html

Product ID: 601104774837614

Product URL: https://www.temu.com/g-601104774837614.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-10-31



Doe #279

Copyright(s) SLG-Video-01, SLG-4: Listing Image

Copyright Registration Numbers: VA0002463264, PA0002550948



Doe #279

Copyright(s) SLG-Video-01, SLG-4: Listing Image

Copyright Registration Numbers: VA0002463264, PA0002550948

## zhenseven

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Temu

Doe #: 280

Store Name: zhenseven

Merchant ID: 634418227016251

Store URL: https://www.temu.com/m-634418227016251.html

Product ID: 601104524818686

Product URL: https://www.temu.com/g-601104524818686.html

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-23

**Slot grill Collapsible BBQ grill for**

temu.com/g-601104524818686.html

Free shipping >
excludes local items

Delivery guarantee
Refund for any issues

Get the Temu App

Sell on Temu    Join Now >

TEMU    👍 Best-Selling Items    ⭐ 5-Star Rated    📦 Local Warehouse    Categories ⌄

bbq grill outdoor

Hello, Selena SW
Orders & Account

Support    🇺🇸 English    🛒

Home > Patio, Lawn & Garden > Grills & Outdoor Cooking > Slot Grill Collapsible BBQ...



No import charges    🚚 Local warehouse  Slot Grill Collapsible BBQ Grill for Easy
Storage Steel Stainless Steel Slot Grill Collapsible BBQ Grill Portable Fire Pit for
Camping Travel Party Outdoor Cooking 15.7 3.9 8.6in, Backyard Grilling, Travel
Barbecue, Compact Design, Spacesaving Grill

Sold by 🔴 >

~~$65.32~~ ⓘ **$54**.86  -16%    Pay $5.08 today 💳 PayPal

$4.85 cheaper than viewed

✓ Free shipping  |  ✓ $5.00 Credit for delay

Color: As Pic

Qty    1 ⌄

Add to cart
$4.85 cheaper than viewed

-16% now! Buy now!
🚚 Free shipping

🚚 Free shipping for this item >

✓ $5.00 Credit for delay  ·  ✓ 15-day no update refund  ·  ✓ 20-day no delivery refu... >

✓ Standard: FREE, est. Fastest delivery in 2 business days

🚚 No import charges for all local warehouse items and no extra charges upon delivery

🛡 Safe payments · Secure privacy >

📋 Order guarantee >

✓ Free returns  ·  ✓ Return if item damaged  ·  ✓ Price adjustment

**zhenseven**    1 Sold

🔁 Follow    Shop all items (660)

Product details    ♡ Save  |  Report issue >

BONUS
COUPONS

💬 Messages

📋 Feedback

Doe #280

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

842



Doe #280

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



**FILED UNDER SEAL**    **FILED UNDER SEAL**

Doe #280

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## MOCHI Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 281

Store Name: MOCHI Store

Merchant ID: 101631069

Store URL: https://www.walmart.com/reviews/seller/101631069

Product ID: 17584369699

Product URL: https://www.walmart.com/ip/17584369699

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-17



Doe #281

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



Doe #281

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## Shoreew

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 282

Store Name: Shoreew

Merchant ID: 101662953

Store URL: https://www.walmart.com/reviews/seller/101662953

Product ID: 17867461756

Product URL: https://www.walmart.com/ip/17867461756

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-02

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-10-17

**FILED UNDER SEAL**

EXHIBIT 2

2025-10-17



Doe #282

Copyright(s) SLG-Video-01, SLG-Video-02: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002550948

849

**FILED UNDER SEAL**

EXHIBIT 2



Doe #282

Copyright(s) SLG-Video-01, SLG-Video-02: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002550948

## Eosunjian Co.Ltd

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 283

Store Name: Eosunjian Co.Ltd

Merchant ID: 102484292

Store URL: https://www.walmart.com/reviews/seller/102484292

Product ID: 17479306235

Product URL: https://www.walmart.com/ip/17479306235

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-02

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-10-17



Doe #283

Copyright(s) SLG-Video-01, SLG-Video-02: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002550948

EXHIBIT 2



Doe #283

Copyright(s) SLG-Video-01, SLG-Video-02: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002550948

## ZNNT co.Ltd

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 284

Store Name: ZNNT co.Ltd

Merchant ID: 102487887

Store URL: https://www.walmart.com/reviews/seller/102487887

Product ID: 17469203481

Product URL: https://www.walmart.com/ip/seort/17469203481

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-02

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-10-31

854







### ZNNT

**ZNNT Slot Grill Collapsible BBQ Grill Tool-Free Setup Portable Camping Grills for Camping Tailgating RV Outdoor Cooking _Clearance Storage Holder**

☆ (No ratings yet)

**Actual Color:** Black

$54.99

**$54.99**

Price when purchased online ⓘ

As low as **$10/mo** with **OnePay**   Learn more

🕐 Free Holiday returns until Jan 31

**Buy now**

**Add to cart**

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives between Nov 21 - Nov 29 $15.00 | Not available | Not available |

**320 N Travis St**   Change

Arrives between **Nov 21 - Nov 29** | More options

Shipping fee $15.00

Sold and shipped by ZNNT co.Ltd
★★★½☆ (3.5)  8 seller reviews

Report an issue with this seller

Extended holiday returns   Details
Free Holiday returns until Jan 31

♡ Add to list      Add to registry

**Key item features** ⌃

- Efficient Setup: Assemble and disassemble this grill in 30 seconds with its tool-free intelligent interlocking slot system. Enjoy quick setup, allowing you to focus on cooking rather than construction.
- Compact Portability: With an ultra-thin folding design of only 1 inch thick, this lightweight grill is easy to carry and store. Perfect for road trips, camping, or picnics without adding bulk or weight to your luggage.
- Durable Performance: Crafted from high-quality metal, this portable grill ensures high thermal efficiency and long-lasting durability. Its sturdy interlocking structure provides reliable support during outdoor cooking sessions.
- Versatile Tabletop Design: Ideal for tabletop use, this foldable grill offers a spacious cooking surface capable of grilling up to 10 burgers simultaneously. Its grab-and-go structure makes it suitable for various outdoor settings like beaches, campgrounds, or balconies.

Doe #284

Copyright(s) SLG-Video-01, SLG-Video-02: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002550948

855