

Doe #284

Copyright(s) SLG-Video-01, SLG-Video-02: Listing Image

Copyright Registration Numbers: PA0002551059, PA0002550948

856

## Jazer

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 285

Store Name: Jazer

Merchant ID: 102496557

Store URL: https://www.walmart.com/reviews/seller/102496557

Product ID: 17477570431

Product URL: https://www.walmart.com/ip/seort/17477570431

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-11-11



Doe #285

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



Doe #285

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## Damenming

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 286

Store Name: Damenming

Merchant ID: 102562214

Store URL: https://www.walmart.com/reviews/seller/102562214

Product ID: 18072017795

Product URL: https://www.walmart.com/ip/18072017795

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-10-17

walmart.com/ip/seort/18072017795

Incognito

**Shipping**
320 N Travis St, Sherman, TX 75090

Search everything at Walmart online and in store

Reorder My Items | Hi, Selena W Account | $0.00

Departments | Services | Get it Fast | New Arrivals | Halloween | Rollbacks & More | Dinner Made Easy | Gift Shop | Toy Shop | Pharmacy | My Items | Only at Walmart | Credit Card | Walmart+



Damenming

## Collapsible Bbq Grill Portable Stainless Steel Foldable_Charcoal Grills Folding_Charcoal Barbecue Rack Slot Grills for Camping Tailgating Travel Party Outdoor Cooking Backyard Summer Parties

☆ (No ratings yet)

**Actual Color:** Silver

$39.99

### About this item

- ✅ Barbecue grill: The barbecue grill is designed in a fashionable and modern style, which can enhance your outdoor cooking experience. The spacious cooking area can grill a variety of foods at the same time, making it very suitable for hosting families and summer barbecues.
- ✅ Thin and lightweight: The barbecue grill can be folded to 1 inch, making it easy to fit into a backpack, RV, suitcase or_equipment bag. The foldable barbecue grill is always ready for your trip.
- ✅ Easy assembly: Enjoy instant setup! Our ingenious slot design requires no tools....

View more ⌄

### At a glance

| Brand | Material | Length |
| --- | --- | --- |
| Damenming | metal | 9.9 in |

**$39.99**

Price when purchased online ⓘ

🔁 Free Holiday returns until Jan 31

**Buy now**

**Add to cart**

How you'll get this item:

| Shipping Arrives Nov 18 $6.99 | Pickup Not available | Delivery Not available |

**320 N Travis St** Change

Arrives by **Tue, Nov 18** | More options

Shipping fee $6.99

Sold and shipped by Damenming
★★★☆☆ (3.2) 12 seller reviews

Report an issue with this seller

Extended holiday returns Details
Free Holiday returns until **Jan 31**

♡ Add to list | 🎁 Add to registry

Doe #286

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060



Doe #286

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060

NCBFHRB

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 287

Store Name: NCBFHRB

Merchant ID: 102599189

Store URL: https://www.walmart.com/reviews/seller/102599189

Product ID: 17735817597

Product URL: https://www.walmart.com/ip/seort/17735817597

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-15



Doe #287

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, PA0002550948

**FILED UNDER SEAL**     EXHIBIT 2     **FILED UNDER SEAL**



Doe #287

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, PA0002550948

865

## Uhnauch

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 288

Store Name: Uhnauch

Merchant ID: 102613020

Store URL: https://www.walmart.com/reviews/seller/102613020

Product ID: 17538556984

Product URL: https://www.walmart.com/ip/seort/17538556984

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-10-17





**Clearance**

Uhnauch

**Uhnauch Foldable Portable Grill, Slot Grill Collapsible Bbq Grills, Portable Small Camping Hibachi Grills For Bbq Tabletop Cooking, Outdoor Camping Equipment, Stainless Stove Beach Slot Kebab**

☆ (No ratings yet)

**Actual Color:** Silver

$55.49

### About this item

- Compact & Foldable Design Designed for convenience, this grill folds down flat for easy storage and transport. Whether you're heading to the beach, a tailgate, or a weekend camping trip, its compact build makes it the ideal on-the-go cooking companion that fits easily in your pack or car
- Durable & Reusable Build Crafted from premium stainless steel, this slot grill is built to last. The rust-resistant material ensures long-term durability, even with repeated use. Enjoy worry-free grilling with a sturdy, reusable structure that stands up to heat and outdoor elements...

View more ⌄

### At a glance

| Brand | Material | Grill type |
|---|---|---|
| Uhnauch | Stainless Steel | Hibachi Grill |

**$55.49**

Price when purchased online ⓘ

As low as **$10/mo** with **OnePay**  Learn more

ⓢ Free Holiday returns until Jan 31

| Buy now |
|---|

| Add to cart |
|---|

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives between Oct 30 - Nov 5 $9.99 | Not available | Not available |

**320 N Travis St**  Change

Arrives between **Oct 30 - Nov 5** | More options

Shipping fee $9.99

Sold and shipped by **Uhnauch**

★★☆☆☆ (1.9)  8 seller reviews

Report an issue with this seller

ⓢ Extended holiday returns  Details
Free Holiday returns until **Jan 31**

Doe #288

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060

867

**FILED UNDER SEAL**    **FILED UNDER SEAL**

EXHIBIT 2



Doe #288

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060

**FILED UNDER SEAL** Case 4:26-cv-00174-RWS Document 20-7 Filed 03/09/26 Page 14 of 111 PageID #: 2161 **FILED UNDER SEAL**

EXHIBIT 2

## MXP

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 289

Store Name: MXP

Merchant ID: 102619702

Store URL: https://www.walmart.com/reviews/seller/102619702

Product ID: 17428924819

Product URL: https://www.walmart.com/ip/seort/17428924819

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-10-22

**FILED UNDER SEAL**

EXHIBIT 2

2025-10-22



Doe #289

Copyright(s) SLG-Video-01: Listing Image

Copyright Registration Numbers: PA0002550948



Doe #289
Copyright(s) SLG-Video-01: Listing Image
Copyright Registration Numbers: PA0002550948

**FILED UNDER SEAL** Case 4:26-cv-00174-RWS Document 20-7 Filed 03/09/26 Page 17 of 111 PageID #: 2164 **FILED UNDER SEAL**

EXHIBIT 2

## liangzhenyu

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 290

Store Name: liangzhenyu

Merchant ID: 102641504

Store URL: https://www.walmart.com/reviews/seller/102641504

Product ID: 17639566598

Product URL: https://www.walmart.com/ip/seort/17639566598

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-10-24



YAOCHXINNNN

**Outdoor Barbecue Grill Modern Portable BBQ for Backyard Cooking Durable Steel Construction Easy Assembly Transport Summer Parties**

☆ (No ratings yet)





**Size:** 40X22X12CM

| 40X22X12CM |
| $56.85 |

**Actual Color:** Silver

**About this item**

- Ideal for outdoor cooking activities including backyard gatherings and summer celebrations with its modern minimalist design
- Crafted from robust metal materials ensuring long-lasting performance and use in various outdoor environments
- Features a portable and collapsible structure that simplifies transportation and storage for travel and picnics
- Effortless assembly process allows quick setup without tools making it user-friendly for grilling needs...

View more ⌄

**At a glance**

| Brand | Material | Assembly req |
| YAOCHXINNNN | metal | Y |

**$56.85**

Price when purchased online ⓘ

As low as **$10/mo** with OnePay   Learn more

🚚 Free shipping   ↩ Free Holiday returns until Jan 31

**Buy now**

**Add to cart**

**How you'll get this item:**

| **Shipping** Arrives between Nov 2 - Nov 7 **Free** | Pickup Not available | Delivery Not available |

**320 N Travis St** Change

Arrives between **Nov 2 - Nov 7** | More options

Sold and shipped by liangzhenyu

★☆☆☆☆ (1.0)   4 seller reviews

Report an issue with this seller   Details

Extended holiday returns   Details
Free Holiday returns until **Jan 31**

♡ Add to list       🎁 Add to registry

Doe #290
Copyright(s) SLG-Video-03: Listing Image
Copyright Registration Numbers: PA0002551060

**FILED UNDER SEAL**    **FILED UNDER SEAL**

EXHIBIT 2

2025-10-24



Doe #290

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060

ETHKIA

---

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 291

Store Name: ETHKIA

Merchant ID: 102655792

Store URL: https://www.walmart.com/reviews/seller/102655792

Product ID: 17566354102

Product URL: https://www.walmart.com/ip/seort/17566354102

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-10-17





Doe #291

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060

876

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**



Doe #291

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060

EXHIBIT 2

## Whhlttxxx Co.ltd

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 292

Store Name: Whhlttxxx Co.ltd

Merchant ID: 102670340

Store URL: https://www.walmart.com/reviews/seller/102670340

Product ID: 17505724351

Product URL: https://www.walmart.com/ip/seort/17505724351

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-10-17



Doe #292

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060

Case 4:26-cv-00174-RWS    Document ... Filed 03/09/26    Page 25 of 111 PageID #: ...    EXHIBIT 2    **FILED UNDER SEAL**



Doe #292

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060

## FFzzwan

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 293

Store Name: FFzzwan

Merchant ID: 102701092

Store URL: https://www.walmart.com/reviews/seller/102701092

Product ID: 17334123078

Product URL: https://www.walmart.com/ip/seort/17334123078

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-10-15



**Clearance**

phdcasid

**Foldable Portable Grill, Slot Grill Collapsible BBQ Grills, Portable Camping Hibachi Grills for BBQ Tabletop Cooking, Outdoor Camping Equipment, Stainless Stove Beach Slot Kebab**

☆ (No ratings yet)

**Now $39.59** ~~$43.99~~ ⓘ

You save **$4.40**

Price when purchased online ⓘ

🚚 Free shipping    🔄 Free Holiday returns until Jan 31

**Buy now**

**Add to cart**

**Pack Size:** Single

Single
Now $39.59

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives between Oct 25 - Oct 30 Free | Not available | Not available |

320 N Travis St   Change

Arrives between Oct 25 - Oct 30 | More options

**About this item**

- Compact & Foldable Design Designed for convenience, this grill folds down flat for easy storage and transport. Whether you're heading to the beach, a tailgate, or a weekend camping trip, its compact build makes it the ideal on-the-go cooking companion that fits easily in your pack or car
- Durable & Reusable Build Crafted from premium stainless steel, this slot grill is built to last. The rust-resistant material ensures long-term durability, even with repeated use. Enjoy worry-free grilling with a sturdy, reusable structure that stands up to heat and outdoor elements...

View more ⌄

Sold and shipped by FFzzwan

★★★★★ (5.0)   1 seller review

Report an issue with this seller

Extended holiday returns   Details
Free Holiday returns until Jan 31

♡ Add to list     🎁 Add to registry

**At a glance**

| Brand | Material | Length |
|---|---|---|
| phdcasid | metal | 15.74 in |

| Weight | Assembly req | Features |
|---|---|---|
| 1 lb | N | Foldable, Portable |

Doe #293

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**    2025-10-15



Doe #293

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

EXHIBIT 2

## haohao

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 294

Store Name: haohao

Merchant ID: 102719821

Store URL: https://www.walmart.com/reviews/seller/102719821

Product ID: 17706213209, 17713715224

Product URL: https://www.walmart.com/ip/seort/17706213209, https://www.walmart.com/ip/seort/17713715224

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-15, 2025-10-17



Doe #294

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**

2025-10-17



Doe #294

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948







LHHP

**Collapsible BBQ Slot Grill for Easy Storage, Portable Stainless Steel Foldable Charcoal Steel Grills, Tool Free Setupor for Travel Party Large Cooking Surface Outdoor(Small(16 * 9 in))**

☆ (No ratings yet)

### About this item

- 【Ultra-Durable】 Our slot grill - collapsible bbq grill for easy storage steel engineered with premium thickened gauge steel, this portable slot grill collapsible slot grill BBQ collapsible is designed for high-heat performance and long-term use.
- 【Fold Design】 Our slot grill - collapsible BBQ grill for easy storage steel folds flat to just 1 inch thick and weighs surprisingly little, making it incredibly easy to carry and store.
- 【Tool-Free Setup】 This slot grill BBQ collapsible features a smart interlocking slot system that assembles and disassembles in under 30 seconds—no screws, no tools, no stress.
- 【Travel-Ready with Tabletop Convenience】 Perfectly sized for tabletop use, this slot grill - collapsible BBQ grill for easy storage steel offers a spacious 16" x 9" cooking surface—enough to cook up to 10 burgers at once.
- 【Multi-Scene Versatility】 Whether you're craving flame-grilled burgers, smoky vegetables, or late-night campfire snacks, it delivers the versatility and control you need in any outdoor setting.

View full item details

### At a glance

| Brand | Material | Length |
|-------|----------|--------|
| LHHP | Stainless Steel | 16" |

| Assembly req | Features | Has written warranty |
|--------------|----------|----------------------|
| N | Portable | No |



**$61.46**

Price when purchased online ⓘ

As low as **$11/mo** with **OnePay**  Learn more

🚚 Free shipping   🎁 Free Holiday returns until Jan 31

**Buy now**

**Add to cart**

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|----------|--------|----------|
| Arrives between Oct 25 - Oct 28 Free | Not available | Not available |

320 N Travis St  Change

Arrives between Oct 25 - Oct 28 | More options

Sold and shipped by haohao

☆ (1.0)  1 seller review

Report an issue with this seller

Extended holiday returns  Details
Free Holiday returns until Jan 31

Add to list          Add to registry

Doe #294

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



Doe #294

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

**FILED UNDER SEAL** Case 4:26-cv-00174-RWS Document 20-7 Filed 03/09/26 Page 34 of 111 PageID #: 2181 **FILED UNDER SEAL**

EXHIBIT 2

## CYPQ

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 295

Store Name: CYPQ

Merchant ID: 102742130

Store URL: https://www.walmart.com/reviews/seller/102742130

Product ID: 17582305308

Product URL: https://www.walmart.com/ip/seort/17582305308

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-10-17







**Clearance**

QYXQPYO

## 1 Pc Slot Grill Collapsible Grill for Easy Storage, Portable Charcoal Grill Toolfree Installation, Lightweight and Compact, Camping Collapsible Portable Slot Grill, 15.75x7.87x3.94 Inch, Black

☆ (No ratings yet)

**Actual Color:** Black

$31.41

### About this item

- Portable Charcoal Grill for Camping &Outdoor Use： Take this lightweight portable charcoal grill on your next camping trip, picnic, or backyard gathering. The compact design fits easily in car trunks or RV storage perfect for portable charcoal grill for camping enthusiasts.
- Innovative Slot Grill Design with Optimal Airflow： Our slot grill features precision-cut slots that prevent food from falling through while ensuring even heat distribution. The flat grills outdoor cooking surface delivers restaurant-quality searing for steaks, veggies, and more....

View more ⌄

### At a glance

| Brand | Material | Length |
|---|---|---|
| QYXQPYO | Metal | 15.75" |

Now **$31.41** ~~$35.29~~ ⓘ

You save **$3.88**

Price when purchased online ⓘ

⟳ Free Holiday returns until Jan 31

**Buy now**

**Add to cart**

#### How you'll get this item:

| Shipping Arrives between Nov 1 - Nov 8 $9.90 | Pickup Not available | Delivery Not available |
|---|---|---|

**320 N Travis St**  Change

Arrives between **Nov 1 - Nov 8**  |  More options

Shipping fee $9.90

⊞ Sold and shipped by CYPQ

★★☆☆☆ (1.8)  4 seller reviews

Report an issue with this seller

⟳ Extended holiday returns  Details
Free Holiday returns until **Jan 31**

Doe #295
Copyright(s) SLG-1: Listing Image
Copyright Registration Numbers: VA0002463264



Doe #295

Copyright(s) SLG-1: Listing Image

Copyright Registration Numbers: VA0002463264

## DRenx11

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 296

Store Name: DRenx11

Merchant ID: 102745701

Store URL: https://www.walmart.com/reviews/seller/102745701

Product ID: 17435314011

Product URL: https://www.walmart.com/ip/seort/17435314011

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-11-19

**FILED UNDER SEAL**     **FILED UNDER SEAL**

Case 4:25-cv-00174-RWS    Document 21-2   Filed 03/09/26    Page 38 of 111 PageID #:

EXHIBIT 2



Doe #296

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

893

**FILED UNDER SEAL**   EXHIBIT 2   **FILED UNDER SEAL**



Doe #296

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

EXHIBIT 2

## Yufotom

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 297

Store Name: Yufotom

Merchant ID: 102749689

Store URL: https://www.walmart.com/reviews/seller/102749689

Product ID: 17477570431

Product URL: https://www.walmart.com/ip/seort/17477570431

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-11-19







Ming-4

**Slot Grill - Collapsible BBQ Grill for Easy Storage, Upgraded Thickened Steel, Tool-Free Setup, Lightweight & Compact, Portable Slot Grills Collapsible for Camping, Tailgating & Outdoor Cooking**

★☆☆☆☆ (1.0)  |  1 rating

**Size:** 16"D x 9"W x 10"H

16"D x 9"W x 10"H
Now $45.96

**Actual Color:** Black

**Now $45.96**  $65.99 ⓘ

You save  **$20.03**

Price when purchased online ⓘ

🚚 Free shipping     ↩ Free Holiday returns until Jan 31

**Buy now**

**Add to cart**

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives between Dec 2 - Dec 9 | Not available | Not available |
| Free | | |

320 N Travis St  Change

Arrives between Dec 2 - Dec 9  |  More options

Sold and shipped by Yufotom

★★★☆☆ (3.0)  2 seller reviews

Report an issue with this seller

Extended holiday returns  Details
Free Holiday returns until Jan 31

Add to list          Add to registry

**About this item**

💡 **Smart summary**          Generated by AI ⓘ

- **Durable Steel:** Engineered with premium thickened gauge steel, this portable slot grill offers high-heat performance and a rugged interlocking structure for long-term outdoor grilling.
- **Slim Fold:** Folds flat to just 1 inch thick and is lightweight, making it incredibly easy to carry and store in a trunk, backpack, or RV without adding bulk.
- **Tool-Free Setup:** Features a smart interlocking slot system that allows for assembly and disassembly in under 30 seconds, requiring no screws or tools.
- **Tabletop Convenience:** Perfectly sized for tabletop use with a spacious 16" x 9" cooking surface, capable of cooking up to 10 burgers at once.
- **Versatile Fuel:** Compatible with both charcoal and wood fuels, adapting to various cooking styles for flame-grilled burgers, smoky vegetables, or [illegible]

Doe #297
Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

896



Doe #297

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## KaiL-US

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 298

Store Name: KaiL-US

Merchant ID: 102757487

Store URL: https://www.walmart.com/reviews/seller/102757487

Product ID: 17491715527

Product URL: https://www.walmart.com/ip/seort/17491715527

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-10-17

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**

2025-10-17





**NOBRAND**

**Slot Grill Collapsible, 2025 New Slot Grill - Collapsible BBQ Grills, Portable Detachable Folding Fire Pit,Outdoor Camping Kabob Stove,Easy Storage for Travel Party**

☆ (No ratings yet)

### About this item

- Ultra-Slim Folder Design: Slot grill bbq collapsible to 1-inch thickness like a file folder fitting into backpacks/car trunks for impromptu beach picnics or road trips
- Tool-Free Instant Setup: Tabletop fire pit unfolds in 30 seconds via interlocking slot system no screws or assembly required for stress-free camping cooking
- Desktop Cooking Power: 16x9-inch stainless steel grill surface sears 10 burgers simultaneously while compact footprint fits picnic tables or cabin decks
- Dual-Fuel Versatility: Compatible with charcoal and wood fuels enabling flame-grilled meats or smoky veggies for versatile outdoor culinary control...

View more ⌄

### At a glance

| Brand | Material | Weight |
|---|---|---|
| NOBRAND | Stainless Steel | 4.16 lbs |

| Assembly req | Features | Condition |
|---|---|---|
| N | Portable | New |

View all specifications



**Now $46.00** ~~$59.99~~ ⓘ

You save **$13.99**

Price when purchased online ⓘ

Free Holiday returns until Jan 31

**Buy now**

**Add to cart**

#### How you'll get this item:

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Nov 14 $3.99 | Not available | Not available |

**320 N Travis St** Change

Arrives by **Fri, Nov 14** | More options

Shipping fee $3.99

Sold and shipped by KaiL-US

★★★★☆ (3.8)  11 seller reviews

Report an issue with this seller

**Extended holiday returns** Details
Free Holiday returns until **Jan 31**

♡ Add to list      Add to registry

Doe #298

Copyright(s) SLG-Video-01, SLG-4: Listing Image

Copyright Registration Numbers: VA0002463264, PA0002550948

899



Doe #298

Copyright(s) SLG-Video-01, SLG-4: Listing Image

Copyright Registration Numbers: VA0002463264, PA0002550948

## HYPLER

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 299

Store Name: HYPLER

Merchant ID: 102762142

Store URL: https://www.walmart.com/reviews/seller/102762142

Product ID: 17411919021, 17445103660

Product URL: https://www.walmart.com/ip/seort/17411919021, https://www.walmart.com/ip/seort/17445103660

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-02, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 4

Screenshots Captured on: 2025-10-17

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**

2025-10-17





**HYPLER**

**Collapsible Slot Grill with 5 Pcs BBQ Paper Plate Holders, Tainless Steel Portable Foldable Charcoal Grills, Barbecue Kabob Stove**

☆ (No ratings yet)

**About this item**

- Ultra-Thin & Space-Saving Design : The Features A Sleek Profile That Can Easily Fit Into Your Backpack Or Car Trunk, Making It An Ideal Companion For Any Adventure Without Taking Up Valuable Space
- Durable & Reusable : Constructed From High-Quality Stainless Steel, This Grill Is Built To Withstand The Elements And Repeated Use, Ensuring You Have A Reliable Cooking Tool For Years To Come
- Quick Installation : Setting Up The Is A Breeze; Simply Unfold And Secure In Seconds, Allowing You To Spend More Time Enjoying Your Meal And Less Time Preparing Your...

View more ⌄

**At a glance**

| Brand | Material | Length |
|-------|----------|--------|
| HYPLER | metal | 16.54 in |

| Weight | Assembly req | Features |
|--------|-------------|----------|
| 4.72 lb | Y | Portable |

View all specifications

$47.89

Price when purchased online ⓘ

🔵 Free Holiday returns until Jan 31

**Buy now**

**Add to cart**

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|----------|--------|----------|
| Arrives between Oct 28 - Nov 1 $6.00 | Not available | Not available |

**320 N Travis St** Change

Arrives between **Oct 28 - Nov 1** | More options

Shipping fee $6.00

Sold and shipped by **HYPLER**

★★★☆ (3.3)   4 seller reviews

Report an issue with this seller

Extended holiday returns  Details
Free Holiday returns until Jan 31

Doe #299

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

902



Doe #299

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

903

Case 4:25-cv-00174-RWS   Document 2-1   Filed 03/09/26   Page 49 of 111 PageID #:   
EXHIBIT 2   **FILED UNDER SEAL**







HYPLER

Slot Grill - Collapsible BBQ Grill for Easy Storage , Tainless Steel Portable Foldable Charcoal Grills, Barbecue Kabob Stove, Suitable for Camping, Bonfire, Small Party

⭐ (No ratings yet)

**Now $45.89** ~~$51.89~~

You save $6.00

Price when purchased online

Free Holiday returns until Jan 31

**Buy now**

**Add to cart**

**How you'll get this item:**

| Shipping Arrives between Oct 28 - Nov 1 $6.00 | Pickup Not available | Delivery Not available |

**320 N Travis St** Change

Arrives between Oct 28 - Nov 1 | More options

Shipping fee $6.00

Sold and shipped by HYPLER

⭐ (3.3)   4 seller reviews

Report an issue with this seller

Extended holiday returns   Details
Free Holiday returns until Jan 31

### About this item

- Ultra-Thin & Space-Saving Design : The Features A Sleek Profile That Can Easily Fit Into Your Backpack Or Car Trunk, Making It An Ideal Companion For Any Adventure Without Taking Up Valuable Space
- Durable & Reusable : Constructed From High-Quality Stainless Steel, This Grill Is Built To Withstand The Elements And Repeated Use, Ensuring You Have A Reliable Cooking Tool For Years To Come
- Quick Installation : Setting Up The Is A Breeze; Simply Unfold And Secure In Seconds, Allowing You To Spend More Time Enjoying Your Meal And Less Time Preparing Your...

View more ⌄

### At a glance

| Brand HYPLER | Material metal | Length 16.54 in |
| Weight 4.19 lb | Assembly req Y | Condition New |

View all specifications

Doe #299
Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948



Doe #299

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

EXHIBIT 2

## Mfhsjakfhdskjf

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 300

Store Name: Mfhsjakfhdskjf

Merchant ID: 102766352

Store URL: https://www.walmart.com/reviews/seller/102766352

Product ID: 18056301696

Product URL: https://www.walmart.com/ip/seort/18056301696

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-17



Doe #300

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948



Doe #300

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

EXHIBIT 2

## Dengliming

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 301

Store Name: Dengliming

Merchant ID: 102771713

Store URL: https://www.walmart.com/reviews/seller/102771713

Product ID: 17477570431

Product URL: https://www.walmart.com/ip/seort/17477570431

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-15

EXHIBIT 2
**FILED UNDER SEAL**
**FILED UNDER SEAL**

2025-10-15



Doe #301

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

910

EXHIBIT 2

**FILED UNDER SEAL**

2025-10-15



Doe #301

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

EXHIBIT 2

## Sunhomme

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 302

Store Name: Sunhomme

Merchant ID: 102772273

Store URL: https://www.walmart.com/reviews/seller/102772273

Product ID: 17659173597

Product URL: https://www.walmart.com/ip/seort/17659173597

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-10-22

**FILED UNDER SEAL**

EXHIBIT 2

2025-10-22



Doe #302
Copyright(s) SLG-Video-01: Listing Image
Copyright Registration Numbers: PA0002550948

EXHIBIT 2    **FILED UNDER SEAL**    2025-10-22



Doe #302

Copyright(s) SLG-Video-01: Listing Image

Copyright Registration Numbers: PA0002550948

EXHIBIT 2
2207

## TANGli

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 303

Store Name: TANGli

Merchant ID: 102817809

Store URL: https://www.walmart.com/reviews/seller/102817809

Product ID: 17483915364

Product URL: https://www.walmart.com/ip/seort/17483915364

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-10-22



Doe #303

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060



EXHIBIT 2

Doe #303

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060

## Qrieeo Home Store

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 304

Store Name: Qrieeo Home Store

Merchant ID: 102822233

Store URL: https://www.walmart.com/reviews/seller/102822233

Product ID: 17456472228, 17463851352, 17501568046, 17501918617

Product URL: https://www.walmart.com/ip/seort/17456472228, https://www.walmart.com/ip/seort/17463851352, https://www.walmart.com/ip/seort/17501568046, https://www.walmart.com/ip/seort/17501918617

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-2, SLG-Video-02, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 5

Screenshots Captured on: 2025-10-17





Qrieeo

**Slot Grill - Collapsible BBQ Grill for Easy Storage , Tainless Steel Portable Foldable Charcoal Grills, Barbecue Kabob Stove, Suitable for Camping, Bonfire, Small Party**

☆ (No ratings yet)

### About this item

- Ultra-Thin & Space-Saving Design : The Features A Sleek Profile That Can Easily Fit Into Your Backpack Or Car Trunk, Making It An Ideal Companion For Any Adventure Without Taking Up Valuable Space
- Durable & Reusable : Constructed From High-Quality Stainless Steel, This Grill Is Built To Withstand The Elements And Repeated Use, Ensuring You Have A Reliable Cooking Tool For Years To Come
- Quick Installation : Setting Up The Is A Breeze; Simply Unfold And Secure In Seconds, Allowing You To Spend More Time Enjoying Your Meal And Less Time Preparing Your...

View more ⌄

### At a glance

| Brand | Material | Assembly req |
|---|---|---|
| Qrieeo | Metal | N |

| Features | Activity | Has written warranty |
|---|---|---|
| Portable | Camping | No |

View all specifications

**$37.41**

Price when purchased online ⓘ

⟳ Free Holiday returns until Jan 31

**Buy now**

**Add to cart**

#### How you'll get this item:

| **Shipping** Arrives between Oct 31 - Nov 7 $16.99 | Pickup Not available | Delivery Not available |
|---|---|---|

**320 N Travis St**   Change

Arrives between **Oct 31 - Nov 7** | More options

Shipping fee $16.99

Sold and shipped by Qrieeo Home Store

Report an issue with this seller

⟳ Extended holiday returns   Details
Free Holiday returns until **Jan 31**

♡ Add to list     🎁 Add to registry

Doe #304

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

919



**FILED UNDER SEAL**   EXHIBIT 2   2025-10-17

Doe #304

Copyright(s) SLG-Video-01, SLG-Video-02, SLG-2, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551059, VA0002463264, VA0002463263, PA0002550948

920





Doe #304

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060

921



EXHIBIT 2

Doe #304

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060

**FILED UNDER SEAL**    **FILED UNDER SEAL**



Doe #304

Copyright(s) SLG-Video-03, SLG-2: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463263

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**



Doe #304

Copyright(s) SLG-Video-03, SLG-2: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463263

**FILED UNDER SEAL**    Case 4:25-cv-00174-RWS    Document 21-1    Filed 03/09/28    Page 70 of 111 PageID #: 825    **FILED UNDER SEAL**    2025-10-17

EXHIBIT 2



New Slot Grill - Collapsible BBQ

walmart.com/ip/seort/17501918617?action=SignIn&rm=true





Qrieeo

**New Slot Grill - Collapsible BBQ Grill for Easy Storage Steel, Stainless Steel Portable SlotGrill Collapsible BBQGrill，Mini Portable Charcoal Grill For Outdoor Camp**

☆ (No ratings yet)

**Actual Color: C**

$9.97    $12.71    $38.37

**About this item**

- Compact & Foldable Design The slot grill collapsible is designed for ultimate convenience, folding flat for easy storage and transport. Its compact size makes it the perfect companion for outdoor adventures like camping, beach trips. The lightweight design allows you to take it anywhere, making grilling easy and hassle-free on the go
- Durable & Reusable Build Made from high-quality stainless steel, this grill is built to last. The sturdy construction ensures it can withstand high temperatures, making it suitable for long-lasting outdoor grilling. Reusable and easy to clean, it's the perfect choice for frequent use...

View more ⌄

**At a glance**

| Brand | Material | Assembly req |
|---|---|---|
| Qrieeo | Stainless Steel | Y |

| Has written warranty | Color | Pieces |
|---|---|---|
| No | C | 1 |

**$38.37**

Price when purchased online ⓘ

🔄 Free Holiday returns until Jan 31

Buy now

Add to cart

**How you'll get this item:**

| Shipping Arrives between Oct 31 - Nov 7 $16.99 | Pickup Not available | Delivery Not available |
|---|---|---|

**320 N Travis St**  Change

Arrives between **Oct 31 - Nov 7** | More options

Shipping fee $16.99

Sold and shipped by Qrieeo Home Store

Report an issue with this seller

Extended holiday returns    Details
Free Holiday returns until **Jan 31**

♡ Add to list         🎁 Add to registry

Doe #304

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060

925

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**



Doe #304

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060

EXHIBIT 2

zhangliguo

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 305

Store Name: zhangliguo

Merchant ID: 102824807

Store URL: https://www.walmart.com/reviews/seller/102824807

Product ID: 18573355519

Product URL: https://www.walmart.com/ip/seort/18573355519

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-11-19

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**



Doe #305

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

928

EXHIBIT 2

**FILED UNDER SEAL**

2025-11-19



Doe #305

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

929

## LSQEDY

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 306

Store Name: LSQEDY

Merchant ID: 102826797

Store URL: https://www.walmart.com/reviews/seller/102826797

Product ID: 17534806411

Product URL: https://www.walmart.com/ip/seort/17534806411

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-10-22

**FILED UNDER SEAL**
EXHIBIT 2
2025-10-22



Zoloko 2025 Collapsible BBQ Grill

walmart.com/ip/seort/17534806411

Incognito

Shipping
320 N Travis St, Sherman, TX 75090

Search everything at Walmart online and in store

Reorder My Items    Hi, Selena W Account    $0.00

Departments | Services | Get it Fast | New Arrivals | Halloween | Rollbacks & More | Dinner Made Easy | Gift Shop | Toy Shop | Pharmacy | Walmart+ | More





Zoloko

**Zoloko 2025 Collapsible BBQ Grill for Easy Storage ,Portable Tabletop Charcoal Grill for Camping, Outdoor, Steel Fire Pit & Kabob Stove for Parties, Backyard, Tailgating 1 Pack**

☆ (No ratings yet)

Actual Color: As shown

$43.09

## About this item

### Zoloko – Excellence at Your Click

- Premium Construction: Made from high - quality stainless steel, ensuring durability and corrosion resistance for long - lasting performance.
- Stable Grilling Experience: The bracket design provides stable support for food, preventing any shaking during the grilling process for perfectly cooked meals.
- Compact and Portable: Designed with a compact structure, making it easy to store and carry, ideal for outdoor grilling trips.
- Easy Maintenance: The smooth surface is easy to clean, allowing you to wipe away...

View more

## At a glance

| Brand | Material | Dimensions |
|---|---|---|
| Zoloko | Stainless Steel | 16.54 x 9.45 x 0.79 in |

| Weight | Condition | Has written warranty |
|---|---|---|

**$43.09**

Price when purchased online ⓘ

🔵 Free Holiday returns until Jan 31

**Buy now**

**Add to cart**

How you'll get this item:

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Nov 18 $4.99 | Not available | Not available |

**320 N Travis St** Change

Arrives by **Tue, Nov 18** | More options

Shipping fee $4.99

Sold and shipped by LSQEDY

★☆☆☆☆ (1.0)    1 seller review

Report an issue with this seller

**Extended holiday returns** Details
Free Holiday returns until **Jan 31**

Add to list    Add to registry

Doe #306
Copyright(s) SLG-Video-03: Listing Image
Copyright Registration Numbers: PA0002551060

EXHIBIT 2   **FILED UNDER SEAL**   2025-10-22



Doe #306

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060

EXHIBIT 2

Melody*

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 307

Store Name: Melody*

Merchant ID: 102843596

Store URL: https://www.walmart.com/reviews/seller/102843596

Product ID: 17440370722

Product URL: https://www.walmart.com/ip/seort/17440370722

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-17



Doe #307

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

**FILED UNDER SEAL**    **FILED UNDER SEAL**



Doe #307

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

## Liuliqiang

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 308

Store Name: Liuliqiang

Merchant ID: 102845580

Store URL: https://www.walmart.com/reviews/seller/102845580

Product ID: 17762411696

Product URL: https://www.walmart.com/ip/seort/17762411696

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-10-15



Doe #308

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060

**FILED UNDER SEAL**

EXHIBIT 2

**FILED UNDER SEAL**

2025-10-15



Doe #308

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060

## sanzhishushangmaoyouxiangongsi

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 309

Store Name: sanzhishushangmaoyouxiangongsi

Merchant ID: 102847167

Store URL: https://www.walmart.com/reviews/seller/102847167

Product ID: 17758422984, 17814105844

Product URL: https://www.walmart.com/ip/seort/17758422984, https://www.walmart.com/ip/seort/17814105844

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-17, 2025-12-03

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**







Doe #309

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

940



Doe #309

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

941



Doe #309

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

**FILED UNDER SEAL**   EXHIBIT 2   **FILED UNDER SEAL**



Doe #309

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image
Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

EXHIBIT 2

## zoaelork

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 310

Store Name: zoaelork

Merchant ID: 102850266

Store URL: https://www.walmart.com/reviews/seller/102850266

Product ID: 17450821444

Product URL: https://www.walmart.com/ip/seort/17450821444

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-1

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-10-16



Doe #310

Copyright(s) SLG-1: Listing Image

Copyright Registration Numbers: VA0002463264

945

**FILED UNDER SEAL**    EXHIBIT 2    **FILED UNDER SEAL**



Doe #310

Copyright(s) SLG-1: Listing Image

Copyright Registration Numbers: VA0002463264

## Onfa

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 311

Store Name: Onfa

Merchant ID: 102850686

Store URL: https://www.walmart.com/reviews/seller/102850686

Product ID: 17447650693

Product URL: https://www.walmart.com/ip/seort/17447650693

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-10-22



Doe #311

Copyright(s) SLG-Video-01: Listing Image

Copyright Registration Numbers: PA0002550948

**FILED UNDER SEAL**     EXHIBIT 2     **FILED UNDER SEAL**



Doe #311

Copyright(s) SLG-Video-01: Listing Image

Copyright Registration Numbers: PA0002550948

949

## congpeng shop

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 312

Store Name: congpeng shop

Merchant ID: 102866570

Store URL: https://www.walmart.com/reviews/seller/102866570

Product ID: 17452259639, 17505724351

Product URL: https://www.walmart.com/ip/seort/17452259639, https://www.walmart.com/ip/seort/17505724351

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 2

Screenshots Captured on: 2025-10-17



Doe #312

Copyright(s) SLG-Video-01: Listing Image

Copyright Registration Numbers: PA0002550948

**FILED UNDER SEAL**  Case 4:26-cv-00174-RWS  Document 21-2 Filed 03/09/26  Page 97 of 111 PageID #:  EXHIBIT 2  **FILED UNDER SEAL**



Doe #312

Copyright(s) SLG-Video-01: Listing Image

Copyright Registration Numbers: PA0002550948

952





Zsyiiiii

**Slot Grill Collapsible - Foldable BBQ Grill for Easy Storage Steel, Tool-Free Setup, Lightweight and Compact, Portable Slotgrills for Barbecue, Camping, Tailgating, Outdoor Cooking**

☆ (No ratings yet)

**Size:** 40X22X12CM

40X22X12CM
$31.33

**Actual Color:** Silver



### About this item

- 【Collapsible Slot Design】 Features tool-free folding slots that collapse to compact storage size – reduces space by 70% for effortless transport in RV, camping gear, or car trunks.
- 【Instant Tool-Free Setup】 Unfolds from foldable to ready-to-grill in seconds – no assembly tools required for spontaneous barbecues, tailgating, or picnics.
- 【Ultra-Portable Steel Build】 Lightweight steel frame (under 15 lbs) withstands high-heat grilling while remaining portable for backpacking, beach trips, or balcony cooking ....

View more ⌄

$31.33

Price when purchased online ⓘ

Buy now

Add to cart

How you'll get this item:

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives between Oct 28 - Nov 1 $4.99 | Not available | Not available |

**320 N Travis St**  Change

Arrives between **Oct 28 - Nov 1** | More options

Shipping fee $4.99

Sold and shipped by congpeng shop
★★★☆☆ (3.1)  11 seller reviews

Report an issue with this seller

♡ Add to list        ⊕ Add to registry



Doe #312
Copyright(s) SLG-Video-03: Listing Image
Copyright Registration Numbers: PA0002551060



**EXHIBIT 2**

Doe #312

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060

## L-LEFT

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 313

Store Name: L-LEFT

Merchant ID: 102872319

Store URL: https://www.walmart.com/reviews/seller/102872319

Product ID: 17486870349

Product URL: https://www.walmart.com/ip/seort/17486870349

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-10-15

**SLOT GRILL - UNDER SEAL** | Case 4:25-cv-00174-RWS   Document 20-2   Filed 09/09/26   Page 101 of 111 PageID #: | **FILED UNDER SEAL** | 2025-10-15

EXHIBIT 2







Amou

**Slot Grill - Collapsible BBQ Grill For Easy Storage, Upgraded Thickened Steel, Tool-Free Setup, Lightweight & Compact, Portable Slot Grills Collapsible For Camping, Tailgating & Outdoor Cooking**

★☆☆☆☆ (1.0)  |  2 ratings

**Size:** Normal

$22.99

**Actual Color:** A

**About this item**

- 🔥【Ultra-Durable, Foldable Steel Construction】Engineered with Premium Thickened Gauge Steel, This Portable Slot Grill Collapsible Is Designed for High-Heat Performance and Long-Term Use. Its Rugged Build and Interlocking Structure Ensure Solid Support While Cooking, Making It a Reliable Choice for Outdoor Grilling—Season After Season

- 🔥【Slim Fold Design – Lightweight & Easy to Store】Folds Flat to Just 1 Inch Thick and Weighs Surprisingly Little, Making It Incredibly Easy to Carry and Store. Whether You're Heading out for a Road Trip, Weekend Camping, Or a Lakeside Picnic, This Slot...

View more ⌄

**At a glance**

| Brand | Material | Length |
|---|---|---|
| Amou | Metal | 1" |

$22.99

Price when purchased online ⓘ

🔵 Free Holiday returns until Jan 31

**Buy now**

**Add to cart**

**How you'll get this item:**

| 🚚 **Shipping** Arrives between Oct 25 - Oct 31 $8.99 | 🚗 Pickup Not available | 📦 Delivery Not available |
|---|---|---|

**320 N Travis St**   Change

Arrives between Oct 25 - Oct 31 | More options

Shipping fee $8.99

Sold and shipped by L-LEFT

★☆☆☆☆ (1.0)   1 seller review

Report an issue with this seller

🔵 Extended holiday returns   Details
Free Holiday returns until Jan 31

♡ Add to list      🎁 Add to registry

Sponsored
$79.90

Doe #313
Copyright(s) SLG-Video-03: Listing Image
Copyright Registration Numbers: PA0002551060

956

EXHIBIT 2

**FILED UNDER SEAL**

2025-10-15



Doe #313

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060

## Ateng

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 314

Store Name: Ateng

Merchant ID: 102895786

Store URL: https://www.walmart.com/reviews/seller/102895786

Product ID: 17432423475

Product URL: https://www.walmart.com/ip/seort/17432423475

---

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-01, SLG-Video-03, SLG-4

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 3

Screenshots Captured on: 2025-10-15



Doe #314

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

959

**FILED UNDER SEAL**    **FILED UNDER SEAL**

EXHIBIT 2



Doe #314

Copyright(s) SLG-Video-01, SLG-Video-03, SLG-4: Listing Image

Copyright Registration Numbers: PA0002551060, VA0002463264, PA0002550948

EXHIBIT 2

## Furry

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 315

Store Name: Furry

Merchant ID: 102907765

Store URL: https://www.walmart.com/reviews/seller/102907765

Product ID: 17483915364

Product URL: https://www.walmart.com/ip/seort/17483915364

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-10-22

**FILED UNDER SEAL**

EXHIBIT 2

2025-10-22



Doe #315

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060

**FILED UNDER SEAL**    Case 4:25-cv-00174-RWS    Document 30-1    Filed 09/26/25    Page 108 of 111 PageID #:    **FILED UNDER SEAL**    2025-10-22

EXHIBIT 2



Doe #315

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060

## maziyue

**DEFENDANT INTERNET STORE INFORMATION:**

Marketplace: Walmart

Doe #: 316

Store Name: maziyue

Merchant ID: 102941417

Store URL: https://www.walmart.com/reviews/seller/102941417

Product ID: 17464518443

Product URL: https://www.walmart.com/ip/seort/17464518443

**INFRINGEMENT INFORMATION:**

Copyrights Infringed: SLG-Video-03

Trademark Infringed:

Design Patent Infringed: N/A

Number of Unique Infringements: 1

Screenshots Captured on: 2025-10-17



**NQyIOS**

**NQyIOS Foldable Portable Grill, Collapsible BBQ Grills, Portable Small Camping Hibachi Grills for BBQ Tabletop Cooking, Outdoor Camping Equipment, Stainless Stove Beach Slot Kebab**

☆ (No ratings yet)

**About this item**

- Compact & Foldable Design:Designed for convenience, this grill folds down flat for easy storage and transport. Whether you're heading to the beach, a tailgate, or a weekend camping trip, its compact build makes it the ideal on-the-go cooking companion that fits easily in your pack or car
- Durable & Reusable Build:Crafted from premium stainless steel, this slot grill is built to last. The rust-resistant material ensures long-term durability, even with repeated use. Enjoy worry-free grilling with a sturdy, reusable structure that stands up to heat and outdoor elements...

View more ⌄

**At a glance**

| Brand<br>NQyIOS | Material<br>BBQ Grills | Length<br>1 in |
| --- | --- | --- |
| Weight<br>1 lb | Assembly req<br>N | Features<br>Portable |

View all specifications





**$56.99**

Price when purchased online ⓘ

As low as **$10/mo** with **OnePay**  Learn more

🚚 Free shipping   ⟳ Free Holiday returns until Jan 31

[ Buy now ]

[ Add to cart ]

**How you'll get this item:**

| Shipping<br>Arrives between<br>Oct 28 - Nov 1<br>Free | Pickup<br>Not available | Delivery<br>Not available |
| --- | --- | --- |

**320 N Travis St**  Change

Arrives between **Oct 28 - Nov 1**  |  More options

Sold and shipped by maziyue

Report an issue with this seller

Extended holiday returns  Details
Free Holiday returns until **Jan 31**

♡ Add to list      🎁 Add to registry

Doe #316

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060



Doe #316

Copyright(s) SLG-Video-03: Listing Image

Copyright Registration Numbers: PA0002551060