**FILED UNDER SEAL**    EXHIBIT 3    **FILED UNDER SEAL**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-463-264**

**Effective Date of Registration:**
September 16, 2025
**Registration Decision Date:**
September 17, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published: August 15, 2024 to August 15, 2024

### Title

| | |
|---|---|
| **Title of Group:** | Slot Grill August 2024 |
| **Number of Photographs in Group:** | 2 |
| • **Individual Photographs:** | SLG-1, SLG-4 |
| **Published:** | August 2024 |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Earliest Publication Date in Group:** | August 15, 2024 |
| **Latest Publication Date in Group:** | August 15, 2024 |
| **Nation of First Publication:** | United States |

### Author

| | |
|---|---|
| • **Author:** | Precision Cut Metals LLC |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Precision Cut Metals LLC |
| | 2738 County Road 716, Buna, TX, 77612, United States |

### Rights and Permissions

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-463-263

**Effective Date of Registration:**
September 16, 2025
**Registration Decision Date:**
September 17, 2025

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:**   July 15, 2024 to July 15, 2024

## Title

**Title of Group:** Slot Grill July 2024
**Number of Photographs in Group:** 2

- **Individual Photographs:** SLG-2, SLG-5
  **Published:** July 2024

## Completion/Publication

**Year of Completion:** 2024
**Earliest Publication Date in Group:** July 15, 2024
**Latest Publication Date in Group:** July 15, 2024
**Nation of First Publication:** United States

## Author

- **Author:** Precision Cut Metals LLC
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Precision Cut Metals LLC
2738 County Road 716, Buna, TX, 77612, United States

## Rights and Permissions

Page 1 of 2

**FILED UNDER SEAL**    EXHIBIT 3    **FILED UNDER SEAL**

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## PA 2-550-948

**Effective Date of Registration:**
September 16, 2025
**Registration Decision Date:**
September 16, 2025

---

### Title

**Title of Work:**   SLG-Video-01

### Completion/Publication

**Year of Completion:**   2025
**Date of 1st Publication:**   July 15, 2025
**Nation of 1st Publication:**   United States

### Author

• **Author:**   Precision Cut Metals LLC
**Author Created:**   entire motion picture
**Work made for hire:**   Yes
**Citizen of:**   United States

### Copyright Claimant

**Copyright Claimant:**   Precision Cut Metals LLC
2738 County Road 716, Buna, TX, 77612, United States

### Rights and Permissions

**Organization Name:**   Precision Cut Metals LLC
**Address:**   2738 County Road 716
Buna, TX 77612 United States

### Certification

**Name:**   Jessica Delos Santos
**Date:**   September 16, 2025

Page 1 of 2

**FILED UNDER SEAL**          EXHIBIT 3          **FILED UNDER SEAL**

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**PA 2-551-059**

**Effective Date of Registration:**
September 16, 2025
**Registration Decision Date:**
September 17, 2025

### Title

| | |
|---|---|
| **Title of Work:** | SLG-Video-02 |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2025 |
| **Date of 1st Publication:** | July 15, 2025 |
| **Nation of 1st Publication:** | United States |

### Author

| | |
|---|---|
| **Author:** | Precision Cut Metals LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Precision Cut Metals LLC |
| | 2738 County Road 716, Buna, TX, 77612, United States |

### Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Precision Cut Metals LLC |
| **Address:** | 2738 County Road 716 |
| | Buna, TX 77612 United States |

### Certification

| | |
|---|---|
| **Name:** | Jessica Delos Santos |
| **Date:** | September 16, 2025 |

**FILED UNDER SEAL**                EXHIBIT 3                **FILED UNDER SEAL**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**PA 2-551-060**

**Effective Date of Registration:**
September 16, 2025
**Registration Decision Date:**
September 17, 2025

## Title
_____

Title of Work:  SLG-Video-03

## Completion/Publication
_____

Year of Completion:  2025
Date of 1st Publication:  June 15, 2025
Nation of 1st Publication:  United States

## Author
_____

• Author:  Precision Cut Metals LLC
Author Created:  entire motion picture
Work made for hire:  Yes
Citizen of:  United States

## Copyright Claimant
_____

Copyright Claimant:  Precision Cut Metals LLC
2738 County Road 716, Buna, TX, 77612, United States

## Rights and Permissions
_____

Organization Name:  Precision Cut Metals LLC
Address:  2738 County Road 716
Buna, TX 77612 United States

## Certification
_____

Name:  Jessica Delos Santos
Date:  September 16, 2025

Page 1 of 2