**FILED UNDER SEAL**    EXHIBIT 4    **FILED UNDER SEAL**

| Image: | Title: | Registration Number | Registration Date |
|---|---|---|---|
| | SLG-1 | VA0002463264 | 09/16/2025 |
| | SLG-2 | VA0002463263 | 09/16/2025 |
| | SLG-4 | VA0002463264 | 09/16/2025 |

**FILED UNDER SEAL**    **FILED UNDER SEAL**

EXHIBIT 4

| | SLG-5 | VA0002463263 | 09/16/2025 |
|---|---|---|---|
| | SLG-Video-01 | PA0002550948 | 09/16/2025 |

**FILED UNDER SEAL**    **FILED UNDER SEAL**

EXHIBIT 4

| | | | |
|---|---|---|---|
| | SLG-Video-02 | PA0002551059 | 09/16/2025 |
| | SLG-Video-03 | PA0002551060 | 09/16/2025 |