UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

PRECISION CUT METALS LLC,

      Plaintiff,

  v.

THE INDIVIDUALS, BUSINESS ENTITIES, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED ON
EXHIBIT 1,

      Defendants.

Civil Action No. 4: 26-cv-174-RWS

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Precision Cut Metals LLC voluntarily dismisses, with prejudice, its claims against the following defendants:

- **DOE 197**: Greuit (greuit.com)

- **DOE 216**: hxinron (Temu Merchant ID 634418223098051)

1

Dated: April 10, 2026

Respectfully submitted,

**SCALE LLP**

By: */s/ Charles A. Wallace*
Charles A. Wallace
Texas Bar No. 24110501
James H. Creedon
Texas Bar No. 24092299
3723 Greenville Ave., Suite 41010
Dallas, Texas 75206
Tel.      415.735.5933
Fax      415.573.0983
cwallace@scalefirm.com
jcreedon@scalefirm.com

ATTORNEYS FOR PLAINTIFF
PRECISION CUT METALS LLC

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2026, I caused a true and correct copy of the foregoing to be filed on the Court's CM/ECF system, which served notice on all counsel of record.

By: */s/ Charles A. Wallace*
Charles A. Wallace

2