UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PRECISION CUT METALS LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, BUSINESS ENTITIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON EXHIBIT 1,<br><br>Defendants. | Civil Action No. 4: 26-cv-174-RWS |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Precision Cut Metals LLC voluntarily dismisses, with prejudice, its claims against the following defendants:

- DOE 102: Jiang Good (Amazon Merchant ID A1POWGL6BX02U)

- DOE 194: vibesbykai25 (eBay Merchant ID 2723936636)

- DOE 195: ysfshop (eBay Merchant ID 2725390136)

- DOE 286: Damenming (Walmart Merchant ID 10002581594)

- DOE 296: DRenx11 (Walmart Merchant ID 10002765131)

1

Dated: April 13, 2026

Respectfully submitted,

**SCALE LLP**

By: */s/ Charles A. Wallace*
Charles A. Wallace
Texas Bar No. 24110501
James H. Creedon
Texas Bar No. 24092299
3723 Greenville Ave., Suite 41010
Dallas, Texas 75206
Tel.       415.735.5933
Fax        415.573.0983
cwallace@scalefirm.com
jcreedon@scalefirm.com

ATTORNEYS FOR PLAINTIFF
PRECISION CUT METALS LLC

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2026, I caused a true and correct copy of the foregoing to be filed on the Court's CM/ECF system, which served notice on all counsel of record.

By: */s/ Charles A. Wallace*
Charles A. Wallace

2