PRECISION CUT METALS LLC,

      Plaintiff,

    v.

THE INDIVIDUALS, BUSINESS ENTITIES, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED ON
EXHIBIT 1,

      Defendants.

Civil Action No. 4: 26-cv-174-RWS

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Precision Cut Metals LLC voluntarily dismisses, with prejudice, its claims against the following defendants:

- DOE 99: whsn-shop (Amazon Merchant ID A1K56VNMMVI01T)

- DOE 163: Xinnianbaihuo (Amazon Merchant ID A3O0YOB3DMNZXY)

- DOE 165: Pownvtr (Amazon Merchant ID A3S1E5HNPLQ0QO)

- DOE 168: Chuangfengzhaoming (Amazon Merchant ID A3U4RGIFVUWAC3)

- DOE 281: MOCHI Store (Walmart Merchant ID 10001650420)

- DOE 282: Shoreew (Walmart Merchant ID 10001682305)

- DOE 304: Qrieeo Home Store (Walmart Merchant ID 10002841846)

- DOE 306: LSQEDY (Walmart Merchant ID 10002846425)

- DOE 312: congpeng shop (Walmart Merchant ID 102866570)

Dated: May 6, 2026

Respectfully submitted,

**SCALE LLP**

By: */s/ Charles A. Wallace*
Charles A. Wallace
Texas Bar No. 24110501
James H. Creedon
Texas Bar No. 24092299
3723 Greenville Ave., Suite 41010
Dallas, Texas 75206
Tel.      415.735.5933
Fax      415.573.0983
cwallace@scalefirm.com
jcreedon@scalefirm.com

ATTORNEYS FOR PLAINTIFF
PRECISION CUT METALS LLC

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2026, I caused a true and correct copy of the foregoing to be filed on the Court's CM/ECF system, which served notice on all counsel of record.

By: */s/ Charles A. Wallace*
Charles A. Wallace