**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| PRECISION CUT METALS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-CV-00174-RWS |
| | § | |
| THE INDIVIDUALS, BUSINESS | § | |
| ENTITIES, and UNINCORPORATED | § | |
| ASSOCIATIONS IDENTIFIED ON | § | |
| EXHIBIT 1, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court are Plaintiff Precision Cut Metals LLC's (1) Motion for Default Judgment and Permanent Injunction (Docket No. 53); and (2) Motion for Attorney's Fees (Docket No. 54). The Court hereby **SETS** the motions (Docket Nos. 53–54) for an in-person hearing at **2 p.m.** on **September 2, 2026** in **Texarkana, Texas**.

So ORDERED and SIGNED this 22nd day of June, 2026.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE